CO-386
10/2018

# United States District Court
# For the District of Columbia

Hazim Nada and Lord Energy SA )
)
)
)
               Plaintiff )
vs )   Civil Action No. 24-CV-00206
The United Arab Emirates, et al. )
)
)
)
              Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Lord Energy SA_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Lord Energy SA_____ which have any outstanding securities in the hands of the public:

There are no parent companies, affiliates, or companies which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Thomas A. Clare, P.C._____
Signature

D.C. Bar No. 461964
_____
BAR IDENTIFICATION NO.

Thomas A. Clare, P.C._____
Print Name

10 Prince Street_____
Address

Alexandria, VA 22314_____
City        State        Zip Code

(202) 628-7400_____
Phone Number