CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Hazim Nada and Lord Energy SA
_____

Plaintiff(s)

vs.

Civil Action No.: __24-cv-00206-ABJ__

The United Arab Emirates, et al.
_____

Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

U.S. Department of State
Director of Special Consular Services
Attn: FSIA
CA/OCS/L, SA-17, 10th Floor
Washington, DC 20522-1710

by: (check one)
☐  certified or registered mail, return receipt requested
☐  DHL
☑  Fed Ex

pursuant to the provisions of: (check one)
☐  FRCP 4(f)(2)(C)(ii)
☐  28 U.S.C. § 1608(a)(3)
☐  28 U.S.C. § 1608(b)(3)(B)
☑  28 U.S.C. § 1608(a)(4)

I certify that this method of service is authorized by the domestic law of (name of country):
N/A _____, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

_____/s/ Thomas A. Clare, P.C._____

(Signature)

Thomas A. Clare, P.C.
Clare Locke, LLP
10 Prince Street
Alexandria, VA 22314

(Name and Address)