

| | | |
|---|---|---|
| **THOMAS A. CLARE, P.C.**<br>tom@clarelocke.com<br>(202) 628-7401 | 10 Prince Street<br>Alexandria, Virginia 22314<br>(202) 628-7400<br>www.clarelocke.com | **NICHOLAS J. BRECHBILL**<br>nick@clarelocke.com<br>(202) 899-3878 |

March 25, 2024

Via ECF

Office of the Clerk
Attn: Angela D. Caesar, Clerk of Court
United States District Court
District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

> Re: Hazim Nada and Lord Energy SA v. The United Arab Emirates, et al., Case No. 1:24-cv-00206-ABJ (D.D.C.)

Dear Ms. Caesar:

I write in connection with the above-captioned matter to request that you take all the necessary steps, pursuant to 28 U.S.C. § 1608(a)(4), to effect service on Defendant United Arab Emirates ("UAE"). We previously wrote to you on February 23, 2024, and requested that service be effected through your office pursuant to 28 U.S.C. § 1608(a)(3). As discussed more fully below, your office dispatched via DHL a copy of the summons, complaint, and notice of suit along with a translation of each into Arabic to the UAE Minister of Foreign Affairs in accordance with 28 U.S.C. § 1608(a)(3). The Minister of Foreign Affairs refused to accept delivery. As such, we respectfully request that the Clerk effect service on Defendant UAE via the U.S. Department of State pursuant to 28 U.S.C. § 1608(a)(4).

As we explained in our previous correspondence, this is an action against the United Arab Emirates, one of its agencies or instrumentalities, several of its officials, and other companies and individuals, filed pursuant to the commercial activity exception to sovereign immunity, 28 U.S.C. § 1605(a)(2). The methods for serving a foreign state under 28 U.S.C. § 1608(a)(1) and (2) are unavailable in this matter as the United States does not have a "special arrangement for service" with the UAE, and the UAE is not a signatory to the Hague Convention on Service Abroad of Judicial and Extrajudicial Documents in Civil and Commercial Matters. Plaintiffs were unable to identify any other "international convention[s] on service of judicial documents" to which both the United



States and the UAE are signatories.  On February 23, 2024, we requested the Clerk of this Court to dispatch via DHL copies of the summons, complaint, and notice of suit—in English and Arabic—to the UAE Minister of Foreign Affairs pursuant to 28 U.S.C. § 1608(a)(3).  (*See* ECF Nos. 5, 5-1.)  On February 23, 2024, the Clerk of Court filed a Certificate indicating the materials were mailed.  (*See* ECF No. 10.)  DHL's tracking system indicated that "delivery was not accepted" on February 29, 2024, and the package was returned to Clare Locke LLP.  (*See* Exhibit A.)  Because the UAE Minister of Foreign Affairs refused to accept service of process and service could not be made within 30 days pursuant to 28 U.S.C. § 1608(a)(3), we are now requesting that the Clerk of Court effect service of process on the UAE pursuant 28 U.S.C. § 1608(a)(4) through the U.S. Department of State's diplomatic channels.

Pursuant to 28 U.S.C. § 1608(a)(4), we have enclosed for service on Defendant UAE the following documents: (1) two copies in English of the Complaint; (2) two copies in English of the summons for Defendant UAE; (3) two copies in English of the Notice of Suit for Defendant UAE with a copy of the Foreign State Immunities Act of 1976 attached as an exhibit pursuant to 22 C.F.R. § 93.2(e); and (4) one copy of each of the previously listed documents translated into Arabic, the official language of the UAE.  We have also enclosed one copy of the Affidavit Requesting Foreign Mailing, one copy of the Notice of Electronic Filing, and one Proof of Service Unexecuted Under 28 U.S.C. § 1608(a)(3).  Please take the necessary steps to effect service pursuant to 28 U.S.C. § 1608(a)(4).  In light of the statutory requirement, service should be attempted by "any form of mail requiring a signed receipt" addressed to:

> U.S. Department of State
> Director of Special Consular Services
> Attn: FSIA
> CA/OCS/L, SA-17, 10th Floor
> Washington, DC 20522-1710

If you have any questions or require any additional information, please contact us at (202) 899-3878 or nick@clarelocke.com.

Very truly yours,

CLARE LOCKE LLP

*/s/ Thomas A. Clare, P.C.*
Thomas A. Clare, P.C.

*/s/ Nicholas J. Brechbill*
Nicholas J. Brechbill

# Exhibit A

# Tracking Results

| | Waybill Number **3076791992** **Returned to shipper** Get Proof of Delivery | Monday, March 04, 2024 at 1:22 PM Origin Service Area: **WASHINGTON - RONALD REAGAN NATIONAL, DC - USA** Next Step Please contact us for more information. | | 1 Pieces |
|---|---|---|---|---|
| | The shipment has been returned to shipper or origin country as instructed or according to our standard procedure. | Destination Service Area: **ABU DHABI - UNITED ARAB EMIRATES** | | |

| **Monday, March 04, 2024** | | **Location** | **Time** | **Pieces** |
|---|---|---|---|---|
| 16 | Returned to shipper | ABU DHABI - UNITED ARAB EMIRATES | 1:22 PM | 1 Pieces |
| **Thursday, February 29, 2024** | | **Location** | **Time** | **Pieces** |
| 15 | Delivery not accepted | ABU DHABI - UNITED ARAB EMIRATES | 9:53 AM | 1 Pieces |
| 14 | Shipment is out with courier for delivery | ABU DHABI - UNITED ARAB EMIRATES | 8:38 AM | 1 Pieces |
| 13 | Shipment has departed from a DHL facility ABU DHABI - UNITED ARAB EMIRATES | ABU DHABI - UNITED ARAB EMIRATES | 8:14 AM | 1 Pieces |
| 12 | Arrived at DHL Delivery Facility ABU DHABI - UNITED ARAB EMIRATES | ABU DHABI - UNITED ARAB EMIRATES | 8:14 AM | 1 Pieces |
| 11 | Processed at ABU DHABI - UNITED ARAB EMIRATES | ABU DHABI - UNITED ARAB EMIRATES | 7:50 AM | 1 Pieces |
| 10 | Arrived at DHL Sort Facility ABU DHABI - UNITED ARAB EMIRATES | ABU DHABI - UNITED ARAB EMIRATES | 7:47 AM | 1 Pieces |
| 9 | Shipment has departed from a DHL facility BAHRAIN - BAHRAIN | BAHRAIN - BAHRAIN | 3:51 AM | 1 Pieces |
| 8 | Shipment is in transit to destination | BAHRAIN - BAHRAIN | 3:28 AM | 1 Pieces |
| **Wednesday, February 28, 2024** | | **Location** | **Time** | **Pieces** |
| 7 | Shipment has departed from a DHL facility CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 5:44 AM | 1 Pieces |
| 6 | Processed at CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 1:35 AM | 1 Pieces |
| **Tuesday, February 27, 2024** | | **Location** | **Time** | **Pieces** |
| 5 | Shipment has departed from a DHL facility BALTIMORE AIRPORT - USA | BALTIMORE AIRPORT, MD - USA | 10:24 PM | 1 Pieces |
| 4 | Shipment is in transit to destination | BALTIMORE AIRPORT, MD - USA | 9:20 PM | 1 Pieces |
| 3 | Shipment has departed from a DHL facility WASHINGTON - RONALD REAGAN NATIONAL - USA | WASHINGTON - RONALD REAGAN NATIONAL, DC - USA | 9:16 PM | 1 Pieces |
| 2 | Processed at WASHINGTON - RONALD REAGAN NATIONAL - USA | WASHINGTON - RONALD REAGAN NATIONAL, DC - USA | 8:18 PM | 1 Pieces |
| 1 | Shipment information received | WASHINGTON - RONALD REAGAN NATIONAL, DC - USA | 8:06 PM | |

Need help? Chat with us now