UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAZIM NADA and LORD ENERGY SA, <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED ARAB EMIRATES, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:24-cv-00206-ABJ <br> ) <br> ) <br> ) <br> ) <br> ) |

**DECLARATION OF PROOF OF SERVICE OF
SYLVAIN BESSON PURSUANT TO THE HAGUE CONVENTION**

I, Nicholas J. Brechbill, hereby declare that:

1. I am a partner of the law firm Clare Locke LLP.  I am over the age of 18, am of sound mind, and make this Declaration on the basis of my personal knowledge.  I am not a party to this action.

2. I am counsel for Hazim Nada and Lord Energy SA, Plaintiffs in this action.

3. Sylvain Besson is a named defendant in this case residing in Switzerland.

4. Switzerland and the United States are parties to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters.

5. Under Federal Rule of Civil Procedure § 4(f)(1), Besson—who is not a minor, an incompetent person, or a person whose waiver has been filed—may be served by an internationally agreed means of service, such as those authorized by the Hague Convention.

6. On February 15, 2024, my firm submitted a Request for Service Abroad of Judicial or Extrajudicial Documents in Civil or Commercial Matters to the Central Authority for Vaud Canton, the Canton in Switzerland in which Besson resides:

Tribunal cantonal Vaud
Division Entraide judiclaire
Palais de justice de l'Hermitage
Route du Signal 8
1014 Lausanne ADM cant VD

7. The Central Authority in Vaud effected service on Besson on February 23, 2024 at 3:39 pm. Attached as **Exhibit A** to this Declaration is the postal record affixed with Besson's signature.

8. On March 15, 2024, the Central Authority in Vaud prepared an Attestation Certificate that provides proof of service in accordance with the Hague Convention. That Attestation Certificate is attached as **Exhibit B** to this Declaration.

9. My firm received the Attestation Certificate from the Central Authority in Vaud on March 25, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 29, 2024                     Respectfully Submitted,

                                          /s/ *Nicholas J. Brechbill*

                                          Thomas A. Clare, P.C.
                                          Nicholas J. Brechbill
                                          CLARE LOCKE LLP
                                          10 Prince Street
                                          Alexandria, Virginia 22314
                                          Telephone: (202) 628-7400
                                          Email: tom@clarelocke.com
                                          Email: nick@clarelocke.com

                                          *Attorneys for Plaintiffs Hazim Nada and Lord Energy SA*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that Plaintiffs' Declaration of Proof of Service of Sylvain Besson Pursuant to the Hague Convention was filed using the Court's CM/ECF system, and I caused the foregoing document to be served by emailing and mailing a true and correct copy to the following:

Adam Fee
Scott Carlton
PAUL HASTINGS, LLP
1999 Avenue of the Stars, 27th Floor
Century City, CA 90067
adamfee@paulhastings.com
scottcarlton@paulhastings.com

*Attorneys for Defendants Alp Services SA, Diligence SARL, Mario Brero, Muriel Cavin, and Lionel Badal*

March 29, 2024                                                  /s/ *Nicholas J. Brechbill*
                                                                         Nicholas J. Brechbill

                                                                         *Attorney for Plaintiffs Hazim Nada and Lord Energy SA*