## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAZIM NADA<br>Via XXVII Maggio 29<br>22100 Como (CO), Italy,<br><br>and<br><br>LORD ENERGY SA<br>Contrada di Verla 1<br>6901 Lugano, Switzerland,<br><br>       Plaintiffs,<br><br>    v.<br><br>THE UNITED ARAB EMIRATES<br>C/O Ambassador of the UAE<br>Mr. Yousef Al-Otaiba<br>UAE Embassy<br>3522 International Court N.W. #100<br>Washington, D.C. 20008,<br><br>ARIAF STUDIES AND RESEARCH LLC<br>P.O. Box 3088<br>Abu Dhabi, United Arab Emirates,<br><br>THE ABU DHABI NATIONAL OIL<br>COMPANY<br>P.O. Box 898<br>Corniche Road West<br>Abu Dhabi, United Arab Emirates,<br><br>MOHAMED BIN ZAYED AL NAHYAN<br>Qasr Al-Watan<br>Al Ras Al-Akhdar<br>Abu Dhabi, United Arab Emirates,<br><br>MATAR HUMAID AL-NEYADI<br>Supreme Council of National Security<br>F834+JMQ, Al Ras Al-Akhdar<br>Abu Dhabi, United Arab Emirates, | **Civil Action No. 24-CV-00206** |

ALP SERVICES SA
Rue de Montchoisy 36
CH-1207 Geneva, Switzerland,

DILIGENCE SARL
Rue de Montchoisy 36
CH-1207 Geneva, Switzerland,

MARIO BRERO
Route de l'Allaman 14
1173 Fechy, Switzerland,

LIONEL BADAL
Rue Eugene Welter 60
2723 Howald, Luxembourg,

MURIEL CAVIN
Avenue du Mail 27
Geneva, Switzerland,

LORENZO VIDINO
1110 23rd Street N.W., Apartment 604
Washington, D.C. 20037,

SYLVAIN BESSON
Route de la Vuy 10
1305 Penthalaz, Switzerland,

and

JOHN DOE NOS. 1-25,

                          Defendants.

## **STIPULATION**

      This Stipulation is entered into between Plaintiffs Hazim Nada and Lord Energy SA ("Plaintiffs") and Defendants ALP Services SA, Diligence SARL, Mario Brero, Lionel Badal, and Muriel Cavin ("Defendants" and together with Plaintiffs, the "Parties").

**WHEREAS**, on January 24, 2024, Plaintiffs filed a Complaint in this Court against Defendants;

**WHEREAS**, Plaintiffs have agreed and stipulated that the deadline for Defendants to answer, move, or otherwise respond to the Complaint is on or before May 10, 2024; and

**WHEREAS**, the Parties have also agreed and stipulated to a briefing schedule on Defendants' anticipated motion(s) to dismiss the Complaint;

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the respective Parties, that:

(1) Defendants' deadline to answer, move, or otherwise respond to the Complaint is on or before May 10, 2024;

(2) Plaintiffs' deadline to file an opposition to any motion to dismiss filed by Defendants shall be due on or before June 24, 2024;

(3) Defendants' deadline to file any reply in support of their motion to dismiss on or before July 15, 2024; and

(4) Nothing in this stipulation waives the Parties' rights or defenses, including any challenge Defendants may have to personal jurisdiction.

Dated:  April 5, 2024      By:    /s/ Nicholas J. Brechbill
Thomas A. Clare, P.C. (D.C. Bar No. 461964)
Nicholas J. Brechbill (D.C. Bar No. 229988)
CLARE LOCKE LLP
10 Prince Street
Alexandria, Virginia 22314
Telephone: (202) 628-7400
tom@clarelocke.com
nick@clarelocke.com

*Attorneys for Plaintiffs Hazim Nada and Lord Energy SA*

-and-

By:    /s/ Igor V. Timofeyev
Igor V. Timofeyev (D.C. Bar No. 998291)
Vanessa Omoroghomwan (D.C. Bar No. 1644765)
PAUL HASTINGS LLP
2050 M Street NW
Washington, DC 20036
Telephone: (202) 551-1700
igortimofeyev@paulhastings.com
vanessaomoroghomwan@paulhastings.com

Adam Fee (admission *pro hac vice* forthcoming)
PAUL HASTINGS LLP
1999 Avenue of The Stars, 27th Floor
Los Angeles, California 90067
Telephone: (310) 620-5700
adamfee@paulhastings.com

D. Scott Carlton (admission *pro hac vice* forthcoming)
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, California 90071
Telephone: (212) 683-6000
scottcarlton@paulhastings.com

*Attorneys for Defendants ALP Services SA, Diligence SARL, Mario Brero, Lionel Badal, and Muriel Cavin*

SO ORDERED this 8th day of April, 2024.

_Amy B Jackson_
_____
Hon. Amy Berman Jackson, U.S.D.J.