UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAZIM NADA and LORD ENERGY SA, <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED ARAB EMIRATES, *et al.*, <br><br> Defendants. | Case No. 1:24-cv-00206-ABJ |

**REQUEST TO CLERK OF COURT TO ENTER
DEFAULT OF DEFENDANT SYLVAIN BESSON LLC UNDER F.R. CIV. P. 55(B)(1)**

TO CLERK OF COURT:

WHEREAS Defendant SYLVAIN BESSON was duly served the Summons and the Complaint on February 23, 2024;

WHEREAS said Defendant has failed to plead or otherwise defend on or before the due date of March 15, 2024, and that failure is shown by Affidavit and otherwise;

WHEREAS said Defendant is neither a minor or an incompetent person;

WHEREARE Plaintiff's counsel has no knowledge of Defendant's counsel; and

PURSUANT to Rule 55(b)(1) of the Federal Rules of Civil Procedure;

Plaintiffs respectfully request the Clerk of this honorable Court to enter default against said Defendant.

Annex: Proof of Service, Docket 16.

Dated: April 9, 2024                        Respectfully Submitted,

/s/ *Thomas A. Clare, P.C.*

Thomas A. Clare, P.C.
Nicholas J. Brechbill
CLARE LOCKE LLP
10 Prince Street
Alexandria, Virginia 22314
Telephone: (202) 628-7400
Email: tom@clarelocke.com
Email: nick@clarelocke.com

*Attorneys for Plaintiffs Hazim Nada & Lord Energy SA*