IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HAZIM NADA**, *et al*, <br><br> *Plaintiff*, <br><br> v. <br><br> **UNITED ARAB EMIRATES**, *et al.* <br><br> *Defendants*. | **Civil Action No. 1:24-cv-00206-ABJ** |

### MOTION FOR ADMISSION *PRO HAC VICE* OF D. SCOTT CARLTON

Pursuant to Local Civil Rule 83.2(c), Igor V. Timofeyev, a member of the Bar of this Court and a partner with the law firm of Paul Hastings LLP in Washington, D.C., respectfully moves for the admission and appearance of attorney D. Scott Carlton, *pro hac vice* in the above-captioned matter on the behalf of Defendants Alp Services SA, Diligence SARL, Mario Brero, Lionel Badal, and Muriel Cavin, ("Defendants"). This motion is supported by the attached Declaration of D. Scott Carlton.

As set forth in Mr. Carlton's Declaration, he is admitted and an active member in good standing in the following courts and bars: California State Bar; Supreme Court; United States Court of Appeals for the Ninth Circuit; and the United States District Court for the Southern District of California, Central District of California, and Northern District of California.

WHEREFORE, Igor V. Timofeyev, a member of the Bar of this Court, moves that the Court enter an order permitting D. Scott Carlton to appear *pro hac vice* on behalf of Defendants in this action.

Dated: April 10, 2024                                         Respectfully submitted,

<u>*/s/ Igor V. Timofeyev*</u>
Igor V. Timofeyev (D.C. Bar No. 998291)
igortimofeyev@paulhastings.com
PAUL HASTINGS LLP
2050 M Street, N.W.
Washington, DC  20036
Telephone:        (202) 551-1700
Facsimile:          (202) 551-1705

*Counsel for Defendant Alp Services SA, Diligence SARL, Mario Brero, Lionel Badal, and Muriel Cavin*