AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Hazim Nada, et al., <br> *Plaintiff* <br> v. <br> The United Arab Emirates, et al., <br> *Defendant* | ) <br> ) <br> ) Case No. 1:24-cv-206 (ABJ) <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United Arab Emirates, Mohamed Bin Zayed Al Nahyan, and Matar Humaid Al-Neyadi.

Date: 05/03/2024

/s/ R. Reeves Anderson
*Attorney's signature*

Robert Reeves Anderson, 994989
*Printed name and bar number*

Arnold & Porter Kaye Scholer LLP
1144 Fifteenth Street
Suite 3100
Denver, CO 80202
*Address*

reeves.anderson@arnoldporter.com
*E-mail address*

(303) 863-1000
*Telephone number*

(303) 863-2301
*FAX number*