AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Hazim Nada, et al., )
*Plaintiff* )
v. ) Case No. 1:24-cv-206 (ABJ)
The United Arab Emirates, et al., )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United Arab Emirates, Mohamed Bin Zayed Al Nahyan, and Matar Humaid Al-Neyadi .

Date: 05/03/2024

/s/ Sally Pei
*Attorney's signature*

Sally Pei, 1030194
*Printed name and bar number*
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, NW
Washington, DC 20001

*Address*

sally.pei@arnoldporter.com
*E-mail address*

(202) 942-5000
*Telephone number*

(202) 942-5999
*FAX number*