UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAZIM NADA, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>THE UNITED ARAB EMIRATES, *et al.*,<br><br>*Defendants.* | No. 1:24-cv-206 (ABJ) |

### JOINT MOTION TO SET DEADLINES TO RESPOND TO THE COMPLAINT

Plaintiffs Hazim Nada and Lord Energy SA (together, "Plaintiffs") and Defendants the United Arab Emirates, Mohamed Bin Zayed Al Nahyan, Matar Humaid Al-Neyadi, the Abu Dhabi National Oil Company, Alp Services SA, Diligence SARL, Mario Brero, Lionel Badal, Muriel Cavin, and Sylvain Besson (together, the "Moving Defendants") respectfully move this Court for an Order setting an agreed-to briefing schedule in this case.

The parties request that the deadline for the Moving Defendants to file answers or move to dismiss the Complaint be **July 16, 2024**. The deadline for Plaintiffs to file their briefs in opposition would be **August 30, 2024**, with replies due on **September 30, 2024**. These dates would supersede the Scheduling Order dated April 8, 2024 (ECF No. 29) that pertains to certain of the Moving Defendants.

This motion is made without prejudice to any and all claims and defenses the parties may have in this action. Specifically and without limitation, it is understood and agreed that the Moving Defendants reserve their rights with respect to the assertion of immunity, lack of personal jurisdiction, improper venue, and all other available defenses.

As required by Local Civil Rule 7(m), the parties have conferred with respect to this motion and are filing it jointly.

Dated: May 3, 2024                                  Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

/s/ *R. Reeves Anderson*
Robert Reeves Anderson (D.C. Bar No. 994989)
1144 Fifteenth Street, Suite 3100
Denver, CO 80202-2848
Telephone: (303) 863-1000
Reeves.Anderson@arnoldporter.com

Sally Pei (D.C. Bar No. 1030194)
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Telephone: (202) 942-5000
Sally.Pei@arnoldporter.com

*Counsel for the United Arab Emirates, Mohamed Bin Zayed Al Nahyan, and Matar Humaid Al-Neyadi*


QUINN EMANUEL URQUHART & SULLIVAN LLP

/s/ *John Bash*
William A. Burck (D.C. Bar No. 979677)
John Bash (D.C. Bar No. 988874)
1300 I Street, NW, Suite 900
Washington, DC 20005
Telephone: (202) 538-8000
williamburck@quinnemanuel.com
johnbash@quinnemanuel.com

*Counsel for the Abu Dhabi National Oil Company*

PAUL HASTINGS LLP

/s/ *Igor V. Timofeyev*
Igor V. Timofeyev (D.C. Bar No. 998291)
Vanessa O. Omoroghomwan (D.C. Bar No. 1644765)
2050 M Street NW
Washington, DC 20036
Telephone: (202) 551-1792
igortimofeyev@paulhastings.com
vanessaomoroghomwan@paulhastings.com

Adam J. Fee (*pro hac vice*)
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (310) 620-5700
adamfee@paulhastings.com

D. Scott Carlton (*pro hac vice*)
515 S. Flower Street
Los Angeles, CA 90071
Telephone: (213) 683-6000
scottcarlton@paulhastings.com

*Counsel for Alp Services SA, Diligence SARL, Mario Brero, Lionel Badal, and Muriel Cavin*

HOLLAND & HART LLP

/s/ *Michael O'Leary*
Michael O' Leary (D.C. Bar No. 1014610)
505 9th St. NW, Suite 700
Washington, DC 20004
Tel.: (202) 654-6922
MJOleary@hollandhart.com

Nicholas J. Lewin (*pro hac vice forthcoming*)
Molly K. Webster (*pro hac vice forthcoming*)
350 Fifth Avenue, 77th Floor
New York, New York 10018
Telephone: (212) 390-9550
nick.lewin@kriegerlewin.com
molly.webster@kriegerlewin.com

*Counsel for Sylvain Besson*

CLARE LOCKE LLP

/s/ *Nicholas J. Brechbill*
Thomas A. Clare (D.C. Bar No. 461964)
Nicholas J. Brechbill (D.C. Bar No. 229988)
10 Prince Street
Alexandria, VA 22314
Telephone: (202) 628-7400
tom@clarelocke.com
nick@clarelocke.com

*Counsel for Plaintiffs Hazim Nada and Lord Energy SA*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2024, I caused a copy of the foregoing to be filed with the Clerk of Court through the CM/ECF system, which sent notice of the filing to all appearing parties of record.

Dated: May 3, 2024                                                                                       */s/ Aaron X. Sobel*