IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HAZIM NADA, *et al*,

                *Plaintiffs*,

v.

UNITED ARAB EMIRATES, *et al*.

                *Defendants*.

No. 1:24-cv-00206-ABJ

## MOTION FOR ADMISSION *PRO HAC VICE* OF NICHOLAS J. LEWIN

Pursuant to Local Civil Rule 83.2(c), Michael O'Leary, a member of the Bar of this Court, respectfully moves for the admission and appearance of attorney Nicholas J. Lewin, *pro hac vice* in the above-captioned matter on behalf of Defendant Sylvain Besson. This motion is supported by the attached Declaration of Nicholas J. Lewin and accompanying Certificate of Good Standing.

Mr. Lewin is an active member in good standing in the following courts and bars: New York State; United States Court of Appeals for the Second Circuit; and the United States District Courts for the Southern District of New York and Eastern District of New York. Mr. Lewin meets all qualifications for admission *pro hac vice* stated in Local Civil Rule 83.2.

WHEREFORE, Michael O'Leary, a member of the Bar of this Court, moves that the Court enter an order permitting Nicholas J. Lewin to appear *pro hac vice* on behalf of Defendant Sylvain Besson in this action.

1

Dated: May 3, 2024

Respectfully submitted,

/s/ *Michael O'Leary*

Michael O'Leary (D.C. Bar No. 1014610)
HOLLAND & HART LLP
505 9th St. NW, Suite 700
Washington, DC 20004
Tel.: (202) 654-6922
MJOleary@hollandhart.com

*Counsel for Defendant Sylvain Besson*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 3, 2024, a copy of the foregoing Motion for Admission *Pro Hac Vice* of Nicholas J. Lewin and supporting documents were filed electronically. Notice of this filing will be sent by e-mail to the parties by operation of the Court's CM/ECF system.

Dated: May 3, 2024

Respectfully submitted,

/s/ *Michael O'Leary*
Michael O'Leary (D.C. Bar No. 1014610)
HOLLAND & HART LLP
505 9th St. NW, Suite 700
Washington, DC 20004
Tel.: (202) 654-6922
MJOleary@hollandhart.com

*Counsel for Defendant Sylvain Besson*