UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAZIM NADA and LORD ENERGY SA,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED ARAB EMIRATES, *et al.*,<br><br>Defendants. | Case No. 1:24-cv-00206-ABJ |

**AFFIDAVIT OF NICHOLAS J. BRECHBILL PROVIDING PROOF
OF SERVICE ON THE UNITED ARAB EMIRATES PURSUANT TO
THE FOREIGN SOVEREIGN IMMUNITIES ACT, 28 U.S.C. § 1608(a)(1)**

Nicholas J. Brechbill, being duly sworn, hereby deposes and says:

1. I am a partner of the law firm Clare Locke LLP. I am over the age of 18, am of sound mind, and make this Affidavit based on my personal knowledge. I am not a party to this action.

2. I am counsel for Hazim Nada and Lord Energy SA, Plaintiffs in this action.

3. The United Arab Emirates is a named defendant in this case and a foreign state within the meaning of the Foreign Sovereign Immunities Act ("FSIA"), 28 U.S.C. § 1603(a).

4. Federal Rule of Civil Procedure 4(j)(1) dictates that a foreign state must be served in accordance with the FSIA, 28 U.S.C. § 1608.

5. Under 28 U.S.C. § 1608(a)(1), a foreign state, such as the UAE, may be served "by delivery of a copy of the summons and complaint in accordance with any special arrangement for service between the plaintiff and the foreign state or political subdivision."

6. On May 7, 2024, Reeves Anderson, a partner at the law firm Arnold & Porter and counsel for the UAE in this action, informed me that the UAE agreed to accept service of process for purposes of this action only by delivery of the summons and Complaint via email from Plaintiffs' counsel to Mr. Anderson. Mr. Anderson also stated that the UAE agreed to waive any objections to

the adequacy of service of process. A true and correct copy of this email from Mr. Anderson to me memorializing the agreement between the parties authorizing service of the summons and Complaint by email to the UAE's counsel in this action is attached as **Exhibit A** to this Affidavit.

7. Later on May 7, 2024, I responded to Mr. Anderson's email and sent him copies of the summons for the UAE in this action and the Complaint, in English and Arabic, along with certificates authenticating the translations. My email response to Mr. Anderson and the attachments to that email are also included in Exhibit A.

8. I also informed Mr. Anderson in my email that, pursuant to Section 1608(a)(1) of the FSIA and in accordance with the agreement between the parties, Plaintiffs considered service of process to have been made on the UAE.

I affirm under penalty of perjury that the foregoing is true and correct. Executed on May 13, 2024, in Alexandria, Virginia by:

_____
Nicholas J. Brechbill

Thomas A. Clare, P.C.
Nicholas J. Brechbill
CLARE LOCKE LLP
10 Prince Street
Alexandria, Virginia 22314
Telephone: (202) 628-7400
Email: tom@clarelocke.com
Email: nick@clarelocke.com

*Attorneys for Plaintiffs Hazim Nada and Lord Energy SA*

Commonwealth of Virginia
City of Alexandria

The foregoing instrument was sworn before me this 13th day of May, 2024 by Nicholas J. Brechbill.

_Page B. McKinstry_
Notary Public

Notary registration number: 7589354
My commission expires: 12/31/2026

Page Billingham McKinstry
Commonwealth of Virginia
Notary Public
Commission No. 7589354
My Commission Expires 12/31/2026

3

## CERTIFICATE OF SERVICE

I hereby certify that the Affidavit of Nicholas J. Brechbill Providing Proof of Service on the United Arab Emirates Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608 was served on all counsel of record by filing it using the Court's CM/ECF system, and I caused the foregoing document to be served on counsel for Defendant Abu Dhabi National Oil Company by emailing and mailing a true and correct copy to the following:

William A. Burck
John Bash
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
1300 I Street N.W., Suite 900
Washington, D.C. 20005
williamburck@quinnemanuel.com
johnbash@quinnemanuel.com

*Attorneys for Defendant*
*Abu Dhabi National Oil Company*

Dated: May 13, 2024                    /s/ *Nicholas J. Brechbill*
                                       Nicholas J. Brechbill

                                       *Attorney for Plaintiffs Hazim Nada and Lord Energy SA*