UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HAZIM NADA and LORD ENERGY SA,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE UNITED ARAB EMIRATES, *et al.*,<br><br>    Defendants. | Case No. 1:24-cv-00206-ABJ |

### AFFIDAVIT OF NICHOLAS J. BRECHBILL PROVIDING PROOF OF SERVICE ON THE ABU DHABI NATIONAL OIL COMPANY PURSUANT TO THE FOREIGN SOVEREIGN IMMUNITIES ACT, 28 U.S.C. § 1608(b)(1)

Nicholas J. Brechbill, being duly sworn, deposes and says:

1. I am a partner of the law firm Clare Locke LLP. I am over the age of 18, am of sound mind, and make this Affidavit based on my personal knowledge. I am not a party to this action.

2. I am counsel for Hazim Nada and Lord Energy SA, Plaintiffs in this action.

3. The Abu Dhabi National Oil Company ("ADNOC") is a named defendant in this case and an instrumentality of a foreign state—the United Arab Emirates—within the meaning of the Foreign Sovereign Immunities Act ("FSIA"), 28 U.S.C. § 1603(b).

4. Federal Rule of Civil Procedure 4(j)(1) dictates that an instrumentality of a foreign state must be served in accordance with the FSIA, 28 U.S.C. § 1608.

5. Under 28 U.S.C. § 1608(b)(1), an instrumentality of a foreign state, such as ADNOC, may be served "by delivery of a copy of the summons and complaint in accordance with any special arrangement for service between the plaintiff and the agency or instrumentality."

6. On May 7, 2024, John Bash, a partner at the law firm Quinn Emanuel Urquhart & Sullivan, LLP and counsel for ADNOC in this action, informed me that ADNOC agreed to accept service of process for purposes of this action only by delivery of the summons and Complaint via

email from Plaintiffs' counsel to Mr. Bash. Mr. Bash also stated that ADNOC agreed to waive any objections to the adequacy of service of process. A true and correct copy of this email from Mr. Bash to me memorializing the agreement between the parties authorizing service of the summons and Complaint by email to ADNOC's counsel in this action is attached as **Exhibit A** to this Affidavit.

7. Later on May 7, 2024, I responded to Mr. Bash's email and sent him copies of the summons for ADNOC in this action and the Complaint, in English and Arabic, along with certificates authenticating the translations. My email response to Mr. Bash and the attachments to that email are also included in Exhibit A.

8. I also informed Mr. Bash in my email that, pursuant to Section 1608(b)(1) of the FSIA and in accordance with the agreement between the parties, Plaintiffs considered service of process to have been made on ADNOC.

I affirm under penalty of perjury that the foregoing is true and correct. Executed on May 13, 2024, in Alexandria, Virginia by:

Nicholas J. Brechbill

Thomas A. Clare, P.C.
Nicholas J. Brechbill
CLARE LOCKE LLP
10 Prince Street
Alexandria, Virginia 22314
Telephone: (202) 628-7400
Email: tom@clarelocke.com
Email: nick@clarelocke.com

*Attorneys for Plaintiffs Hazim Nada and Lord Energy SA*

Commonwealth of Virginia
City of Alexandria

The foregoing instrument was sworn before me this 13th day of May, 2024 by Nicholas J. Brechbill.

_____
Notary Public

Notary registration number: 7589354
My commission expires: 12/31/2026

Page Billingham McKinstry
Commonwealth of Virginia
Notary Public
Commission No. 7589354
My Commission Expires 12/31/2026

3

## CERTIFICATE OF SERVICE

I hereby certify that the Affidavit of Nicholas J. Brechbill Providing Proof of Service on the Abu Dhabi National Oil Company Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608 was served on all counsel of record by filing it using the Court's CM/ECF system, and I caused the foregoing document to be served on counsel for Defendant the Abu Dhabi National Oil Company by emailing and mailing a true and correct copy to the following:

William A. Burck
John Bash
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
1300 I Street N.W., Suite 900
Washington, D.C. 20005
williamburck@quinnemanuel.com
johnbash@quinnemanuel.com

*Attorneys for Defendant
Abu Dhabi National Oil Company*

Dated: May 13, 2024

/s/ *Nicholas J. Brechbill*
Nicholas J. Brechbill

*Attorney for Plaintiffs Hazim Nada and Lord Energy SA*