UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAZIM NADA and LORD ENERGY SA,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED ARAB EMIRATES, *et al.*,<br><br>Defendants. | Case No. 1:24-cv-00206-ABJ |

**NOTICE OF WITHDRAWAL OF PLAINTIFFS' REQUEST FOR AN ORDER AUTHORIZING SERVICE OF PROCESS BY OTHER MEANS ON DEFENDANTS MOHAMED BIN ZAYED AL NAHYAN AND MATAR HUMAID AL-NEYADI**

NOTICE is hereby given that Plaintiffs are withdrawing their request for an Order from the Court authorizing service of process by other means on Defendants Mohamed Bin Zayed Al Nahyan and Matar Humaid Al-Neyadi.  On March 13, 2024, Plaintiffs filed a Motion for Service of Process by Other Means Pursuant to Rules 4(f)(3) and 4(h)(2) on Al Nahyan, Matar, and Defendant Ariaf Studies and Research LLC.  (ECF No. 11.)  That Motion is currently pending.

After the Motion was filed, Al Nahyan and Matar waived service of process pursuant to Federal Rule of Civil Procedure 4(d).  Plaintiffs filed waivers of service for Al Nahyan and Matar, signed by their counsel in this action, on May 13, 2024.  (ECF Nos. 48, 49.)  As such, the relief requested in Plaintiffs' Motion for Service of Process by Other Means is no longer required with respect to Al Nahyan and Matar.

Ariaf, however, has not waived service of process, and Plaintiffs are not withdrawing their Motion for Service by Other Means with respect to Ariaf.  Plaintiffs continue to respectfully request an Order from the Court authorizing service on Ariaf by the alternative means identified in Plaintiffs' pending Motion.  (ECF No. 11.)

Likewise, on March 25, 2024, Plaintiffs requested that the Clerk of Court effect service of process on Defendant the United Arab Emirates via the U.S. Department of State pursuant to section 1608(a)(4) of the Foreign Sovereign Immunities Act ("FSIA"), 28 U.S.C. § 1608(a)(4).  (ECF No. 13.)  After that request was filed, the UAE and Plaintiffs entered into an agreement pursuant to Section 1608(a)(1) of the FSIA for the UAE to accept service of the Summons and Complaint via email from Plaintiffs' counsel to counsel for the UAE in this action.  Service of process was made on the UAE in accordance with this agreement on May 7, 2024.  On May 13, 2024, Plaintiffs filed an affidavit providing proof of service on the UAE.  (ECF No. 50.)

Because the UAE has already been served, Plaintiffs are withdrawing their request that the Clerk of Court effect service on the UAE through the State Department, and Plaintiffs intend to notify the State Department that service on the UAE through diplomatic channels is no longer needed.

Dated: May 16, 2024                                  Respectfully Submitted,

/s/ *Thomas A. Clare, P.C.*

Thomas A. Clare, P.C.
Nicholas J. Brechbill
CLARE LOCKE LLP
10 Prince Street
Alexandria, Virginia 22314
Telephone: (202) 628-7400
Email: tom@clarelocke.com
Email: nick@clarelocke.com

*Attorneys for Plaintiffs Hazim Nada and Lord Energy SA*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice was served on all counsel of record by filing it using the Court's CM/ECF system, and I caused it to be served on counsel for Defendant Abu Dhabi National Oil Company by emailing and mailing a true and correct copy to the following:

William A. Burck
John Bash
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
1300 I Street N.W., Suite 900
Washington, D.C. 20005
williamburck@quinnemanuel.com
johnbash@quinnemanuel.com

*Attorneys for Defendant*
*Abu Dhabi National Oil Company*

Dated: May 16, 2024                    /s/ *Nicholas J. Brechbill*
                                       Nicholas J. Brechbill

                                       *Attorney for Plaintiffs Hazim Nada and Lord Energy SA*