## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HAZIM NADA and LORD ENERGY SA, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | **Case No. 1:24-cv-00206-ABJ** |
| THE UNITED ARAB EMIRATES, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

### JOINT MOTION TO SET DEADLINES FOR DEFENDANT
### LORENZO VIDINO TO RESPOND TO THE COMPLAINT

Plaintiffs Hazim Nada and Lord Energy SA (together, "Plaintiffs") and Defendant Lorenzo Vidino respectfully move this Court for an Order setting an agreed-to briefing schedule in this case. Plaintiffs and Dr. Vidino request that the deadline for Dr. Vidino to file an answer or move to dismiss the Complaint be **July 16, 2024**, the deadline for Plaintiffs to file their brief in opposition be **August 30, 2024,** and the deadline for Dr. Vidino to file his reply brief be **September 30, 2024**.

The proposed briefing schedule is line with the schedule entered by the Court with respect to the other Defendants who have appeared in the case. (Minute Order Granting Joint Motion to Set Deadlines to Respond to the Complaint (May 6, 2024), ECF No. 40.)

This motion is made without prejudice to any and all claims and defenses the parties may have in this action. Specifically and without limitation, it is understood and agreed that Dr. Vidino reserves his rights with respect to the assertion of immunity, lack of personal jurisdiction, improper venue, and all other available defenses.

As required by Local Civil Rule 7(m), the parties have conferred with respect to this motion and are filing it jointly.

Date:   June 19, 2024

CLARE LOCKE LLP

*/s/ Nicholas J. Brechbill*
Thomas A. Clare, P.C. (D.C. Bar No. 461964)
Nicholas J. Brechbill (D.C. Bar No. 229988)
CLARE LOCKE LLP
10 Prince Street
Alexandria, Virginia 22314
Telephone: (202) 628-7400
tom@clarelocke.com
nick@clarelocke.com

*Attorneys for Plaintiffs Hazim Nada and Lord Energy SA*

GIBSON, DUNN & CRUTCHER LLP

*/s/ Matthew D. McGill*
Matthew D. McGill (D.C. Bar No. 481430)
Nathaniel J. Tisa (D.C. Bar No. 90006243)
1050 Connecticut Ave., NW
Washington, DC 20036
Telephone: (202) 887-3680
mmcgill@gibsondunn.com
ntisa@gibsondunn.com

*Attorneys for Defendant Lorenzo Vidino*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 19, 2024, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court through the CM/ECF system, which sent notice of the filing to all appearing parties of record.

Date:   June 19, 2024

CLARE LOCKE LLP

*/s/ Nicholas J. Brechbill*
Nicholas J. Brechbill (D.C. Bar No. 229988)

*Attorney for Plaintiffs Hazim Nada and Lord Energy SA*