UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HAZIM NADA and LORD ENERGY SA, <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED ARAB EMIRATES, *et al.*, <br><br> Defendants. | Case No. 1:24-cv-00206-ABJ |

**[PROPOSED] ORDER**

The Court, having considered the Joint Motion to Set Deadlines of Plaintiffs Hazim Nada and Lord Energy SA (together, "Plaintiffs") and Defendant Lorenzo Vidino, orders as follows:

The Motion is hereby GRANTED.  The deadline for Dr. Vidino to file an answer or move to dismiss to the Complaint shall be **July 16, 2024**.  The deadline for Plaintiffs to file their brief in opposition shall be **August 30, 2024**.  The deadline for Dr. Vidino to file a reply shall be **September 30, 2024**.

Dr. Vidino has reserved his rights to assert immunity, lack of personal jurisdiction, improper venue, and all other available defenses.

Dated: _____, 2024

_____
HON. AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE