UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HAZIM NADA and LORD ENERGY SA, <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED ARAB EMIRATES, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) **Case No. 1:24-cv-00206-ABJ** |

**PLAINTIFFS' UNOPPOSED MOTION TO CLARIFY THAT PLAINTIFFS' MOTION FOR SERVICE OF PROCESS BY OTHER MEANS WAS NOT WITHDRAWN WITH RESPECT TO DEFENDANT ARIAF STUDIES AND RESEARCH LLC**

Plaintiffs Hazim Nada and Lord Energy SA respectfully request clarification from the Court that Plaintiffs' March 13, 2024 Motion for Service of Process by Other Means on Defendants Mohamed bin Zayed al Nahyan, Matar Humaid Al-Neyadi, and Ariaf Studies and Research LLC (ECF No. 11) was *not* withdrawn with respect to Defendant Ariaf Studies and Research LLC. Ariaf has not yet appeared in the case, and Plaintiffs still seek an Order from the Court, pursuant to Federal Rule of Civil Procedure 4(h)(2), allowing service of process by the alternative means described in Plaintiffs' Motion for Service of Process by Other Means. As such, Plaintiffs respectfully request that the Court enter the Proposed Order filed with this Motion clarifying that Plaintiffs' Motion for Service of Process by Other Means was not withdrawn with respect to Ariaf—it was withdrawn only with respect to Defendants Al Nahyan and Matar—and Plaintiffs' Motion for Service of Process by Other Means remains pending before the Court and is ripe for decision as it relates to Ariaf. In addition to the Proposed Order, this Motion is accompanied by a Statement of Points and Authorities.

Pursuant to Local Civil Rule 7(m), Plaintiffs' counsel conferred via email with counsel for Defendants the United Arab Emirates, the Abu Dhabi National Oil Company, Al Nahyan, Matar, Alp Services SA, Diligence SARL, Mario Brero, Muriel Cavin, Lionel Badal, Lorenzo Vidino, and

Sylvain Besson.  Defendants' counsel indicated that Defendants do not oppose this Motion to Clarify.

Plaintiffs' counsel did not confer with Ariaf because Ariaf has not appeared in the case.

| | |
|---|---|
| Dated: July 1, 2024 | Respectfully Submitted, |
| | /s/ *Nicholas J. Brechbill* |
| | Thomas A. Clare, P.C.<br>Nicholas J. Brechbill<br>CLARE LOCKE LLP<br>10 Prince Street<br>Alexandria, Virginia 22314<br>Telephone: (202) 628-7400<br>Email: tom@clarelocke.com<br>Email: nick@clarelocke.com |
| | *Attorneys for Plaintiffs Hazim Nada &*<br>*Lord Energy SA* |

### STATEMENT OF POINTS AND AUTHORITIES
### IN SUPPORT OF PLAINTIFFS' MOTION TO CLARIFY

Although a "motion for clarification is not a formal creature of civil procedure," "courts generally permit parties to tender motions that beseech the court to explain or clarify something ambiguous or vague about a ruling." *HIV & Hepatitis Pol'y Inst. v. U.S. Dep't of Health & Hum. Servs.*, 2023 WL 10669681, at *2 (D.D.C. Dec. 22, 2023). Here, Plaintiffs filed a Motion for Service of Process by Other Means on March 13, 2024 (ECF No. 11) seeking an Order from this Court authorizing alternative service on three defendants: Mohamed bin Zayed al Nahyan, Matar Humaid Al-Neyadi, and Ariaf Studies and Research LLC.

Counsel for Defendants Al Nahyan and Matar entered notices of appearance on May 3, 2024. (ECF Nos. 38, 39.) Both Al Nahyan and Matar waived service on May 13, 2024, rendering Plaintiffs' Motion for Service of Process by Other Means moot with respect to Al Nahyan and Matar. (ECF Nos. 48, 49.) Ariaf has neither appeared in the case nor waived service.

On May 16, 2024, Plaintiffs filed a Notice informing the Court that they were withdrawing their Motion for Service of Process by Other Means with respect to Al Nahyan and Matar subsequent to those Defendants' waivers of service. (ECF No. 53.) That notice specified that:

> [T]he relief requested in Plaintiffs' Motion for Service of Process by Other Means is no longer required with respect to Al Nahyan and Matar. Ariaf, however, has not waived service of process, and Plaintiffs are not withdrawing their Motion for Service by Other Means with respect to Ariaf. Plaintiffs continue to respectfully request an Order from the Court authorizing service of Ariaf by the alternative means identified in Plaintiffs' pending Motion.

Plaintiffs' March 13 Motion, in its entirety, has since been marked "WITHDRAWN Pursuant to Notice filed 5/16/2024." Plaintiffs now respectfully request clarification that the Motion was withdrawn *only* with respect to Al Nahyan and Matar, and *not* with respect to Ariaf, as per Plaintiffs' Notice of withdrawal.

Dated: July 1, 2024	Respectfully Submitted,

/s/ *Nicholas J. Brechbill*

Thomas A. Clare, P.C.
Nicholas J. Brechbill
CLARE LOCKE LLP
10 Prince Street
Alexandria, Virginia 22314
Telephone: (202) 628-7400
Email: tom@clarelocke.com
Email: nick@clarelocke.com

*Attorneys for Plaintiffs Hazim Nada & Lord Energy SA*

## CERTIFICATE OF SERVICE

I hereby certify that Plaintiffs' Motion to Clarify and the accompanying Statement of Points and Authorities and Proposed Order were served on all counsel of record by filing it using the Court's CM/ECF system, and I caused it to be served on counsel for Defendants Abu Dhabi National Oil Company and Lorenzo Vidino by emailing and mailing a true and correct copy to the following:

William A. Burck
John Bash
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
1300 I Street, NW
Suite 900
Washington, DC 20005
Telephone: (202) 538-8000
Email: williamburck@quinnemanuel.com
Email: johnbash@quinnemanuel.com

*Attorneys for Defendant*
*Abu Dhabi National Oil Company*

Matthew D. McGill
Nathaniel Tisa
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., NW
Washington, DC 20036
Telephone: (202) 887-3654
Email: MMcGill@gibsondunn.com
Email: NTisa@gibsondunn.com

*Attorneys for Defendant*
*Lorenzo Vidino*

Dated: July 1, 2024                    /s/ *Nicholas J. Brechbill*
                                       Nicholas J. Brechbill

                                       *Attorney for Plaintiffs Hazim Nada &*
                                       *Lord Energy SA*