AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Hazim Nada, et al.,
*Plaintiff*
v.     Case No. 1:24-cv-00206-ABJ
United Arab Emirates, et al.,
*Defendant*

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lorenzo Vidino.

Date: 07/08/2024

/s Matthew D. McGill
*Attorney's signature*

Matthew D. McGill, D.C. Bar. No. 481430
*Printed name and bar number*

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
*Address*

MMcGill@gibsondunn.com
*E-mail address*

(202) 887-3680
*Telephone number*

(202) 530-9662
*FAX number*