AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Hazim Nada, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-cv-00206-ABJ |
| United Arab Emirates, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lorenzo Vidino                          .

Date: 07/08/2024

/s Nathaniel J. Tisa
*Attorney's signature*

Nathaniel J. Tisa, D.C. Bar. No. 90006243
*Printed name and bar number*

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
*Address*

NTisa@gibsondunn.com
*E-mail address*

(202) 887-3570
*Telephone number*

(202) 831-6151
*FAX number*