AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Hazim Nada et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-cv-206-ABJ |
| United Arab Emirates et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United Arab Emirates, His Highness Sheikh Mohamed bin Zayed Al Nahyan, and Matar Humaid al-Neyadi.

Date: 07/16/2024

s/ John B. Bellinger III
*Attorney's signature*

John B. Bellinger (Bar No. 405059)
*Printed name and bar number*
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave. NW
Washington, DC 20001

*Address*

john.bellinger@arnoldporter.com
*E-mail address*

(202) 942-5000
*Telephone number*

(202) 942-5999
*FAX number*