AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Hazim Nada, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:24-cv-00206-ABJ |
| United Arab Emirates, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant The Abu Dhabi National Oil Company.

Date: 07/11/2024

*Attorney's signature*

William A. Burck (D.C. Bar No. 979677)
*Printed name and bar number*

1300 I Street NW, Suite 900
Washington, DC 20005
*Address*

williamburck@quinnemanuel.com
*E-mail address*

(202) 538-8000
*Telephone number*

(202) 538-8100
*FAX number*