

**United States Department of State**

*Washington, D.C.   20520*

July 3, 2024

Ms. Angela D. Caesar
Clerk of the Court
United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: *Hazim Nada and Lord Energy SA v. The United Arab Emirates, et al.,* **1:24-cv-00206-ABJ**

Dear Ms. Caesar:

I am writing regarding the Court's request for transmittal of a Summons, Complaint, and Notice of Suit to the United Arab Emirates pursuant to 28 U.S.C. Section 1608(a)(4) as a defendant in the above referenced lawsuit.

The United States Embassy in Abu Dhabi, United Arab Emirates transmitted these documents to the Ministry of Foreign Affairs of the United Arab Emirates under cover of diplomatic note No. 24-602, dated June 3, 2024 and delivered on June 7, 2024.  A certified copy of the diplomatic note is enclosed.*

Sincerely,

Jared N. Hess
Attorney Adviser
Office of the Legal Adviser
L/CA/POG/GC

RECEIVED
Mail Room

JUL 1 9 2024

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

---

\* Please note that performance by the Department of State of its statutory functions under 28 U.S.C. § 1608 should not be construed as an indication in any way of the United States' position or views on whether plaintiffs have properly complied with all statutory requirements of the FSIA, the status or character of a defendant, whether service was properly effected, or the merits of any claims or defenses.

Cc:    Thomas A. Clare, P.C.
       CLARE LOCKE LLP
       10 Prince St.
       Alexandria, VA 22314

I, Tracey Thornton, Consul in Abu Dhabi, United Arab Emirates, certify that this is a true copy of the Embassy of the United States of America, diplomatic note number 24-602 dated June 03, 2024, and delivered to the Ministry of Foreign Affairs of the United Arab Emirates on June 07, 2024.

Tracey Thornton
Consul

June 21, 2024

No. 24-602

The Embassy of the United States of America presents its compliments to the Ministry of Foreign Affairs of the United Arab Emirates.

The Embassy of the United States of America refers the Ministry of Foreign Affairs of the United Arab Emirates to the lawsuit ***Hazim Nada and Lord Energy SA v. The United Arab Emirates, et al.***, **1:24-cv-00206-ABJ**, which is pending in the U.S. District Court of the District of Columbia. The United Arab Emirates is a defendant in this case. The Embassy transmits a Summons and Complaint herewith. The U.S. District Court of the District of Columbia has requested service of these documents. This note constitutes transmittal of these documents to the Government of the United Arab Emirates as contemplated in Title 28, United States Code, Section 1608(a)(4).

Under applicable U.S law a defendant in a lawsuit must file an answer to the Complaint or some other responsive pleading within 60 days of the date of transmittal of the complaint, in this case the date of this note.

DIPLOMATIC NOTE

Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Embassy requests that the enclosed Summons and Complaint be forwarded to the appropriate authority of the United Arab Emirates with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the Summons and Complaint, the Embassy is enclosing a Notice of Suit prepared by the plaintiff, which summarizes the nature of the case and includes references to pertinent U.S. laws concerning suits against foreign States.

Under U.S law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S law with counsel.

The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy's point of contact for this request is Ms. Tracey Thornton, Consul, who can be reached at 488-3800, extension 2416, or at 054-583 1474.

The Embassy of the United States avails itself of this opportunity to renew to the Ministry of Foreign Affairs the assurances of its highest consideration.

Attachments:

1- Summons, Complaint, and Notice of Suit

2- Translations

Embassy of the United States of America,

Abu Dhabi, June 03, 2024.