

United States Department of State

Washington, D.C. 20520

July 12, 2024

Brian M. Boynton
Principal Deputy Assistant Attorney General
Civil Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington D.C. 20530

Re:   *Nada v. United Arab Emirates* (D.D.C. 1:24-cv-206)

Dear Mr. Boynton:

The above-referenced suit names as a defendant, among others, Mohamed bin Zayed Al Nahyan, who is currently the President of the United Arab Emirates. The Embassy of the United Arab Emirates has asked the Department of State to take the steps necessary to certify the immunity of President Sheikh Mohamed bin Zayed Al Nahyan, in light of his status as the head of government of the United Arab Emirates.

The Department of State recognizes and allows the immunity of President Sheikh Mohamed bin Zayed Al Nahyan as a sitting head of government of a foreign state from the jurisdiction of the United States District Court in this suit. Under common law principles of immunity articulated by the Executive Branch in the exercise of its Constitutional authority over foreign affairs and informed by customary international law, President Sheikh Mohamed bin Zayed Al Nahyan, as the sitting head of government of a foreign state, is immune while in office from the jurisdiction of the United States District Court in this suit.

Accordingly, the Department of State requests that the Department of Justice submit a suggestion of immunity to the district court, informing it of the above at the earliest opportunity. Please note the particular importance attached by the United States to obtaining the prompt dismissal of the proceedings against President Sheikh Mohamed bin Zayed Al Nahyan in view of the significant foreign policy implications of such an action.

Sincerely,

Richard C. Visek
Acting Legal Adviser