UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAZIM NADA and LORD ENERGY SA, <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED ARAB EMIRATES, *et al.*, <br><br> Defendants. | Case No. 1:24-cv-00206-ABJ |

## PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE

Plaintiffs Hazim Nada and Lord Energy SA hereby file this Response to the Court's August 5, 2024 Order to Show Cause regarding the U.S. Department of Justice's Suggestion of Immunity for Mohamed bin Zayed Al Nahyan in this action. On August 5, 2024, the U.S. Department of Justice notified the Court that, in the Department of Justice's view, Al Nahyan should be immune from this suit because the "Department of State recognizes and allows the immunity of President Sheikh Mohamed bin Zayed Al Nahyan as a sitting head of government of a foreign state." (Dep't of Justice, Suggestion of Immunity, *Nada v. UAE*, 24-cv-00206-ABJ (D.D.C.), ECF No. 75.) The next day, on August 6, 2024, Plaintiffs filed an Amended Complaint, which no longer names Al Nahyan as a Defendant. (Am. Compl., *Nada v. UAE*, 24-cv-00206-ABJ, ECF No. 76.) Thus, the question whether Al Nahyan should be dismissed pursuant to the Department of Justice's Suggestion of Immunity is moot as he is no longer a party to this action.

Dated: August 09, 2024                    Respectfully Submitted,

/s/ *Thomas A. Clare, P.C.*

Thomas A. Clare, P.C.
Nicholas J. Brechbill
CLARE LOCKE LLP
10 Prince Street
Alexandria, Virginia 22314
Telephone: (202) 628-7400
Email: tom@clarelocke.com
Email: nick@clarelocke.com

*Attorneys for Plaintiffs Hazim Nada & Lord Energy SA*

## CERTIFICATE OF SERVICE

I hereby certify that Plaintiffs' Response to Order to Show Cause was served on all counsel of record by filing it using the Court's CM/ECF system.

Dated: August 9, 2024    /s/ *Thomas A. Clare, P.C.*
Thomas A. Clare, P.C.

*Attorney for Plaintiffs Hazim Nada & Lord Energy SA*

3