AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Hazim Nada and Lord Energy SA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 24-CV-00206 |
| The United Arab Emirates, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Hazim Nada and Lord Energy SA, Plaintiffs.

Date: 08/15/2024

/s/ Eric D. Hageman
*Attorney's signature*

Eric D. Hageman (D.C. Bar No. 1601820)
*Printed name and bar number*

CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
*Address*

eric.hageman@clarelocke.com
*E-mail address*

(202) 899-3872
*Telephone number*

(202) 478-0475
*FAX number*