# EXHIBIT B

# LE TEMPS

ACCUEIL › SUISSE

# Les services secrets suisses ciblent des islamistes pro-Qatar

Des agents du SRC ont échangé des informations avec un riche Saoudien au sujet de deux Qataris accusés de soutien au terrorisme. L'affaire relie des exilés libyens en Suisse, une ONG genevoise et le salafiste bernois Nicolas Blancho





Ali Abdullah al-Suweidi, au centre, intrigue le SRC par ses connections avec des islamistes suisses. Il est accusé de soutien à Al-Qaïda par des pays du Golfe. — © DR



**Sylvain Besson**

Publié le 05 janvier 2018 à 13:50. / Modifié le 10 juin 2023 à 15:19.

↪ **PARTAGER**

Le Service de renseignement de la Confédération (SRC) vient d'examiner durant des mois les connexions suisses d'islamistes basés au Qatar et accusés de soutien à Al-Qaida par plusieurs pays du Golfe, a appris *Le Temps* de sources bien informées.



L'un des personnages qui intéressent le service, Abdulrahman al-Nuaimi, est le cofondateur de l'ONG Alkarama, basée à Genève et vouée à la défense des droits de l'homme dans le monde arabe. Un second, Ali Abdullah al-Suwaidi, préside l'Internationaler Islamischer Rat, une organisation musulmane basée à Berne avec le salafiste Nicolas Blancho, responsable du très controversé Conseil central islamique suisse (CCIS).

Les deux hommes figurent sur une liste de soutiens supposés du terrorisme remise cet été au Qatar par une alliance de pays conservateurs du Golfe. Ces derniers accusent

Doha de financer en sous-main des organisations islamistes, en particulier les Frères musulmans. Le Qatar a rejeté les accusations mais fait depuis l'objet d'un blocus de la part de ses voisins, Arabie saoudite et Emirats arabes unis en tête.

Le SRC ne s'exprime jamais sur ses activités opérationnelles et refuse tout commentaire sur ce cas. Mais son intérêt pour les islamistes liés au Qatar et leurs réseaux connexes a été confirmé au *Temps* par plusieurs interlocuteurs ayant eu des liens étroits avec le service.

## Informateur saoudien

Ces derniers mois, des informations ont notamment été remises au SRC par la riche et influente famille Obaid. Ces Saoudiens installés à Genève sont réputés proches de l'ancien roi Abdallah d'Arabie saoudite, décédé en 2015, et du prince Turki al-Faisal, ancien chef des services secrets du royaume. Historiquement liés à la famille royale, ils ont compté plusieurs ministres dans leurs rangs et acquis une immense fortune grâce notamment à des contrats publics passés avec l'Etat saoudien. Ils ont aussi représenté plusieurs sociétés suisses dans le royaume.



La famille a déjà rendu de discrets services à la diplomatie helvétique, exfiltrant notamment le fils d'un employé de l'ambassade de Suisse à Riyad accusé de trafic de cocaïne en 2014 (lire ci-dessous).

## Rendez-vous secrets

Selon des personnes proches du dossier, un membre de la famille, Tarek Obaid, a rencontré à plusieurs reprises des agents du SRC lors de rendez-vous secrets organisés dans des hôtels impersonnels et des locaux du service à Zurich et environs. L'affaire a

été traitée au plus haut niveau du service de renseignement helvétique. Son directeur actuel par intérim, Paul Zinniker, s'est impliqué directement.



© DR

Les informations échangées concernaient la liste d'islamistes dressée par l'Arabie saoudite et ses alliés. Mais aussi un groupe de militants libyens exilés en Suisse depuis les années 1990.

### ❝ «Les Suisses essaient de savoir qui entre et sort de chez eux. Ils ont mis beaucoup de temps à comprendre»

### Une source proche du dossier

Les noms d'une cinquantaine d'entre eux, pour la plupart proches des Frères musulmans mais dont quelques-uns ont été estampillés «djihadistes» par la Libye, ont été remis au SRC à cette occasion. Certains de ces militants seraient toujours actifs et en contact avec des membres de l'ancien Groupe islamique combattant libyen,

désormais dissous mais autrefois considéré comme proche d'Al-Qaida.



L'intérêt du service pour les exilés islamistes libyens en Suisse remonte à une dizaine d'années au moins. Selon nos informations, le SRC continue de mener des opérations actives sur ce milieu réputé très méfiant et fermé.

## Intellectuels de l'islamisme

On ne parle pas ici de djihadistes de bas étage ou de jeunes fanatisés devant leur

ordinateur. Mais d'intellectuels de l'islamisme radical, bien connectés à l'international, y compris en direction de groupes armés. Le but du SRC, à travers ses contacts avec Tarek Obaid, était d'identifier des acteurs de cette mouvance pouvant transiter par la Suisse ou l'utiliser comme lieu de réunion.

«Les Suisses essaient de savoir qui entre et sort de chez eux, commente une source proche du dossier. Ils ont mis beaucoup de temps pour comprendre que Nuaimi, notamment, était souvent en Suisse.»

© DR

Le SRC a voulu savoir quelles informations ont mené à la désignation par les pays du Golfe des Qataris Nuaimi et Suwaidi comme soutiens du terrorisme. Abdulrahman al-Nuaimi est un ancien directeur de l'association caritative Eid al-Thani, qui finance notamment la construction de centaines de mosquées à travers le monde. Ali Abdullah al-Suwaidi est le dirigeant actuel de cette fondation.

Selon la liste des pays du Golfe, les deux Qataris auraient participé au financement de la branche d'Al-Qaida en Syrie, le Front Al-Nosra. Le Département du trésor américain avait désigné Abdulrahman al-Nuaimi comme «supporter d'Al-Qaida» et «terroriste global» en 2014 déjà.

En Suisse, Ali Abdullah al-Suwaidi préside trois organisations musulmanes dont le Conseil islamique international, basé à Berne. Son vice-président, Nicolas Blancho, est la figure de proue du Conseil central islamique suisse (CCIS), principale organisation salafiste du pays. Ni Nicolas Blancho ni Qaasim Illi, porte-parole du CCIS, n'ont répondu aux sollicitations du *Temps* concernant leurs liens avec Al-Suwaidi, la fondation Eid al-Thani ou le Qatar.



© PETER KLAUNZER

## Muhasini, le troisième homme

Quant à Ali Abdullah al-Suwaidi, il s'est défendu de tout soutien «conscient» au terrorisme: «En aucune circonstance notre fondation [Eid al-Thani, ndlr] ne

soutiendrait financièrement ou autrement des organisations qui ont été désignées comme terroristes par le Qatar ou les Nations unies», ce qui comprend notamment le Front Al-Nosra en Syrie, a-t-il déclaré.

Il n'empêche. Le SRC est particulièrement intrigué par les liens supposés des deux Qataris avec un troisième homme, le flamboyant djihadiste saoudien Abdullah al-Muhasini. Ce chef spirituel du Front Al-Nosra figure aussi sur la liste de suppôts du terrorisme dressée par les pays du Golfe.



© DR

Selon les informations remises au SRC, Muhasini serait lié aux Qataris Nuaimi et Suwaidi. Mais comment? Cela reste flou, même si le Trésor américain a déjà fait état de transferts financiers entre Nuaimi et le Front Al-Nosra. «L'épaisseur de ces liens reste à étayer», commente une source qui connaît bien le SRC.

Cet automne, le Ministère public de la Confédération a [renvoyé en jugement trois membres du CCIS](#) pour avoir diffusé une interview d'Abdullah al-Muhasini réalisée en Syrie en 2015. Le Front Al-Nosra a depuis changé de nom et officiellement rompu avec Al-Qaida.

© Florent Collioud

Reste le cas singulier de l'ONG genevoise Alkarama. Cofondée par Abdulrahman al-Nuaimi, elle est depuis des années dans le collimateur des pays conservateurs du Golfe, notamment des Emirats arabes unis. Sa présence en Suisse aurait d'ailleurs conduit à un sérieux coup de froid dans les relations entre Berne et les Emirats.

## Réputation sulfureuse

Interrogé à ce sujet, le Département des affaires étrangères confirme qu'un de ses diplomates de haut rang, Wolfgang Amadeus Brülhart, n'a pas été reçu par le ministre des Affaires étrangères émirati lors d'un récent voyage à Abu Dhabi. Officiellement en raison d'un conflit d'agenda. La rencontre devrait avoir lieu en 2018. Pour le reste, les relations entre les deux pays seraient «intensives et bonnes» malgré des positions parfois «différentes».

Selon des informations remises au SRC par la famille Obaid, le Qatar aurait encouragé l'ONG britannique islamiste CAGE et Alkarama à mener campagne contre l'intervention armée des Emirats dans la guerre civile au Yémen.

L'accusation n'est pas anodine, car CAGE a une réputation sulfureuse dans le monde du renseignement. Cofondée par d'anciens détenus de Guantanamo, elle a admis en 2015 avoir été consultée par l'islamiste Mohammed Emwazi avant que ce dernier ne devienne «Jihadi John», le sinistre égorgeur de l'Etat islamique en Syrie.

## Dénigrement

Contacté par *Le Temps*, le directeur d'Alkarama, Mourad Dhina, indique connaître CAGE «au même titre que de nombreuses autres organisations de plaidoyer qui traitent des droits civils et politiques». Il dément en revanche avoir travaillé avec cette ONG sur le Yémen. Selon lui, l'accusation est «un coup fourré des Emirats», qui n'ont pas apprécié que son organisation dénonce des cas de violations des droits de l'homme dans ce pays choyé par les Occidentaux. Alkarama ferait même l'objet d'une «campagne de dénigrement systématique» de la part des Emirats et de l'Arabie

saoudite, qui utilisent l'accusation de soutien au terrorisme pour accabler leurs
ennemis intérieurs et extérieurs.



© Eddy Mottaz

Mourad Dhina explique que son organisation a pris ses distances avec Abdulrahman
al-Nuaimi depuis sa désignation comme financier du djihad par le Trésor américain

en 2014. «Il n'est donc plus impliqué dans notre financement ou travail», écrit-il dans un courriel adressé au *Temps*.

Selon lui, Nuaimi n'est pas un islamiste radical, plutôt un opposant passionné à l'invasion américaine de l'Irak en 2003 – ce qui expliquerait que Washington ait une dent contre lui. Rachid Mesli, le directeur juridique d'Alkarama, le décrit comme «très militant», «plutôt révolutionnaire qu'islamiste» et ayant peut-être eu, par «naïveté», des contacts avec des «personnes suspectes» au cours de son long engagement politique.

## Patriotisme

Au final, on ignore ce que le SRC a fait des informations remises sur ces divers sujets par Tarek Obaid. Le service passe pour relativement inexpérimenté en matière de lutte contre l'islamisme radical. Ce qui peut expliquer son intérêt pour des sources bien introduites dans le Golfe, comme la famille Obaid.

«C'est leur rôle de rencontrer des gens comme ça, c'est légitime», commente une personne qui connaît bien le service. Mais dans ce dossier, le SRC serait apparu divisé, entre certains agents déterminés à récolter des informations de manière offensive et une hiérarchie beaucoup plus prudente, complète une autre source.

Dernier mystère: pour quelles raisons la famille Obaid a-t-elle parlé aux services secrets suisses? Par patriotisme helvétique – certains de ses membres possèdent le passeport à croix blanche? Par désir d'avancer l'agenda saoudien contre le Qatar? Ou par besoin de gagner la bonne volonté des autorités fédérales au moment où l'un de ses membres, Tarek Obaid, est visé par l'enquête suisse sur le scandale financier 1MDB? Sa société Petrosaudi est accusée d'avoir prêté la main au siphonnage de 700 millions de dollars au profit du premier ministre malaisien et de son homme d'affaires favori, Jho Low.

Interrogé sur ces points, l'avocat genevois de la famille Obaid, Jean-François Ducrest, s'est refusé à tout commentaire.

# Droit de réponse

La Fondation Alkarama précise ce qui suit s'agissant de l'article intitulé «Les services secrets suisses ciblent des islamistes pro-Qatar», publié en ligne le 5 janvier 2018 (https://www.letemps.ch/suisse/20 18101105/services-secrets-suisses-ciblent-islamistesproqatar) et sur la version imprimée du journal «Le Temps», datée des samedi 6 et dimanche 7 janvier 2018.

Le schéma intitulé «La galaxie qui intéresse le SRC» peut véhiculer une association fausse entre la Fondation Alkarama et les entités visées dans ce schéma. La Fondation Alkarama affirme donc qu'elle n'a aucun lien avec la Fondation Eid AI-Thani du Qatar, ni avec le Conseil islamique central suisse, ni avec le front Al-Nosra en Syrie.

S'agissant des accusations du Département du Trésor américain à l'encontre d'Abdulrahman al-Nuaimi, la Fondation Alkarama précise que le département précité, contacté par celle-ci, lui a confirmé par écrit qu'elle n'avait quant à elle pas été sanctionnée par «l'Office for Foreign Assets Control» (OFAC) dudit département et qu'elle ne faisait par conséquent pas l'objet des restrictions imposées à Abdulrahman al-Nuaimi.

L'article indique en outre que «[...] le Qatar aurait encouragé [...] Alkarama à mener campagne contre l'intervention armée des Emirats dans la guerre civile au Yémen». Or, la Fondation Alkarama n'agit pour le compte d'aucun Etat.»

# Riyad 2014: cocaïne à l'ambassade

Le scandale est demeuré inaperçu. En juin 2014, le fils d'un employé de l'ambassade de Suisse à Riyad est arrêté par les autorités saoudiennes pour trafic de cocaïne. En sa possession, l'équivalent de quelque 25000 dollars de poudre blanche.

L'affaire est grave, car le trafic de drogue peut être passible de la peine de mort dans le royaume. Au minimum, le ressortissant suisse, qui dispose d'un passeport diplomatique, risque plusieurs années de prison.

# Exfiltration

Mais l'affaire n'atteindra jamais la justice saoudienne. Informé de l'incident, le gouverneur de Riyad à l'époque, le prince Turki bin Abdallah, avertit son ami proche Tarek Obaid. Ce dernier contacte l'ambassadeur helvétique en Arabie saoudite, Peter Reinhardt. Le ressortissant arrêté est ensuite discrètement évacué vers la Suisse. L'épisode ne fera l'objet d'aucune publicité jusqu'à aujourd'hui.

Contacté par *Le Temps*, le Département fédéral des affaires étrangères confirme l'affaire en ces termes: «Il y a bien eu un incident en 2014 auprès de notre représentation à Riyad. Cet incident [concernait] le fils d'un employé subalterne. Le DFAE a dénoncé l'affaire au Ministère public suisse compétent pour que les autorités judiciaires en Suisse se chargent d'instruire le dossier.» Le Département ne précise pas quelle suite la justice suisse a donnée à l'affaire.

*Cet article a été modifié après publication; un article séparé a été créé pour évoquer la descendance des Frères musulmans au Tessin.*

## NOS LECTEURS ONT LU ENSUITE



**Résultat surprise des législatives françaises: la gauche en tête, devant le centre puis le RN, mais pas de majorité absolue**
Publié le 7 juillet 2024 à 08:00. Modifié le 8 juillet 2024 à 09:06.



**En direct – Emmanuel Macron demande à Gabriel Attal de rester premier ministre «pour le moment»**
Publié le 8 juillet 2024 à 07:29. Modifié le 8 juillet 2024 à 13:52.

# LE TEMPS



**FORUM IMMOBILIER**
Quelle pierre pour demain?

3e édition

**Mardi 7 mai 2024**
**16h à 19h30**

Campus de la
HEAD, Genève

   

WELCOME › SWISS

# Swiss secret services target pro-Qatar Islamists

SRC agents exchanged information with a wealthy Saudi about two Qataris accused of supporting terrorism. The case links Libyan exiles in Switzerland, a Geneva NGO and Bernese Salafist Nicolas Blancho



Ali Abdullah al-Suweidi, center, intrigues the SRC with his connections with Swiss Islamists. He is accused of supporting Al-Qaeda by Gulf countries. — © DR

 Sylvain Besson

Published on January 5, 2018 at 1:50 p.m. / Modified on June 10, 2023 at 3:19 p.m.

 **SHARE**

The Swiss Intelligence Service (SRC) has just examined for months the Swiss connections of Islamists based in Qatar and accused of supporting Al-Qaeda by several Gulf countries, *Le Temps* has learned from well-informed sources.

One of the people of interest to the service, Abdulrahman al-Nuaimi, is the co-founder of the NGO Alkarama, based in Geneva and dedicated to the defense of human rights in the Arab world. A second, Ali Abdullah al-Suwaidi, chairs the Internationaler Islamischer Rat, a Muslim organization based in Bern with the Salafist Nicolas Blancho, head of the very controversial Swiss Central Islamic Council (CCIS).

The two men appear on a list of alleged supporters of terrorism submitted this summer to Qatar by an alliance of conservative Gulf countries. The latter accuse Doha of secretly financing Islamist organizations, in particular the Muslim Brotherhood. Qatar rejected the accusations but has since been the subject of a blockade by its neighbors, led by Saudi Arabia and the United Arab Emirates.

The SRC never comments on its operational activities and refuses any comment on this case. But his interest in Islamists linked to Qatar and their related networks was confirmed to Le *Temps* by several interlocutors who had close links with the service.

## Saudi informant

In recent months, information has notably been provided to the SRC by the rich and influential Obaid family. These Saudis based in Geneva are known to be close to the former King Abdullah of Saudi Arabia, who died in 2015, and to Prince Turki al-Faisal, former head of the kingdom's secret services. Historically linked to the royal family, they have included several ministers in their ranks and acquired an immense fortune thanks in particular to public contracts signed with the Saudi state. They also represented several Swiss companies in the kingdom.

The family has already provided discreet services to Swiss diplomacy, notably exfiltrating the son of an employee of the Swiss embassy in Riyadh accused of cocaine trafficking in 2014 (read below).

## Secret meetings

According to people familiar with the matter, a family member, Tarek Obaid, met several times with SRC agents during secret meetings held in impersonal hotels and department premises in Zurich and the surrounding area. The matter was handled at the highest level of the Swiss intelligence service. Its current interim director, Paul Zinniker, was directly involved.



© DR

The information exchanged concerned the list of Islamists drawn up by Saudi Arabia and its allies. But also a group of Libyan activists exiled in Switzerland since the 1990s.

« **"The Swiss try to know who is coming in and out of their homes. It took them a long time to understand.** »

« **A source close to the matter** »

The names of around fifty of them, most of them close to the Muslim Brotherhood but some of whom were labeled "jihadists" by Libya, were handed over to the SRC on this occasion. Some of these militants are believed to still be active and in contact with members of the former Libyan Islamic Fighting Group, now dissolved but once considered close to Al-Qaeda.

The interest in the service for Libyan Islamist exiles in Switzerland dates back at least ten years . According to our information, the SRC continues to carry out active operations in this environment known to be very suspicious and closed.

## Islamist intellectuals

We are not talking here about low-level jihadists or young fanatics in front of their computers. But intellectuals of radical Islamism, well connected internationally, including in the direction of armed groups. The goal of the SRC, through its contacts with Tarek Obaid, was to identify actors in this movement who could transit through Switzerland or use it as a meeting place.

"The Swiss are trying to find out who is coming in and out of their homes," comments a source close to the matter. It took them a long time to understand that Nuaimi, in particular, was often in Switzerland."



© DR

The SRC wanted to know what information led to the designation by the Gulf countries of Qataris Nuaimi and Suwaidi as supporters of terrorism. Abdulrahman al-Nuaimi is a former director of the Eid al-Thani charity, which notably finances the construction of hundreds of mosques around the world. Ali Abdullah al-Suwaidi is the current leader of this foundation.

According to the list of Gulf countries, the two Qataris would have participated in the financing of the Al-Qaeda branch in Syria, the Al-Nusra Front. The US Treasury Department designated Abdulrahman al-Nuaimi as an "al-Qaeda supporter" and "global terrorist" in 2014.

In Switzerland, Ali Abdullah al-Suwaidi chairs three Muslim organizations including the International Islamic Council, based in Bern. Its vice-president, Nicolas Blancho, is the leading figure of the Swiss Central Islamic Council (CCIS), the country's main Salafist organization. Neither Nicolas Blancho nor Qaasim Illi, spokesperson for the CCIS, responded to requests from Le *Temps* concerning their links with Al-Suwaidi, the Eid al-Thani foundation or Qatar.



© PETER KLAUNZER

## Muhasini, the third man

As for Ali Abdullah al-Suwaidi, he <u>defended himself from any "conscious" support for terrorism</u> : "Under no circumstances would our foundation [Eid al-Thani, editor's note] support financially or otherwise organizations that have been designated as terrorists by Qatar or the United Nations," which includes the Al-Nusra Front in Syria, he said.

It prevents. The SRC is particularly intrigued by the supposed links of the two Qataris with a third man, the flamboyant Saudi jihadist Abdullah al-Muhasini. This spiritual leader of the Al-Nusra Front is also on the list of terrorism supporters drawn up by the Gulf countries.



© DR

According to information provided to the SRC, Muhasini is linked to the Qataris Nuaimi and Suwaidi. But how? This remains unclear, although the US Treasury has already reported financial transfers between Nuaimi and the Al-Nusra Front. "The depth of these links remains to be substantiated," comments a source who knows the SRC well.

This fall, the Federal Prosecutor's Office sent three members of the CCIS to trial for broadcasting an interview with Abdullah al-Muhasini conducted in Syria in 2015. The Al-Nusra Front has since changed its name and officially split with Al-Nusra. Qaida.



© Florent Collioud

There remains the unique case of the Geneva-based NGO Alkarama. Co-founded by Abdulrahman al-Nuaimi, it has for years been in the crosshairs of conservative Gulf countries, notably the United Arab Emirates. Its presence in Switzerland would also have led to a serious chill in relations between Bern and the Emirates.

## Sultry reputation

Asked about this, the Department of Foreign Affairs confirms that one of its senior diplomats, Wolfgang Amadeus Brülhart, was not received by the Emirati Foreign Minister during a recent trip to Abu Dhabi. Officially due to a scheduling conflict. The meeting should take place in 2018. For the rest, relations between the two countries would be "intensive and good" despite sometimes "different" positions.

According to information provided to the SRC by the Obaid family, Qatar encouraged  the British Islamist NGO CAGE and Alkarama to campaign against the armed intervention of the Emirates in the civil war in Yemen.

The accusation is not trivial, because CAGE has a sulphurous reputation in the world of intelligence. Co-founded by former Guantanamo detainees, it admitted in 2015 to having been consulted by the Islamist Mohammed Emwazi before the latter became "Jihadi John", the sinister cutthroat of the Islamic State in Syria.

## Denigration

Contacted by *Le Temps* , the director of Alkarama, Mourad Dhina, indicates that he knows CAGE "in the same way as many other advocacy organizations that deal with civil and political rights". On the other hand, he denies having worked with this NGO on Yemen. According to him, the accusation is "a dirty trick from the Emirates", who did not appreciate that his organization denounced cases of human rights violations in this country pampered by the West. Alkarama would even be the subject of a "systematic smear campaign" from the Emirates and Saudi Arabia, who use the accusation of supporting terrorism to overwhelm their internal and external enemies.



© Eddy Mottaz

Mourad Dhina explains that his organization has distanced itself from Abdulrahman al-Nuaimi since his designation as a jihad financier by the US Treasury in 2014. "He is therefore no longer involved in our financing or work," he wrote in an email. addressed to Le *Temps* .

According to him, Nuaimi is not a radical Islamist, rather a passionate opponent of the American invasion of Iraq in 2003 – which would explain why Washington has a grudge against him. Rachid Mesli, the legal director of Alkarama, describes him as "very militant", "rather revolutionary than Islamist" and having perhaps had, through "naivety", contacts with "suspicious people" during his long career. political commitment.

## Patriotism

In the end, we do not know what the SRC did with the information provided on these various subjects by Tarek Obaid. The service is considered relatively inexperienced in the fight against radical Islamism. Which may explain his interest in sources well established in the Gulf, such as the Obaid family.

"It's their role to meet people like that, it's legitimate," comments a person who knows the service well. But in this case, the SRC appeared divided, between certain agents determined to collect information in an offensive manner and a much more cautious hierarchy, adds another source.

Last mystery: why did the Obaid family speak to the Swiss secret services? Out of Swiss patriotism – do some of its members have a white cross passport? Out of a desire to advance the Saudi agenda against Qatar? Or out of a need to gain the goodwill of the federal authorities at a time when one of its members, Tarek Obaid, is the target of the Swiss investigation into the 1MDB financial scandal? His company Petrosaudi is accused of having helped siphon off $700 million for the benefit of the Malaysian Prime Minister and his favorite businessman, Jho Low.

Questioned on these points, the Geneva lawyer for the Obaid family, Jean-François Ducrest, refused to comment.

# Right of reply

The Alkarama Foundation specifies the following regarding the article entitled "Swiss secret services target pro-Qatar Islamists", published online on January 5, 2018 ( https://www.letemps.ch/suisse/20 18101105 /suisse-secret-services-target-islamistsproqatar) and on the printed version of the newspaper "Le Temps", dated Saturday January 6 and Sunday January 7, 2018.

The diagram entitled "The galaxy that interests the SRC" may convey a false association between the Alkarama Foundation and the entities referred to in this diagram. The Alkarama Foundation therefore affirms that it has no link with the Eid AI-Thani Foundation of Qatar, nor with the Swiss Central Islamic Council, nor with the Al-Nusra front in Syria.

Regarding the accusations of the American Department of the Treasury against Abdulrahman al-Nuaimi, the Alkarama Foundation specifies that the aforementioned department, contacted by it, confirmed to it in writing that it had not for its part not been sanctioned by the "Office for Foreign Assets Control" (OFAC) of the said department and that it was therefore not subject to the restrictions imposed on Abdulrahman al-Nuaimi.

The article further states that "[...] Qatar allegedly encouraged [...] Alkarama to campaign against the armed intervention of the Emirates in the civil war in Yemen." However, the Alkarama Foundation does not act on behalf of any State."

# Riyadh 2014: cocaine at the embassy

The scandal remained unnoticed. In June 2014, the son of an employee of the Swiss embassy in Riyadh was arrested by the Saudi authorities for cocaine trafficking. In his possession, the equivalent of some $25,000 worth of white powder.

The matter is serious because drug trafficking can be punishable by death in the kingdom. At a minimum, the Swiss national, who has a diplomatic passport, risks several years in prison.

## Exfiltration

But the case will never reach Saudi justice. Informed of the incident, the governor of Riyadh at the time, Prince Turki bin Abdullah, warned his close friend Tarek Obaid. The latter contacted the Swiss ambassador to Saudi Arabia, Peter Reinhardt. The arrested national is then discreetly evacuated to Switzerland. The episode will not receive any publicity until today.

Contacted by *Le Temps* , the Federal Department of Foreign Affairs confirmed the matter in these terms: "There was indeed an incident in 2014 with our representation in Riyadh. This incident [concerned] the son of a junior employee. The FDFA has reported the matter to the competent Swiss public prosecutor so that the judicial authorities in Switzerland can take charge of investigating the case." The Department does not specify what follow-up the Swiss justice system gave to the case.

*This article was edited after publication; a separate article was created to discuss the descendants of the Muslim Brotherhood in Ticino.*