IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAZIM NADA, *et al.*,<br><br>　　　*Plaintiffs*,<br><br>　v.<br><br>THE UNITED ARAB EMIRATES, *et al.*,<br><br>　　　*Defendants*. | Case No. 24-cv-206-ABJ |

**NOTICE OF CHANGE OF ADDRESS**

Attorneys Matthew D. McGill and Nathaniel J. Tisa file this Notice of Change of Address and request that the Court's docket in the above-captioned case be updated accordingly. The new address for each attorney is as follows:

>Gibson, Dunn & Crutcher LLP
>1700 M Street, N.W.
>Washington, D.C. 20036

Dated:  September 20, 2024

Respectfully submitted,

*/s/ Matthew D. McGill*
Matthew D. McGill (DC Bar #481430)
Nathaniel J. Tisa (DC Bar #90006243)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
Telephone: (202) 887-3680
Facsimile:  (202) 530-9662
mmcgill@gibsondunn.com
ntisa@gibsondunn.com

*Counsel for Lorenzo Vidino*