UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAZIM NADA and LORD ENERGY SA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE UNITED ARAB EMIRATES, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:24-cv-00206-ABJ |

**PLAINTIFFS' MOTION TO SUBMIT OMNIBUS OPPOSITION
IN RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS
AND FOR ENLARGEMENT OF PAGE LIMIT**

Pursuant to Local Civil Rule 7, Plaintiffs Hazim Nada and Lord Energy SA respectfully move this Court for leave to submit a single, omnibus Opposition of no more than 100 pages in response to the four Motions to Dismiss filed by Defendants. (ECF Nos. 80, 81, 84, 85.) Plaintiffs' counsel conferred with Defendants' counsel by email on September 23 and 24, 2024, and Defendants the United Arab Emirates, Alp Services SA, Diligence SARL, Mario Brero, Lionel Badal, Muriel Cavin, and Sylvain Besson take no position on Plaintiffs' request. Defendant Lorenzo Vidino opposes Plaintiffs' request to file an omnibus Opposition.

|  |  |
|---|---|
| Dated: September 25, 2024 | Respectfully Submitted, |
|  | /s/ *Thomas A. Clare, P.C.* |

Thomas A. Clare, P.C.
Nicholas J. Brechbill
Eric D. Hageman
CLARE LOCKE LLP
10 Prince Street
Alexandria, Virginia 22314
Telephone: (202) 628-7400
Email: tom@clarelocke.com
Email: nick@clarelocke.com
Email: eric.hageman@clarelocke.com

*Attorneys for Plaintiffs*

## STATEMENT OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION TO SUBMIT OMNIBUS OPPOSITION IN RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS AND FOR ENLARGEMENT OF PAGE LIMIT

Plaintiffs filed their Amended Complaint on August 6, 2024. (ECF No. 76.) On August 19, 2024, this Court entered an Order directing: (1) all Defendants to respond to the Amended Complaint or file any dispositive motions by September 20, 2024; (2) all Plaintiffs to respond to any dispositive motions by October 7, 2024; and (3) all Defendants to reply by October 21, 2024.

On September 20, 2024, Defendants filed four separate Motions to Dismiss the Amended Complaint: one by the United Arab Emirates (ECF No. 80); one by Alp Services SA, Diligence SARL, Mario Brero, Lionel Badal, and Muriel Cavin (ECF NO. 81); one by Lorenzo Vidino (ECF No. 84); and one by Sylvain Besson (ECF No. 85).

In their Motions to Dismiss, multiple Defendants set forth many of the same legal arguments for dismissal. As such, in an effort to consolidate and streamline Plaintiffs' counterarguments and avoid duplicative responses, Plaintiffs respectfully request leave from the Court to file a single, omnibus Opposition that responds to all four Motions to Dismiss. Plaintiffs intend to make clear in their omnibus Opposition which arguments by which Defendants each portion of the Opposition responds to. Plaintiffs also intend to address within the omnibus Opposition all unique arguments raised solely by one or a small number of Defendants.

Plaintiffs believe that, by filing a single, omnibus Opposition, they will be able to present their arguments in the most clear and concise manner, avoiding duplicative arguments, promoting judicial economy, and aiding the Court in its resolution of the issues now before it.

In addition, Plaintiffs seek an enlargement of the page limit for their omnibus Opposition by 55 pages, such that the Opposition will not exceed 100 pages. This page limit is 80 pages less than what the page limit would be if Plaintiffs respond to each of Defendants' four Motions to

Dismiss individually. And Defendants' Motions totaled far more than 100 pages (145 pages combined).

Prior to filing this Motion, Plaintiffs' counsel conferred with Defendants' counsel by email on September 23 and 24, 2024 regarding the requested relief, as required by Local Civil Rule 7(m). Defendants the United Arab Emirates, Alp Services SA, Diligence SARL, Mario Brero, Lionel Badal, Muriel Cavin, and Sylvain Besson take no position on Plaintiffs' request. Defendant Lorenzo Vidino opposes Plaintiffs' request to file an omnibus Opposition.

Dated: September 25, 2024

Respectfully Submitted,

/s/ *Thomas A. Clare, P.C.*

Thomas A. Clare, P.C.
Nicholas J. Brechbill
Eric D. Hageman
CLARE LOCKE LLP
10 Prince Street
Alexandria, Virginia 22314
Telephone: (202) 628-7400
Email: tom@clarelocke.com
Email: nick@clarelocke.com
Email: eric.hageman@clarelocke.com

*Attorneys for Plaintiffs*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2024, I caused a true and correct copy of the foregoing to be served on all counsel of record by filing it using the Court's CM/ECF system.

Date:   September 25, 2024     CLARE LOCKE LLP

*/s/ Thomas A. Clare, P.C.*
Thomas A. Clare, P.C. (Bar No. 461964)

*Attorney for Plaintiffs*