IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAZIM NADA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE UNITED ARAB EMIRATES, *et al.*,<br><br>*Defendants*. | Case No. 24-cv-206-ABJ |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEFS**

Defendants the United Arab Emirates, Alp Services SA, Diligence SARL, Mario Brero, Lionel Badal, Muriel Cavin, Sylvain Besson, and Lorenzo Vidino respectfully move for a 30-day extension of time—from October 21 to November 20, 2024—to file reply briefs in support of their motions to dismiss. This is Defendants' first request for an extension of this deadline. Plaintiffs oppose this request.

In support of this motion, Defendants state as follows:

1. On August 19, 2024, the Court issued the following briefing schedule: "Defendants must respond to the amended complaint by September 20, 2024. Plaintiffs' opposition to any dispositive motions filed by the defendants will be due by October 7, 2024. Defendants' replies will be due by October 21, 2024."

2. On October 7, 2024, Plaintiffs submitted a 95-page opposition brief, with the Court's leave.

3. Defendants require additional time to respond to Plaintiffs' opposition brief.

1

4. The 95-page opposition brief makes numerous—and, at times, Defendant-specific—arguments with respect to subject-matter jurisdiction, sovereign immunity, personal jurisdiction, and the merits of Plaintiffs' claims under the Lanham Act, RICO, and the Sherman Act. The requested extension of time is necessary to enable Defendants to fully address Plaintiffs' numerous arguments. And it will also enable them to coordinate their responses to Plaintiffs' arguments with the aim of producing reply briefs compliant with the Court's 25-page limit that avoid the duplication of arguments, thereby reducing the burden on the Court and facilitating consideration of the issues involved.

5. Separately, Defendant the United Arab Emirates is a foreign sovereign and requires additional time to complete internal review of filings submitted on its behalf in U.S. courts. Such review is particularly important in a case like this, which seeks to abrogate the UAE's sovereign immunity and which directly implicates the UAE's sovereign interests. The UAE respectfully requests that the Court grant this requested extension as a matter of comity.

*Wherefore*, Defendants respectfully request that the Court extend the deadline for their reply briefs to November 20, 2024.

Respectfully submitted,

| | |
|---|---|
| */s/ Igor V. Timofeyev* | */s/ John B. Bellinger III* |
| Igor V. Timofeyev (Bar No. 998291) | John B. Bellinger III (Bar No. 405059) |
| Vanessa Omoroghomwan (Bar No. 1644765) | Amy Jeffress (Bar No. 449258) |
| PAUL HASTINGS LLP | Sally L. Pei (Bar No. 1030194) |
| 2050 M Street, N.W. | Stephen K. Wirth (Bar No. 1034038) |
| Washington, DC 20036 | ARNOLD & PORTER KAYE SCHOLER LLP |
| T: (202) 551-1700 | 601 Massachusetts Avenue, N.W. |
| igortimofeyev@paulhastings.com | Washington, DC 20001 |
| | T: (202) 942-5000 |
| Adam Fee (*pro hac vice*) | F: (202) 942-5999 |
| PAUL HASTINGS LLP | john.bellinger@arnoldporter.com |
| 1999 Avenue of The Stars, 27th Floor | |
| Los Angeles, California 90067 | Robert Reeves Anderson (Bar No. 994989) |
| | ARNOLD & PORTER KAYE SCHOLER LLP |
| D. Scott Carlton (*pro hac vice*) | 1144 Fifteenth Street, Suite 3100 |
| PAUL HASTINGS LLP | Denver, CO 80202 |
| 515 South Flower Street, 25th Floor | |
| Los Angeles, California 90071 | *Counsel for the United Arab Emirates* |
| | |
| *Attorneys for Defendants ALP Services SA, Diligence SARL, Mario Brero, Lionel Badal, and Muriel Cavin* | |
| | |
| */s/ Matthew D. McGill* | */s/ Michael O'Leary* |
| Matthew D. McGill (Bar No. 481430) | Michael O'Leary (Bar No. 1014610) |
| Nathaniel J. Tisa (Bar No. 90006243) | HOLLAND & HART LLP |
| GIBSON, DUNN & CRUTCHER LLP | 505 9th Street, N.W., Suite 700 |
| 1700 M Street, N.W. | Washington, DC 20004 |
| Washington, D.C. 20036 | T: (202) 654-6922 |
| T: (202) 887-3680 | |
| F: (202) 530-9662 | Nicholas J. Lewin (*pro hac vice*) |
| mmcgill@gibsondunn.com | Molly K. Webster (*pro hac vice*) |
| | KRIEGER LEWIN LLP |
| *Counsel for Lorenzo Vidino* | 350 Fifth Avenue, 77th Floor |
| | New York, New York 10118 |
| | |
| | *Counsel for Sylvain Besson* |