**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HAZIM NADA and LORD ENERGY SA, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **Case No. 1:24-cv-00206-ABJ** |
| ) | |
| THE UNITED ARAB EMIRATES, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEFS**

Plaintiffs respectfully oppose Defendants' Joint Motion for Extension of Time to File Reply Briefs.  (ECF No. 88.)

On August 7, 2024, the Court entered a Minute Order directing the parties to submit a proposed briefing schedule for Defendants' motions to dismiss Plaintiffs' Amended Complaint. On August 16, 2024, the parties submitted a joint response proposing alternative schedules according to each party's preference.  (ECF No. 79.)   In their proposed briefing schedule, Defendants requested 30 days after Plaintiffs filed their opposition brief to submit their reply briefs.  (*Id.*)  They argued that "logistical complications" of coordinating among defendants, the facilitation of "intra-government" review of the Amended Complaint, and counsel's pre-existing vacation plans justified a longer briefing schedule.  (*Id.*; ECF No. 88.)

On August 19, 2024, this Court entered a scheduling order rejecting Defendants' proposed briefing schedule and giving them 14 days—until October 21, 2024—to file their reply briefs. That Order also gave Defendants 45 days to file their motions to dismiss and Plaintiffs 21 days to file their opposition.

On September 20, 2024, Defendants filed four separate motions to dismiss the Amended Complaint totaling 145 pages.  (ECF Nos. 80, 81, 84, 85.)  Plaintiffs filed an omnibus opposition to all four motions on October 7, 2024.  (ECF No. 87.)

Relying on the same arguments they did to justify their initial 30-day request—coordinating among multiple defendants and facilitating "intra-government" review—Defendants now seek an additional 30 days to file their reply briefs, which would give them a total of 45 days, exceeding even their initial request.  Defendants have provided no new reason to justify that additional time, except that Plaintiffs' opposition makes arguments that respond to Defendants' motions to dismiss.  This Court should deny the motion for same reasons it denied Defendants' initial expanded schedule.

Dated: October 16, 2024

Respectfully Submitted,

/s/ *Thomas A. Clare, P.C.*

Thomas A. Clare, P.C.
Nicholas J. Brechbill
Eric D. Hageman
CLARE LOCKE LLP
10 Prince Street
Alexandria, Virginia 22314
Telephone: (202) 628-7400
Email: tom@clarelocke.com
Email: nick@clarelocke.com
Email: eric.hageman@clarelocke.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2024, I caused a true and correct copy of the foregoing to be served on all counsel of record by filing it using the Court's CM/ECF system.

Date:   October 16, 2024

CLARE LOCKE LLP

*/s/ Thomas A. Clare, P.C.*
Thomas A. Clare, P.C. (Bar No. 461964)

*Attorney for Plaintiffs*