1  Amy Jeffress (No. 36060)
   amy.jeffress@arnoldporter.com
2  John Bellinger (No. 405059)
   John.bellinger@arnoldporter.com
3  ARNOLD & PORTER KAYE SCHOLER LLP
   601 Massachusetts Ave. NW
4  Washington, DC 20001
   Telephone:  (202) 942-5000
5
   Attorney for Defendant
6  United Arab Emirates

7

8

9

10

11

12

13

14

15                UNITED STATES DISTRICT COURT

16              FOR THE DISTRICT OF COLUMBIA

17

18  HAZIM NADA and LORD ENERGY SA      Civil Action No. 24-cv-00206-ABJ

19                Plaintiff,           **NOTICE OF WITHDRAWAL OF**
                                       **ATTORNEY – DOROTHY AMES**
20        v.                           **JEFFRESS**

21  THE UNITED ARAB EMIRATES, et al.

22                Defendant.

23

24

25

26

27

28

NOTICE OF WITHDRAWAL OF ATTORNEY          Civil Action No. 24-cv-00206-ABJ

1    TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF

2  RECORD:

3    PLEASE TAKE NOTICE that Amy Jeffress is no longer associated with the

4  law firm of Arnold & Porter Kaye Scholer LLP and withdraws as attorney for

5  Defendant United Arab Emirates, in this action, and may be removed from the

6  service list.

7    John Bellinger of Arnold & Porter Kaye Scholer LLP shall continue to serve

8  as attorney of record.

9

10  Dated:  February 18, 2025                    ARNOLD & PORTER KAYE SCHOLER
                                                 LLP
11

12                                               By:  */s/Amy Jeffress*
                                                      AMY JEFFRESS
13

14                                               Attorney for Defendant
                                                 United Arab Emirates
15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF WITHDRAWAL OF ATTORNEY          Civil Action No. 24-cv-00206-ABJ