UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAZIM NADA and LORD ENERGY SA,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED ARAB EMIRATES, *et al.*,<br><br>Defendants. | Case No. 1:24-cv-00206-ABJ |

**AFFIDAVIT OF NICHOLAS J. BRECHBILL PROVIDING PROOF OF
SERVICE OF PROCESS ON ARIAF STUDIES AND RESEARCH LLC
PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 4(F)(3) AND 4(H)(2)**

Nicholas J. Brechbill, being duly sworn, hereby deposes and says:

1. I am a partner of the law firm Clare Locke LLP, counsel for Plaintiffs in this action. I am over the age of 18, am of sound mind, and make this Affidavit on the basis of my personal knowledge. I am not a party to this action.

2. Ariaf Studies and Research LLC ("Ariaf"), a named defendant in this case, is a limited liability company in Abu Dhabi, United Arab Emirates. (Am. Compl. ¶ 33, ECF No. 76.)

3. On October 2, 2024, this Court granted in part Plaintiffs' Motion for Alternative Service on Ariaf Pursuant to Federal Rules of Civil Procedure 4(f)(3) and 4(h)(2).

4. In that order, the Court approved service on Ariaf by three means: (1) mailing the summons for Ariaf and the Amended Complaint, in English and Arabic, using any form of registered or certified mail addressed and sent to Ariaf Studies and Research LLC, P.O. Box 3088, Abu Dhabi, UAE; (2) emailing the summons and Amended Complaint, in English and Arabic, to emaa.n@hotmail.com and eman@uaecreative.net; and (3) publishing the summons and the Amended Complaint, in English and Arabic, in a newspaper or wire service published, distributed for sale, or readily accessible online in Abu Dhabi, UAE.

5.	On January 27, 2025, my firm mailed via the United States Postal Service, Priority Mail Express, a package containing the summons and Amended Complaint in English and Arabic to Ariaf at:

>   Ariaf Studies and Research, LLC
>   P.O. Box 3088, Abu Dhabi
>   United Arab Emirates

6.	This package was refused and was returned to our office on March 11, 2025. A scan of the returned package is attached as **Exhibit A** to this Affidavit.

7.	On January 27, 2025, my firm emailed the summons and Amended Complaint in English and Arabic to emaa.n@hotmail.com and eman@uaecreative.net. A copy of that email is attached as **Exhibit B** to this Affidavit.

8.	The Summons on Ariaf in English, which was attached to the email to Ariaf, is attached as **Exhibit B-1** to this Affidavit.

9.	The Summons on Ariaf in Arabic, which was attached to the email to Ariaf, is attached as **Exhibit B-2** to this Affidavit.

10.	A Translation Certificate for the Summons, which was attached to the email to Ariaf, is attached as **Exhibit B-3** to this Affidavit.

11.	The Amended Complaint in English, which was attached to the email to Ariaf, is attached as **Exhibit B-4** to this Affidavit.

12.	The Amended Complaint in Arabic, which was attached to the email to Ariaf, is attached as **Exhibit B-5** to this Affidavit.

13.	A Translation Certificate for the Amended Complaint, which was attached to the email to Ariaf, is attached as **Exhibit B-6** to this Affidavit.

14. The email failed to reach eman@uaecreative.net and was categorized by Microsoft Outlook in an automated bounce message as "undeliverable." A copy of that bounce message is attached as **Exhibit C** to this Affidavit.

15. My firm has received no reply from emaa.n@hotmail.com. My firm did not receive any indication that the email was not delivered.

16. On March 12, 2025, my firm published a Notice of Service of Process on Ariaf on PR Newswire, a wire service published and readily accessible online in Abu Dhabi, UAE. That notice included hyperlinks to the summons and Amended Complaint in both English and Arabic, which are available at the following URLs:

> **Summons in English:** www.ariafserviceofprocess.com/summonsenglish
> **Summons in Arabic:** www.ariafserviceofprocess.com/summonsarabic
> **Amended Complaint in English:** www.ariafserviceofprocess.com/complaintenglish
> **Amended Complaint in Arabic:** www.ariafserviceofprocess.com/complaintarabic

17. The English notice, and confirmation of its publication, is attached as **Exhibit D** to this Affidavit.

18. The Arabic notice, and confirmation of its publication, is attached as **Exhibit E** to this affidavit.

19. A PR Newswire "pickup report" confirming that the published notices were accessible, and accessed, in the UAE is attached as **Exhibit F** to this Affidavit. The pickup report shows that at least 110 UAE-based web services have published the notices, both in English and Arabic.

I affirm under penalty of perjury that the foregoing is true and correct. Executed on March 27, 2025.

/s/ Nicholas J. Brechbill

Nicholas J. Brechbill

Thomas A. Clare, P.C.
Nicholas J. Brechbill
CLARE LOCKE LLP
10 Prince Street
Alexandria, Virginia 22314
Telephone: (202) 628-7400
Email: tom@clarelocke.com
Email: nick@clarelocke.com

*Attorneys for Plaintiffs Hazim Nada &
Lord Energy SA*

COMMONWEALTH OF VIRGINIA
IN THE CITY OF ALEXANDRIA

The foregoing was sworn before me by __Nicholas J. Brechbill__
On this __27__ day of March, 2025

_____          __12/31/2026__
Notary Public                       Commission Expiration



Page Billingham McKinstry
Commonwealth of Virginia
Notary Public
Commission No. 7589354
My Commission Expires 12/31/2026

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2025, I caused a true and correct copy of the foregoing to be served on all counsel of record by filing it using the Court's CM/ECF system.

| | |
|---|---|
| March 27, 2025 | /s/ *Nicholas J. Brechbill* <br> Nicholas J. Brechbill <br><br> *Attorney for Plaintiffs Hazim Nada and Lord Energy SA* |

5