# Exhibit A

PRIORITY MAIL EXPRESS FLAT RATE ENVELOPE POSTAGE REQUIRED

U.S. POSTAGE PAID
PMEI FRE
ALEXANDRIA, VA 22314
JAN 27, 2025
$75.55

00195

Retail

EH 040 886 393 US

INT – L  39
101–3088 – 12/02/2025 09:08:04

STUDIES ARIAF
ARIAF STUDIES AND RESEARCH LLC
P O BOX 3088
ABU DHABI
UNITED ARAB EMIRATES

**CP72-CUSTOMS DECLARATION**

| | | | | |
|---|---|---|---|---|
| Origin Post: US POSTAL SERVICE | | Date of Mailing: 01/27/2025 | | |

Importer's reference:
Importer's contact:

| Qty | Net Weight (lb/oz) | Value (US$) | HS Tariff Number | Country Origin | Insured Value: Up to $100.00 included |
|---|---|---|---|---|---|
| 100 | 1 4 | 45.00 | | | SDR Value: |
| | | | | | Insured Fee: $0 |
| | | | | | Postal charges/ Fees: $75.55 |
| TOTAL | 1 4 | 45.00 | | | Corporate Account #: |

I certify the particulars given in this customs declaration are correct. This form does not contain any undeclared dangerous articles, or articles prohibited by legislation or by postal or custom regulations. I have met all applicable export filing requirements under federal law and regulations.

Sender's Signature and Date

Delivery Information
Invoice/License/Certificate No(s)
Total Dimensions:  L: 13  W: 10  H: 1
Delivery Date:  Delivery Time:  Addressee's Signature
AM / PM
Return to Sender instructions in case of nondelivery:

EMS
Not Valid As Proof-Of-Payment
For U. S. Postage

FROM:
Clare Locke LLP
10 Prince St.
Alexandria, VA
22314
PHONE (202) 628-7400

TO:
Ariaf Studies + Research LLC,
P.O. Box 3088, Abu Dhabi
United Arab Emirates

**UNITED STATES POSTAL SERVICE**

USPS Customs Declaration and Dispatch Note
- Print in English using blue or black ink.
- Complete all **SHADED** fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.

SHIPMENT INFORMATION (CONTINUED) — BOXED AREA IS FOR USPS-USE ONLY

SENDER
Full Last Name: LOCKE
Full First Name: Clare
Business Name (if applicable):

EH040886393US

Abu Dhabi Central Post Office  07/02/2025 03:19 P
EH040886393US

Return to Sender
☐ Unclaimed
☐ Refused
☐ P.O. Box closed
☐ Incomplete Address
☐ Unknown

Emirates Post Group



# USPS Priority Mail Flat Rate Envelope – EMS

**PS10001000006**
EP13F October 2023
OD: 12 1/2 x 9 1/2

**FLAT RATE ENVELOPE** — ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

GUARANTEED* • TRAC...

## EMS Label

| Origin | Dest |
|---|---|
| DXB | AUH |
| MADINAT ZAYED AREA | EPG-830 |

EH040886393US

**Sender Info**
Postal
- N/A

**Receiver Info**
AFIAF STUDIES & RESERCH LLC
Tel/Mob:
ABUDHABI PO BOX : 3088

Slot: ()
Weight: 612.0
Piece(s): 1/1
Content Type: Document EMS
COD/COC: 0.00 AED
Pickup Date:
Receive Date: 07-FEB-2025
Shipper Ref: EH040886393US
Other Ref
Other Ref 1: Dispatch Key: 0005644232
Other Ref 2: Cust Decl No.

Printed on 08-Feb-2025 07:45:21

emx

## Customs Declaration (PS Form 2976-R, April 2016)

1 – Customs Dec...
IMPORTANT: This package may be opened officially.

2. Detailed Description of Contents (Enter only one item per line): ~100 Documents
☒ Document ☐ Commercial Sample ☐ Merchandise ☐ Dangerous Goods
☐ Gift ☐ Returned Goods ☐ Humanitarian Donation ☐ Other

| 3. Quantity | 4. Net Weight (Ea) Lbs / Oz | 5. Value (Ea) U.S. $ | 24. HS Tariff Number | 25. Country of Origin |
|---|---|---|---|---|
| | | $5 | | |

6. Total

PSN 7530-17-000-7992

I certify the particulars given in this customs declaration are correct. This package does not contain any undeclared dangerous items, or items prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements of federal law and regulations.

For Business Mailers, for items in Block 2 (if the information is known)



# USPS Customs Declaration and Dispatch Note

- Print in English using blue or black ink.
- Complete all **SHADED** fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.

EH040886393US

## SENDER
**Full Last Name:** Locke
**Full First Name:** Clare
**Business Name (if applicable):** Clare Locke
**Address-1:** 10 Prince St.
**Sender's Telephone:** (202) 628-7400
**City:** Alexandria **State:** VA **ZIP Code:** 22314

## ADDRESSEE'S INFORMATION
**Full Last Name:** Ariaf
**Full First Name:** Studies
**Business Name (if applicable):** Ariaf Studies + Research LLC.
**Address-1:** P.O. Box 3088
**City:** Abu Dhabi **Country:** UAE

## SHIPMENT INFORMATION
**1. Category of Items:** ☒ Document

**2. Detailed Description of Contents:** ~100 Documents
**5. Value (U.S. $):** 45

## SHIPMENT INFORMATION (CONTINUED) — BOXED AREA IS FOR USPS-USE ONLY
**USPS Official Use:** 27313
**Total Postage/Fees (U.S. $):** 7535

PS Form 2976-R, April 2016    PSN 7530-17-000-7992    IMPORTANT: This package may be opened officially.

1 – Customs Declaration