# Exhibit B

**Tuesday, March 18, 2025 at 16:48:11 Eastern Daylight Time**

| | |
|---|---|
| **Subject:** | 00206-cv-24:1 رقم الدعوى المتحدة العربية الإمارات ضد ندا حازم - والشكوى الاستدعاء بأمر التبليغ- |
| **Date:** | Monday, January 27, 2025 at 11:02:08 AM Eastern Standard Time |
| **From:** | Jon Kaiman |
| **To:** | emaa.n@hotmail.com, eman@uaecreative.net |
| **CC:** | Nick Brechbill |
| **Attachments:** | 1. Summons Ariaf Studies & Research LLC.pdf, 2. Translated Summons - Ariaf Studies & Research LLC_ar-XY.pdf, 3. Summons Translation Certificate.PDF, 4. Amended Complaint.pdf, 5. Translated Amended Complaint.pdf, 6. Amended Complaint Translation Certificate.pdf |

إلى من يهمه الأمر:

تم إدراج اسم شركة أرياف للدراسات والبحوث ذ.م.م كمُدّعى عليه في دعوى قضائية قائمة في الولايات المتحدة أمام المحكمة المحلية الفيدرالية لمقاطعة كولومبيا. يُرجى الاطلاع على أمر الاستدعاء المرفق والشكوى السارية باللغتين الإنجليزية والعربية.

**في محكمة الولايات المتحدة المحلية لمقاطعة كولومبيا**

| | |
|---|---|
| رقم الدعوى | الدعوى 00206-cv-24:1 |
| المدعيان | حازم ندا وشركة لورد إنرجي اس ايه |
| المُدّعى عليهم | *الإمارات العربية المتحدة* وآخرون |
| الوثائق المُبلّغ بها | 1) أمر الاستدعاء<br>2) ترجمة أمر الاستدعاء<br>3) شهادة ترجمة أمر الاستدعاء<br>4) الشكوى المُعدّلة<br>5) ترجمة الشكوى المُعدّلة<br>6) شهادة ترجمة الشكوى المُعدّلة |
| المُرسِل | نيكولاس بريشبيل |
| هاتف المُرسِل | +1 (202) 899-3878 |

To Whom It May Concern:

Ariaf Studies and Research LLC has been named as a defendant in a lawsuit pending in the United States in the federal district court for the District of Columbia. Please see the attached summons and operative complaint in English and Arabic.

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Case Number | Case 1:24-cv-00206 |
| Plaintiffs | Hazim Nada and Lord Energy SA |
| Defendants | The United Arab Emirates, *et al*. |
| Documents served | 1) Summons<br>2) Translated Summons<br>3) Summons Translation Certificate |

1 of 2

| | 4) Amended Complaint<br>5) Translated Amended Complaint<br>6) Amended Complaint Translation Certificate |
|---|---|
| Sender | Nicholas Brechbill |
| Sender's Telephone | +1 (202) 899-3878 |

Jon Kaiman | Associate
**C L A R E   L O C K E   L L P**
10 Prince Street | Alexandria, Virginia 22314
(202) 628-7403    direct
(612) 723-3967    cell
jon.kaiman@clarelocke.com | www.clarelocke.com

This electronic message transmission contains information from the law firm of Clare Locke LLP, which may be confidential or privileged.  The information is intended exclusively for the individual or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited.  If you received this electronic transmission in error, please notify us immediately at admin@clarelocke.com.