# Exhibit B-5

**في محكمة الولايات المتحدة المحلية**
**لمقاطعة كولومبيا**

| | |
|---|---|
| ( | حازم ندا |
| ( | فيا 27 ماجيو 29 |
| ( | 22100 كومو، إيطاليا، |
| ( | |
| ( | و |
| ( | |
| ( | لورد إنرجي إس أيه |
| ( | كونترادا دي فيرلا 1 |
| ( | 6901 لوجانو، سويسرا، |
| ( | |
| ( | المدعيان، |
| ( | |
| ( | ضد |
| ( | |
| ( | الإمارات العربية المتحدة |
| ( | عناية/ سفير دولة الإمارات العربية المتحدة |
| ( | السيد/ يوسف العتيبة |
| ( | سفارة الإمارات العربية المتحدة |
| ( | 3522 المحكمة الدولية شمال غرب رقم 100 |
| ( | واشنطن العاصمة 20008، |
| ( | |
| **الدعوى رقم ABJ-00206-cv-1:24** ( | شركة أرياف للدراسات والبحوث ذ.م.م |
| مطلوب إجراء محاكمة أمام هيئة محلفين ( | ص.ب: 3088 |
| ( | أبوظبي، الإمارات العربية المتحدة، |
| ( | |
| ( | شركة ألب سيرفسيز إس أيه |
| ( | رو دي مونت تشويسي 36 |
| ( | CH-1207 جنيف، سويسرا، |
| ( | |
| ( | شركة ديليجانس إس أيه آر إل |
| ( | رو دي مونت تشويسي 36 |
| ( | CH-1207 جنيف، سويسرا، |
| ( | |
| ( | ماريو بريرو |
| ( | روت دي الامان 14 |
| ( | 1173 فيشي، سويسرا، |
| ( | |
| ( | ليونيل بادال |
| ( | رو يوجين ويلتر 60 |
| ( | 2723 هوالد، لوكسمبورغ، |
| ( | |
| ( | *(تابع)* |
| ( | |

موريل كافين

أفينيو دو ميل 27

جنيف، سويسرا،

لورينزو فيدينو

1110 شارع 23 شمال غرب، شقة 604

واشنطن العاصمة 20037،

سيلفان بيسون

روت دي لا فوي 10

1305 بينثالاز، سويسرا،

و

مجهولو الهوية أرقام 1–25،

المُدَّعى عليهم.

## الشكوى المعدلة

1.    بدءًا من أواخر عام 2017، قامت دولة الإمارات العربية المتحدة وبعض كبار مسؤوليها بإدارة وتوجيه وتمويل حملة علاقات عامة "خفية" استمرت لسنوات من خلال شركة التحقيق السويسرية الخاصة، ألب سيرفسيز إس أيه، التي تم تأسيسها وإدارتها من جانب ماريو بريرو وموريل كافين وكانت مملوكة لهما. عملت دولة الإمارات العربية المتحدة ومسؤولوها، وشركة ألب وبريرو وكافين وموظفيهم، وشبكة من المشاركين في التآمر والمشاركين – بما في ذك عناصر من القطاع الخاص، و"صحفيين" مأجورين، ومدونين، ومشرفي ويكيبيديا، وأستاذ في جامعة جورج واشنطن في واشنطن العاصمة، من بين أشخاص آخرين – كمؤسسة مشتركة للتشهير بالعشرات من الضحايا الأبرياء.

2.    على مدار سنوات، أصدرت هذه المؤسسة بيانات احتيالية تقلل من شأن منافسيها التجاريين وغيرهم من المنافسين من خلال ربط أهدافهم كذبًا بجماعة الإخوان المسلمين والمنظمات الإرهابية. قدمت المؤسسة هذه البيانات الكاذبة: (1) إلى الصحافة، في الولايات المتحدة وخارجها؛ و(2) على المدونات والمواقع الإلكترونية، التي كانت العديد منها تمتلكها وتتولى إدارتها شركات أمريكية ويتم استضافتها على خوادم في الولايات المتحدة؛ و(3) على ويكيبيديا؛ و(4) إلى المؤسسات المالية وأكبر مراقبي الامتثال للمخاطر المالية في العالم، بما في ذلك بعضها في الولايات المتحدة. كان هدف المؤسسة هو "تدمير" أعمال أهدافها وسمعتهم من خلال الاحتيال على البنوك وعملاء الأهداف وشركاء الأعمال وصناع القرار الحكوميين والجمهور. تظهر أكثر من 8000 وثيقة داخلية للمؤسسة، تم الحصول عليها من قِبل متسللين مجهولين في أبريل 2021 وتمت مشاركتها مع جهات إنفاذ القانون، أهداف المؤسسة وطول مدتها وعواقبها المدمرة.

3.    ومن بين الأهداف الأولى للمؤسسة حازم ندا، تاجر النفط الخام وهو مواطن أمريكي يقيم في تكساس، وشركتيه، لورد إنرجي إس أيه، وشركتها الأمريكية التابعة أمريكاز لورد إنرجي إنك. استخدمت المؤسسة شبكتها من المشاركين والمشاركين في التآمر لتنفيذ ما وصفته شركة ألب بشكل روتيني بأنه حملة "اتصالات سريعة الانتشار مسيئة سرية" من أجل، على حد تعبير شركة ألب، "إلحاق ضرر جسيم بسمعة حازم وشركتيه وقابليتهما للاستمرار إن لم يتم تدميرها".

4.    بناءً على المعلومات والاعتقاد، كلفت الإمارات العربية المتحدة ومسؤولوها شركة ألب باستهداف حازم وشركاته لأنهم اعتبروا أن حازم وشركة لورد إنرجي يمثلان تهديدات تنافسية استراتيجية في السوق الفورية للنفط الخام الخفيف المُصدّر إلى آسيا - وهي سوق تهيمن عليه شركة النفط المملوكة للدولة في الإمارات العربية المتحدة، شركة بترول أبوظبي الوطنية ("أدنوك").

5.    في عام 2016، توسط حازم وشركة لورد إنرجي في علاقات رئيسية مع مسؤولين في شركة النفط المملوكة للدولة في الجزائر وفي الميناء الوحيد في الجزائر القادر على تحميل شحنات نفط خام كبيرة للغاية. وقد أتاحت هذه العلاقات لحازم وشركة لورد إنرجي البدء في شحن النفط الخام من مزيج الصحراء من الجزائر إلى مصافي التكرير في آسيا، بما في ذلك المصافي التي تملكها الشركتان الأمريكيتان شيفرون وإكسون موبيل. وقد جذب التأثير المتزايد لحازم وشركة لورد إنرجي في شمال أفريقيا - وهي منطقة ذات أهمية جيوسياسية كبيرة لدولة الإمارات العربية المتحدة حيث أنفقت الإمارات العربية المتحدة مليارات الدولارات للحفاظ على تأثيرها وسيطرتها منذ الربيع العربي - ومشاركتهما المتزايدة في السوق الفورية للنفط الخام الخفيف المُصدّر إلى آسيا الاهتمام الاستراتيجي لدولة الإمارات العربية المتحدة.

6.    في أوائل عام 2017، بدأ كل من حازم وشركة لورد إنرجي في نقل شحنات كبيرة - تتجاوز أكثر من مليون برميل - من النفط الخام من مزيج الصحراء من الجزائر إلى كوريا وتايلاند وسنغافورة. وبحلول نهاية عام 2017، كان حازم وشركة لورد إنرجي مسؤولين عن حوالي ربع صادرات الجزائر من مزيج الصحراء. وكان هذا بمثابة تتويج لسنوات من العمل الجاد من جانب حازم وشركة لورد إنرجي. وكان ذلك أيضًا في الوقت الذي بدأت فيه المؤسسة حملتها التشهيرية ضدهم.

7.      مزيج الصحراء هو نوع من النفط الخام الخفيف الحلو الذي يتنافس مع خام مربان - وهو مزيج نفط خام خفيف آخر كان في ذلك الوقت، ولا يزال، هو النفط الخام الرئيسي الذي تنتجه دولة الإمارات العربية المتحدة وشركة أدنوك". في الفترة ما بين عامي 2016 و2018، قامت شركة لورد إنرجي بشحن ما يقرب من 20 مليون برميل من مزيج الصحراء إلى آسيا وأضافت حوالي 13 مليون برميل من شركة أدنوك، مما أدى إلى تحقيق إيرادات تقدر بحوالي 830 مليون دولار أمريكي مباشرة من الإمارات العربية المتحدة. وهذا وضع شركة لورد إنرجي على رادارات الإمارات العربية المتحدة وشركة أدنوك كتهديد تجاري محتمل.

8.      تجاوز التهديد التنافسي الذي تشكله شركة لورد إنرجي على دولة الإمارات العربية المتحدة وشركة أدنوك حدود شحنات مربان المحددة التي استبدلتها بمزيج الصحراء. وبمجرد أن بدأت شركة لورد إنرجي في نقل كميات كبيرة من النفط الخام من مزيج الصحراء إلى الأسواق الرئيسية في الإمارات العربية المتحدة لنفط مربان في آسيا، انخفض فرق السعر في نفط مربان مقارنة بدرجة أخرى مماثلة من النفط الخام الخفيف الحلو الذي يُستخدم عادةً كمعيار للأسعار بحوالي 0.27 دولار للبرميل. ونظراً لكمية نفط مربان التي تم تصديرها من الإمارات إلى كوريا وتايلاند وسنغافورة في ذلك الوقت، فإن دخول شركة لورد إنرجي إلى تلك الأسواق كلف منتجي نفط مربان، وخاصة الإمارات العربية المتحدة وشركة أدنوك، حوالي 324 ألف دولار يومياً. خلال العام للتالي للعام الذي تنافست فيه شركة لورد إنرجي مع شركة أدنوك (قبل أن تؤدي حملة التشهير الاحتيالية التي قامت بها المؤسسة إلى إفلاس شركة لورد إنرجي)، فقدت شركة أدنوك، التي تسيطر على أكثر من 60% من صادرات نفط مربان، حوالي 70.1 مليون دولار أمريكي نتيجة لانخفاض الأسعار التي حصلت عليها.

9.      في أوائل عام 2018، قامت شركة لورد إنرجي، بعد أن اكتسبت خبرة خاصة في مجال النفط الخام الخفيف، بتأسيس شركة تابعة أمريكية في هيوستن بولاية تكساس حتى يتسنى لها التواجد في سوق خام غرب تكساس الوسيط ("خام غرب تكساس الوسيط")، وهو نوع آخر من النفط الخام الخفيف والحلو الذي كان يُعتبر من الدرجة المكافئة لمزيج الصحراء ونفط مربان، وأصبح يحظى بشعبية متزايدة لدى المصافي الكبيرة في آسيا، وخاصة تلك التي تسيطر عليها شيفرون وإكسون موبيل، وهما اثنان من أقرب الشركاء التجاريين لحازم وشركة لورد إنرجي. مرة أخرى، يشكل دخول شركة لورد إنرجي إلى أسواق النقل والتصدير المحلية لخام غرب تكساس

الوسيط تحديًا أمام دولة الإمارات العربية المتحدة وشركة أدنوك، حيث يهدد النمو الإضافي لشركة لورد إنرجي - المشغل الوحيد الذي أثبت قدرته على تصدير وبيع درجة منافسة لنفط مربان في السوق الفورية في آسيا - بخفض السعر الذي يمكن أن يحصلوا عليه مقابل صادرات نفط مربان إلى آسيا.

10.    لذلك، استحوذت الشركة على شركة أمريكاز لورد إنرجي إنك. وفي تقرير تقييم الأثر الصادر في 21 أكتوبر 2019 إلى الإمارات العربية المتحدة ومسؤوليها، تفاخرت شركة ألب قائلة "بعد هجماتنا الإعلامية، والإدراج في وورلد تشيك، والصعوبات المالية التي خلقتها، اضطر الفرع الأمريكي، شركة أمريكاز لورد إنرجي إنك، إلى وقف عملياته." كما أشارت المؤسسة في الاتصالات الداخلية إلى أن شركة أمريكاز لورد إنرجي اضطرت إلى فصل دوجلاس كوسكي، المدير الإداري لها في هيوستن - وهو تاجر نفط خام أمريكي قديم.

11.    بناءً على توجيهات دولة الإمارات العربية المتحدة، في عام 2017، قامت شركة ألب بتلفيق ونشر رواية كاذبة على نطاق واسع تتهم فيها حازم وشركة لورد إنرجي بتمويل الإرهاب. كان لوالد حازم علاقات تاريخية مع جماعة الإخوان المسلمين. بناءً على المعلومات والاعتقاد، علمت شركة ألب بعلاقة والد حازم التاريخية بجماعة الإخوان المسلمين لأن أحد الصحفيين المدرجين في كشوف الرواتب الخاصة بشركة ألب، وهو سيلفان بيسون، سبق أن كتب عن والد حازم. استغلت شركة ألب هذه المعلومات عن والد حازم لإضفاء المصداقية على ادعاءات المؤسسة الزائفة بشأن حازم وشركاته.

12.    وعلى عكس والده، لم يكن حازم مرتبطًا أبدًا بجماعة الإخوان المسلمين، وهي الجماعة التي كانت قيادتها تكره حازم بشكل خاص. حازم هو مواطن أمريكي وُلد في سيلفر سبرينغ بولاية ماريلاند، والتحق بأكاديمية نيويورك العسكرية، وتخرج من جامعة روتجرز في نيو جيرسي، ولديه منزل في هيوستن بولاية تكساس، حيث يقيم العديد من أفراد عائلته الكبيرة بشكل دائم. كما عمل حازم بشكل وثيق مع القوات الجوية الأمريكية لتوفير تدريب للقوات الخاصة في الخارج، وقام بأنشطة في أسواق النفط التي عززت مصالح الحكومة الأمريكية وكانت تتابعها عن كثب. وهو فخور بتراثه الأمريكي، ولا يعتبر نفسه مرتبطًا بالعالم العربي، ولم يزر مصر - حيث ولد والده ثم غادرها إلى الأبد في عام 1959 وحيث تأسست جماعة الإخوان المسلمين - إلا مرة واحدة. لم يهم أي من ذلك شركة ألب.

13.    تُظهر الوثائق الداخلية التي حصل عليها المتسللين المجهولين أن أحد *الأساليب* المفضلة لدى شركة

ألب كان هو الحصول بشكل غير قانوني على سجلات الهاتف لأهدافها؛ واستخدام هذه السجلات لتحديد الشركاء المفترضين للأهداف بناءً على بيانات المكالمات الهاتفية؛ والبحث عن أي أعمال مشينة (بغض النظر عن مدى بعدها) من جانب أي من هؤلاء الزملاء (بغض النظر عن مدى البعد عن الأهداف)؛ وتلفيق رواية كاذبة تُنسب إلى الأهداف الاتهامات غير المؤكدة التي كشفت عنها شركة ألب أو اختلقتها بشأن زملاء الأهداف (في بعض الحالات، بعيد جدًا). تقوم شركة ألب بعد ذلك بنشر اتهاماتها الكاذبة على نطاق واسع ـــ في المقالات، ومنشورات المدونات، ومقالات ويكيبيديا، وفي أماكن أخرى عبر الإنترنت ـــ وترسل أكاذيبها بأسماء مستعارة مباشرة إلى الصحفيين الشرعيين، والبنوك، ومراقبي الامتثال، ووكالات الإبلاغ عن الأسعار، وغيرهم بغرض صريح يتمثل في حث شركاء الأعمال والعملاء والمقرضين التابعين للأهداف بشكل احتيالي على التوقف عن التعامل مع الأهداف "لتدمير" أعمال الأهداف وسمعتهم. أشارت شركة ألب إلى ذلك باسم حملة "الاتصالات سريعة الانتشار المسيئة السرية".

14. وهذا بالضبط ما فعلته المؤسسة مع حازم وعشرات، إن لم يكن أكثر، الضحايا الأبرياء وغير المقصودين الآخرين المقيمين بشكل أساسي في الولايات المتحدة وأوروبا. وحصلت المؤسسة بشكل غير قانوني على سجلات هاتف حازم في عام 2017؛ واستخدمت سجلات الهاتف هذه لتحديد شبكة شركاء حازم المزعومة؛ واستخدمت الشائعات - بما في ذلك العديد من تلك التي تم فضحها بشكل قاطع - حول بعض هؤلاء الشركاء لاختلاق رواية كاذبة تتهم حازم باستخدام شركتيه كواجهات لتمويل جماعة الإخوان المسلمين وتنظيم القاعدة، على الرغم من عدم وجود دليل على أن حازم كان لديه أي علاقة مع جماعة الإخوان المسلمين، وبالتأكيد مع تنظيم القاعدة. يوجد أدناه مثال على مخطط الارتباط الذي أعدته شركة ألب والذي من المفترض أنه يوضح اتصالات حازم وشركة لورد إنرجي وشركائهما.



15.    وسرعان ما وافقت دولة الإمارات العربية المتحدة على اقتراح شركة ألب بالتشهير بحازم وشركة لورد إنرجي كممولين للإرهاب لأن الرواية الكاذبة التي اختلقتها شركة ألب حول علاقاته المزعومة مع جماعة الإخوان المسلمين والمشاركة في تمويل الإرهاب يتناسب مع جدول الأعمال الجيوسياسي الأوسع نطاقًا لدولة الإمارات العربية المتحدة المتمثل في تشويه سمعة منافسها الإقليمي، قطر. ظلت دولة الإمارات العربية المتحدة لسنوات في صراع خفي مع قطر - حليف رئيسي لجماعة الإخوان المسلمين. ومن خلال تشويه سمعة كل من حازم وشركة لورد إنرجي بهذه الطريقة، *لا تستطيع الإمارات العربية المتحدة إرسال تهديد تنافسي فحسب، بل أيضًا* إثارة الشك بشأن قطر وأنشطة جماعة الإخوان المسلمين في الولايات المتحدة وأوروبا.

16.    كانت المؤسسة غير القانونية التابعة لدولة الإمارات العربية المتحدة سرية للغاية ومنظمة وفعالة. أشرفت دولة الإمارات العربية المتحدة وولي عهد أبو ظبي آنذاك محمد بن زايد آل نهيان على الحملة الأكبر للمؤسسة، حيث قدما التوجيه والإرشاد الاستراتيجي. قام محمد بن زايد آل نهيان بتجنيد علي سعيد النيادي ("علي")، وهو مساعد وزاري للشيخ طحنون بن زايد - مستشار الأمن الوطني الإماراتي وشقيق محمد بن زايد آل نهيان[1] - ومسؤول

---

[1] ديفيد كيركباتريك، *الأسرار القذرة لحملة التشهير*، ذا نيويوركر (27 مارس 2023)،

8

حكومي آخر في دولة الإمارات العربية المتحدة، مطر حامد النيادي ("مطر")، للإشراف على العمليات على مستوى أكثر دقة من خلال العمل كحلقة وصل مباشرة مع شركة ألب. ولإخفاء مشاركة دولة الإمارات العربية المتحدة، قام مطر بتوظيف شركة ذات مسؤولية محدودة في أبوظبي، وهي شركة أرياف للدراسات والبحوث ذ.م.م، للتعاقد مع شركة ألب وشركة ديليجانس إس أيه آر إل، وهي شركة أخرى تم تأسيسها وإدارتها من جانب ماريو بريرو وموريل كافين وكانت مملوكة لهما، والدفع لشركة ألب وشركة ديليجانس مقابل عملهما نيابة عن دولة الإمارات العربية المتحدة. اقترحت شركة ألب أهدافًا وأجرت عمليات "سرية" في الخارج لتعزيز أهداف الإمارات العربية المتحدة، مع الحفاظ على دور الإمارات العربية المتحدة "غير مرئي".

17.   عمل مطر جنبًا إلى جنب مع بريرو وكافين وأحد كبار موظفي شركة ألب، ليونيل بادال، لتحديد أهداف حملات الاتصالات سريعة الانتشار المسيئة السرية بما في ذلك حازم وشركة لورد إنرجي وعشرات الآخرين، وتوظيف المصادر الموثوقة والصحفيين والأكاديميين لكتابة ونشر مقالات كاذبة حول هذه الأهداف. ثم تستشهد المؤسسة بتلك المقالات الكاذبة والمضللة - التي بدت مشروعة ولكن تم اختلاقها بالفعل من قبل بريرو وكافين وبادال وغيرهم من موظفي شركة ألب ومكتوبة من قبل الصحفيين والأكاديميين المدرجين في كشوف الرواتب الخاصة بشركة ألب - للاحتيال على المؤسسات المالية وشركاء الأعمال والعملاء والأطراف المقابلة وحثهم على قطع علاقاتهم مع أهداف المؤسسة، مما يدمر أعمال الأهداف وسمعتهم.

18.   يتم توضيح الوثائق التي تم الحصول عليها من خلال التسلل بالتفصيل في كل خطوة من هذه الخطة. على سبيل المثال، وثيقة كتبتها شركة ألب في فبراير 2018 بعنوان "خطة العمل" أوضحت اقتراح شركة ألب لدولة الإمارات العربية المتحدة. وفقًا لهذه الوثيقة، التي شاركتها شركة ألب مع دولة الإمارات العربية المتحدة عبر البريد الإلكتروني بناء على المعلومات والاعتقاد، فإن شركة ألب:

- *"ستنشر **مقالات سلبية ضخمة** حول العشرات من الأهداف الرئيسية [جماعة الإخوان المسلمين] بما في ذلك على سبيل المثال لا الحصر شركة لورد إنرجي ... باللغة الفرنسية والإيطالية **والأهم من ذلك الإنجليزية**".*

- *"ستبلغ **الصحفيين المختارين بأهدافنا** ودورهم القيادي داخل جماعة الإخوان المسلمين في أوروبا وعلاقاتهم مع تنظيم القاعدة".*

- **"ستقوم بتنشيط شبكتنا من الصحفيين والمحررين الموثوق بهم**، كما فعلنا بنجاح مع صحيفة لوتان وقريبًا في صحيفة لوبوان".

- **"ستقوم بإنشاء صفحات ويكيبيديا سلبية لأهدافنا**، بما في ذلك الشركة وأعضاء مجلس إدارتها الرئيسيين، بنبرة سلبية، باللغات الإنجليزية والفرنسية والإيطالية. سيكون هذا هو المصدر الأول للمعلومات لأي شخص ينظر إلى الشركة (مثل الصحفيين والسياسيين ومسؤولي إنفاذ القانون والاستخبارات ومسؤولي الامتثال وما إلى ذلك)."

- **"ستقوم بتنبيه قواعد بيانات الامتثال وهيئات المراقبة، والتي تستخدمها البنوك** والشركات متعددة الجنسيات، على سبيل المثال، حول الأنشطة الحقيقية لشركة لورد إنرجي وروابطها بالإرهاب".

- **"ستخطر البنوك بشكل سري** بروابط الشركات التابعة لجماعة الإخوان المسلمين (مثل شركة لورد إنرجي، وشركة يوروزون إكويتي) بالإرهاب والأشخاص المعرضين سياسيًا، **والهدف من ذلك هو تجميد حساباتهم المصرفية وأعمالهم**".

- "سوف تستخدم ... وسائل التواصل الاجتماعي **لتعزيز المصلحة العامة في المقالات** والإجراءات سريعة الانتشار".

- و"سوف تضغط **بشكل سري** على صناع القرار".[2]

---

**خطة العمل لعام 2018**

1. نشر مقالات سلبية ضخمة حول العشرات من الأهداف الرئيسية التابعة لجماعة الإخوان المسلمين، بما في ذلك على سبيل المثال لا الحصر شركة لورد إنرجي، والمنتدى الإسلامي الأوروبي للشباب والطلاب، ونبيل الناصري، باللغة الفرنسية والإيطالية والأهم من ذلك الإنجليزية.

2. سنبلغ الصحفيين المختارين بأهدافنا ودورهم القيادي داخل جماعة الإخوان المسلمين في أوروبا وعلاقتهم مع تنظيم القاعدة.

3. سنقوم بتنشيط شبكتنا من الصحفيين والمحررين الموثوق بهم، كما فعلنا بنجاح مع صحيفة *لوتان* وقريبًا في صحيفة *لوبوان*.

4. سنقوم بإنشاء صفحات ويكيبيديا سلبية لأهدافنا، بما في ذلك الشركة وأعضاء مجلس إدارتها الرئيسيين، بنبرة سلبية، باللغات الإنجليزية والفرنسية والإيطالية. سيكون هذا هو المصدر الأول للمعلومات لأي شخص ينظر إلى الشركة (مثل الصحفيين والسياسيين ومسؤولي إنفاذ القانون والاستخبارات ومسؤولي الامتثال وما إلى ذلك).

5. كما سنقوم بتنبيه قواعد بيانات الامتثال وهيئات المراقبة، التي تستخدمها البنوك والشركات متعددة الجنسيات، على سبيل المثال حول الأنشطة الحقيقية لشركة لورد إنرجي وروابطها بالإرهاب.

6. سنطخر البنوك بشكل سري بروابط الشركات التابعة لجماعة الإخوان المسلمين (مثل شركة لورد إنرجي، وشركة يوروزون إكويتي) بالإرهاب والأشخاص المعرضين سياسيًا، والهدف من ذلك هو تجميد حساباتهم المصرفية وأعمالهم.

7. كما سنستخدم وسائل التواصل الاجتماعي لتعزيز المصلحة العامة في المقالات والإجراءات سريعة الانتشار.

8. وأخيرًا، سوف نضغط على صناع القرار بشكل سري، لا سيما على المستوى الأوروبي.

---

[2] تمت إضافة التأكيد.

19. واختتمت شركة ألب كلامها قائلةً "إذا أعطيتمونا الضوء الأخضر، فإننا نعتقد أننا قد نلحق ضررًا بالغًا بسمعة المجموعات الأوروبية الرئيسية التابعة لجماعة الإخوان المسلمين وقابليتها للاستمرار، إن لم ندمّرها، من خلال اتصالاتنا سريعة الانتشار المسيئة السرية".

20. لم تكن شركة ألب الكيان الوحيد الذي استخدمته دولة الإمارات العربية المتحدة لتنفيذ عمليات التشويه الإعلامي.

على سبيل المثال، اعتمدت أيضًا على الصحفي السابقة في فرانس 24، عثمان تازاجارت، الذي تم فصله من الشبكة الفرنسية لإبداء تعليقات معادية للسامية.[3] تواصل تازاجارت مباشرة مع مطر، ووصفت شركة ألب تازاجارت بأنه "منافس" في وثائقها الداخلية.

21. في قضية حازم، عينت المؤسسة "صحفيًّا" سيلفان بيسون، الذي وصفته شركة ألب بأنه "جزء من شبكتها الواسعة"، لكتابة مقالة في أوائل عام 2018 في صحيفة بارزة يتهم فيها شركة لورد إنرجي زورًا بكونها شركة واجهة للإخوان المسلمين تمول المنظمات الإرهابية. ثم استعانت بمدونين لتكرار "تقارير" بيسون بنبرة أكثر إثارة، في العشرات من المنافذ، كانت معظمها على منصات أمريكية مثل Medium وWordPress وTumblr، مما منح هذه الادعاءات الكاذبة وهم الإجماع على وسائل الإعلام الواسعة.

22. أنشأت المؤسسة أيضًا صفحات ويكيبيديا مزيفة باللغات الإنجليزية والفرنسية والإيطالية لتكريس الادعاءات الكاذبة باعتبارها "نقاط مثيرة للجدل" حقيقية. واستخدمت أساليب تحسين محركات البحث، مع التركيز بشكل خاص على نتائج بحث Google باللغة الإنجليزية، لضمان أن المقالات التي ترعاها المؤسسة كانت من بين أفضل النتائج عند البحث عن حازم أو شركة لورد إنرجي على Google ومحركات البحث الأخرى في الولايات المتحدة مثل !Yahoo وBing. وأرسلت رسالة بريد إلكتروني بالمزاعم الكاذبة بأن حازم وشركة لورد إنرجي متورطان في تمويل الإرهاب إلى الصحفيين - بما في ذلك الصحفيين المقيمين في الولايات المتحدة من وسائل الإعلام الأمريكية الكبرى مثل بلومبيرج وأكسيوس. وأخيرًا، حثت الشركة بشكل احتيالي منصة الامتثال وورلد

---

[3] راجع *رئيس التحرير في فرانس 24، صاحب نظرية التآمر ومعاد للسامية. القناة تتفاعل*، جويش تريبيون (9 مايو 2016)، [https://www.tribunejuive.info/2016/05/09/un-redacteur-en-chef-de-france24-complotiste-et-antisemite/](https://www.tribunejuive.info/2016/05/09/un-redacteur-en-chef-de-france24-complotiste-et-antisemite/).

تشيك، المملوكة لشركة تومسون رويترز - وهي شركة متداولة علنًا في بورصة نيويورك ولها العديد من المكاتب في جميع أنحاء الولايات المتحدة - على الإشارة إلى حازم وشركة لورد إنرجي تحت فئة المخاطر "الإرهاب"، مما يضمن رفض المؤسسات المالية الأمريكية والدولية إقراض حازم وشركة لورد إنرجي.

23.  كانت أكاذيب المؤسسة غريبة ولكنها مدمرة. وقد أدت إلى إفلاس شركة لورد إنرجي وشركتها التابعة الأمريكية - الشركتان اللتان قضى حازم أكثر من عشر سنوات من عمره لبنائهما من العدم - وكلفا حازم مئات الملايين من الدولارات (قدرت قيمة شركة لورد إنرجي بنحو 150 مليون دولار قبل أن تترسخ حملة التشهير التي قامت بها المؤسسة)، وأزالت تهديدًا تنافسيًا متزايدًا على دولة الإمارات العربية المتحدة وشركة أدنوك في السوق الفورية للنفط الخام الخفيف المُباع لمصافي التكرير في آسيا. يرفع المدعيان هذه الدعوى القضائية مؤكدين فيها دعاوى انتهاكات قانون لانهام، القسم 1125(أ)(1) من الباب 15 من مدونة القوانين الأمريكية، وقانون المنظمات الفاسدة والمتأثرة بالابتزاز، الأقسام 1961-1968 من الباب 18 من مدونة القوانين الأمريكية، وقانون شيرمان، الأقسام 1-7 من الباب 15 من مدونة القوانين الأمريكية. فهما يسعيان إلى الدفاع عن حقوقهما والحصول على تعويض عن الأضرار الاقتصادية المدمرة التي تسببت فيها حملة الاتصالات سريعة الانتشار السرية والمسيئة التي أطلقتها المؤسسة لأعمالهم وسمعتهم، إلى جانب التأثير المباشر لحملة التشهير على حياتهم الشخصية ورفاهيتهم العاطفية والجسدية والنفسية.

<u>**الأطراف وغير الأطراف المعنيين**</u>

24.  المدعي الدكتور حازم ندا هو المؤسس والمالك الوحيد لشركة لورد إنرجي إس أيه. حازم هو مواطن يحمل الجنسيتين الأمريكيتين والإيطالية. وُلد حازم في سيلفر سبرينغ بولاية ماريلاند، وقضى جزءًا كبيرًا من شبابه في الولايات المتحدة - حيث كان جزء كبير من عائلته الكبيرة لا يزال يعيش هناك - والتحق بأكاديمية نيويورك العسكرية، والتحق بالجامعة وتخرج من جامعة روتجرز في نيو جيرسي، ولديه منزل في هيوستن بولاية تكساس. وهو يحمل جواز سفر أمريكي، ومثل جميع المواطنين الأمريكيين، فهو مسؤول عن دفع الضرائب الأمريكية. عندما كانت شركة لورد إنرجي إس أيه لا تزال تعمل، كان على حازم تقديم تقارير مالية للشركة مع إقراراته الضريبية الأمريكية. وبالمثل، كمواطن أمريكي، يتعين على حازم -وكان يتعين عليه- الامتثال لقوانين

العقوبات والرقابة على الصادرات الأمريكية حتى أثناء العيش في الخارج. وخلال جميع الأوقات ذات الصلة، كان

مطلوبًا من شركة لورد إنرجي إس أيه أيضًا اتباع اللوائح الأمريكية التي تحكم تجارة النفط الخام محليًا ودوليًا لأنها

كانت مملوكة لمواطن أمريكي وكان لديها شركة تابعة في الولايات المتحدة.[4] يقيم حازم حاليًا في كومو بإيطاليا.

25.    المدعي شركة لورد إنرجي إس أيه هي شركة لتجارة النفط الخام والسلع أسسها حازم في عام

2008. وهي مملوكة بالكامل لحازم. تأسست شركة لورد إنرجي إس أيه بموجب قوانين سويسرا ويقع مقر عملها

الرئيسي في كونترادا دي فيرلا 1، CH-6900 لوجانو، سويسرا. اعتبارًا من أكتوبر 2018، بلغت قيمة شركة

لورد إنرجي إس أيه حوالي 150 مليون دولار، بإيرادات سنوية تبلغ حوالي 1.71 مليار دولار. أضطرت شركة لورد

إنرجي إلى إعلان إفلاسها في سويسرا في أبريل 2019 نتيجة لحملة التشهير التي أجريت ضده. تلتزم شركة لورد إنرجي

إس أيه كشركة أجنبية مملوكة لمواطن أمريكي – وكانت ملزمة – ببعض قوانين العقوبات الأمريكية، بما في ذلك العقوبات

التي تحظر المعاملات مع إيران وكوبا. القسمان 560.215 و515.329 من الباب 31 من مدونة القواعد الاتحادية.

26.    واليوم، أصبحت شركة لورد إنرجي بلا قيمة لأنها لم تعد قادرة على الحصول على الائتمان اللازم

لتمويل عمليات تجارة السلع. بالإضافة إلى ذلك، تسببت إعادة هيكلة بسبب الإفلاس التي أجرتها شركة لورد إنرجي

في خسارة عدد كبير من العملاء والأطراف المقابلة لمبالغ كبيرة من المال، مما دمر العلاقات والشهرة التي بنتها

شركة لورد إنرجي مع هؤلاء العملاء والأطراف المقابلة ويضمن عدم قيامهم بأي أعمال مع شركة لورد إنرجي

مرة أخرى. في مارس 2017، افتتح حازم للجمهور عملاً ثانيًا خارج ميلانو بإيطاليا: نفق رياح عمودي تستخدمه

القوات الخاصة للقوات الجوية الأمريكية والجيش الإيطالي لتدريب المظلات.

27.    كانت شركة أمريكاز لورد إنرجي إنك شركة تابعة مملوكة بالكامل لشركة لورد إنرجي إس أيه.

تأسست شركة أمريكاز لورد إنرجي إنك في 24 أبريل 2018 بموجب قوانين ولاية تكساس ويقع مقر عملها

الرئيسي في 2101 شارع سيتي ويست، جناح 230، هيوستن، تكساس. تم حل شركة أمريكاز لورد إنرجي إنك في

مارس 2019. عمل كل من حازم ودوجلاس كوسكي، وهو مواطن أمريكي مقيم في تكساس، كأعضاء مجلس إدارة

لشركة أمريكاز لورد إنرجي إنك.

---

[4] وزارة التجارة ووزارة الخزانة ووزارة العدل، مذكرة الامتثال ثلاثية الختم: *التزامات الأشخاص المقيمين في الخارج بالامتثال لقوانين العقوبات والرقابة على الصادرات الأمريكية*، في 2 (6 مارس 2024)،
https://www.justice.gov/opa/media/1341411/dl?inline.

28.    المدعى عليه دولة الإمارات العربية المتحدة دولة أجنبية. تحتفظ الإمارات العربية المتحدة بسفارة في مقاطعة كولومبيا. ويقع مقرها في 3522 المحكمة الدولية شمال غرب، جناح 100، واشنطن العاصمة 20008.

29.    غير الطرف محمد بن زايد آل نهيان هو مواطن إماراتي والرئيس الحالي لدولة الإمارات العربية المتحدة وحاكم أبوظبي. كان محمد بن زايد آل نهيان ولي عهد أبوظبي حتى 14 مايو 2022، عندما تم انتخابه رئيسًا بموجب قرار من أعضاء المجلس الأعلى للاتحاد الإماراتي. كان محمد بن زايد آل نهيان يتمتع بسلطة اعتماد نهائية على عمليات التشويه الإعلامي التي تقوم بها المؤسسة.

30.    غير الطرف علي سعيد النيادي هو مساعد وزاري للشيخ طحنون بن زايد - مستشار الأمن الوطني الإماراتي وشقيق محمد بن زايد آل نهيان.[5] التقى عليّ شخصيًا مع بريرو وموظفين آخرين في شركة ألب في مناسبات متعددة. وبناءً على المعلومات والاعتقاد، شارك عليّ عن كثب في الموافقة على المراحل الأولية من حملة التشهير التي قامت بها المؤسسة وعمل كوسيط بين محمد بن زايد آل نهيان والمشاركين الآخرين في المؤسسة مثل مطر وبريرو.

31.    غير الطرف مطر حامد النيادي ("مطر") هو مواطن إماراتي. كان مطر الوسيط الرئيسي لدولة الإمارات العربية المتحدة مع شركة ألب وبريرو وغيرهما من المشاركين في التآمر خارج دولة الإمارات العربية المتحدة. اجتمع مطر مع بريرو عدة مرات في سويسرا والإمارات العربية المتحدة، ووافق بشكل روتيني على الأهداف المقترحة لشركة ألب وعمليات الاتصالات سريعة الانتشار، وأبقى "رئيسيه" علي ومحمد بن زايد آل نهيان على علم بعمليات شركة ألب، وتأكد من تمويل شركة ألب وعملياتها بشكل كافٍ. في الفترة ما بين عامي 2017 و2021، وجه مطر ووافق على منح ملايين الدولارات إلى شركة ألب لتمويل حملتها للتشهير.

32.    غير الطرف شركة بترول أبوظبي الوطنية ("أدنوك") هي شركة بترول مملوكة للدولة في دولة

---

[5] ديفيد كيركباتريك، *الأسرار القذرة لحملة التشهير*، ذا نيويوركر (27 مارس 2023)، https://www.newyorker.com/magazine/2023/04/03/the-dirty-secrets-of-a-smear-campaign.

الإمارات العربية المتحدة. شركة أدنوك هي جهاز تابع لدولة الإمارات العربية المتحدة على النحو المحدد في القسم

1603(ب) من الباب

28 من مدونة القوانين الأمريكية. كانت شركة لورد إنرجي منافسًا تجاريًا مباشرًا لشركة أدنوك في السوق الفورية

للنفط الخام الخفيف الذي يُباع لمصافي التكرير في آسيا، بما في ذلك المصافي المملوكة للولايات المتحدة التي تعمل

في آسيا مثل شيفرون وإكسون موبيل. يشغل محمد بن زايد آل نهيان منصب رئيس مجلس إدارة شركة أدنوك.

33.    المدعى عليه شركة أرياف للدراسات والبحوث ذ.م.م ("أرياف") هي شركة ذات مسؤولية محدودة

تأسست بموجب قوانين دولة الإمارات العربية المتحدة ويقع مقر عملها الرئيسي في أبوظبي. وعنوانها ص.ب

3088، أبوظبي، الإمارات العربية المتحدة. كانت شركة أرياف الموقع على العقود المبرمة بين دولة الإمارات العربية

المتحدة وشركة ديليجانس إس أيه آر إل التي تحكم عمليات التشويه الإعلامي التي يقوم بها بريرو وكافين وشركة ألب، بما

في ذلك اتفاقية عدم الإفصاح المبرمة في 22 مارس 2018. في الفترة ما بين عامي 2017 و2019، قامت شركة أرياف

بتحويل ما يقرب من 5 ملايين دولار من دولة الإمارات العربية المتحدة إلى شركتي ألب وديليجانس كدفعة مقابل حملات

الاتصالات سريعة الانتشار المسيئة وغيرها من العمليات التي تستهدف كل من حازم وشركة لورد إنرجي وعشرات الضحايا

الأبرياء الآخرين. كما تم إدراج شركة أرياف ككفيل لبريرو وكافين في طلباتهم للحصول على تأشيرات العمل الإماراتية.

كانت مشاركة شركة أرياف ضرورية لإخفاء هويات ومشاركة الإمارات العربية المتحدة، ومحمد بن زايد آل نهيان، ومطر،

وغيرهم من المسؤولين والأجهزة الإماراتية، ولضمان بقائها، حسب قول شركة ألب، "غير مرئية".

34.    المدعى عليه شركة ألب سيرفيسز إس أيه ("ألب") هي شركة تحقيقات خاصة تم تأسيسها وإدارتها

من جانب ماريو بريرو وموريل كافين وكانت مملوكة لهما. تأسست شركة ألب بموجب قوانين سويسرا، ويقع مقر

عملها الرئيسي في رو دي مونت تشويسي 36، CH-1207 جنيف، سويسرا. بناءً على المعلومات والاعتقاد، كان

غالبية عملاء شركة ألب من الشركات الخاصة وشركات المحاماة والأفراد أصحاب الثروات الكبيرة.

35.    المدعى عليه شركة ديليجانس إس أيه آر إل ("ديليجانس") هي شركة تحقيقات خاصة تم تأسيسها

وإدارتها من جانب ماريو بريرو وموريل كافين وكانت مملوكة لهما. تأسست شركة ديليجانس بموجب قوانين

سويسرا، ويقع مقر عملها الرئيسي في رو دي مونت تشويسي 36، CH-1207 جنيف، سويسرا. كانت شركة

ديليجانس طرفًا في العقود المبرمة مع شركة أرياف والتي تحكم عمليات التشويه الإعلامي التي يقوم بها بريرو

15

وكافين وشركة ألب. تم إبرام اتفاقية عدم إفصاح مع شركة أرياف للعمل المتعلق بحملة التشهير التي قامت بها المؤسسة.

36. استخدم بريرو وكافين شركتي ألب وديليجانس بالتبادل كأدوات لتخطيط وتنسيق عمليات التشويه الإعلامي لتعزيز حملة التشهير التي تستهدف حازم وشركة لورد إنرجي وعشرات الأهداف الأخرى في الولايات المتحدة وأوروبا.

37. يقيم المدعى عليه ماريو بريرو في منطقة لوزان بسويسرا. وهو مواطن إيطالي. بريرو هو أحد مؤسسي ومالكي ومشغلي شركتي ألب وديليجانس. تواصل بريرو بشكل روتيني وتفاعل مع علي ومطر والمسؤولين الآخرين في الإمارات العربية المتحدة فيما يتعلق بحملة التشهير التي قامت بها المؤسسة والتي تستهدف حازم وشركة لورد إنرجي وعشرات الأهداف الأخرى في الولايات المتحدة وأوروبا. ومن بين أمور أخرى، اقترح بريرو بانتظام أهدافًا لعلي ومطر والمسؤولين الآخرين في دولة الإمارات العربية المتحدة، وابتكر أساليب وعمليات لتحقيق أهداف المؤسسة المتمثلة في تدمير أعمال أهدافها وسمعتهم (بما في ذلك حازم وشركة لورد إنرجي)، وتواصل مع مطر فيما يتعلق بالتمويل، وقام بإدارة وتوجيه موظفي شركة ألب والمشاركين في التآمر والمشاركين الآخرين التابعين للمؤسسة لتعزيز أهداف المؤسسة. في عام 2024، أطلقت السلطات في فرنسا وسويسرا ثلاثة تحقيقات جنائية منفصلة ضد بريرو لدوره في حملة التشويه الإعلامي التي قامت بها دولة الإمارات العربية المتحدة. تم إجراء تحقيق فرنسي آخر في أكتوبر 2023 بشكوى قانونية من "عضوة مجموعة ضغط لقطر في فرنسا، قالت إنها وقطر تم استهدافهما من خلال "عملية زعزعة الاستقرار" على أساس المعلومات التي قدمتها شركة ألب سيرفيسز".[6] تزعم شكواها أيضًا أن شركة ألب أجرت مراقبة خارج منزلها، وأن منزلها قد سُرق وسُرق جهاز الكمبيوتر المحمول الخاص بها وممتلكاتها الأخرى.

38. بناءً على المعلومات والاعتقاد، فإن المدعى عليه موريل كافين هي مواطنة سويسرية وتقيم في سويسرا. شاركت في تأسيس شركتي ألب وديليجانس مع بريرو وهي عضو مجلس إدارة منذ فترة طويلة في شركة

---

[6] وكالة فرانس برس، *تحقيق مع وكالة استخبارات سويسرية خاصة حول مزاعم بالتجسس لصالح الإمارات العربية المتحدة*، بارونز (15 أبريل 2024)،
https://www.barrons.com/news/swiss-private-intelligence-agency-probed-over-uae-spy-allegations-0d97edc0

ألب. ساعدت كافين في ابتكار وإدارة عمليات التشهير الإعلامي لتعزيز أهداف المؤسسة المتمثلة في تدمير أعمال أهدافها وسمعتهم (بما في ذلك حازم وشركة لورد إنرجي). كان كافين مدرجًا بشكل روتيني في رسائل البريد الإلكتروني الداخلية لشركة ألب المتعلقة بحملات الاتصالات سريعة الانتشار المسيئة السرية التي قامت بها شركة ألب لصالح دولة الإمارات العربية المتحدة وكان على دراية تامة بها. على سبيل المثال، في نوفمبر 2019، أرسل أحد موظفي شركة ألب إلى كافين قائمة تضم 58 "دراسة حالة" أكملتها شركة ألب لدولة الإمارات العربية المتحدة منذ أكتوبر 2017.

39.    بناءً على المعلومات والاعتقاد، فإن المدعى عليه ليونيل بادال هو مواطن من لوكسمبورغ ويقيم في لوكسمبورغ. بادال هو موظف كبير سابق في شركة ألب، وقد قام - مثل بريرو وكافين - بتطوير وإدارة عمليات التشويه الإعلامي لتعزيز أهداف المؤسسة المتمثلة في تدمير أعمال أهدافها وسمعتهم (بما في ذلك حازم وشركة لورد إنرجي). كما تواصل بادال بشكل روتيني مع مطر. وبناءً على المعلومات والاعتقاد، فهو حاليًا محقق في السلطة المالية في لوكسمبورغ.

40.    المُدعى عليه لورينزو فيدينو مواطن أمريكي يقيم في واشنطن العاصمة، كما أنه مدير برنامج التطرف في جامعة جورج واشنطن. تم تعيين فيدينو من قبل شركة ألب كمقاول لتقديم خيوط حول الأهداف الجديدة والبحث والتحليل حول جماعة الإخوان المسلمين. وجهت شركة ألب فيدينو بشكل روتيني للحصول على معلومات يمكن أن تستخدمها بعد ذلك فيما يتعلق بحملات الاتصالات سريعة الانتشار الخاصة بها. وعادةً ما كان يتقاضى ما بين 2000 إلى 4000 دولار أمريكي مقابل كل مهمة سرية أكملها لصالح شركة ألب. على سبيل المثال، لخصت وثيقة داخلية خاصة بشركة ألب بتاريخ 30 أبريل 2018 تحمل اسم الملف "arnica 6-lorenzo-to do list- 20180430"، خمسة مشاريع لفيدينو، بما في ذلك "إعداد نظرة عامة على الأفراد/المؤسسات/الشركات الرئيسية للإخوان المسلمين في الولايات المتحدة الأمريكية والعناصر/الإشاعات المثيرة للاهتمام ... لإظهار قدراتنا ... في الولايات المتحدة" و"إعداد تقرير قصير ... حول [الإغاثة الإسلامية عبر العالم] والصلات المحتملة بالإرهاب." وتراوحت ميزانيات هذه المهام من 2,000 إلى 3,500 يورو. تشاور فيدينو مع شركة ألب بشأن شركة لورد إنرجي. تواصل فيدينو بشكل روتيني مع بريرو وبادال وموظف آخر في شركة ألب عبر تطبيق WhatsApp. وذكر فيدينو صراحةً، في مراسلات عبر تطبيق

17

WhatsApp مع ليونيل بادال، اعتقاده بأن كريدي سويس قد سحب خط الائتمان الخاص به إلى شركة لورد إنرجي بسبب مقالة نشرتها المؤسسة.

41.    وقامت المؤسسة بنقل المعلومات إلى فيدينو واعتمدت عليه وعلى أوراق اعتماده الأكاديمية لإضفاء الشرعية على البيانات الكاذبة والمضللة التي نشرتها المؤسسة لتشويه سمعة أهدافها والاستخفاف بها وتدميرها. على سبيل المثال، في عام 2020، كشفت شركة ألب عن منشورين على Facebook معاديين للسامية قام بهما أمناء الإغاثة الإسلامية عبر العالم في عامي 2014 و2015. تُعد الإغاثة الإسلامية عبر العالم واحدة من أكبر المنظمات الإنسانية غير الحكومية التي يقودها مسلمون في العالم. وتعمل في أكثر من 47 دولة حول العالم. في عام 2014، صنفت دولة الإمارات الإغاثة الإسلامية عبر العالم كجماعة إرهابية. كانت الإغاثة الإسلامية عبر العالم هدفًا لإحدى حملات الاتصالات سريعة الانتشار المسيئة للمؤسسة. وعندما كشفت شركة ألب عن المنشورات على Facebook، قامت بنقلها إلى فيدينو وأخبرت الإمارات العربية المتحدة أن شركة ألب "أرسلت النتائج التي توصلنا إليها إلى الخبير الأكاديمي لورينزو فيدينو"، الذي شاركها مع صحفي في *صحيفة التايمز*. وأشارت شركة ألب إلى أن استخدام فيدينو كوسيط يضمن أن تظل شركة ألب "سرية تمامًا".

42.    عندما تم الإعلان عن تورط فيدينو مع المؤسسة، تخلى العديد من محللي وزملاء الأبحاث في برنامج جامعة جورج واشنطن حول التطرف، الذي كان يديره فيدينو، عن ارتباطهم بالبرنامج. وذكر أحد زملاء الأبحاث: "أرفض إضفاء الشرعية على أي منظمة [تقوم] بمثل هذا الانتهاك الأخلاقي الفادح. وأشعر أيضًا أنه كان ينبغي عليّ بذل عناية أفضل قبل الموافقة على الانضمام، [و]أعتذر لجميع المنظمات الإسلامية على وجه الخصوص التي تضررت بشكل مباشر من هذه الادعاءات الكاذبة والافترائية التي جاءت من قائد كان اسمي مرتبطًا بمنظمته."[7]

43.    المدعى عليه سيلفان بيسون هو مواطن سويسري ويقيم في سويسرا. في جميع الأوقات ذات الصلة، عمل بيسون صحفيًا في الصحيفة السويسرية لوتان. كان بيسون مدرج في كشوف الرواتب الخاصة بشركة

---

[7] جيرالد تي فيتزجيرالد، *رسم خريطة للتمييز ضد المسلمين والتلاعب بالمعلومات وأثرها على المساعدات الإنسانية والتنمية*، جامعة جورج ماسون، (فبراير 2024)، متاح على
*https://jliflc.com/wp-content/uploads/2024/02/Fitzgerald-WhitePaper2.pdf*.

ألب، وكان ينشر قصصًا بشكل روتيني كان يعرف أنها كاذبة ومضللة بناءً على طلب من شركة ألب وكان يحضر

وجبات الغداء والعشاء الفخمة التي استضافها بريرو. في يناير 2018، تم تعيين بيسون من قبل شركة ألب وكتب

مقالة نُشرت في صحيفة لوثان عن حازم وشركة لورد إنرجي يزعم زورًا أن حازم وشركة لورد إنرجي كان

تربطهما علاقات مع جماعة الإخوان المسلمين و"حافظا على أنشطة مسلحة". كان بيسون قد كتب سابقًا عن والد

حازم. كان عمله السابق مع والد حازم زائفًا ومضللاً أيضًا. وبناءً على المعلومات والاعتقاد، أعطى بيسون شركة

ألب فكرة إظهار حازم وشركة لورد إنرجي كممولين للإرهاب بناءً فقط على الروابط التاريخية لوالد حازم بجماعة

الإخوان المسلمين.

44. المدعى عليهم مجهولو الهوية أرقام 1-25 هم أفراد وكيانات شاركوا في المؤسسة تآمروا معها

لنشر بيانات كاذبة ومضللة عن حازم وشركة لورد إنرجي. لا يعلم المدعيان حاليًا هويات المدعى عليهم مجهولي

الهوية أرقام 1-25، ويعتزمان تحديد المدعى عليهم مجهولي الهوية أرقام 1-25 من خلال الاكتشاف في هذه

الدعوى. بناء على المعلومات والاعتقاد، يضم المدعى عليهم مجهولو الهوية أرقام 1-25 مسؤولين إماراتيين آخرين

غير محددين وموظفين في شركة ألب وصحفيين ومشرفي ويكيبيديا وأكاديميين.

**الاختصاص القضائي ومحل النظر في الدعوى**

45. تتمتع هذه المحكمة بالاختصاص القضائي الموضوعي على هذه الدعوى وفقًا للقسم 1331

من الباب 28 من مدونة القوانين الأمريكية لأن دعاوى المدعين تنشأ بموجب قوانين الولايات المتحدة، وتحديدًا قانون لانهام،

القسم 1125(أ)(1) من الباب 15 من مدونة القوانين الأمريكية، وقانون المنظمات الفاسدة والمتأثرة بالابتزاز، الأقسام 1961-

1968 من الباب 18 من مدونة القوانين الأمريكية، وقانون شيرمان، الأقسام 1-7 من الباب 15 من مدونة القوانين الأمريكية.

46. تتمتع هذه المحكمة بالاختصاص القضائي الموضوعي على المدعى عليه دولة الإمارات العربية المتحدة

وفقًا للقسم 1330 من الباب 28 من مدونة القوانين الأمريكية نظرًا لأن دولة الإمارات العربية المتحدة دولة أجنبية،

راجع *المرجع السابق* القسم 1603(أ). وتُعد الدعاوى المقدمة في هذه الوثيقة للحصول على سبيل انتصاف *شخصي*

لا يحق لدولة الإمارات العربية المتحدة الحصول على حصانة بشأنها بموجب القسم 1605(أ)(2) من الباب 28 من

مدونة القوانين الأمريكية. ويستند هذا الإجراء إلى النشاط التجاري لدولة الإمارات العربية المتحدة في الولايات المتحدة،

والأعمال التي يتم تنفيذها في الولايات المتحدة فيما يتعلق بأنشطتها الأجنبية، والأعمال الأجنبية المتعلقة بنشاطها التجاري الأجنبي التي تسببت في تأثير مباشر في الولايات المتحدة. *راجع المرجع السابق.*

47. أبرمت دولة الإمارات العربية المتحدة ومسؤولوها وأجهزتها - من خلال شركة أرياف - عقودًا تجارية خاصة وصالحة لتعيين شركة تحقيق خاصة - شركة ألب - لإجراء حملات علاقات عامة "خفية" امتدت لسنوات ضد منافسيها التجاريين حازم وشركة لورد إنرجي، بالإضافة إلى عشرات الأهداف الآخرين في الولايات المتحدة وأوروبا. قامت المؤسسة المشتركة - التي تشرف عليها وتديرها الإمارات العربية المتحدة، ومسؤولوها، وأجهزتها، وشركة ألب، وبربرو، وكافين، وبادال - الصحفيين، والأكاديميين، ومشرفي ويكيبيديا، وغيرهم من المشاركين والمشاركين في التآمر للمشاركة في الأنشطة التي عادةً ما تُنفّذها الجهات الفاعلة التجارية الخاصة. وشملت هذه الأنشطة التجارية: كتابة مقالات نشرتها وسائل الإعلام الخاصة ويتم نشرها على المدونات الإلكترونية، والتي تمت استضافة معظمها، بناءً على المعلومات والمعتقدات، على خوادم في الولايات المتحدة، وتخضع لقوانين الولايات المتحدة، ويمتلكها ويديرها أفراد وكيانات في الولايات المتحدة؛ وكتابة مقالات ويكيبيديا وتحريرها، بما في ذلك صفحات ويكيبيديا باللغة الإنجليزية؛ وإجراء عمليات تحسين محركات البحث للتلاعب بنتائج البحث باللغة الإنجليزية على Google ومحركات البحث الأخرى في الولايات المتحدة بما في ذلك Yahoo! وBing؛ وتنبيه هيئات مراقبة المخاطر المالية الخاصة - بما في ذلك هيئات المراقبة في الولايات المتحدة - بالروابط المفترضة للأهداف بالإرهاب؛ وإرسال بريد إلكتروني إلى المؤسسات المالية الخاصة والصحفيين، الذين يتواجد العديد منهم في الولايات المتحدة، مباشرة لتنبيههم بصلات الأهداف المزعومة بالإرهاب؛ وكتابة ونشر أوراق أكاديمية تضفي المصداقية على الادعاءات الاحتيالية من جانب المؤسسة.

48. أثرت الأنشطة التجارية للمؤسسة بشكل مباشر على المواطنين والشركات الأمريكية. كما أثرت الأنشطة التجارية للمؤسسة التي تستهدف حازم وشركة لورد إنرجي على بعض الأسواق الأمريكية للنفط الخام المادي والأدوات المالية المرتبطة بالنفط الخام، والشركات الأمريكية (وخاصة شيفرون وإكسون موبيل - وهما اثنان من أكبر الشركاء التجاريين لشركة لورد إنرجي) التي تعمل في الأسواق المتأثرة، ومشغلي الشحن العابر والنفط الخام الذين يحملون علم الولايات المتحدة والذين فقدوا أموالهم بسبب إفلاس شركة لورد إنرجي.

20

49. تتمتع هذه المحكمة بالاختصاص القضائي الشخصي على دولة الإمارات العربية المتحدة وفقًا للقسم 1330 من الباب 28 من مدونة القوانين الأمريكية لنفس الأسباب التي تتمتع بها بالاختصاص القضائي الموضوعي على الدعاوى المرفوعة ضدها. *راجع أعلاه الفقرة 38.*

50. تتمتع هذه المحكمة بالاختصاص القضائي الشخصي العام على المدعى عليه فيدينو لأنه مقيم في مقاطعة كولومبيا. *راجع* القسم 13-422 من قانون مقاطعة كولومبيا.

51. تتمتع هذه المحكمة بالاختصاص القضائي الشخصي على المدعى عليهم الآخرين في الخارج - شركة أرياف، وشركة ألب، وشركة ديليجانس، وبربرو، وكافين، وبادال، وبيسون، وأي من المدعى عليهم مجهولي الهوية الذين هم مواطنون تابعون لدولة أجنبية – وفقًا للقاعدة الفيدرالية للإجراءات المدنية 4(ك)(2). تنشأ دعاوى المدعين بموجب القانون الفيدرالي (أي قانون لانهام، وقانون المنظمات الفاسدة والمتأثرة بالابتزاز، وقانون شيرمان)، وتم التبليغ بالاستدعاءات أو التنازل عن التبليغ،[8] ولا يخضع أي من هؤلاء المدعى عليهم للاختصاص القضائي لأي محكمة ولاية واحدة، وتتوافق ممارسة الاختصاص القضائي الفيدرالي مع الدستور الأمريكي وقوانين الولايات المتحدة، لأن المدعى عليهم لديهم الحد الأدنى الكافي من الاتصالات مع الولايات المتحدة. تتمتع هذه المحكمة أيضًا بالاختصاص الشخصي على هؤلاء المدعى عليهم وفقًا لقاعدة الإجراءات المدنية الفيدرالية 4(ك)(1)(ج) والقسم 1965 من الباب 18 من مدونة القوانين الأمريكية.

52. مكان النظر في الدعوى مناسب في هذه المنطقة القضائية وفقًا للقسمين 1391(ب)(3) و1391(و)(4) من الباب 28 والقسم 1965(ب) من الباب 18 من مدونة القوانين الأمريكية.

---

[8] لم يتم تبليغ شركة أرياف بعد. يُعد طلب المدعين بتبليغ المدعى عليه شركة أرياف للدراسات والبحوث ذ.م.م بالإجراءات بوسائل أخرى معلقًا أمام المحكمة. (ملفات القضايا الإلكترونية أرقام 11 و53 و56.)

## الادعاءات الوقائعية

### *أسس حازم شركة لورد إنرجي لتجارة السلع.*

53.    المدعي الدكتور حازم ندا هو مواطن أمريكي وُلد في سيلفر سبرينغ، ميريلاند. التحق بأكاديمية نيويورك العسكرية وحصل على شهادته الجامعية من جامعة روتجرز في نيوجيرسي. حصل حازم، بعد تخرجه من روتجرز مع مرتبة الشرف، على درجة الماجستير في الفيزياء النظرية من جامعة كامبريدج، حيث درس وعمل على اتصال وثيق مع وتحت إشراف خبراء مشهورين في هذا المجال بما في ذلك ستيفن هوكينغ وخلف الدكتور هوكينغ لكرسي لوكاسيان، الأستاذ مايكل جرين. حصل حازم بعد ذلك على درجة الدكتوراه في الرياضيات التطبيقية في إمبريال كوليدج لندن، حيث درس تحت إشراف الأستاذ نيكو كريستوفيدس، والد خوارزمية اللفظ المتجانس، والتي تُستخدم لتوجيه شبكة الإنترنت العالمية. وعمل حازم أيضًا، بصفته مرشحًا للحصول على الدكتوراه، في المشاريع المستخدمة في أنظمة الدفاع الوطني الأمريكية، بما في ذلك تلك المستخدمة في الدفاع الصاروخي والكشف. حازم عضو مدى الحياة في الجمعية الوطنية الأمريكية لعلماء الجامعات.

54.    وبينما كان لا يزال طالبًا، كان حازم يتاجر في السلع لدفع تكاليف دراساته العليا. خلال دراسات الدكتوراه، عمل حازم أيضًا كمحلل لدى سيتي جروب، وبعد ذلك في دور تجارة السلع المتمركز حول الطاقة مع ميريل لينش.

55.    أسس حازم شركة تجارة السلع لورد إنرجي إس أيه في عام 2008، قبل سبعة أشهر من استكمال الدكتوراه. سعى حازم إلى الدخول في تجارة النفط المربحة، ولكن العوائق التي تحول دون الدخول كانت قوية للغاية. كانت تكاليف بدء التشغيل ومتطلبات رأس المال الأولية مرتفعة بشكل لا يصدق، وكذلك تكاليف التشغيل الثابتة. تراوحت تكاليف شحنة واحدة من النفط الخام من 60 مليون دولار إلى 160 مليون دولار، وقامت الجهات الفاعلة الرئيسية في الصناعة - إكسون موبيل وشيفرون وبي بي - بتسليم عشرات المليارات من الدولارات للمساهمين سنويًا. وتشمل العوائق الأخرى التي تحول دون الدخول اللوائح الحكومية، مثل اللوائح البيئية والوصول إلى إمدادات النفط الخام والوصول إلى الموانئ، على سبيل المثال لا الحصر.

56. لذلك، بدأت شركة لورد إنرجي بالعمل كمستشار للمشاركين الأكبر في سوق النفط وبدأت في تجارة السلع الأصغر حجمًا وشحن الفحم والحبوب والأسمنت والصلب عبر حوض البحر الأبيض المتوسط والمحيط الهادئ. وقد ساهم الذكاء التجاري والفطنة الكمية لحازم في تحقيق نجاح فوري تقريبًا. في الفترة من 2010 إلى 2016، طورت شركة لورد إنرجي أكبر سوق لاستيراد الأسمنت المعبأ في المنطقة.

57. وقد سمح ذلك لحازم وشركة لورد إنرجي بالاقتحام في سوق النفط. في عام 2014، أبرمت شركة لورد إنرجي اتفاقية ثلاثية من خلال الفرع الأمريكي لبنك ماكواري والتي سمحت لشركة لورد إنرجي بإجراء عمليات تداول آجلة، والتي كانت ضرورية لشركة لورد إنرجي لإدارة تسعير شحنات النفط الخام. اضطرت الشركة الأمريكية التابعة لشركة لورد إنرجي، أمريكاز لورد إنرجي، في النهاية إلى تصفية هذه الاتفاقية الثلاثية نتيجةً لسلوك المؤسسة الاحتيالي.

58. ومع ذلك، كان حازم وشركة لورد إنرجي بحاجة إلى الابتكار من أجل المنافسة مع المنافسين الأكبر حجمًا. في النفط، كان ذلك يعني استكشاف "درجات" جديدة من النفط الخام وفتح أسواق جديدة وإيجاد فرص للمراجحة: شراء الدرجات المناسبة من النفط الخام بأسعار منخفضة من مناطق بها فائض معروض وبيعها بأسعار أعلى إلى المناطق التي كانت فيها هذه الدرجات تشهد طلبًا مرتفعًا.

*شركة لورد إنرجي تبدأ في تصدير النفط الخام من مزيج الصحراء إلى آسيا.*

59. النفط الخام ليس سلعة أحادية. وبدلاً من ذلك، يشمل مصطلح "النفط الخام" مجموعة متنوعة من الخلائط الخام وغير المعالجة من الهيدروكربونات التي يمكن استخراجها في صورة سائلة من الطبقات التحتية لسطح الأرض.

60. يتم وصف كل تكوين جيولوجي يضم مكامن النفط وفقًا لخلائط محددة من الهيدروكربونات، مما يؤدي إلى ظهور أنواع أو درجات مختلفة من النفط الخام. يتم تصنيف النفط الخام عمومًا حسب الكثافة، والتي تتراوح من "خفيف" إلى "متوسط" إلى "شديد"، ومحتوى الكبريت، الذي يتراوح من "حلو" (منخفض الكبريت) إلى "حامض" (عالي الكبريت). ولذلك، فإن النفط الخام عادةً ما يقع في واحد من ستة مجموعات: حلو خفيف، حلو متوسط، حلو شديد، حامض خفيف، حامض متوسط، حامض شديد.

23

61. وتتم معالجة درجات مختلفة من النفط الخام بواسطة أنواع مختلفة من المصافي وإنتاج منتجات نهائية مختلفة. فعلى سبيل المثال، يُعد الكبريت مادة أكالة للغاية لأنظمة التصفية، لذا يجب على المصافي اتخاذ احتياطات خاصة لحماية معداتها من أجل تنقية أنواع النفط الخام الحامضة ذات المحتويات عالية الكبريت. لا تنتج الدرجات المماثلة بالضرورة نفس نواتج المنتجات المُصفاة. ولكن الدرجات المماثلة يمكن معالجتها بشكل جيد من خلال المصافي. إذا لم تتمكن المصفاة من الحصول على درجة معينة في وقت معين عندما يكون لديها قدرة تصفية زائدة، فسوف تسعى المصفاة إلى استبدال درجة مكافئة.

62. عادةً ما يتم شراء النفط الخام وبيعه من خلال (1) عقود طويلة الأجل تحدد عمليات التسليم المنتظمة بكميات محددة أو (2) من خلال المبيعات الفورية، أي العقود قصيرة الأجل لشحنة واحدة أو عدد صغير من الشحنات. إذا تأخر التسليم بموجب عقد طويل الأجل، على سبيل المثال بسبب سوء الأحوال الجوية أو مشكلة مع ناقلة، فقد يلجأ المشتري إلى السوق الفوري لاستبدال الشحنة المتأخرة.

63. تميل المناطق المختلفة إلى إنتاج أنواع مختلفة من النفط الخام. وينتج الخليج العربي حصة أكبر من الدرجات الحامضة من الدرجات الخفيفة والحلوة. ومع ذلك، فإن إنتاجها الإجمالي كبير للغاية لدرجة أن حجم النفط الخام الخفيف الحلو الأصغر نسبيًا (مقارنة بحجم الدرجات الحامضة) التي تنتجها دول الخليج لا يزال كبيرًا. تنتج شمال أفريقيا وغرب أفريقيا والولايات المتحدة وبحر الشمال بشكل أساسي أنواع نفط خام خفيفة وحلوة.

64. مزيج الصحراء هو نوع من النفط الخام الخفيف الحلو، وهو مزيج تصدير النفط الخام الرئيسي في الجزائر. تصدر الجزائر مزيج الصحراء من ثلاث محطات شحن: بجاية وأرزيو وسكيكدة. يُعد ميناء بجاية الميناء الوحيد في الجزائر القادر على تحميل ناقلات النفط الخام الكبيرة جدًا بالكامل ـ وهي الفئة الأكبر من ناقلات النفط، مع القدرة على استيعاب حوالي مليوني برميل.

65. تنتج الجزائر حوالي 1.2 مليون برميل من مزيج الصحراء يوميًا، ويتم تصدير حوالي نصف هذا الحجم. تاريخيًا، تم تسليم معظم صادرات مزيج الصحراء.

66. مربان هو نوع آخر من النفط الخام الخفيف، مشابه لمزيج الصحراء، مع محتوى كبريت أعلى قليلاً. ويتم إنتاجه في المقام الأول في أبوظبي. يتم إنتاج حوالي 2 مليون برميل يوميًا، ويتم بيع حوالي 1.2 مليون

24

برميل (حوالي 36 مليون برميل شهريًا) منها للتصدير في كل من الأسواق طويلة الأجل والأسواق الفورية. تُعد شركة أدنوك البائع المهيمن لنفط مربان، حيث تمثل حوالي 60% من جميع صادرات نفط مربان من دولة الإمارات العربية المتحدة. يُباع نفط مربان عادةً لمصافي في آسيا.

67.     أنشأت شركة أدنوك السوق الفورية لشحنات نفط مربان المباعة إلى مصافي التكرير الآسيوية، ومارست السيطرة المطلقة عليها. تُستخدم بعض درجات النفط الخام كمؤشرات لتحديد أسعار الدرجات الأخرى. فعلى سبيل المثال، لا يمثل نفط برنت الخام (وهي درجة يتم استخراجها في المقام الأول من حقول النفط في بحر الشمال) سوى حجم صغير من إجمالي إمدادات النفط الخام في العالم. لكن خام برنت يعد بمثابة أحد المعايير الرئيسية لتحديد الأسعار والتي تم استخدامها تاريخيًا لتحديد الأسعار لأكثر من ثلث إجمالي إنتاج النفط الخام على مستوى العالم. لكي تعمل الدرجة كمؤشر للأسعار، يجب أن يكون هناك سوق فورية، حيث يمكن اختبار قيمة الدرجة من خلال آلية اكتشاف أسعار مؤقتة قصيرة الأجل قائمة على السوق وغير مرتبطة بالعقود طويلة الأجل.

68.     لسنوات عديدة، سعت دولة الإمارات العربية المتحدة إلى وضع نفط مربان كمؤشر للنفط الخام الخفيف. وللقيام بذلك، سمحت بإنشاء سوق فورية لنفط مربان من خلال منح حقوق تعاقدية قابلة للإلغاء لبعض حاملي شحنات نفط مربان والعملاء القدامى ومنتجي الأسهم حتى يتمكنوا من إعادة بيع شحنات نفط مربان في معاملات فورية قصيرة الأجل. كما شاركت شركة أدنوك في هذه المعاملات الفورية قصيرة الأجل.

69.     وفي نهاية المطاف، بين عامي 2016 و2019، سمحت دولة الإمارات العربية المتحدة ببيع حوالي 8 ملايين برميل من نفط مربان من قبل شركة أدنوك والمنتجين الآخرين في السوق الفورية إلى مصافي التكرير في آسيا. وكانت شركة أدنوك مسؤولة عن حوالي 5 ملايين برميل من براميل نفط مربان هذه البالغ عددها 8 ملايين برميل (حوالي 62.5%) وسمحت للمنتجين الآخرين ببيع حوالي 3 ملايين برميل شهريًا.

70.     وفي الوقت نفسه تقريبًا، نظرًا لأن شركة أدنوك كانت تسعى إلى وضع نفط مربان كمعيار للنفط الخام الخفيف، فقد سعت أيضًا إلى توسيع حجم إنتاجها وصادراتها من نفط مربان. في نوفمبر 2016، وافق محمد بن زايد آل نهيان، رئيس المجلس الأعلى للبترول في دولة الإمارات العربية المتحدة، وهو الهيئة الحاكمة للصناعات المتعلقة بالغاز والنفط في دولة الإمارات العربية المتحدة والذي عمل كمجلس إدارة لشركة أدنوك حتى عام

25

2021[9]، على استراتيجية شركة أدنوك لعام 2030 وخطة العمل الخمسية التي تهدف إلى "النمو المستدام والإستراتيجي".[10] في عام 2021، تم إنشاء مجلس إدارة جديد مكون من 10 أعضاء لشركة أدنوك برئاسة محمد بن زايد آل نهيان، مما يؤكد سيطرته على شركة أدنوك.[11]

71.    اعتزمت شركة أدنوك وضع نفط مربان كمعيار سائد لأسعار النفط الخام في الشرق الأوسط. وكان الهدف من إنشاء دولة الإمارات العربية المتحدة في وقت سابق لسوق فورية لنفط مربان هو تحقيق هذا الهدف. تم إطلاق العقود الآجلة لخام مربان في عام 2021، وفي وقت سابق من هذا العام، أعلنت بلومبيرج عن إنشاء مؤشر بلومبيرج لخام مربان للسلع.[12]

72.    تتمتع معظم المصافي الكبيرة في آسيا بقدرات متطورة لإزالة الكبريت، لذا اعتبرت العديد من هذه المصافي أن نفط مربان يعادل مزيج الصحراء والنفط العربي الخفيف الممتاز - وهو نفط خام خفيف حلو مُصدّر من المملكة العربية السعودية - وخام غرب تكساس الوسيط، وهو نوع من النفط الخام الخفيف والحلو المُصدّر من الولايات المتحدة. بدءًا من النصف الثاني من عام 2018، زادت صادرات خام غرب تكساس الوسيط إلى آسيا بشكل كبير، مما يجعلها المنافس المهيمن على نفط مربان في المنطقة. يعتبر النفط العربي الخفيف الممتاز، الذي يُباع بشكل أساسي على عقود محددة المدة ولا يتوفر عمومًا للشراء في السوق الفوري، المحدد الرئيسي للسعر والمعيار القياسي لنفط الخام الخفيف مثل مزيج الصحراء ونفط مربان.

73.    نظرًا لأن مزيج الصحراء كان يُصدّر تاريخيًا في المقام الأول إلى أوروبا ونفط مربان يُصدّر في المقام الأول إلى آسيا، فإن مزيج الصحراء لا يُعتبر بشكل عام تهديدًا تنافسيًا لنفط مربان أو قابلاً للتبديل بشكل

---

[9] دانية سعدي، أبوظبي، *الإمارات العربية المتحدة تشكل مجلس إدارة جديد لأدنوك وسط فورة إنفاق*، ستاندرد آند بورز جلوب، (28 فبراير 2021)
https://www.spglobal.com/commodityinsights/en/market-insights/latest- news/natural-gas/022821-uaes-abu-dhabi-forms-new-board-for-adnoc-amid-spending-spree.

[10] بيان صحفي لشركة أدنوك، *المجلس الأعلى للبترول يوافق على استراتيجية شركة أدنوك لعام 2030 وخطة العمل الخمسية التي تركز على النمو وتعظيم القيمة* (2 نوفمبر 2016)، https://www.adnoc.ae/en/news-and-media/press-releases/2016/spc-approves-adnoc-strategy.

[11] دانية سعدي، أبوظبي، *الإمارات العربية المتحدة تشكل مجلس إدارة جديد لأدنوك وسط فورة إنفاق*.

[12] بيان صحفي بلومبيرج، *مؤشر بلومبيرج لخام مربان للسلع المقدم في أحدث مؤشرات بلومبيرج لتوسع السلع*، بلومبيرج (13 مارس 2024)،
https://www.bloomberg.com/company/press/bloomberg-commodity-murban-crude-oil-index-introduced-in-latest-bloomberg-indices-commodities-expansion/

معقول معه بالنسبة لمصافي التكرير في آسيا. وقد تغير ذلك في عام 2016 تقريبًا، عندما توسط كل من حازم وشركة لورد إنرجي في صفقة مع سوناطراك لاستخدام ميناء بجاية لتحميل ناقلات النفط الخام الكبيرة جدًا بمزيج الصحراء وتصديره إلى آسيا. وقد تطلبت هذه الصفقة شهورًا من الجهد والتفاوض من جانب حازم وشركة لورد إنرجي مع سوناطراك والمسؤولين الجزائريين في ميناء بجاية. إن تمكين تحميل ناقلات النفط الخام الكبيرة جدًا في ميناء بجاية جعل من الممكن اقتصاديًا تصدير مزيج الصحراء إلى مصافي التكرير في آسيا.

74.     بدأ كل من حازم وشركة لورد إنرجي شحن مزيج الصحراء من الجزائر إلى أستراليا في أوائل عام 2016. ولا تشكل هذه الشحنات الأولية أي تهديد لشركة أدنوك لأن المصفاة في أستراليا التي باعت لها شركة لورد إنرجي شحناتها من مزيج الصحراء كانت تفتقر إلى قدرات إزالة الكبريت اللازمة لمعالجة نفط مربان.

75.     ومع ذلك، تحولت الديناميكية في أواخر عام 2016، عندما بدأت شركة لورد إنرجي في شحن مزيج الصحراء إلى كوريا وتايلاند وسنغافورة - وهي أسواق رئيسية لنفط مربان. بين عامي 2016 و2018، كان مزيج الصحراء ونفط مربان هما مزيج النفط الخام الخفيف الوحيد المُباع في السوق الفورية لمصافي التكرير في آسيا. وقبل عام 2016 - عندما توسطت شركة لورد إنرجي في الصفقة مع سوناطراك لاستخدام ميناء بجاية لتحميل ناقلات النفط الخام الكبيرة جدًا - كان نفط مربان هي الدرجة الوحيدة من النفط الخام الخفيف المُباعة بكميات كبيرة في السوق الفورية لمصافي التكرير في آسيا.

76.     كلف المسار الجديد المبتكر الذي اتبعته شركة لورد إنرجي الإمارات العربية المتحدة وشركة أدنوك أكثر من 70.1 مليون دولار أمريكي بشكل مباشر من خلال شحنات فورية مستبدلة خسرتها شركة أدنوك لصالح شركة لورد إنرجي وبشكل غير مباشر نتيجة للضغط الهبوطي الذي مارسته المنافسة من شركة لورد إنرجي على أسعار نفط مربان في الأسواق الفورية وطويلة الأجل. كانت هذه الخسائر والتهديد بالمنافسة المستمرة من شركة لورد إنرجي أكثر من مجرد حافزٍ كافٍ للإمارات العربية المتحدة وشركة أدنوك للسعي للقضاء على هذا التنافس المتزايد.

77.     كان التهديد المباشر من شركة لورد إنرجي لشركة أدنوك واضحًا للغاية. كانت شحنات مزيج الصحراء الخاصة بها في منافسة مباشرة مع نفط مربان في الأسواق الآسيوية. وعلى وجه الخصوص، كانت شركة

جي إس كالتيكس، أكبر عميل فردي لأحجام مزيج الصحراء لدى شركة لورد إنرجي، واحدة من أكبر المشترين للنفط مربان لدى شركة أدنوك. يسرد المخطط الوارد أدناه شحنات محددة تم تصديرها إلى آسيا بين عامي 2016 و2018. بناءً على المعلومات والاعتقاد، فإن الشحنات المميزة باللون الأصفر هي شحنات شركة لورد إنرجي التي حلت مباشرة محل شحنات نفط مربان من أدنوك.

| درجة الخام | بوليصة الشحن شهر/سنة | الوجهة | الحجم (برميل) | اسم السفينة |
|---|---|---|---|---|
| colspan="5" | شحنات شركة لورد إنرجي ذات الصلة بنفط مربان | | | |
| | | | | 2016 |
| مزيج الصحراء | فبراير 2016 | أمبول | 980,225.00 | جينير 8 مانيات |
| مزيج الصحراء | فبراير 2016 | أمبول | 987,673.00 | سي كروس |
| مزيج الصحراء | مايو 2016 | أمبول | 967,272.00 | كيب باستيا |
| مزيج الصحراء | سبتمبر 2016 | أمبول | 966,253.00 | كاب فيليب |
| مزيج الصحراء | أكتوبر 2016 | لوك اويل | 1,041,192.00 | دياب/كيب برينديسي |
| مزيج الصحراء | نوفمبر 2016 | جي إس كالتيكس | 1,063,304.00 | يونايتد كالافريتا |
| | | | | |
| | | | | 2017 |
| مزيج الصحراء | مارس 2017 | جي إس كالتيكس | 1,043,586.00 | كاب جورج |
| مزيج الصحراء | مايو 2017 | لوك اويل سنغافورة | 1,050,690.00 | كريستينا |
| مزيج الصحراء | مايو 2017 | جي إس كالتيكس | 1,076,472.00 | ارشانجل |
| مزيج الصحراء | يوليو 2017 | اكسون تايلاند | 713,180.00 | نيو ليجيند |
| مزيج الصحراء | يوليو 2017 | أمبول | 350,000.00 | نيو ليجيند |
| مزيج الصحراء | يوليو 2017 | ريبسول (إلى تايلاند) | 1,048,801.00 | الاجايلا |
| مزيج الصحراء | سبتمبر 2017 | جي إس كالتيكس | 1,063,415.00 | جريك ووريور |
| مزيج الصحراء | سبتمبر 2017 | جي إس كالتيكس | 638,625.00 | جريك ووريور |
| مزيج الصحراء | أكتوبر 2017 | جي إس كالتيكس | 1,100,000.00 | دي إس تينا |
| مزيج الصحراء | أكتوبر 2017 | شيفرون | 981,268.00 | دي إس تينا |
| مزيج الصحراء | نوفمبر 2017 | شيفرون | 1,972,171.00 | دي إس فالنتينا |
| مزيج الصحراء | ديسمبر 2017 | أمبول | 997,484.00 | إيجين هوريزون |
| مزيج الصحراء | ديسمبر 2017 | أمبول | 1,058,386.00 | برودينت ووريور |
| | | | | |
| | | | | 2018 |
| مزيج الصحراء | مارس 2018 | ريبسول (الصين) | 1,060,572.00 | نارمادا سبيريت |
| خام غرب تكساس الوسيط | نوفمبر 2018 | جي إس كالتيكس | 2,047,667.00 | ماريان كارينا |

78.    في الفترة ما بين عامي 2016 و2018، باعت شركة لورد إنرجي ما يقرب من 20 مليون برميل من مزيج الصحراء في السوق الفورية إلى مصافي التكرير في آسيا واستبدلت ما يقرب من 13 مليون برميل من نفط مربان من أدنوك، بقيمة حوالي 829.9 مليون دولار، بمزيج الصحراء. وهذا يضع شركة لورد إنرجي على رادار الإمارات العربية المتحدة كتهديد تجاري متزايد.

79.    لكن تهديد شركة لورد إنرجي لهيمنة شركة أدنوك في أسواق النفط الخام الخفيف في آسيا كان أكبر بكثير من الشحنات المحددة التي فقدتها شركة أدنوك لصالح شركة لورد إنرجي. إن إدخال لورد إنيرجي لمزيج

الصحراء في الأسواق الفورية في آسيا كبديل لنفط مربان يضع ضغطًا هبوطيًا كبيرًا على السعر الفوري لنفط مربان. وهذا بدوره يضع ضغطًا على شركة أدنوك ومصدري نفط مربان الآخرين لخفض الأسعار التي فرضوها في العقود لأجل لنفط مربان لأنه كان من الصعب على شركة أدنوك تبرير أسعار أعلى للعملاء لأجل مما كانت شركة أدنوك قادرة على تلقيه في السوق الفورية.

80.    وبالتالي، فإن دخول شركة لورد إنرجي إلى السوق لم يؤثر فقط على السعر الذي حصلت عليه شركة أدنوك للشحنات الفورية - بل أثر على السعر الذي حصلت عليه شركة أدنوك لجميع صادرات نفط مربان خلال الفترة التي كانت تتنافس فيها مع شركة لورد إنرجي. كما أدى دخول شركة لورد إنرجي إلى السوق إلى تعقيد المفاوضات بين شركة أدنوك وأكبر عملائها في آسيا مثل جي إس كالتيكس وشركتي التكرير المملوكتين للولايات المتحدة شيفرون وإكسون موبيل.

81.    إن تحديد حجم التهديد التجاري الذي تشكله شركة لورد إنرجي على الإمارات العربية المتحدة وشركة أدنوك هو بمثابة ممارسة للقضاء على المتغيرات الكامنة. أفضل طريقة لتقييم أثر تحركات البضائع من خارج الخليج (أي صادرات شركة لورد إنرجي من مزيج الصحراء) هي مقارنة أسعار نفط مربان بأسعار درجة مماثلة لنفط مربان من حيث الجودة، والتي لا تخضع لديناميكيات السوق الفورية، والتي يتم تصديرها من الخليج إلى وجهات مماثلة ومستخدمين نهائيين مماثلين.

82.    هنا، يُعد النفط العربي الخفيف الممتاز - وهو مزيج حلو خفيف تنتجه المملكة العربية السعودية - المعيار الأكثر منطقية. بين عامي 2016 و2018، تم إنتاج النفط العربي الخفيف الممتاز بكميات كبيرة جدًا (حوالي مليون برميل يوميًا)، وتم بيعها بالكامل وفق عقود آجلة مع تحديد الأسعار استنادًا إلى هوامش التصفية، وتم تصديرها في المقام الأول إلى العديد من نفس المصافي في آسيا التي يتم تصدير نفط مربان إليها.

83.    إن مقارنة أسعار البيع الرسمية الشهرية لنفط مربان بأسعار البيع الرسمية الشهرية للنفط العربي الخفيف الممتاز تُظهر الفترات التي كان فيها نفط مربان تحت ضغط مقارنةً بالنفط العربي الخفيف الممتاز. وكان من الممكن أن ينتج هذا الضغط عن (1) تغييرات كبيرة في الإنتاج في الدرجتين أو (2) ديناميكيات السوق الفورية لنفط مربان، والتي تنعكس بعد ذلك في سعر البيع الرسمي لجميع صادرات نفط مربان. في الفترة ما بين أوائل عام

2016 وأوائل عام 2018، كانت أحجام إنتاج نفط مربان والنفط العربي الخفيف الممتاز مستقرة، لذلك لا بد أن أي

تغييرات كبيرة في الانتشار بين أسعار نفط مربان والنفط العربي الخفيف الممتاز قد حدثت بسبب الأحداث التي تؤثر

على السوق الفوري لنفط مربان – مثل إدخال شركة لورد إنرجي لمزيج الصحراء إلى الأسواق الآسيوية.

84.    وبالنظر إلى حجم سوق نفط مربان الفوري في آسيا (حوالي 8 ملايين برميل شهريًا)، من المتوقع

أن يكون لأحجام مزيج الصحراء التي تصل إلى 2-3 ملايين برميل في بعض الأشهر في عام 2017 أثر جوهري

على الفرق بين أسعار نفط مربان وأسعار النفط العربي الخفيف الممتاز. يوضح الرسم البياني أدناه الذي يرسم

الفرق بين أسعار نفط مربان وأسعار النفط العربي الخفيف الممتاز من أوائل عام 2016 حتى أواخر عام 2018

أنه بمجرد أن بدأت شركة لورد إنرجي في شحن مزيج الصحراء إلى آسيا في أوائل عام 2017، انخفض متوسط

فرق السعر بين نفط مربان والنفط العربي الخفيف الممتاز (الموضح بالخط الأحمر في الرسم البياني أدناه) بمقدار

0.27 دولار للبرميل.



85.    وقد تسبب هذا الانخفاض في متوسط سعر البيع الرسمي لنفط مربان في خسائر كبيرة لدولة

الإمارات العربية المتحدة وشركة أدنوك. في عام 2016، عندما لم يتم تصدير أي درجات منافسة أخرى إلى آسيا، تم بيع نفط مربان بسعر أعلى من النفط العربي الخفيف الممتاز بقيمة 0.77 دولار للبرميل في المتوسط. في عام 2017، عندما كانت شركة لورد إنرجي تقوم بنشاط بشحن كميات كبيرة من مزيج الصحراء إلى آسيا، كان الفرق 0.50 دولار فقط للبرميل. وبالنظر إلى أن دولة الإمارات العربية المتحدة قد صدّرت حوالي 1.2 مليون برميل من نفط مربان يوميًا، فإن هذا الانخفاض البالغ 0.27 دولار للبرميل أدى إلى خسارة حوالي 324,000 دولار يوميًا لمنتجي نفط مربان. كانت هذه الخسارة ستزيد عن 118.3 مليون دولار أمريكي للسنة التي كانت شركة لورد إنرجي تبيع فيها مزيج الصحراء في الأسواق الفورية في آسيا. ونظرًا لأن شركة أدنوك أنتجت حوالي 60% من إجمالي المعروض من نفط مربان في الإمارات العربية المتحدة، فقدت حوالي 70.1 مليون دولار أمريكي نتيجة للمنافسة من جانب شركة لورد إنرجي في عام 2017.

86. بمجرد أن توقفت شركة لورد إنرجي عن تصدير مزيج الصحراء إلى آسيا في منتصف عام 2018 - عندما توقفت شركة سوناطراك عن التعامل مع شركة لورد إنرجي (وأعاقت وصول شركة لورد إنرجي إلى مزيج الصحراء) بسبب حملة التشويه التي نظمتها المؤسسة غير القانونية في دولة الإمارات العربية المتحدة - انتعشت أسعار نفط مربان.

87. في أوائل عام 2018، كان خام غرب تكساس الوسيط الذي يتم شحنه من الولايات المتحدة ناشئ كمنافس لنفط مربان في آسيا لأول مرة. أسست شركة لورد إنرجي شركة تابعة لها في هيوستن بولاية تكساس - وهي شركة أمريكاز لورد إنرجي - في ذلك الوقت تقريبًا لمحاولة استخدام خام غرب تكساس الوسيط كبديل لمزيج الصحراء، لم يعد بإمكانها التصدير. كانت شركة لورد إنرجي هي المنافس الرئيسي لنفط مربان من الدرجات التي تقع في البحر الأبيض المتوسط، وأرادت أن تصبح مشاركًا رئيسيًا في تجارة خام غرب تكساس الوسيط في آسيا، والذي كان، بدءًا من عام 2018، منافسًا لنفط مربان.

88. في منتصف عام 2018، كان تركيز شركة لورد إنرجي الأساسي على التوسع الأمريكي. وقد كانت تقوم بإعداد الإمدادات من الإكوادور إلى السوق في الولايات المتحدة، وكانت تقوم بإعداد الخدمات اللوجستية المحلية في تكساس لكي تتمكن من أخذ السعة التخزينية وجمع النفط الخام الأمريكي للتصدير إلى آسيا. كما كانت

31

شركة أمريكاز لورد إنرجي جزءًا من مناقصات خطوط الأنابيب الأسبوعية في الولايات المتحدة لنقل النفط على جميع خطوط الأنابيب الأمريكية المفتوحة الرئيسية، بما في ذلك ماجلان وبلينز وانتربرايز وإنرجي ترانسفير. وقامت شركة لورد إنرجي بتداول البراميل في بورصة شيكاغو التجارية وفي بورصة نيويورك التجارية كجزء كبير من أعمالها. وقد تعاملت مع وسطاء أمريكيين بما في ذلك بي في في إم هيوستن وآي سي بي بي هيوستن، على أساس شبه يومي. ومع ذلك، سرعان ما أدت حملة التشهير التي قامت بها المؤسسة إلى تدمير الشركة التابعة لشركة لورد إنرجي في الولايات المتحدة أيضًا، مما أجبر الشركة على الإفلاس ويضمن أن شركة لورد إنرجي لم تعد تشكل تهديدًا تنافسيًا لشركة أدنوك.

89.   لم تكن شركة لورد إنرجي هي الشركة المربحة الوحيدة التي يملكها ويديرها حازم في ذلك الوقت. وفي عام 2017، افتتح نفق رياح بالقرب من ميلانو استخدمه الجيش الإيطالي والقوات الجوية الأمريكية (ولا تزال تستخدمه) لتدريب المظلات. ومع ذلك، لم تسعى المؤسسة مطلقًا إلى تشويه أعمال حازم في أنفاق الرياح. والسبب بسيط: أن أعمال نفق الرياح لم تشكل تهديدًا تنافسيًا لدولة الإمارات العربية المتحدة أو شركة أدنوك. يؤكد عدم متابعة المؤسسة لأعمال نفق الرياح الخاصة بحازم أن دوافعها كانت تجارية. استهدفت المؤسسة شركة لورد إنرجي وشركة أمريكاز لورد إنرجي، على وجه التحديد بسبب التهديد المتزايد الذي يشكلونه على دولة الإمارات العربية المتحدة وشركة أدنوك في السوق الفورية للنفط الخام الخفيف المُصدّر إلى آسيا.

*تقوم دولة الإمارات العربية المتحدة بتعيين شركة ألب وتنظيم مؤسسة غير قانونية.*

90.   في عام 2017، تواصلت شركة ألب سيرفيسز مع دولة الإمارات العربية المتحدة، وهي شركة تحقيقات خاصة في سويسرا. وقد وصفت شركة ألب قدرتها على "تدمير" الأهداف من خلال ما أطلق عليه "الاتصالات سريعة الانتشار المسيئة." فهمت شركة ألب قوة التشويه الإعلامي عبر الإنترنت ـ وقيمة السمعة عبر الإنترنت. لقد افتخرت بالسرية. ونظير مقابل، كانت على استعداد للقيام بأي شيء ضروري للقضاء على أهدافها، بما في ذلك انتهاك القانون.

91.   كان ماريو بريرو، وهو أحد مؤسسي شركة ألب وأحد أعضاء مجلس إدارتها، في بداية حياته المهنية يدير شركة تصدير أجهزة الكمبيوتر ومعدات تصنيع أشباه الموصلات من الولايات المتحدة إلى أوروبا. وقد

32

اتهمه المدعون العامون الفيدراليون بانتهاك قوانين الولايات المتحدة التي تحظر تصدير التقنيات الأمريكية الحساسة إلى دول الكتلة الشرقية من خلال نظام من المشترين غير الرسميين أنشأه في أوروبا الغربية. قام بريرو بحل الاتهامات من خلال التوقيع على مرسوم موافقة والخروج من أعمال تصدير الكمبيوتر الخاصة به.[13]

92.      بعد ذلك، قرر بريرو بدء مهنة كمحقق، وأسس شركة ألب، إلى جانب موريل كافين، في جنيف في عام 1989. وفي عام 2007، قام هو وكافين بتأسيس كيان ثانٍ، وهو شركة ديليجانس إس أيه آر إل، على نفس عنوان شركة ألب، لغرض وحيد وهو إرباك شركة عملاء شركة تحقيق منافسة، تُسمى أيضًا شركة ديليجانس، والتي كانت تُطلق فرعًا في جنيف.[14]

93.      كانت الأساليب التي تستخدمها شركة ألب وبريرو عديمة الضمير بقدر ما كانت فعالة. في عام 2012، تمت مقاضاة بريرو في المحكمة الفرنسية بسبب انتهاك الخصوصية. في تلك الإجراءات، أقر بريرو بانتهاك القانون السويسري عن طريق الدفع لموظفي شركة الهاتف مقابل الحصول على قوائم تاريخ اتصال العملاء. أدانت المحكمة بريرو، من بين أمور أخرى، بنشر المعلومات التي تم الحصول عليها بوسائل غير قانونية.

94.      لم يقتصر الأمر على قيام شركة ألب وبريرو، بناءً على طلب من الإمارات العربية المتحدة، بجمع معلومات خاصة بشكل غير قانوني حول أهدافهما فحسب، بل قاما أيضًا بنشر معلومات مضللة حول أهدافهما ـ وهو أسلوب أشارا إليه باسم "حملات الاتصالات سريعة الانتشار المسيئة".

95.      بدأت شركة ألب العمل لأول مرة في دولة الإمارات العربية المتحدة في مايو 2017. أرسل بريرو خطابًا في 12 مايو 2017 لإعطاء الإمارات العربية المتحدة "مقدمة موجزة عن [شركة ألب] ومهاراتها المحددة"، والتي تضمنت "العثور على معلومات سلبية/علامات تحذيرية عن الأفراد" وإجراء "حملات اتصالات سريعة الانتشار مسيئة سرية، لا سيما من خلال فريق [شركة ألب] الداخلي من خبراء تكنولوجيا المعلومات ووسائل التواصل الاجتماعي." وأكد بريرو أن "عملاء" شركة ألب ... يشملون شركات متعددة الجنسيات وشركات محاماة وحكومات ووكالات حكومية" و"رؤساء دول" و"أفرادًا معروفين من أصحاب الثروات الكبيرة".

---

[13] ديفيد كيركباتريك، *الأسرار القذرة لحملة التشهير*.
[14] *المرجع السابق*.

96. وأكد بريرو لدولة الإمارات العربية المتحدة أن فريق شركة ألب، الذي يتألف من "أساس يضم 20 محللاً ومحققًا ومستشارًا يعملون بدوام كامل يتمتعون بخلفيات واسعة متعددة التخصصات"، كان "حساسًا للغاية لضرورة بقاء أي مهمة سرية". لقد "وقع جميع موظفي شركة ألب والمستشارين السريين على اتفاقيات سرية صارمة وملزمة قانونًا"، و"كانت" مكاتب شركة ألب وأنظمة تكنولوجيا المعلومات لديها موضوعًا لتدابير أمنية مضادة مناسبة ومختبرة بانتظام". وأكد شركة ألب أيضًا على أن "وجود مقرنا الرئيسي في سويسرا يمنحنا أيضًا درجة كبيرة من حرية التصرف والاستقلال التام، لا سيما من خلال التعامل مع الحكومات الأجنبية".

97. على الرغم من الضجيج الذي أثاره بريرو حول خبرة شركة ألب المتطورة، في الحقيقة، كان دليل شركة ألب بسيطًا. كانت شركة ألب تجري عمليات تحقق مباشرة من الخلفية بشأن أهدافها وتنتحل شخصية تلك الأهداف للحصول بشكل غير قانوني على معلومات سرية مثل الهاتف والسجلات المصرفية. وسوف تستخدم تلك السجلات لرسم مخططات للشركاء والارتباطات المفترضة للأهداف في مخططات ارتباط مفصلة. بعد ذلك، كانت شركة ألب تفحص الإنترنت بحثًا عن أي معلومات "سلبية" بشأن اتصالات أهدافها – دون النظر إلى ما إذا كانت المعلومات "السلبية" مستبعدة إلى حدٍ كبير ومن الواضح أنها غير صحيحة أو ثبت أنها خاطئة. بعد ذلك، كانت شركة ألب تعين صحفيين وأكاديميين وكتاب مستقلين لنشر القصص ومنشورات المدونات التي تنسب المعلومات السلبية التي كشفتها شركة ألب عن صلات الأهداف إلى الأهداف نفسها للانتقاص من الأهداف وأعمالهم.

98. قامت شركة ألب بإضافة الشرعية ونشر المزيد من الادعاءات الكاذبة التي اختلقتها حول أهدافها من خلال إنشاء أقسام "مثيرة للجدل" مزيفة على ويكيبيديا – نقلاً عن "تقاريرها" الخاصة باعتبارها حقيقة – واستخدام أساليب تحسين محرك البحث لضمان بقاء القصص التي رعتها واختلقتها في أعلى النتائج على Google وYahoo! وBing وغيرها من محركات البحث. وأخيرًا، ستقوم شركة ألب بتنبيه البنوك ومراقبي الامتثال المصرفي للادعاءات الكاذبة التي قامت شركة ألب باختلاقها لجعل البنوك تتوقف عن إقراض الأهداف، مما يؤدي إلى عزلهم ماليًا.

99. في 22 يوليو 2017، أرسلت شركة ألب إلى دولة الإمارات العربية المتحدة خطابًا آخر "إلحاقًا بوثيقة المقدمة العامة المؤرخة 12 مايو 2017" والذي "يحدد" "ملخصًا عامًا للغاية" لبعض قدرات شركة ألب،

34

والذي أشار إلى "مجموعة واسعة من المصادر السرية" الخاصة بشركة ألب في "القطاعين المالي والمصرفي".

100.    في 7 أغسطس 2017، أعدت شركة ألب عرضًا أكثر تفصيلاً لدولة الإمارات العربية المتحدة. وقد وصف المستند، الذي يحمل اسم الملف "Arnica 0-first proposal-not agreed-20170807"، "خطة عمل عالمية" لشركة ألب لإطلاق "أفعال مسيئة واسعة النطاق" ضد قطر وشبكاتها، بما في ذلك جماعة الإخوان المسلمين، للكشف عن جهود قطر "التوجيه حملة إعلامية وسياسية عالمية ضد" دولة الإمارات العربية المتحدة ومواجهتها. كانت "أرنيكا" أحد الأسماء الرمزية التي استخدمها شركة ألب للإشارة إلى عمله في دولة الإمارات العربية المتحدة. كان هناك ما لا يقل عن ثمانية مشاريع "أرنيكا". تحمل بعض المشاريع اللاحقة التي نفذتها شركة ألب لدولة الإمارات العربية المتحدة الأسماء الرمزية "كوينو" و"أليكتو" و"نواتاك" و"كليون" و"بروبوس" و"كلافيوس" و"بار" و"كيرك" و"نارسيس" و"سوان" و"كونستلايشن" و" دراجون" و"كروكوس".

101.    وأكدت شركة ألب على أنها "لا تتهاون بشأن الأمن"، وأخبرت دولة الإمارات العربية المتحدة أنه "نظرًا لحساسية الموضوع"، لم تتمكن شركة ألب من "كتابة مدى خدماتها". وبدلاً من ذلك، كان الهدف من العرض تقديم نظرة عامة على قدرات شركة ألب. وعلى وجه التحديد، اقترحت شركة ألب عمل "رسومات بيانية متقدمة لشبكات التأثير السرية لأهدافنا في أوروبا والولايات المتحدة"، وإجراء "التحقيقات للحصول على مواد سلبية ضارة بشأن أهدافنا الرئيسية"، والمشاركة في "اتصالات سريعة الانتشار مسيئة لتشويه وإحراج الأهداف الرئيسية" باستخدام "العلاقات العامة الخفية" و"الأخبار المزيفة".

102.    وفيما يتعلق بالاتصالات سريعة الانتشار المسيئة، أوضحت شركة ألب أنه بمجرد أن حددت الأهداف الرئيسية وحصلت على "استخبارات سلبية عنها"، فإنها "ستطلق حملات سلبية عدوانية للغاية عبر الإنترنت، وتنقل وتنشر بطريقة سريعة الانتشار واستراتيجية الاستخبارات السلبية التي تم تحديدها سابقًا، والتي يمكن أن تظهر بعد ذلك في وسائل الإعلام السائدة". ادعت شركة ألب أنها ستستخدم "تقنيات سرية متقدمة تم اختبارها في العلاقات العامة الخفية" و"تهدف إلى تشويه سمعة أهدافها من خلال نشر المعلومات الاستخبارية المحرجة والمضرة بشكل سري وخبيث" لجعل أهدافها "تظهر إما على أنها منحرفين و/أو فاسدين و/أو منافقين و/أو إرهابيين" في "أعين وسائل الإعلام/الجمهور/المسؤولين." كتبت شركة ألب أنه "يمكنها أيضًا استخدام أفعال إبداعية ومضرة بشكل خاص،

35

والتي يمكن وصفها شفهيًا"، وحذرت دولة الإمارات العربية المتحدة من التقليل من شأن "قوة العلاقات العامة الخفية".

103. بناءً على المعلومات والاعتقاد، أرسل بريرو عرض شركة ألب عبر البريد الإلكتروني إلى المسؤولين الإماراتيين قبل سفره إلى أبوظبي لمقابلتهم شخصيًا من 7 أغسطس إلى 9 أغسطس 2017.

| رحلتك | | مرجع الحجز: | JV86DP | **Check My Trip** |
|---|---|---|---|---|
| المسافر | السيد/ ماريو بريرو | تاريخ الإصدار: | 2 أغسطس 2017 | |
| | | الوكالة | نجمة الخليج للسياحة والسفر مكتب 331، مبنى ديار. شارع دمشق دبي | |
| | | الهاتف | +971-4-2581997 | |
| | | الفاكس | يتم الإعلان عنه لاحقًا | |

| تنزيل **CheckMy Trip** لعرض رحلاتك وإدارتها | [أيقونات] | Google Play App Store |
|---|---|---|

**الأحد 6 أغسطس 2017**

| [أيقونة] | الاتحاد للطيران EY 052 | مرجع حجز شركة الطيران التذكرة الإلكترونية | KBYASQ 5706837983-607 |
|---|---|---|---|
| تسجيل الوصول | المغادرة 6 أغسطس 21:30 الوصول 07 أغسطس 08:10 المدة 00:40 (بدون توقف) حالة الحجز تم التأكيد الدرجة الأعمال (د) وزن الأمتعة 2. قطعة (قطع) للسيد ماريو بريرو المسموح به وجبة المعدات إيرباص إندستري A330-300 وجبة الطيران | جنيف، (جنيف الدولي) (+) أبوظبي، (الدولي) (+) | الصالة: 1 الصالة: 3 |

**الأربعاء 9 أغسطس 2017**

| [أيقونة] | الاتحاد للطيران EY 051 | مرجع حجز شركة الطيران التذكرة الإلكترونية | KBYASQ 607-5706837983 |
|---|---|---|---|
| تسجيل الوصول | المغادرة 08 أغسطس 09:00 الوصول 09 أغسطس 14:15 المدة 07:15 (بدون توقف) حالة الحجز تم التأكيد الدرجة الأعمال (د) وزن الأمتعة 2. قطعة (قطع) للسيد ماريو بريرو المسموح به وجبة المعدات إيرباص إندستري A330-300 وجبة الطيران | (جنيف الدولي) (+) أبوظبي، (الدولي) (+) | الصالة: 3 الصالة: 1 |

104. اسميًا، كان عميل شركة ألب شركة إماراتية تسمى شركة أرياف للدراسات والبحوث ذ.م.م. ومع ذلك، توضح الوثائق التي تم الحصول عليها من خلال التسلل أن القيادة العليا لدولة الإمارات العربية المتحدة كانت مسؤولة. كان نقطة الاتصال الرئيسية لبريرو هي مطر، ولكن بريرو التقى أيضًا برئيس مطر، الذي أشار إليه بريرو ومطر باسم "صاحب السمو" و"الرئيس". بناءً على المعلومات والاعتقاد، كانوا يشيرون إلى علي سعيد النيادي. وفي المراسلات الأخرى، يشير بريرو إلى "صاحب السمو" و"شيخ الدولة". بناءً على المعلومات والاعتقاد، كانوا يشيرون إلى محمد بن زايد آل نهيان.

105. كان للمؤسسة غير القانونية في دولة الإمارات العربية المتحدة سلسلة قيادة واضحة. بناءً على المعلومات والاعتقاد، قدم كل من محمد بن زايد آل نهيان وعلي ومطر وغيرهم من المسؤولين الإماراتيين التمويل

36

والتوجيه الاستراتيجي والموافقة النهائية. وضع بريرو وكافين ونائبهما الأول، ليونيل بادال، الخطة، وحددوا الأهداف، وأشرفوا على تنفيذ الحملة. شارك بريرو وكافين وبادال ومحمد بن زايد آل نهيان وعلي ومطر بعمق في إدارة شؤون المؤسسة. ولكن لجعل حملة التشهير فعالة، تآمروا مع الصحفيين والأكاديميين وغيرهم لإضفاء الشرعية على أكاذيبهم المدمرة لسمعتهم وأعمالهم. وكان من بين هؤلاء المشاركين في التآمر الصحفي السويسري سيلفان بيسون و"الخبير" في شؤون جماعة الإخوان المسلمين المقيم في واشنطن العاصمة، لورينزو فيدينو.

### تآمر الإمارات العربية المتحدة شركة ألب بابتكار عمليات لتدمير حازم وشركة لورد إنرجي.

106. بناءً على المعلومات والاعتقاد، أدركت الإمارات العربية المتحدة ومسؤولوها أن شركة ألب قدمت فرصة للقضاء على شركة لورد إنرجي كتهديد تنافسي. وعلى هذا النحو، طلبت دولة الإمارات العربية المتحدة ومسؤولوها من شركة ألب ابتكار عمليات ضد حازم وشركة لورد إنرجي باعتبارها بعض الأهداف الأولى لحملة الاتصالات سريعة الانتشار الشاملة للمؤسسة. وطبقًا لتعليمات دولة الإمارات العربية المتحدة، في 13 سبتمبر 2017، أعدت شركة ألب مذكرة داخلية "سرية للغاية" بشأن "مشروع أرنيكا" بشأن حازم وشركة لورد إنرجي بعنوان "لورد الغاز - إعادة تحميل التقوى". يبلغ طول المذكرة حوالي نصف صفحة فقط، لكنها حددت شركة لورد إنرجي كشركة تجارية في لوجانو، سويسرا. وشملت فقرتين عن والد حازم، الذي وصفته المذكرة بأنه "أحد الإستراتيجيين الماليين الرئيسيين لجماعة الإخوان المسلمين".

107. بعد حوالي شهر، في 6 أكتوبر 2017، كتبت شركة ألب أول تقرير رسمي لها يشير إلى حازم وشركته. بناءً على المعلومات والاعتقاد، شاركت شركة ألب هذا التقرير داخليًا ومع دولة الإمارات العربية المتحدة ومسؤوليها عبر البريد الإلكتروني. وأوضح التقرير أنه "لا يُعرف سوى القليل جدًا عن [شركة لورد إنرجي]" و"لم يحقق أحد مطلقًا في هوية مديريها وعلاقاتها بشبكة جماعة الإخوان المسلمين بأكمله". وبعبارة أخرى، لم يكن هناك ما ينفي الاتهامات الزائفة التي خططت شركة ألب لاختراعها بشأن تورط حازم وشركة لورد إنرجي في تمويل الإرهاب. ومضى التقرير في الادعاءات التالية:

- تتم إدارة شركة لورد إنرجي "من قبل ورثة كبار قادة الإخوان المسلمين المقيمين في الدوحة".

- "تشير الوثائق السرية إلى أن الشركة تعتبر أحد كبار المشغلين التابعين لجماعة الإخوان المسلمين في أوروبا ولها علاقات مع كيانات مرتبطة بتنظيم القاعدة".

- "كما سنوضح لاحقًا، تكشف الوثائق السرية بشكل خاص عن جهات الاتصال بين المسؤولين التنفيذيين لدى شركة لورد إنرجي، الذين هم أعضاء في مجلس الإدارة، والأشخاص والمنظمات المرتبطة بتنظيم القاعدة".

- "منذ عام 2013، يقيم حازم ندا، الرئيس التنفيذي ومؤسس شركة لورد إنرجي، في الدوحة بدولة قطر، ولكنه لا يزال يستخدم هاتفًا محمولاً سويسريًا، قمنا بتحليل مكالماته الهاتفية الخاصة به بشكل سري في يونيو ويوليو وأغسطس 2017. بل إن إحدى شقيقاته، وعلى الأرجح حسناء، متزوجة من محمد القرضاوي، ابن [الداعية الإسلامي البارز] يوسف القرضاوي".

- "تكشف الوثائق السرية أيضًا عن جهات اتصال بين حازم ندا المقيم في الدوحة وعطية نصر الدين، رئيس مجموعة ناسكو ذات الصلة بالقاعدة وابنه أحمد نصر الدين".

- "لقد اخترنا حازم ندا بصفته ابن يوسف ندا الذي كان يعتبر في السابق "وزير خارجية" جماعة الإخوان المسلمين والممول الرئيسي لها ووريثه".

- "تتاجر شركة لورد إنرجي رسميًا في الغاز الطبيعي المسال والنفط الخام والأسمنت المعبأ، مما يسمح لها بالعمل عالميًا ونقل مبالغ مالية كبيرة، الغطاء المثالي".

108.    لم يكن حازم داعمًا، ناهيك عن كونه مموّلاً، لجماعة الإخوان المسلمين. لم يقم أبدًا في الدوحة؛ بل إنه يعيش في إيطاليا ويقيم في هيوستن بولاية تكساس. لم تستخدم شركة لورد إنرجي مطلقًا تجارة النفط الخام "كغطاء" لأي شيء. بناءً على المعلومات والاعتقاد، كانت "الوثائق السرية" الوحيدة التي حصلت عليها شركة ألب هي سجلات الهاتف التي حصلوا عليها بشكل غير قانوني. ولم تكشف سجلات الهاتف هذه عن أي شيء جوهري. في الواقع، كشفوا عن أن حازم كان مقيمًا في إيطاليا ويعمل يوميًا في مكتب شركة لورد إنرجي في سويسرا بالقرب من الحدود الإيطالية وأنه ليس لديه أي روابط على الإطلاق مع جماعة الإخوان المسلمين.

109.    استندت ادعاءات شركة ألب بأن حازم لديه علاقات مع جماعة الإخوان المسلمين فقط إلى الروابط التاريخية لوالد حازم مع الجماعة. كتبت شركة ألب في تقريرها الصادر في 6 أكتوبر 2017: "من البديهي أن نجل [يوسف] سوف يتابع الأنشطة التجارية، ولكن أيضًا قضية الإخوان المسلمين".

110.    كما زعم التقرير أن شركاء عمل حازم يوسف همت والمواطنة الأمريكية فاطمة إمامة وديفيد بيكاردو وعمر نصر الدين كانوا تابعين لجماعة الإخوان المسلمين، مما أدى إلى تورط حازم في نشاط تمويل الإرهاب. جاء في التقرير "إنهم شباب، ويتعاملون مع مبالغ مالية ضخمة، ويشاركون سياسيًا، ويحتفظون بمكانة

38

منفصلة. ولهذه الأسباب، قررنا تركيز تحقيقنا عليهم".

111. ومع ذلك، فقد فعلت ألب مع همت وفاطمة وبيكاردو ونصر الدين بالضبط ما فعلته مع حازم -
حيث فسرت علاقاتهم العامة بشكل انتقائي لإلصاق انتماءات لم تكن موجودة. ولم يكن همت، وهو تاجر صغير في
شركة لورد إنرجي والذي بدأ العمل في الشركة عندما كان عمره 20 عامًا، عضوًا في جماعة الإخوان المسلمين
أبدًا ويمتلك وجهات نظر قوية ضد الجماعة. وكان والده صديقًا لوالد حازم، يوسف؛ ومثله مثل يوسف، تم وضعه
منذ فترة طويلة في قائمة العقوبات الأمريكية وإزالته منها لاحقًا. كما كان همت رئيسًا لهيئة استشارية رسمية تابعة
لمجلس أوروبا، المنتدى الإسلامي الأوروبي للشباب والطلاب. وعلى الرغم من أن شركة ألب اتهمت المنتدى
الإسلامي الأوروبي للشباب والطلاب بانتمائه إلى جماعة الإخوان المسلمين، إلا أنه لا يوجد شيء يربط المؤسسة
الخيرية بجماعة الإخوان باستثناء تأكيدات شركة ألب الخاصة.

112. كما أن أيًا من جهات اتصال الإخوان المسلمين المزعومة لدى حازم لم يكن لديه أي علاقات
مباشرة مع الإخوان. كانت فاطمة إمامة، وهي مواطنة أمريكية وعضو مجلس إدارة في شركة لورد إنرجي، قد
عملت لفترة وجيزة بدوام جزئي لدى شركة، وهي ميجا تشامبر، والتي تمت إزالتها من قائمة العقوبات الأمريكية
قبل خمس سنوات من عملها. لم يكن بيكاردو، وهو مواطن إيطالي كان نشطًا في المجتمع الإسلامي الإيطالي،
عضوًا في جماعة الإخوان المسلمين أبدًا. وقبل انضمامه إلى شركة لورد إنرجي، عمل في وزارة الخارجية لدى
عمدة مدينة بوغوتا بكولومبيا. وكانت خبرته الإقليمية هي السبب الرئيسي وراء تعيينه في شركة لورد إنرجي كمنشئ
للنفط الخام في أمريكا اللاتينية. كان نصر الدين مشغلاً لشركة لورد إنرجي ولم يكن عضوًا في جماعة الإخوان المسلمين. تم
استبعاد والده، مثل يوسف، من قائمة العقوبات الأمريكية قبل عقود. عرف حازم الثلاثة منذ أن كانوا أطفالا، وقام بتعيينهم
لخبرتهم المهنية وقدراتهم اللغوية، والتي كان من الصعب العثور عليها في جنوب سويسرا. لم يكونوا الجيل التالي من قادة
الإخوان المسلمين كما زعمت شركة ألب زورًا. استغلت شركة ألب الحقائق التي تفيد بأنهم مسلمون وأن *والديهم* تربطهم
علاقات بجماعة الإخوان المسلمين لجعل كذبتهم تبدو أكثر معقولية.

**تطلق المؤسسة حملة "العلاقات العامة الخفية" و"الأخبار المزيفة" لتدمير شركة**
**لورد إنرجي والقضاء على التهديد التنافسي.**

113. جاءت أول ضربة عامة من المؤسسة ضد حازم وشركة لورد إنرجي في 5 ديسمبر 2017، بعد شهرين من تقرير شركة ألب الذي حدد حازم وشركة لورد إنرجي كأهداف محتملة. كلفت شركة ألب الموقع الإلكتروني للإشاعات السياسية أفريكا إنتليجنس، والذي يُقرأ على نطاق واسع في صناعة تجارة السلع، بكتابة مقالة عن شركة لورد إنرجي للادعاء زورًا أن الجزائر قد حظرت ناقلة شركة لورد إنرجي، وهي دي إس فالنتينا، في الميناء بسبب المخاوف المزعومة بشأن "مقاومتها للماء". ثم ذكرت المقالة بعد ذلك علاقة حازم مع يوسف، حيث ذكرت أن يوسف "يُزعم أنه قام بتمويل الإرهاب". كانت نسخة مستند Word من المقالة التي تحمل اسم الملف "Arnica-article lord energy-africa intelligence-201712" من بين المستندات التي حصل عليها المتسللون غير المعروفين من شركة ألب.

114. كانت هذه المقالة كاذبة ومضللة من عدة جوانب. ولم تمنع السلطات الجزائرية السفينة دي إس فالنتينا بسبب صلاحيتها للإبحار. لم تشارك السلطات الجزائرية في هذه المسألة على الإطلاق. أوقف ربان الناقلة التحميل لأنه كان هناك نزاع بين شركة لورد إنرجي ومالك السفينة. تم حل النزاع في النهاية بعد سنوات من خلال التحكيم الذي تمت تسويته بنجاح لصالح شركة لورد إنرجي.

115. كما ادعت مقالة أفريكا إنتليجنس كذبًا أن شركة لورد إنرجي استخدم ناقلات النفط الخام لنقل الأسمنت. وكان هذا الاتهام غير معقول. ومن المستحيل تقريبًا نقل الأسمنت في ناقلات النفط الخام، ولم تفعل شركة لورد إنرجي ذلك مطلقًا. وكان الغرض الواضح من إدراج هذه العبارة الكاذبة في المقالة هو ربط حازم وشركة لورد إنرجي بأعمال الأسمنت الخاصة بوالد حازم. واستمرت المقالة في ذكر (على نحوٍ غير صحيح) أن والد حازم قد قدم سابقًا الأسمنت إلى ليبيا خلال عهد القذافي. لم تكن الإشارة إلى أن شركة لورد إنرجي كانت مرتبطة أو استمرارًا لأعمال يديرها والد حازم الذي تعامل سابقًا مع ليبيا في ظل نظام القذافي الشهير زائفة فحسب، بل كانت ضارة للغاية بعلاقات أعمال شركة لورد إنرجي في المنطقة (بما في ذلك أعمالها مع المؤسسة الوطنية للنفط في ليبيا). في الحقيقة، لم يقم يوسف ندا بإجراء أعمال مع ليبيا خلال عهد القذافي. في الواقع، كان على "قائمة الموت" الخاصة بالقذافي، وأرسل القذافي فرقة اغتيال لقتله في الثمانينيات.

40

116.  في يونيو 2018، أرسل المستشار القانوني لحازم خطابًا إلى فيليب فاسيت، محرر في أفريكا إنتليجنس، لإبلاغه بأن مقالة أفريكا إنتليجنس في ديسمبر 2017 عن شركة لورد إنرجي كانت زائفة ومضللة بشكل جوهري ويطالب بأن تحذف أفريكا إنتليجنس المقالة وتنشر اعتذارًا. وأوضح الخطاب أنه نتيجة لمقالة أفريكا إنتليجنس، كانت شركة لورد إنرجي تعاني من تسهيلات ائتمانية متأخرة يبلغ مجموعها 240 مليون دولار، مما أدى إلى حرمان شركة لورد إنرجي من أرباح تبلغ حوالي 3.5 مليون دولار شهريًا.

117.  بناءً على المعلومات والاعتقاد، كان فاسيت واحدًا من العديد من المشاركين في مؤسسة الإمارات العربية المتحدة وشركة ألب غير القانونية. تم إدراج فاسيت كأحد "المصادر/المقاولين من الباطن" لشركة ألب في وثيقة داخلية لشركة ألب بتاريخ 27 يوليو 2017 باسم الملف "arnica-internal note- subcontractors+questions-20170725"، وتبادل العديد من الرسائل عبر تطبيق WhatsApp ورسائل البريد الإلكتروني مع بريرو وبادال وكافين. بناءً على المعلومات والاعتقاد، كان فاسيت مشاركًا راغبًا في العمل في المؤسسة وكان على دراية بهدفها، أي الإضرار بأعمال أهدافهم وسمعتهم. ويستند هذا الاعتقاد إلى مشاركة فاسيت في نشر هذه البيانات الكاذبة حول حازم وشركة لورد إنرجي، وإدراج فاسيت في قائمة "المصادر/المقاولين من الباطن" الخاصة بشركة ألب، وحجم وتكرار اتصالات فاسيت مع موظفي شركة ألب.

118.  كانت مقالة أفريكا إنتليجنس مجرد بداية من جانب المؤسسة. ولكن بالفعل أكدت على سبب توجيه دولة الإمارات العربية المتحدة شركة ألب لاستهداف حازم وشركته: أرادت الإمارات العربية المتحدة تعطيل صادرات النفط الخام لشركة لورد إنرجي من الجزائر. كانت هذه هي المرة الأولى، وليس الأخيرة، التي تهاجم فيها المؤسسة على وجه التحديد أعمال شركة لورد إنرجي في الجزائر.

119.  وبعد شهر تقريبًا من نشر مقالة أفريكا إنتليجنس، نشرت المؤسسة مقالة زائفة عن حازم وشركة لورد إنرجي. هذه المرة، في صحيفة أكثر بروزًا - لوتان، الصحيفة اليومية الوحيدة باللغة الفرنسية على مستوى الدولة في سويسرا.

120.  في ديسمبر 2017، صاغت شركة ألب "تقريرًا أوليًا" سريًا عن حازم وشركة لورد إنرجي يحمل اسم الملف "arnica 3-lord energy note-sylvain-20171214" وزعم التقرير كذبا أن شركة لورد

إنرجي كانت "شركة تجارية غامضة تابعة للإخوان المسلمين مرتبطة بتنظيم القاعدة"، و"تشير الوثائق إلى أن الشركة السويسرية تشارك في العمليات الكبيرة التي تنفذها جماعة الإخوان المسلمين في أوروبا ولها علاقات مع الكيانات المرتبطة بتنظيم القاعدة". بناء على المعلومات والاعتقاد، أرسلت شركة ألب هذه المذكرة عبر البريد الإلكتروني إلى المراسل الصحفي سيلفان بيسون، الذي استخدم المعلومات التي قدمتها شركة ألب لكتابة مقالة لصحيفة لوتان.

121.    التقى بريرو مع بيسون عدة مرات أثناء الترويج لدولة الإمارات العربية المتحدة وبعدها. من بين الوثائق التي تم الحصول عليها من خلال التسلل العديد من إدخالات التقويم للمكالمات الهاتفية والاجتماعات – عادةً في شركة ألب – بين بيسون وبريرو. ووفقًا لهذه الإدخالات، التقى بيسون ببريرو أو تحدث إليه في 17 يناير 2017 و19 يونيو 2017 و14 ديسمبر 2017 و1 فبراير 2018 و1 نوفمبر 2018 و21 يناير 2019 و4 فبراير 2019 و3 يونيو 2019 و6 يونيو 2019 و17 و18 سبتمبر 2019.

كما تبادل بيسون أيضًا عشرات الرسائل النصية والبريد الإلكتروني ورسائل WhatsApp مع بادال وبريرو. تشير هذه المراسلات إلى أن بيسون وبريرو كانا أكثر من مجرد شركاء عمل عارضين – فهما صديقان وشريكان في التآمر.

122.    وفي وقت لاحق، كانت اتصالات شركة ألب مع دولة الإمارات العربية المتحدة تصف بيسون بأنه "جزء من شبكتنا الواسعة". في وثيقة داخلية لاستراتيجية شركة ألب في 17 يناير 2018، كتبت شركة ألب ملخصًا للموضوعات لمناقشتها خلال زيارة موظفي شركة ألب القادمة إلى الإمارات العربية المتحدة، والتي كان من المقرر أن تُعقد في الفترة من 18 إلى 21 فبراير 2018. ومن الجدير بالذكر أن المخطط وصف بيسون باعتباره جزءًا من شبكة ألب التي يمكنها تنفيذ "إجراءات سرية" والتي يمكن لشركة ألب استخدامها "لضرب" أهداف شركة ألب باستخدام "الاتصالات سريعة الانتشار".

123.    نشر بيسون كتابًا في عام 2005 يتهم يوسف ندا بعلاقات مع مؤامرة إسلامية مزعومة. استند هذا الكتاب، غزو الغرب: المشروع السري للإسلاميين إلى حد كبير إلى وثيقة غير موقعة من 14 صفحة من عام 1982 اكتشفتها السلطات في منزل يوسف بعد أكثر من عقد من الزمان. والآن عرض بريرو على بيسون طريقة

لتنفيذ أطروحته - مع الاستفادة المالية أيضًا.[15]

124.  في 5 يناير 2018، كتب بيسون مقالة عن حازم وشركة لورد إنرجي لصحيفة لوتان. وقد زعمت المقالة، التي نشرتها صحيفة لوتان على الإنترنت، كذبًا أنه كانت هناك "دلائل" على وجود "شبكات قديمة لجماعة الإخوان المسلمين" في شركة لورد إنرجي وأن "هذا الجيل الجديد قام في بعض الأحيان ببعض الأنشطة المسلحة". كان هذا البيان كاذبًا بشكل قاطع، إذ لم يقم أحد في شركة لورد إنرجي "بأنشطة مسلحة".

125.  أعقب المقالة التي كتبها بيسون في صحيفة لوتان في يناير 2018 موجة من التقارير المزيفة التي تهدف إلى ترسيخ فرضيتها الاحتيالية على أنها حقيقة. وسرعان ما نشرت شركة ألب ثلاثة مقالات أخرى على الإنترنت استشهدت بمقالة بيسون واتهمت شركة لورد إنرجي بأنها لديها علاقات مع "الشبكات الإسلامية". تفاخر بادال في رسائل البريد الإلكتروني الداخلية لشركة ألب بأن هذه المقالات الجديدة "تزيد من تأثير المقالة المنشورة في صحيفة لوتال" و"تضغط على السلطات الفيدرالية والمحلية السويسرية للتحقيق في شركة لورد إنرجي وجماعة الإخوان المسلمين." كما خططت شركة ألب لمناقشة "التأثير العملي للمقالة المنشورة في صحيفة لوتال" خلال زيارتها لدولة الإمارات العربية المتحدة في فبراير.

126.  وفي نفس الوقت تقريبًا، حدد بادال وبريرو مشارك في التآمر آخر قيّمًا يمكنه إضفاء المصداقية على ادعاءاتهم الكاذبة: لورينزو فيدينو، مدير برنامج التطرف في جامعة جورج واشنطن في واشنطن العاصمة وخبير مزعوم في الإسلام في أوروبا وأمريكا الشمالية، بما في ذلك جماعة الإخوان المسلمين. وكانا يعتزمان استخدام فيدينو كنظير أمريكي لبيسون - وسيط موثوق به وعالي الاعتماد كان على استعداد لقول ما يريدونه مقابل المال.

127.  في 3 يناير 2018، طلب بادال من فيدينو عقد اجتماع لإجراء مناقشة بشأن شركة لورد إنرجي، والتي وصفها بادال بأنها "شركة تجارية مثيرة للاهتمام (وسرية للغاية) ويقع مقرها في لوجانو".

128.  بعد أيام، في 12 يناير 2018، قدّم بريرو لفيدينو عشاء بقيمة 1000 دولار في فندق بوريفاج في جنيف. وفقًا لنقاط الحوار التي أعدها بريرو، فقد خطط في البداية لإخفاء هوية عملائه الإماراتيين، وأخبر فيدينو أن

---

[15] ديفيد كيركباتريك، *الأسرار القذرة لحملة التشهير*.

شركة ألب قد تم تعيينها من قبل "شركة محاماة مقرها لندن". ومع ذلك، أقر فيدينو لاحقًا لصحيفة *ذا نيويوركر* بأنه يعلم أن الإمارات العربية المتحدة هي "العميل الأكثر واقعية".[16]

129.   في 24 يناير 2018، وقعت فيدينو عقدًا مع شركة ألب لتقديم "خيوط/شائعات مثيرة ... فيما يتعلق بموضوع منظمات التحقيق/الأفراد/التمويل في أوروبا" و"قائمة بالأعضاء المزعومين في منظمات المستوى الأول في الدول الأوروبية". وافقت شركة ألب على دفع 3000 يورو لفيدينو مقابل هذا العمل.

130.   في أوائل عام 2018، وسعت المؤسسة نطاقًا واسعًا لحملتها المضللة. أكدت وثيقة استراتيجية شركة ألب المحدثة في يناير على سرية الحملة واتساع نطاقها. وذكرت التواصل باستخدام "قنوات مشفرة" والمشاركة في "إجراءات سرية"، واقترحت "ضرب" الأهداف باستخدام "الاتصالات سريعة الانتشار" و"وسائل التواصل الاجتماعي". وقد طلبت ميزانية تبلغ 300,000 يورو.

131.   في 15 فبراير 2018، نشرت ألب "تحليلًا تحقيقيًا مفصلاً"، والذي وصف بشكل كاذب حازم ولورد إنرجي، من بين أهداف أخرى، كجزء من "نظام التمويل الشامل" للإخوان المسلمين. بناءً على المعلومات والاعتقاد، شاركت شركة ألب هذه الوثيقة داخليًا وأرسلتها إلى دولة الإمارات العربية المتحدة ومسؤوليها عبر البريد الإلكتروني.

132.   وبعد أيام، أعدت شركة ألب عرضًا تقديميًا في PowerPoint لدولة الإمارات العربية المتحدة - تحت اسم الملف "August 2017 / February 2018 - ongoing" - والذي تضمن شريحة عن شركة لورد إنرجي، اتهمتها زورًا بأنها "شركة واجهة" لجماعة الإخوان المسلمين وأنها "مرتبطة بتنظيم القاعدة". ينتهي العرض التقديمي: "شكرًا جزيلاً على تقتكم". بناءً على المعلومات والاعتقاد، أرسلت شركة ألب هذا العرض التقديمي عبر البريد الإلكتروني إلى دولة الإمارات العربية المتحدة ومسؤوليها.

133.   في ذلك الشهر، زار بريرو أبوظبي، وبعد ذلك، بناءً على المعلومات والاعتقاد، أرسل عبر البريد الإلكتروني "خطاب تقدير رسمي" إلى "صاحب السمو". وكتب: "كانت تعليقاتك ونصائحك مفيدة للغاية، خاصةً في الخطوات التالية، وسنبذل كل ما في وسعنا لتلبية توقعاتك". كما قدم بريرو أيضًا الشكر إلى "صديقنا العزيز"

---

[16] ديفيد كيركباتريك، *الأسرار القذرة لحملة التشهير*.

(المعروف أيضًا باسم "مطر") على "تعليقاته القيمة للغاية".

*تحث المؤسسة، باحتيال، مراقبي المخاطر والامتثال في البنك على إدراج كل من حازم*
*وشركة لورد إنرجي في القائمة السوداء بسبب الروابط المزعومة بالإرهاب.*

134.    بحلول ربيع عام 2018، بدأت خطة "الاتصالات سريعة الانتشار المسيئة" للمؤسسة في تحقيق آثارها المرجوة.

135.    في مارس 2018، تلقى حازم رسالة بريد إلكتروني من أحد جهات الاتصال الخاصة به في شركة سوناطراك لإعادة توجيه رابط إلى المقالة التي نشرها في صحيفة لوتان بتاريخ 5 يناير 2018. وفي ذلك الشهر، اضطر أيضًا إلى الدفاع عن شركة لورد إنرجي أمام "الإدارة الجديدة" في شركة سوناطراك، على الرغم من أنه كان يعمل مع سوناطراك لسنوات. أوضح حازم لشركة سوناطراك أن شركة لورد إنرجي "تتعامل" مع جميع شركات النفط الكبرى على أساس مباشر، بما في ذلك شيفرون وإكسون موبيل وشل وبي بي"، - في الواقع كانت أكثر من 50% من مبيعات شركة لورد إنرجي السنوية مع شركات إكسون موبيل وشيفرون الكائنة في الولايات المتحدة والشركات التابعة لها وفروعها. كما أوضح حازم لشركة سوناطراك أنه "على مدار السنوات الثلاث الماضية، كانت [شركة لورد إنرجي] عاملاً أساسيًا في إعادة إنشاء سوق لمزيج الصحراء في آسيا ... [و]إعادة تأسيس التجارة في كوريا التي تم إغلاقها لأكثر من 4 سنوات." وأشار حازم أيضًا إلى أن شركة لورد إنرجي "أنشأت مؤخرًا وجودًا في هيوستن حيث بدأت في التعامل مع الصادرات الأمريكية من الدرجات الخفيفة في مايو 2018".

136.    أجابت شركة سوناطراك قائلةً: "شكرًا جزيلاً على رسالتك الإلكترونية أدناه التي تشرح فيها بإيجاز أنشطة شركة لورد إنرجي. ولإكمال هذه المعلومات، نرجو منك التكرّم بإرسال عرض تقديمي لنا حول تداولات النفط الخام والمنتجات من شركة لورد إنرجي خلال الفترة 2015 و2016 و2017 (المصادر والوجهات/المشترين والبائعين...)".

137.    كان متطلب شركة سوناطراك بأن تخضع شركة لورد إنرجي لفحص جديد للخلفية أمرًا محيرًا بشكل خاص نظرًا لأن شركة لورد إنرجي كانت أكبر شريك تجاري لشركة سوناطراك في عام 2017. وقد كتبت شركة سوناطراك خطابًا مرجعيًا لشركة لورد إنرجي قبل بضعة أشهر تصفه بأنه مشغل ممتاز. حققت شركة لورد إنرجي أرباحًا تزيد عن 10 ملايين دولار أمريكي من صفقاتها مع شركة سوناطراك في عام 2017 وأكثر من 7

45

ملايين دولار أمريكي من صفقاتها مع شركة سوناطراك في عام 2016. توقفت شركة سوناطراك في نهاية المطاف عن العمل مع شركة لورد إنرجي في منتصف عام 2018 نتيجة لادعاءات شركة ألب الكاذبة.

138.   وبينما بدأت ادعاءات المؤسسة الكاذبة بشأن شركة لورد إنرجي في تقويض علاقة شركة لورد إنرجي مع شركة سوناطراك، استمر حازم وشركته في المضي قدمًا في تركيزهم على الأسواق الأمريكية لخام غرب تكساس الوسيط، وهو البديل المهم الوحيد لمزيج الصحراء كمنافس لنفط مربان في الأسواق الفورية في آسيا. عيّن حازم مديرًا تنفيذيًا مخضرمًا في صناعة النفط كان مواطنًا أمريكيًا وعاش في هيوستن، دوجلاس كوسكي، لإدارة الشركة التابعة المخطط لها لدى شركة لورد إنرجي هناك. في أبريل، أبرمت شركة أمريكاز لورد إنرجي إنك اتفاقية تعويض مع كوسكي تنص على ما يلي: "تستعد الشركة للمشاركة في قطاع النفط والغاز في الولايات المتحدة من خلال إنشاء شركة فرعية محلية مملوكة بالكامل".

139.   في 24 أبريل 2018، قدمت شركة أمريكاز لورد إنرجي إنك شهادة تأسيس إلى وزير الخارجية في تكساس.

140.   في الشهر التالي، في 16 مايو 2018، نشرت رويترز مقالة عن توسع شركة لورد إنرجي. يقول حازم لرويترز: "ننقل حاليًا حوالي 3-4 ملايين برميل من النفط الخام شهريًا. ونخطط لمضاعفة هذا العدد ثلاث مرات على مدار الـ 18 شهرًا القادمة. كان مفتاح النجاح لدينا يتمثل في تطوير أسواق جديدة إما للدرجات المحددة أو العثور على مجالات جديدة للدرجات الصعبة." وقال أيضًا: "لقد كنا أول من فتح السوق لمزيج الصحراء (الجزائري) في أستراليا لأكثر من 35 عامًا وأعدنا فتح المراجحة في كوريا الجنوبية... وتمكنا من العثور على مزيج له ليدخل السوق الصينية." أشارت المقالة إلى أن "المستخدمين النهائيين" التابعين لشركة لورد إنرجي كانوا مركزين في آسيا والولايات المتحدة" وأن الشركة "تهدف إلى التوسع في الصادرات والواردات الأمريكية."[17]

141.   وفي الوقت نفسه، نظرًا لأن شركة لورد إنرجي كانت تسعى إلى توسيع وجودها في الولايات المتحدة وزيادة صادراتها من خام غرب تكساس الوسيط (درجة أخرى، مثل مزيج الصحراء، التي تنافست مع نفط مربان)، فقد تم تصميم المشروع غير القانوني لدولة الإمارات العربية المتحدة على مضاعفة جهودها للقضاء على

---

[17] جوليا باين، *يدخل تاجر سويسري صغير، لورد إنرجي، سوق النفط الروسية مع صفقة CEFC*، رويترز (16 مايو 2018)، https://www.reuters.com/article/idUSKCN1IH1K0/.

حازم وشركة لورد إنرجي. في 26 فبراير 2018، أرسل بادال عبر البريد الإلكتروني عرضًا "محدثًا وأكثر تفصيلاً" إلى مطر يوصي فيه "بمرحلة اختبار جديدة مدتها ثلاثة أشهر". اقترحت شركة ألب:

- نشر "مقالات سلبية ضخمة حول عشرات الأهداف الرئيسية التابعة لجماعة الإخوان المسلمين"، بما في ذلك 10 مقالات سلبية حول شركة لورد إنرجي؛

- إبلاغ الصحفيين المختارين "بصلات الأهداف مع تنظيم القاعدة"؛

- إنشاء صفحات ويكيبيديا سلبية للأهداف باللغات الإنجليزية والفرنسية والإيطالية؛

- تنبيه "قواعد بيانات الامتثال وهيئات المراقبة، والتي تستخدمها البنوك والشركات متعددة الجنسيات، على سبيل المثال، بشأن ... روابط شركة لورد إنرجي بالإرهاب"؛

- "إخطار البنوك بشكل سري بروابط الشركات التابعة لجماعة الإخوان المسلمين (مثل شركة لورد إنرجي ...) بالإرهاب ... والهدف من ذلك هو تجميد حساباتهم المصرفية وأعمالهم"؛

- وضع "معلومات سلبية عن شركة لورد إنرجي في الصفحات الأولى من Google ومحركات البحث الأخرى (مثل Yahoo، Bing)".

142. بالإضافة إلى إنشاء صفحات سلبية على ويكيبيديا - وهي شركة مقرها الولايات المتحدة - والتلاعب بالنتائج على محركات البحث الموجودة في الولايات المتحدة مثل Google وYahoo! وBing، أكد المقترح على نشر المعلومات السلبية في "وسائل الإعلام الناطقة باللغة الإنجليزية"، وتحديدًا تحديد " Daily Kos in the USA (التي وصفتها مجلة التايم ذات مرة بأنها "ثاني أفضل مدونة")" باعتبارها أحد منافذ المعلومات السلبية المحتملة.

143. في هذا العرض، قالت شركة ألب لمطر: "إذا أعطيتمونا الضوء الأخضر، *فإننا نعتقد أننا قد نلحق ضررًا بالغًا، إن لم ندمر، بسمعة المجموعات الأوروبية الرئيسية التابعة لجماعة الإخوان المسلمين وقابليتها للاستمرار*، إن لم ندمرها، من خلال اتصالاتنا سريعة الانتشار المسيئة السرية". (تمت إضافة التأكيد).

144. حددت وثيقة داخلية خاصة بشركة ألب مكتوبة في 1 مارس 2018، باسم الملف "arnica 6- Action Plan-I"، خطة شركة ألب لنشر 45 مقالة حول الأهداف التي حددتها في تلك المرحلة، حوالي أربعة مقالات في الأسبوع، وصفحات ويكيبيديا. دعت خطة العمل إلى كتابة 10 مقالات حول شركة لورد إنرجي، ودعت تحديدًا إلى كتابة "مقالة باللغة الإنجليزية" على موقع المدونات الإلكتروني الموجود في سان فرانسيسكو

"Medium" والتي من شأنها ربط شركة لورد إنرجي بتنظيم القاعدة. وذكرت خطة العمل أيضًا "إبلاغ وسائل الإعلام في المملكة المتحدة والولايات المتحدة الأمريكية".

145.   وفي الوقت نفسه، بدأت شركة ألب في إعداد المتآمرين معها للمرحلة التالية من العمليات ضد حازم وشركة لورد إنرجي. في 30 أبريل 2018، صاغت شركة ألب وثيقة تحمل اسم الملف "arnica 6-lorenzo-to do list-20180430"، والتي تضمنت إعداد فيديو "نظرة عامة على الأفراد/المؤسسات/الشركات الرئيسية في الولايات المتحدة الأمريكية والعناصر/الإشاعات المثيرة للاهتمام ... لإظهار قدراتنا من خلال الحصول على معلومات جديدة وملموسة وحديثة في الولايات المتحدة."

146.   في 7 مايو 2018، نشرت شركة ألب "تقريرًا داخليًا سريًّا" عن شركة لورد إنرجي بعنوان "لورد إنرجي: شركة الإخوان المسلمين التجارية الغامضة المرتبطة بتنظيم القاعدة." وادعى التقرير كذبًا مرة أخرى أن شركة لورد إنرجي كانت "أحد كبار المشغلين التابعين لجماعة الإخوان المسلمين في أوروبا ولديها علاقات مع الكيانات المرتبطة بتنظيم القاعدة". كما ناقش التقرير شحنات لورد إنرجي من النفط من الجزائر إلى كوريا الجنوبية وأعمالها مع شركة سوناطراك.

147.   بعد أسبوع واحد، في 15 مايو 2018، صاغت شركة ألب رسالة بريد إلكتروني، بناءً على المعلومات والاعتقاد، أرسلتها إلى نينا ماي، صحفية مستقلة، توجهها لإعداد ثلاثة مقالات عن شركة لورد إنرجي. كتبت شركة ألب نفسها العناوين الرئيسية: "لورد إنرجي: الشركة الغامضة التي تربط بين تنظيم القاعدة وجماعة الإخوان المسلمين"؛ و"شركة لورد إنرجي التجارية المرتبطة بكيانات الإرهاب المحددة من قبل الولايات المتحدة"؛ و"حصري: تمتلك جماعة الإخوان المسلمين شركتها التجارية السويسرية الخاصة."

148.   طلبت شركة ألب من ماي الاطلاع على المواد "الخلفية" التي قدمتها على أنها "الموضوع معقد". كما طلبت شركة ألب من ماي عدم مشاركة التقرير السري و"حذفه بأمان بعد" مراجعته.

149.   كتبت ماي المقالات وفقًا لتوجيهات ألب وقامت بنشرها باسم مستعار. في 31 مايو 2018، أرسلت إلى شركة ألب فاتورة لتسعة مقالات كتبتها "عبر ثلاثة مشاريع"، خمسة منها اتهمت فيها شركة لورد إنرجي زورًا بانتماءات إرهابية. أحد المقالات بعنوان "شركة لورد إنرجي ترتبط بكيانات إرهابية معينة في الولايات

48

المتحدة". وهناك عنوان آخر بعنوان "رويترز تفتقد وجود علاقة إرهابية كبيرة في تغطية النفط: القصة الحقيقية

لشركة لورد إنرجي السويسرية." نُشِرَت هذه المقالة على موقع المدونات الإلكتروني WordPress في الولايات

المتحدة. وزعمت المقالة كذباً أن حازم "تولى" أعمال والده، وخلصت كذباً إلى أن "علاقات شركة لورد إنرجي

بجماعة الإخوان المسلمين – والإسلام المتطرف والممولين – قوية". قد يتم فرض 250 جنيهًا إسترلينيًا في اليوم. بلغ

إجمالي المبلغ المستحق 1,140 جنيه إسترليني.

<div dir="rtl">

## نينا ماي
### الكتابة والتحرير



| | |
|---|---|
| إلى: | شركة ألب سيرفسيز إس أيه<br>رو دي مونت تشويسي 36<br>1207 جنيف<br>سويسرا |
| جهة الاتصال: | ليونيل بادال |
| التاريخ: | 31 مايو 2018 |
| رقم الفاتورة: | 18/16 |
| مرجعكم: | - |
| الوصف الوظيفي: | تسع مقالات في ثلاثة مشاريع (نصف يوم لكل منها): |

1. مع ظهور أول ضحية احتيال لإريك أرنو، تحضر بناته معهد لو روزي الذي يتقاضى 80 ألف جنيه إسترليني سنويًا.
2. لورد إنرجي: الشركة الغامضة التي ترتبط بتنظيم القاعدة وجماعة الإخوان المسلمين
3. حصريًا: تمتلك جماعة الإخوان المسلمين شركتها التجارية السويسرية الخاصة
4. شركة لورد إنرجي ترتبط بكيانات إرهابية معينة في الولايات المتحدة
5. لماذا يجب أن يتم عرض السلسلة القادمة من Homeland في لوجانو
6. رويترز تفتقد وجود علاقة إرهابية كبيرة في تغطية النفط: القصة الحقيقية لشركة لورد إنرجي السويسرية
7. تعرف على أوليفييه كوريول، المصرفي السويسري الذي يقف وراء فضيحة إيرباص المالية
8. مصرفي سويسري في مركز تحقيق إيرباص-مالي
9. أوليفييه كوريول: الاسم الذي يجب معرفته في قضايا الفساد في نيجيريا ومالي

| | |
|---|---|
| السعر: | 250 جنيه إسترليني/اليوم |
| التكاليف/الرسوم الأخرى: | 15 جنيهًا إسترلينيًا رسوم التحويل المصرفي الأجنبي |
| إجمالي المبلغ المستحق: | 1140 جنيه استرليني |

</div>

49

150.   وفي ذلك الشهر، وسعت المؤسسة أيضًا حملتها للاحتيال على البنوك والمؤسسات المالية لتصديق الادعاءات الكاذبة التي اختلقتها بشأن علاقات حازم وشركة لورد إنرجي بالإرهاب، بهدف جعل تلك البنوك تقطع علاقاتها مع حازم وشركة لورد إنرجي، مما أدى إلى منع حصولها على الائتمان.

151.   في 6 يونيو 2018، أرسلت شركة ألب بريدًا إلكترونيًا آخر إلى نينا ماي وصحفيًا مستقلًا آخر مُدرج في كشوف الرواتب، طلبت فيه كتابة "مقالة قصيرة جديدة" عن شركة لورد إنرجي، ركزت هذه المرة على حساباتها في بنك كريدي سويس. وكان من المقرر أن تحمل المقالة عنوان "الامتثال: شركة الإخوان المسلمين لورد إنرجي مرتبطة بكريدي سويس."

152.   بعد أسبوع، في 13 يونيو 2018، أرسلت شركة ألب رسالة بريد إلكتروني حول شركة لورد إنرجي إلى عنوان البريد الإلكتروني للعلاقات الإعلامية في كريدي سويس (media.relations@credit-suisse.com)، تظاهرت فيها بأنها صحفي مستقل واستخدمت الاسم المستعار لوران مارتن. ادعت رسالة البريد الإلكتروني أن شركة لورد إنرجي كانت مرتبطة بالإسلاميين المتطرفين واستشهدت بالقصص التي اختلقتها شركة ألب عن شركة لورد إنرجي. وكان هدف شركة ألب يتمثل في حث كريدي سويس بشكل احتيالي على التوقف عن إقراض حازم وشركة لورد إنرجي، وبالتالي حرمان حازم وشركة لورد إنرجي من الوصول إلى مصدر الائتمان الرئيسي، والذي بدونه لن يتمكنوا من العمل، وحرمان كريدي سويس من العلاقات المصرفية القيّمة ودخل الفائدة.

153.   في 12 يونيو 2018، وباستخدام نفس الاسم المستعار (لوران مارتن)، أرسلت شركة ألب رسائل بريد إلكتروني إلى وورلد كومبلايانس، وورلد تشيك، Info4C - قواعد بيانات الامتثال لمخاطر البنوك الرئيسية - مدعيةً أن شركة لورد إنرجي "مرتبطة بشكل مباشر بالإسلاميين المتطرفين". استشهدت شركة ألب مرة أخرى ببعض المقالات التي اختلقتها عن شركة لورد إنرجي، بما في ذلك المقالة التي كتبها بيسون في صحيفة لوتان بتاريخ 5 يناير 2018. وخلصت رسالة البريد الإلكتروني إلى أنه "نظرًا للوائح مكافحة تمويل الإرهاب، يبدو من الواضح رؤية اسم شركة لورد إنرجي" في قواعد البيانات.

154.   استنادًا إلى تقرير شركة ألب، تمت إضافة حازم وشركة لورد إنرجي والموظف في شركة ألب

يوسف همت إلى وورلد تشيك تحت فئة مخاطر "الإرهاب" فيما يتعلق "بالروابط المشتبه بها مع جماعة الإخوان المسلمين".



155.   قواعد البيانات هذه ليست مجرد غرف مقاصة عامة لتظلمات الأعمال. فهم يربطون قوائم العقوبات والحظر، ويراقبون القوائم التنظيمية وقوائم الإنفاذ، ويجمعون قوائمهم السوداء الفعلية للأفراد والكيانات عالية المخاطر، مع التركيز بشكل خاص على الإرهاب والجريمة المنظمة والاحتيال. وتُعد قواعد

البيانات هذه مملوكة لشركات حسنة السمعة تثق بها البنوك لتوفير معلومات دقيقة ومحدثة. على سبيل المثال، تم الاستحواذ على وورلد كومبلاينس في عام 2013 من قبل شركة ليكسيس نيكسيس ريسك سوليوشنز، التي يقع مقرها الرئيسي في أتلانتا، جورجيا.[18] استحوذت تومسون رويترز على شركة وورلد تشيك في عام 2011، وهي شركة يتم تداول أسهمها علنًا في بورصة نيويورك ولها العديد من المكاتب في جميع أنحاء الولايات المتحدة.[19] ثم تعتمد البنوك على قواعد البيانات هذه عند إجراء العناية الواجبة بشأن العملاء الحاليين والمحتملين. يمكن أن يكون الظهور في قائمة وورلد كومبلاينس أو وورلد تشيك مميتًا لأي عمل من أي نوع، ولكن خاصةً في أعمال النفط، حيث تكون القروض المصرفية الكبيرة ضرورية لتمويل العمليات وتكون مصالح الأمن القومي على المحك.

156.    كانت شركة ألب تعرف كل هذا. في يونيو 2018، أعدت تقرير "تحديث عاجل" "سري للغاية"، ينص على ما يلي: "لقد علمنا من مصدر سري أنه بعد اتصالنا سريع الانتشار، تواجه شركة [لورد إنرجي] مشاكل خطيرة مع البنوك الغربية لتلقي الائتمانات. ويبدو أنه تم وضعها في قائمة مراقبة تستخدمها البنوك. وتشعر البنوك بالقلق إزاء علاقاتها بالإسلاميين المتطرفين." بناءً على المعلومات والاعتقاد، شاركت شركة ألب هذا التقرير مع دولة الإمارات العربية المتحدة ومسؤوليها عبر البريد الإلكتروني.

157.    عندما علم حازم أنه قد تم تعيينه من قبل وورلد تشيك، أرسل رسالة بريد إلكتروني إلى وورلد تشيك في 2 يوليو 2018 لإبلاغها بوجود "جهود تشهير مستمرة" و"غير معروفة" ضده وضد شركة لورد إنيرجي وطلب منها الإفصاح عن "جميع الباحثين المشاركين في وضع [حازم وشركة لورد إنرجي وهمت] في نظام [وورلد تشيك]، إلى جانب جميع روابطهم المهنية." ردت وورلد تشيك بعد أسبوع في 9 يوليو معترفة بحدوث "خطأ". ومع ذلك، أحبطت وورلد تشيك جهود حازم للتعرف على المشاهير المجهولين من خلال رفض طلب حازم التعرف على الباحثين الذين عملوا على ملفه الشخصي.

---

[18] ريلكس، شركة ليكسيس نيكسيس تستحوذ على وورلد كومبلاينس، المزود الرائد لحلول الامتثال ومكافحة غسيل الأموال العالمية (7 أغسطس 2013)، https://www.relx.com/media/press- releases/archive/07-08-2013.

[19] تومسون رويترز، تومسون رويترز تستحوذ على وورلد تشيك (16 مايو 2011)، https://ir.thomsonreuters.com/news-releases/news-release-details/thomson-reuters-acquires- world-check؛ تومسون رويترز، التقرير السنوي لعام 2022، https://ir.thomsonreuters.com/static-files/c8f80e59-857a-4312-a478-e7dc1e206891.

*يقاوم حازم، وتضاعف المؤسسة جهودها.*

158.   في هذه المرحلة، علم حازم أنه كان ضحية لجهود متضافرة لتشهير اسمه من خلال ربطه وشركته بالإرهاب بشكل خاطئ. كان يعتقد أنه يتم استهدافه من قبل شركة تجارة سلع منافسة. ومع ذلك، لم يكن بإمكانه أن يتخيل نطاق أو حجم المخطط ضده. لم يكن ليتخيل أبدًا في أسوأ أحلامه أن يتعرض لمؤامرة ضخمة دبرتها الإمارات العربية المتحدة وكبار مسؤوليها الذين كانوا يتواطؤون مع شركة تحقيق خاصة وشبكة مصادرها وصحفيين وأكاديميين لديها لنشر ادعاءات كاذبة وتدمير أعمال حازم وسمعته.

159.   في ربيع وصيف 2018، حاول حازم توضيح اسمه وتحديد الأطراف المسؤولة عن إصدار البيانات الكاذبة عنه. تعاقد حازم مع شركة المحاماة البريطانية كارتر-روك وأرسل خطابات قانونية إلى بعض المنافذ التي نشرت بيانات كاذبة وتشهيرية عنه يطالبها فيها بالتراجع عن البيانات وتزويده بمعلومات عن الأطراف المسؤولة عن كتابتها. على سبيل المثال، في 28 مايو ومرة أخرى في 30 مايو 2018، أرسل حازم بريدًا إلكترونيًا إلى عنوان البريد الإلكتروني لجهة الاتصال (contact@mediapart.fr) لموقع المدونات الفرنسي "ميديا بارت" بخصوص مقالة نُشرت على ميديا بارت بعنوان "لورد إنرجي إس أيه: الشبكات المالية للإخوان المسلمين في سويسرا لا تزال قائمة". وأخطر حازم ميديا بارت بأن المقالة "تحتوي على معلومات مضللة"، وطالب ميديا بارت "بإزالة" المقالة و"تزويده بالتفاصيل المتعلقة بالشخص الذي كتب هذه المقالة، التي تشتمل على دلالات تشهيرية قوية ضد شركتنا". رفضت ميديا بارت ذلك.

160.   كما أرسلت كارتر-روك، نيابةً عن حازم، خطابات طلب تراجع مماثلة إلى أفريكا إنتليجنس، لوتان، ووردبريس، وغيرها من المواقع الإلكترونية. في 21 يونيو 2018، قدم حازم أيضًا تقريرًا إلى WordPress بشأن انتهاكات شروط الخدمة من خلال المدونة http://lordenergy.wordpress.com. وأوضح حازم أن المدونة تحتوي على "محتوى غير دقيق للغاية" وتهدف إلى تدمير أعمال لورد إنرجي. وأبلغ WordPress بأنه حاول الاتصال بمالك الموقع لإزالة المحتوى المسيء دون جدوى. لذلك طلب أن يقوم WordPress بحذف المدونة. ورد WordPress بأنه لن يحذف المدونة دون "أمر محكمة أمريكية أو أمر أجنبي معترف به من قبل محكمة ولاية كاليفورنيا أو محكمة فيدرالية، فيما يتعلق بهذا المحتوى المحدد". وقدم حازم تقارير مماثلة إلى WordPress

53

يطلب فيها حذف المدونة في عامي 2020 و2021. لكن WordPress استمر في رفض القيام بذلك.

161.    عندما أدركت شركة ألب أن حازم يتخذ خطوات إيجابية لمحاولة مواجهة حملة المعلومات المضللة للمؤسسة، كثفت شركة ألب جهودها. في "تحديث عاجل" لدولة الإمارات العربية المتحدة في 6 يونيو 2018، كتبت شركة ألب أن كارتر-روك وحازم نجحا في إزالة مقالين عبر الإنترنت؛ ومع ذلك، خططت شرك ألب "لإعادة نشرهما في مكان آخر في الأيام القادمة". حذرت شركة ألب أيضًا من أن حازم "من المحتمل أن يبدأ إجراءات قانونية في المملكة المتحدة"، ولكن شركة ألب لم تكن قلقة لأن "عملها لا يزال سري تمامًا".

162.    تفاخرت شركة ألب بأن [لورد إنرجي] "تواجه مشاكل خطيرة مع البنوك الغربية لتلقي الائتمانات بعد اتصالاتنا سريعة الانتشار. ويبدو أنه تم وضعها في قائمة مراقبة تستخدمها البنوك. وتشعر البنوك بالقلق إزاء علاقاتها بالإسلاميين المتطرفين." خلصت شركة ألب إلى ما يلي: "هذه كلها أخبار جيدة: يبدو أن إجراءاتنا سريعة الانتشار ناجحة: 1) تواجه شركة لورد إنرجي مشاكل خطيرة في عملياتها التجارية و2) تنتشر بسرعة كبيرة، مع تركيز أشخاص جدد على الشركة".

163.    في أوائل يونيو 2018، نشرت شركة ألب مقالة باللغة الفرنسية في ويكيبيديا عن شركة لورد إنرجي تضمنت قسمًا "للنقاط المثيرة للجدل" يتهم الشركة وموظفيها زورًا بالروابط الإرهابية. وعلى وجه التحديد، ذكرت المقالة أن والد حازم كان "سفيرًا سريًا لجماعة الإخوان المسلمين"؛ وأن المنظمة الطلابية التي ينتمي إليها همت، المنتدى الإسلامي الأوروبي للشباب والطلاب، كانت "تُعتبر قريبة من الإخوان المسلمين"؛ وأن شركة لورد إنرجي كان لديها "صلات بحركة الإخوان المسلمين"؛ وأن ديفيد بيكاردو كان "إسلاميًا إيطاليًا"؛ وأن فاطمة إمامة كانت "مرتبطة بالشركات الأمريكية والشركات الخاضعة لعقوبات الأمم المتحدة". استشهدت المقالة بالمقالة التي نشرها بيسون في صحيفة لوتان بتاريخ 5 يناير 2018، ومواد أخرى صمّمتها شركة ألب.

164.    سعى حازم إلى تصحيح صفحة ويكيبيديا ووجد نفسه في "حرب التحرير" لأن شركة ألب كان لديها محرر ويكيبيديا يُدعى بيديفور مُدرج في كشوف الرواتب. رفض بيديفور محاولات حازم لتصحيح المقالة. عندما حاول حازم تحرير صفحة ويكيبيديا عن طريق إزالة المعلومات الكاذبة وإضافة قسم يوضح أن شركة لورد إنرجي تسعى إلى اتخاذ إجراء قانوني ضد مختلف وسائل الإعلام المسؤولة عن نشر ادعاءات كاذبة عنه، رفض

بيديفور مراجعات حازم وأرسل له رسالة ويكيبيديا تطلب منه إثبات الإجراء القانوني.

165.  أبلغ حازم بيديفور أن شركة لورد إنرجي قد تعاقدت مع شركة محاماة للتشهير لرفع دعوى قانونية ضد صحيفة لوتان وأفريكا إنتلجينس وميديا بارت. وأشار حازم إلى أن بيسون قد راجع مقاله في صحيفة لوتان، وكان حازم يتفاوض مع أفريكا إنتلجينس لتصحيح مقاله. وأشار حازم أيضًا إلى أن بعض المقترحات الواردة في مقالة ويكيبيديا لم تكن مدعومة بالمصادر المذكورة. لم يهم أي من ذلك.

166.  في "تحديث عاجل" آخر "سري للغاية" لدولة الإمارات العربية المتحدة في 13 يونيو 2018، كتبت شركة ألب أن "صفحة ويكيبيديا الفرنسية لشركة لورد إنرجي قد تعرضت للهجوم ثماني مرات من قبل مستخدم ... حاول إزالة كل المحتوى الهام الذي أنشأناه." لكن شركة ألب "تفاعلت بسرعة" من خلال حظر المستخدم، و"طلبت مساعدة من مشرفين ودودين" (أي بيديفور) "الذين واجهوا الهجمات المتكررة". طمأنت شركة ألب دولة الإمارات العربية المتحدة أنه على الرغم من أن حازم بذل "محاولة إضافية لإزالة المحتوى النقدي"، إلا أن شركة ألب وبيديفور تمكنا من "إعادة المعلومات".

167.  وأكدت شركة ألب أن "هدفها يظل شل" شركة لورد إنرجي وأوجزت خطتها للقيام بذلك، بما في ذلك عن طريق إنشاء مقالات ويكيبيديا جديدة لشركة لورد إنرجي باللغتين الإنجليزية والإيطالية، وإنشاء مقالات ويكيبيديا لحازم وهمت، و"إبلاغ بنك [لورد إنرجي] وكريدي سويس وقواعد بيانات الامتثال حول مخاطر العمل مع شركة لورد إنرجي".

168.  في تحديث آخر مماثل لدولة الإمارات العربية المتحدة، أشارت شركة ألب على وجه التحديد إلى أن "مقالاتها الكاذبة [كانت] مرئية في Google USA". وأفادت شركة ألب أيضًا أنه نظرًا لجهودها المبذولة لتحسين محرك البحث، اقترحت جوجل تلقائيًا مصطلحات البحث "lord energy muslim brotherhood" عند كتابة "lord energy" في شريط بحث Google. وأكدت شركة ألب على أن شركة لورد إنرجي "اعتادت أن يُنظر إليه على أنها شركة جادة لتجارة السلع ولها أعمال مشروعة"، ولكن "بسبب أفعالنا، تم الكشف اليوم عنًا عن شركة لورد إنرجي باعتبارها شركة مثيرة للجدل تابعة للإخوان المسلمين ولها علاقات بتمويل الإرهاب والأنشطة الغامضة".

169. ولزيادة تخفيف الضرر الذي تسببت فيه حملة التشهير التي قامت بها المؤسسة، أرسل حازم رسائل بريد إلكتروني في الفترة ما بين 13 و22 يونيو 2018 إلى العديد من المؤسسات المالية التي اقترضت منها شركة لورد إنرجي، بالإضافة إلى بعض الأطراف المقابلة وشركاء الأعمال لدى شركة لورد إنرجي، مرفقًا بها خطابًا ووثائق داعمة لدحض كذب المؤسسة. أرسل حازم هذه المعلومات إلى بنك يو بي إس وإكسون موبيل وآي إن جي وماري شيبينج وناتيكسيس وسويس كارد وبي آر سي شيب بروكرز وجي إس كالتيكس وليتاسكو. كما أرسل الخطاب والوثائق الداعمة إلى جوليا باين، صحفية رويترز التي كتبت بشكل إيجابي عن شركة لورد إنرجي قبل أسابيع فقط.

170. وأوضح حازم في خطابه: "كان الجهد الأخير لتشويه سمعة شركتنا والتشهير بها... يخضع لمحاولة تقويض عملنا والتواجد المتزايد في سوق النفط." وأشار إلى أنه، كجزء من "الجهد المتضافر"، "هاجمت المقالات الأخيرة موظفي [شركة لورد إنرجي]، مع إيلاء اهتمام خاص للموظفين المسلمين". كتب حازم، على افتراض أن شركة تجارية منافسة هي المسؤولة، أنه "من المزعج رؤية... الحقائق التي يتم تحريفها من قبل منافسي [لورد إنرجي] وإعدائها لمحاولة إجبارنا على الخروج من السوق بعد النمو والنجاح الذي حققناه من خلال العمل الشاق الذي قمنا به".

*المؤسسة تُفلس حازم وشركاته.*

171. لم تكن جهود حازم لدحض الادعاءات الكاذبة للمؤسسة كافية. وقد قاومت المؤسسة الإجراءات التي اتخذها حازم من خلال الاستمرار في ملء الإنترنت بمقالات تتناول السرد غير الصحيح الذي توصلت إليه المؤسسة بأن حازم وشركة لورد إنرجي كان لهما علاقات بالإرهاب.

172. في 4 يونيو 2018، نشرت المؤسسة مقالاً بعنوان "لورد إنرجي إس أيه: تمتلك جماعة الإخوان المسلمين شركتها التجارية الخاصة" على موقع Tumblr، وهو موقع للتدوين والتواصل الاجتماعي يقع مقره الرئيسي في نيويورك. أكدت المقالة كذبًا، من بين أمور أخرى، أن حازم "يستمر في دعم الشبكة" وأن "شركة لورد إنرجي هي واجهة لتمويل الإخوان المسلمين من خلال بيع النفط الخام من شمال أفريقيا".

173. في 6 يونيو 2018، نشرت المؤسسة مقالة بعنوان "لورد إنرجي: الشركة الغامضة التي تربط

56

تنظيم القاعدة والإخوان المسلمين" على WordPress، وهو موقع إلكتروني آخر للتدوين في الولايات المتحدة.

174.    في 7 يونيو 2018، نشرت المؤسسة مقالًا بعنوان "لماذا يجب أن تعرض السلسلة التالية من Homeland في لوجانو وأن تتضمن لورد إنرجي" على موقع Live Journal، وهو موقع إلكتروني مملوك لروسيا وله مكتب في كاليفورنيا. أكدت المقالة كذبًا، من بين أمور أخرى، أن "أرباح شركة لورد إنرجي تذهب إلى منظمة متأصلة بعمق في جماعة الإخوان المسلمين، ولها علاقات قديمة مع تنظيم القاعدة. ومن غير المستغرب أن وكالة الاستخبارات السويسرية تحقق في أنشطتها." نسبت المقالة المعلومات إلى بيسون، مشيرةً إلى أنه "أحد أكثر الخبراء موثوقية في العالم في الإسلام المتطرف".

175.    في 8 يونيو 2018، نشرت شركة ألب مقالة بعنوان "رويترز تفتقد رابطًا إرهابيًا كبيرًا في التغطية النفطية: القصة الحقيقية لشركة التجارة السويسرية لورد إنرجي" على WordPress.

176.    في 30 يونيو 2018، نشرت ألب المقالة التي ترعاها والتي كلفت ماي بكتابتها في وقت سابق من ذلك الشهر بعنوان "الامتثال: شركة الإخوان المسلمين التجارية لورد إنرجي مرتبطة بكريدي سويس" على Medium، الذي يقع مقره الرئيسي في سان فرانسيسكو، كاليفورنيا ويستضيف بياناته في جميع أنحاء الولايات المتحدة.[20] ادعت المقالة كذباً أن شركة لورد إنرجي "تخضع على ما يبدو للمراقبة من قبل وكالة الاستخبارات السويسرية" وشككت في امتثال بنك كريدي سويس للقوانين الأمريكية، مشيرةً إلى أن "شركة لورد إنرجي، وهي شركة سويسرية لها علاقات قوية مع جماعة الإخوان المسلمين والمتعاطفين مع تنظيم القاعدة، تمتلك أصول كبيرة في بنك كريدي سويس، مما يثير تساؤلات حول الامتثال وحوكمة الشركات في العملاق المصرفي. ... على الرغم من أن بنك كريدي سويس اضطر بالفعل إلى دفع 536 مليون دولار لتسوية التغييرات التي انتهك فيها عقوبات [الولايات المتحدة] المفروضة على إيران، إلا أن هذه الإفصاحات بشأن شركة لورد إنرجي قد تعرض البنك إلى مشكلة مع وزارة الخزانة [الأمريكية]."

---

[20] *الأسئلة الشائعة حول حماية البيانات للمستخدمين الأوروبيين*، Medium ("يقع مقر Medium في الولايات المتحدة. باستخدامك لخدمات Medium، فإنك تفوض Medium بنقل معلوماتك وتخزينها واستخدامها في الولايات المتحدة وأي بلد آخر نعمل فيه.")،
https://help.medium.com/hc/en- us/articles/360005037173-Data-Protection-FAQ-for-European-
Users#:~:text=In%20what%20country%20does%20Medium,other%20country%20where%20we%20Opera.

177.‎ يُزعم أن المقالة كتبتها بريندا أوينز. بناءً على المعلومات والاعتقاد، فإن بريندا أوينز ليست شخصًا حقيقيًا - إنه اسم مستعار تستخدمه المؤسسة لإخفاء الهويات الحقيقية لأولئك المسؤولين عن المقالة الزائفة. في يوليو 2018، قام حازم بتعيين شركة الاستخبارات الرقمية وإدارة السمعة عبر الإنترنت، ديجيتاليس، لتحليل بعض المقالات والمدونات الزائفة عنه وعن شركة لورد إنرجي، بما في ذلك المدونة التي أنشأتها المؤسسة على WordPress (https://lordenergy.wordpress.com) ومقالة 30 يونيو 2018 على Medium. لم تتمكن شركة ديجيتاليس من تحديد هويات أي من مؤلفي أو مالكي مدونة WordPress. ومع ذلك، فقد خلصت إلى أن مدونة WordPress والمقالة على Medium تمت كتابتهما بطريقة مماثلة، مما يشير إلى أن نفس الشخص (الأشخاص) كان مسؤولاً عن كلا المنشورين. وخلصت شركة ديجيتاليس أيضًا إلى أن بريندا أوينز، المؤلفة المفترضة للمقالة على Medium، لم تكن على الأرجح شخصًا حقيقيًا.

178.‎ بالإضافة إلى ذلك، كان هناك العديد من القوائم التي تحتوي على معلومات تسجيل الدخول لمختلف المدونات والمواقع الإلكترونية التي استخدمتها شركة ألب لنشر معلوماتها المضللة، من بين الوثائق التي تم الحصول عليها من خلال التسلل. وشملت هذه المدونات والمواقع الإلكترونية WordPress وMedium وTumblr وLive Journal وWikipedia. أدرجت شركة ألب، بجانب معلومات تسجيل الدخول، "الأسماء" (بالتأكيد تقريبًا الأسماء المستعارة) المرتبطة بكل حساب. أحدهما كان "بريندا أوينز".

179.‎ استمرت المؤسسة في نشر مقالات إضافية طوال فصل الصيف والخريف عام 2018. في 22 أغسطس 2018، على سبيل المثال، كان لدى المؤسسة مقالة كتبتها نينا ماي تحت اسم مستعار "فرح أحمد" نُشرت على موقع Medium. وقد اتهمت المقالة التي كانت بعنوان "كيف يمول الاتحاد الأوروبي منظمة الشباب "المنتدى الإسلامي الأوروبي للشباب والطلاب" التابعة لجماعة الإخوان المسلمين"، شركة لورد إنرجي كذبًا بأنها "أداة تمويل جديدة لجماعة الإخوان المسلمين". في 3 سبتمبر 2018، نشرت الشركة مقالة أخرى كتبتها نينا ماي على WordPress. وكانت بعنوان "اعرف عميلك: شركة لورد إنرجي التجارية المرتبطة بجماعة الإخوان المسلمين."

180.‎ كما سعت المؤسسة أيضًا إلى الاحتيال على الصحفيين الرئيسيين، بما في ذلك في الولايات المتحدة، وحثهم على تكرار وإعادة نشر الأكاذيب التي لفقتها المؤسسة حول حازم وشركة لورد إنرجي. في الفترة

ما بين 7 يونيو و19 يونيو 2018، استخدمت شركة ألب حساب Protonmail آمن ومشفر تحت اسم مستعار "إيفان دوسيت" لإرسال 12 رسالة بريد إلكتروني تحمل عنوان "لورد إنرجي إس أيه - تمويل الإرهاب (سري)" إلى المراسلين من المنافذ الإعلامية الكائنة في الولايات المتحدة *بلومبيرج* و*أكسيوس* والمنافذ الإعلامية الكائنة في المملكة المتحدة *ذا صنداي تايمز، ذا أوبزرفر، ذا جارديان، فاينانشال تايمز، ذا صن* - التي تملكها في النهاية شركة نيوز كورب الإعلامية الكائنة في الولايات المتحدة - وصحيفة *ذا تايمز*.

181.   في 8 يونيو 2018، أرسلت شركة ألب نفس البريد الإلكتروني إلى بلاتس، إحدى الوكالات البارزة للإبلاغ عن أسعار النفط الخام، المملوكة لشركة ستاندرد آند بورز جلوبال. بناءً على المعلومات والاعتقاد، أدت رسالة البريد الإلكتروني المرسلة من المؤسسة إلى بلاتس إلى رفض بلاتس لطلب لورد إنرجي بالترقية للمشاركة في عملية تقييم السوق عند الإغلاق الخاصة بوكالة بلاتس، والتي تُجرى في هيوستن ولندن وسنغافورة الساعة 4:30 مساءً بالتوقيت المحلي في كل منطقة زمنية يوميًا. تتم إدارة عملية الموافقة على بلاتس جزئيًا من الولايات المتحدة.

182.   في 7 يونيو و19 يونيو 2018، أرسلت شركة ألب نفس البريد الإلكتروني إلى مراسل رويترز جوليا باين.

183.   يحتوي نص البريد الإلكتروني الذي نشرته شركة ألب على نطاق واسع على وسائل الإعلام في الولايات المتحدة والمملكة المتحدة ووكالة رئيسية للإبلاغ عن أسعار النفط الخام على روابط للعديد من المقالات التي تمت اختلاقها سابقًا. وأشار البريد الإلكتروني أيضًا إلى أنه "كنتيجة لمقالة لوتان" - وهي مقالة طلبت المؤسسة من بيسون كتابتها ودفعت مقابلها - "على ما يبدو أن شركة لورد إنرجي قد تم إدراجها في القائمة السوداء من قبل البنوك (بموجب لوائح تمويل الإرهاب)".

184.   كما صاغت المؤسسة وقدمت إلى مقالات ويكيبيديا باللغة الإنجليزية والإيطالية تتهم زورًا حازم وشركة لورد إنرجي بالتورط في تمويل جماعة الإخوان المسلمين والإرهاب. في 18 يونيو 2018 و6 يوليو 2018، أرسل موظف ألب، ريان حسين، عبر البريد الإلكتروني مسودات لمقالات ويكيبيديا باللغة الفرنسية حول حازم وشركة لورد إنرجي إلى بادال وبريرو وكافين وغيرهم من موظفي شركة ألب للموافقة عليه. بالطبع،

استشهدت مسودة المقالة هذه بالمواد الأخرى التي كلفت بها المؤسسة سابقًا، بما في ذلك مقالة بيسون في 5 يناير 2018 في صحيفة لوتان.

185. ادعت مقالات ويكيبيديا الإنجليزية والفرنسية كذبًا ما يلي: "حازم ندا... الذي وصفه الصحيفة السويسرية لوتان بأنه "السفير السري لجماعة الإخوان المسلمين"، أسس شركة لورد إنرجي إس أيه"، و"وفقًا لمقالة في صحيفة لوتان، عادت الشبكات القديمة لجماعة الإخوان المسلمين إلى الظهور في سويسرا من خلال الشركة التجارية لورد إنرجي. وبينما تنفي شركة لورد إنرجي أي روابط مع الإخوان المسلمين، أشارت لوتان إلى أن العديد من مديريها كانوا مسلمين إسلاميين مقربين من جماعة الإخوان المسلمين".

186. ولإضافة قدر رفيع من الشرعية إلى هذه الادعاءات الزائفة، استشهدت مقالات ويكيبيديا أيضًا بلورينزو فيدينو. وقالوا: "وفقًا لما ذكره الدكتور لورينزو جي فيدينو، من الصعب تحديد أعضاء جماعة الإخوان المسلمين حيث أن هناك "جهدًا واعيًا من جانب الإخوان الغربيين للتقليل من أو حتى إنكار روابطهم الأيديولوجية بجماعة الإخوان المسلمين"، قبل إضافة أن يتم اعتبار المنتدى الإسلامي الأوروبي للشباب والطلاب بمثابة "مبادرة وتنظيم إخواني عابر للحدود الوطنية".

**تظل دولة الإمارات العربية المتحدة ومسؤولوها على اتصال وثيق مع شركة ألب وبريرو وكافين وبادال فيما يتعلق بوضع عمليات المؤسسة وأثرها ضد حازم وشركة لورد إنرجي.**

187. طوال عامي 2018 و2019، تواصلت شركة ألب بشكل روتيني مع دولة الإمارات العربية المتحدة ومسؤوليها وأبقتهم على علم بوضع عمليات المؤسسة وأثرها ضد حازم وشركة لورد إنرجي والأهداف الأخرى من خلال "التقارير الموجزة" و"خطط العمل" و"تقييمات الأثر" المنتظمة. كما أنشأت شركة ألب "مراجعات صحفية" تسرد العشرات من المقالات التي اختلقتها شركة ألب، بما في ذلك العديد من المقالات حول حازم وشركة لورد إنرجي.

188. فعلى سبيل المثال، أعدت شركة ألب "تقريرًا موجزًا - تقييم الأثر" في 23 يوليو 2018، والذي وصف "الاتصالات سريعة الانتشار وعمليات الضغط السرية على 10 أهداف رئيسية"، بما في ذلك شركة لورد إنرجي، وأرسلته، بناءً على المعلومات والاعتقاد، إلى دولة الإمارات العربية المتحدة.

189. وفيما يتعلق بشركة لورد إنرجي على وجه التحديد، أشار التقرير إلى أنه "من خلال أفعالنا، تم الكشف اليوم علنًا عن شركة لورد إنرجي باعتبارها شركة مثيرة للجدل تابعة لجماعة الإخوان المسلمين ولها علاقات بتمويل الإرهاب والأنشطة الغامضة. كشفت صفحتنا على ويكيبيديا عن الروابط المختلفة بين المسؤولين التنفيذيين للشركة والأفراد والكيانات المرتبطة بتنظيم القاعدة." على الرغم من أن رد فعل شركة "لورد إنرجي" كان غاضبًا على صفحة ويكيبيديا الفرنسية، إلا أن ألب "انتصر" في "المعركة".



190. تفاخرت شركة ألب بأنه "من خلال ممارسة ضغط خفي مكثف على مدار شهرين"، كان "يمكن إضافة أسماء شركة لورد إنرجي ويوسف همت وحازم ندا إلى قاعدة بيانات الامتثال الأكثر تأثيرًا في العالم وورلد تشيك" تحت فئة "الإرهاب". ووفقًا لمصادر شركة ألب، "في حين كان من المتوقع أن تزيد شركة لورد إنرجي من عملياتها وإيراداتها، فإنها تواجه الآن مشكلات خطيرة بسبب هذه التصريحات المحرجة والضارة".







191.   لم تسعَ شركة ألب فقط إلى قطع علاقات شركة لورد إنرجي مع المؤسسات المالية من خلال حث وورلد تشيك بشكل احتيالي على إضافة شركة لورد إنرجي وحازم وهمت إلى قاعدة بياناتها ضمن فئة مخاطر الإرهاب، ولكن شركة ألب "تواصلت أيضًا مع [كريدي سويس] من خلال ملف تعريف "صحفي مستقل"، وأبلغته بأن لورد إنرجي "تفرض ضغط على البنك وطالبته بغلق حسابات الشركة". وعلقت شركة ألب بأن مصادرها "أبلغت لاحقًا أن حسابات شركة لورد إنرجي "قامت البنوك بتجميدها".



192.   حدد التقرير أيضًا سبع "دراسات حالة جديدة" يمكن للمؤسسة استهدافها في "المرحلة التالية" من مخطط المعلومات المضللة الذي تتبعه. وأشارت شركة ألب إلى أنه "كالعادة كانت جميع أفعالنا سرية للغاية وظللنا نعمل في الخفاء".

193.   في التقرير الصادر بعنوان "التقرير الموجز - تقييم الأثر" بتاريخ 6 أغسطس 2018، أوضحت ألب أيضًا لدولة الإمارات العربية المتحدة كيف "استخدمت وسائل التواصل الاجتماعي وتقنيات تحسين محركات البحث" (تحسين محركات البحث') لتعزيز ظهور أفعالنا"، ونتيجة لذلك، كانت العديد من المقالات التي قامت المؤسسة بتلفيقها "ظاهرة" في الصفحات الثلاث الأولى من "Google USA".



194.    كما سمح "تدخل شركة ألب" أيضًا بربط جماعة الإخوان المسلمين بالشركة من خلال اقتراح

نتيجة ذات صلة تلقائيًا على Google عند كتابة كلمة "Lord Energy".



195.    وفي تحديث مماثل، والذي، بناءً على المعلومات والاعتقاد، أرسلته شركة ألب عبر البريد

الإلكتروني إلى دولة الإمارات العربية المتحدة وبعض مسؤوليها في 6 نوفمبر 2018، تفاخرت ألب بأنه "[]" وبعد

أحدث أفعالنا، يربط Google الآن شركة لورد إنرجي بالإرهاب، وحازم ندا بـ [جماعة الإخوان المسلمين]

مباشرةً. والأهم من ذلك، أطلق كل من شركة لورد إنرجي وحازم ندا هجمات مضادة: فهم ينشرون الآن مقالات

63

إيجابية مزيفة في محاولة يائسة "لتنظيف" سمعتهم على الإنترنت، والتي تصدينا لها بمزيد من المقالات السلبية".

| اعرف عميلك: شركة لورد إنرجي التجارية المرتبطة بجماعة الإخوان المسلمين |  | **05 لورد إنرجي وحازم ندا**<br>>> بعد خطواتنا الأخيرة، يربط Google الآن لورد إنرجي **بالإرهاب**، وحازم ندا بجماعة الإخوان المسلمين مباشرة.<br>>> والأهم من ذلك، أطلق كل من شركة لورد إنرجي وحازم ندا هجمات مضادة: فهم ينشرون الآن مقالات إيجابية مزيفة في محاولة يائسة "لتنظيف" سمعتهم على الإنترنت، والتي تصدينا لها بمزيد من المقالات السلبية. |

196. كان مطر نقطة الاتصال الرئيسية لشركة ألب. وكثيرًا ما تواصل بريرو وبادال مع مطر عبر الهاتف ورسائل WhatsApp ورسائل البريد الإلكتروني. وكانت الطريقة الأساسية لشركة ألب للتواصل مع مطر والمسؤولين الإماراتيين الآخرين هي من خلال حسابات بريد إلكتروني Protonmail آمنة ومشفرة. حيث استخدمت شركة ألب الحساب، "487563@protonmail.com" واستخدم مطر الحساب، "547321@protonmail.com" ونادرًا ما كان الطرفان يُشيران إلى بعضهما البعض بالاسم، وبدلاً من ذلك يُحييان بعضهما البعض بألقاب مثل "صديقي" أو "صديقي العزيز". وكانت هذه تدابير أمنية واضحة تهدف إلى ضمان إخفاء الأنشطة غير القانونية للمؤسسة، والحفاظ على سرية هويات الأطراف المذنبة.

197. كذلك، اجتمع بريرو وكافين وبادال وغيرهم من موظفي شركة ألب بشكل متكرر شخصيًا مع مطر وعلي ومحمد بن زايد آل نهيان وغيرهم من المسؤولين الإماراتيين. وفي 4 يوليو 2018، أجرى بريرو مكالمة هاتفية مع مطر لتقديم تحديثات عن الوضع. وأخبر مطر بريرو أن فريق بريرو قد قام "بعمل رائع" وأن "الجميع يقدرون ما قمتم به حتى الآن." كما أبلغ مطر بريرو أنه "أبلغ صاحب السمو" "بخطة العمل". وذكر مطر أنه لم يكن متأكدًا مما إذا كانوا "هم" سيزورون بريرو أو سيطلبون منه مقابلتهم في أبوظبي.

198. في 23 يوليو 2018، أجرى مطر مكالمة هاتفية أخرى مع بريرو وبادال، أخبرهما خلالها بأنه "تحدث إلى صاحب السمو و... إنه سعيد جدًا بلقائكم هناك الأسبوع القادم".

199. وفقًا لمحاضر الاجتماعات الداخلية لشركة ألب، في 9 و10 أغسطس 2018، التقى بريرو وموظف آخر في ألب في زيورخ مع مطر ومسؤول آخر في الإمارات العربية المتحدة. وخلال هذا الاجتماع، أبلغ

64

مطر ممثلي شركة ألب أنه "سعيد جدًا بنتائج عمل [ألب] حتى الآن". وقال مطر والمسؤول الآخر أنه "فيما يتعلق بمقترح ألب"، "لم تتاح لهم الفرصة لمناقشته مع "الرئيس الكبير" - يُفترض أنه محمد بن زايد آل نهيان - ولكنهم "سيفعلون ذلك ويبقون ألب على اطلاع". وأخبروا بريرو وموظف شركة ألب الآخر أن "يواصلوا العمل في المسائل الجديدة محاولين تحقيق نفس التأثير كما فعلوا مع لورد إنرجي (قائمة وورلد تشيك، الربط على موقع ويكيبيديا، تعيين محامين بريطانيين...)". واقترح مطر والمسؤول الآخر أن "الأهداف الكبيرة التالية يمكن أن تكون المنتدى الإسلامي الأوروبي للشباب والطلاب (FEMYSO) ومؤسسات جماعة الإخوان المسلمين الأخرى في الاتحاد الأوروبي - وتحتاج ألب إلى العثور على أدلة إضافية". وتضمنت قائمة بنود العمل، إرسال "مطر/علي" "معلومات ألب حول مستشاري أوباما الستة المرتبطين بجماعة الإخوان المسلمين (تقرير سي إن إن)." كما أشار كل من مطر والمسؤول الآخر إلى أنهما سيقدمان لشركة ألب "هاتفًا آمنًا (كاتم) للتواصل معًا".

## حملة التشهير التي شنتها المؤسسة تؤدي إلى تعطيل أعمال شركة لورد إنرجي وعلاقاتها المصرفية.

200.    نجحت حملة المؤسسة "المتواصلة في إعادة تشكيل سمعة [أهدافها] الأولية بشكل خطير" ودمرت كلًا من حازم ولورد إنرجي. ونتيجة لجهود المؤسسة، أنهت العديد من المؤسسات المالية وشركاء الأعمال علاقاتهم القائمة مع لورد إنرجي - والتي بدأت بعضها قبل عقود - ورفض آخرون بدء تعاملات تجارية جديدة معها.

201.    في يوليو 2018، طلبت إكسون موبيل وليتاسكو - وهما شركتان تمارسان أعمالًا مع لورد إنرجي منذ سنوات - من حازم تقديم معلومات لمراجعاتهم الداخلية ومراجعات الامتثال فيما يتعلق "بالتداول مع لورد إنرجي". وتوقفت إكسون موبيل مؤقتًا عن العمل مع لورد إنرجي أثناء إجراء مراجعة الامتثال. وتوقفت ليتاسكو عن العمل مع لورد إنرجي تمامًا.

202.    في نهاية أغسطس 2018، أبرم كوسكي صفقة مع شركة أمريكاز لورد إنرجي لشراء شحنة تبلغ 600,000 برميل من خام غرب تكساس الوسيط في السوق الفورية من محطة في هيوستن، تكساس كانت مقدمة من شركة تجارة السلع الأمريكية، كاسلتون كومودتيز ميرشانت تريدنج إل بي ("كاسلتون كومودتيز تريدنج"). كانت الصفقة - التي تم الوساطة فيها من قبل شركة لينك كرود ريسورسيز ومقرها تكساس - خاضعة لموافقة إدارة الائتمان من قبل شركة كاسلتون كومودتيز تريدنج. في 7 سبتمبر 2018، ردًا على طلب من إدارة الامتثال في شركة كاسلتون كومودتيز تريدنج،

65

أرسل كوسكي إلى شركة كاسلتون كوموديتيز تريدنج التأكيد الأخير من شركة أمريكاز لورد إنرجي على صفقة أبرمتها مع "شركة أمريكية كبرى لشراء النفط الخام الأمريكي". وكانت هذه الصفقة لشركة لورد إنرجي لشراء مليون برميل من النفط الخام من شركة شيفرون الولايات المتحدة الأمريكية في أوائل سبتمبر 2018.

203. بعد أسبوع، في 13 سبتمبر 2018، أرسل تاجر في شركة كاسلتون كوموديتيز تريدنج رسالة إلى كوسكي وأخبره أن "الامتثال [هو] أن نكون أقوياء في كل شيء." وفي النهاية، ألغت شركة كاسلتون كوموديتيز تريدنج الصفقة. بناءً على المعلومات والاعتقاد، أصبحت إدارة الامتثال في شركة كاسلتون كوموديتيز تريدنج على دراية بالادعاءات الكاذبة التي نشرتها المؤسسة حول ارتباط كل من حازم وشركة لورد إنرجي بالإرهاب وقررت أنه كان من المحفوف بالمخاطر للغاية القيام بأعمال مع شركة لورد إنرجي.

204. بحلول منتصف نوفمبر 2018، رفض كل من سوسيتيه جنرال وناتيكسيس وبنك بي سي بي العمل مع شركة لورد إنرجي. وأوضح بنك بي سي بي لشركة لورد إنرجي أنه في حين أن إدارة الامتثال لديه "ليس لديها أي مشكلة مع والد [حازم] (الذي برأته الولايات المتحدة)، إلا أنها "لديها تحفظات تجاه [همت] و[بيكاردو] وفاطمة" ـ وهم ثلاثة موظفين مسلمين لدى لورد إنرجي ادعت المؤسسة كذبًا أنهم تربطهم علاقات بجماعة الإخوان المسلمين أو تنظيم القاعدة أو كليهما.

205. وفقًا لما أقرت به المؤسسة مرارًا وتكرارًا، فقد استهدفت على وجه التحديد وسعت إلى تعطيل علاقة شركة لورد إنرجي مع كريدي سويس. فلم تقم فقط بنشر مقالة على موقع Medium في يونيو 2018 تدعي كذبًا أن لورد إنرجي تتمتع "بعلاقات قوية مع الإخوان المسلمين والمؤيدين لتنظيم القاعدة"، والتي "[أثارت] أسئلة حول الامتثال وحوكمة الشركة لدى " كريدي سويس، بل استخدمت المؤسسة أيضًا اسمًا مستعارًا للاتصال بكريدي سويس مباشرةً والضغط على البنك لإنهاء علاقته مع لورد إنرجي. وقد نجحت هذه الجهود في النهاية. ففي ديسمبر 2018، توقف بنك كريدي سويس عن دعم مراكز التداول الخاصة بشركة لورد إنرجي، وفي فبراير 2019، أغلق حسابات لورد إنرجي رسميًا في البنك.

206. على مدار الأشهر القليلة القادمة، أنهت البنوك والمؤسسات المالية الأخرى علاقاتها مع حازم ولورد إنرجي أو رفضت الدخول في علاقات جديدة. وفي 16 يناير 2019، أنهت شركة بطاقات ائتمان سويسرية،

وهي شركة سويس كارد، حساب شركة لورد إنرجي.

207.   في 25 يناير 2019، أبلغ بنك يو بي إس حازم وهمت بأنه " بعد [[مناقشات] مكثفة وطويلة للغاية مع فرق الامتثال والعناية الواجبة لدينا، قررت [] شركتنا أننا لن نكون في وضع يمكننا من مساعدتكم في تمويل نشاطكم التجاري".

208.   في 8 فبراير 2019، أبلغ بنك يو بي إس حازم بأنه سيغلق حسابه المصرفي الشخصي، الذي كان يحتفظ به لأكثر من 27 عامًا، بالإضافة إلى الحسابات المصرفية الشخصية لوالدة حازم وأخيه.

209.   في 17 أبريل 2019، أنهى بنك ماكواري "اتفاقية تداول العقود الآجلة والمقاصة" مع لورد إنرجي التي كانت سارية منذ عام 2014. وفي 2 ديسمبر 2020، رفضت ماكواري الدخول في علاقة عمل جديدة مع حازم لأنها "لم يكن لديها رغبة في المضي قدمًا في هذه الفرصة" نظرًا للادعاءات الكاذبة التي قدمتها المؤسسة بشأن حازم ولورد إنرجي.

### بسبب الضرر الناجم عن حملة التشهير التي شنتها المؤسسة، لورد إنرجي تغلق شركتها التابعة الأمريكية وتعلن إفلاسها.

210.   بمجرد توقف البنوك عن الإقراض إلى لورد إنرجي، أصبحت أيامها معدودة. ونظرًا للتكاليف المرتفعة للغاية المرتبطة بشراء شحنات النفط الخام، كان الحصول على الائتمان أمرًا ضروريًا. وبدون ائتمان، لا يمكن لشركة لورد إنرجي العمل.

211.   لم يستغرق الأمر وقتًا طويلاً حتى انهارت أعمال لورد إنرجي. واعتبارًا من أكتوبر 2018، قُدرت قيمة شركة لورد إنرجي بنحو 150 مليون دولار. وكان لديها حوالي 60 مليون دولار نقدًا. وبلغت قيمة أصولها الثابتة حوالي 9 ملايين دولار. وبحلول أبريل 2019 - بعد ستة أشهر فقط - كانت شركة لورد إنرجي مثقلة بحوالي 80 مليون دولار من الديون.

212.   في محاولة أخيرة من حازم لإنقاذ شركته، في ديسمبر 2018، نسق معاملة معقدة قامت فيها شركة أمريكاز لورد إنرجي إنك بتحميل سلسلة من الشحنات المشتراة من منتجي النفط الأمريكيين ونقلتها إلى ناقلة خام كبيرة جدًا. وكان للمعاملة خيار السعر الثابت الذي تطلب من شركة أمريكاز لورد إنرجي إنك الحفاظ على

67

مركز ورقي طويل الأجل للتحويل لقيمة نقدية. ومع ذلك، في نهاية الشهر، أغلق كريدي سويس المركز الورقي لشركة لورد إنرجي. بناءً على المعلومات والاعتقاد، لم يتخذ بنك كريدي سويس القرار استنادًا إلى اعتبارات مخاطر السوق، بل لأن كريدي سويس يخشى أن يؤدي الاحتفاظ بهذا المركز إلى جعل البنك يبدو وكأنه يدعم جماعة الإخوان المسلمين. وقد وصلت مسألة إغلاق مركز لورد إنرجي إلى الرئيس التنفيذي لبنك كريدي سويس في ذلك الوقت، تيدجان تيام. ونتيجة لذلك، خسرت لورد إنرجي حوالي 65 مليون دولار. وكانت هذه الخسارة إيذانًا بنهاية لورد إنرجي. وقد أدى مخطط المؤسسة لحث كريدي سويس بشكل احتيالي على التوقف عن إقراض لورد إنرجي إلى تحقيق هدف المؤسسة المتمثل في تدمير لورد إنرجي.

213.   حلّت شركة لورد إنرجي شركتها التابعة الأمريكية، شركة أمريكاز لورد إنرجي إنك، في أبريل 2019. وفي وقت لاحق من ذلك الشهر، تقدمت شركة لورد إنرجي إس أيه بطلب للحماية من الإفلاس في سويسرا.

214.   كنتيجة مباشرة للمخطط غير القانوني للمؤسسة، عانى حازم من خسائر اقتصادية فعلية تبلغ حوالي 150 مليون دولار (أي الفرق بين قيمة شركة لورد إنرجي - التي كان يمتلكها حازم بالكامل - قبل أن تبدأ آثار حملة التشهير وقيمتها بعد أن أدت حملة التشهير إلى إفلاسها). وقبل الآثار المدمرة لحملة التشهير التي شنتها المؤسسة، كانت لورد إنرجي أصلاً قيمًا بالنسبة لحازم كان بإمكانه بيعه بحوالي 150 مليون دولار، ولكن نتيجة لحملة التشهير، أصبح هذا الأصل عديم القيمة.

215.   بشكل منفصل، تكبدت شركة لورد إنرجي خسائر اقتصادية فعلية بلغت حوالي 149 مليون دولار، حيث تحولت ميزانيتها العمومية من قيمة موجبة قدرها 69 مليون دولار في صورة نقد وأصول ثابتة إلى قيمة سالبة قدرها 80 مليون دولار في غمضة عين بمجرد توقف البنوك عن إقراضها وتوقف الأطراف المقابلة عن التعامل معها، كل ذلك بسبب الاتهامات الزائفة التي ادعتها المؤسسة بشأن تورط حازم ولورد إنرجي في تمويل الإرهاب ومع جماعة الإخوان المسلمين.

216.   بالإضافة إلى ذلك، خسر كل من حازم ولورد إنرجي أرباحًا كثيرة على مدار السنوات الخمس الماضية تقريبًا نتيجة لإجبارهما على التوقف عن العمل في أوائل عام 2019 بسبب السلوك غير القانوني للمؤسسة.

ومن الجدير بالذكر أن الأعوام ما بين 2019-2023 كانت أعوام متميزة في قطاع النفط. وعلى سبيل المثال، في نهاية عام 2022، أبلغت بلومبيرج عن تحقيق "مكاسب غير متوقعة لشركة فيتول"، وأنه "عام النجاح الساحق" لشركة ترافيجورا، وسجلت أرباحًا "غير مسبوقة" لشركة جلينكور.



بلومبيرج





217.   في الفترة من 2019 إلى 2022،[21] حققت شركات تجارة النفط الأخرى التي تتنافس معها لورد

إنرجي - مثل فيتول وترافيجورا وجلينكور - متوسط أرباح سنوية قدرها 3.2 ضعف متوسط أرباحها السنوية من

2016-2018. وقد بلغ متوسط الأرباح السنوية لشركة لورد إنرجي من 2016-2018 حوالي 16.8 مليون

دولار. وبضرب ذلك في متوسط الزيادة في الأرباح على مستوى قطاع النفط خلال طفرة زيادة أرباح النفط في

الفترة ما بين 2019-2023 وعدد السنوات التي لم تتمكن فيها شركة لورد إنرجي من العمل ستبلغ قيمة الأرباح

---

[21] لم يتم الإبلاغ بعد عن بيانات كافية لعام 2023.

التي خسرتها حوالي 268.75 مليون دولار. وقد عادت الأرباح في صناعة تجارة النفط حتى الآن في 2024 إلى مستوياتها في الفترة التي سبقت السنة التي شهدت طفرة زيادة الأرباح. وقد خسر حازم أرباح إضافية بقيمة 9.8 مليون دولار أمريكي في الأشهر السبعة الأولى من هذا العام.

218. على الرغم من الضرر الفعلي الذي تسببت فيه حملة المؤسسة للتشهير، إلا أنها لا تزال مستمرة في نشر كذبها حول لورد إنرجي. وفي مايو 2019، عيّنت ألب ماريلا جير من شركة جي 5 إنتجريتاس إنترناشيونال، وهي شركة تحقيقات خاصة في ميامي بولاية فلوريدا، لإجراء فحص الخلفية و"العناية الواجبة" بشأن شركة أمريكاز لورد إنرجي وكوسكي.

219. في تحديث مُقدم لمطر في 19 يونيو 2019، أوضحت ألب أنها نشرت مقالة في المدونة المالية السويسرية *Inside Paradeplantz* بعنوان "بنك كريدي سويس يعاني من خسائر تقدر بالملايين في تعاملات مع تجار مسلمين محفوفين بالمخاطر". وتفاخرت ألب بأن المدونة "نشرت أيضًا تعليقاتنا حول العقوبات الأمريكية المحتملة ضد البنك". كما أبلغت ألب مطر بكل فخر بنجاحها في تدمير أمريكاز لورد إنرجي إنك قائلة "بعد الهجمات الإعلانية التي قمنا بشنها والإدراج في قائمة وورلد تشيك، والصعوبات المالية التي أحدثناها، اضطر الفرع الأمريكي، وهو شركة أمريكاز لورد إنرجي إنك إلى إيقاف عملياته".



220. في 23 يوليو 2019، نشرت المؤسسة مقالة أخرى عبر الإنترنت عن لورد إنرجي على موقع أفريكا إنتليجنس بعنوان: "مشاكل لورد إنرجي بعيدة كل البعد عن الانتهاء." وزعمت المقالة أن "[] شركة لورد إنرجي تعاني من استهدافها بواسطة دائنين جدد في الوقت الذي تفحص فيه السلطة الجديدة في الجزائر عملياتها السابقة." وأشارت المقالة إلى أن شركة شحن قد استعانت بمحامٍ سويسري لاسترداد المبالغ غير المدفوعة المستحقة على لورد إنرجي،

71

وأن لورد إنرجي قد تأخرت عن سداد القروض التي حصلت عليها من كريدي سويس وأغلقت "فرعها في تكساس."

221.    في تحديث عام 2019 لدولة الإمارات العربية المتحدة، ذكرت ألب صراحةً أن هدفها كان "دفع ... لورد إنرجي نحو الإفلاس." وأوضحت ألب أنه "لتحقيق الحد الأقصى من التغطية"، قامت "بإنشاء[] قسم سلبي حول لورد إنرجي في صفحة ويكيبيديا الخاصة بشركة النفط الجزائرية سوناطراك، تضمنت اتهامات بالفساد[.]" كما نشرت ألب مقالات مماثلة على صفحات ويكيبيديا الخاصة بكريدي سويس، مدعية كذبًا أن البنك وشركة لورد إنرجي "يمكن أن يخضعا لتحقيقات أمريكية"، وتفاخرت بأن صفحات ويكيبيديا "يقرأها أكثر من 35,000 شخص كل شهر[.]".

222.    لا يزال الضرر الذي تسببت فيه الاتهامات الكاذبة التي وجهتها المؤسسة لحازم ولورد إنرجي مستمرًا حتى يومنا هذا. ومؤخرًا في مارس 2023، رد قسم العناية الواجبة "اعرف عميلك" في شركة إليمنت ألفا - وهي شركة أخرى لتجارة النفط - على طلب العناية الواجبة المتعلق بممارسة الأعمال مع لورد إنرجي قائلاً: "أنت تقصد هؤلاء الأشخاص: أعني أنه كان هناك ادعاءات مقلقة بأن بعض الموظفين مرتبطين بجماعة الإخوان المسلمين...يسعدنا بدأ إجراءات اعرف عميلك ولكن الأمر سيتطلب تطبيق إجراءات عناية واجبة دقيقة".

### إفلاس لورد إنرجي وتأثيره المباشر في الولايات المتحدة.

223.    كان لجهود المؤسسة الرامية إلى إخراج لورد إنرجي من السوق الفورية للنفط الخام الخفيف تأثير كبير على التجارة الأمريكية. فعندما حثت المؤسسة شركة سوناطراك بشكل احتيالي على التوقف عن بيع شحنات لورد إنرجي من نفط مزيج الصحراء، لم يؤثر ذلك فقط على سعر خام مربان في آسيا. بل أثر أيضًا على سعر خام غرب تكساس الوسيط في السوق الفورية. ويُنظر إلى كل من خام غرب تكساس الوسيط ومربان ومزيج الصحراء على أنه مزيج مكافئ للنفط الخام الخفيف من المصافي في آسيا. لذلك، يؤثر التأثير على توريد مزيج واحد على سعر الأمزجة الثلاثة. وقد أثر قطع إمدادات مزيج الصحراء بشكل كبير على السوق الفورية لخام غرب تكساس الوسيط، الذي يتم إنتاجه في الولايات المتحدة، وكذلك خام مربان.

224.    والأهم من ذلك، فقد تأسست شركة أمريكاز لورد إنرجي إنك على وجه الخصوص حتى تتمكن لورد إنرجي من زيادة صادراتها من خام غرب تكساس الوسيط. وكانت شركة أمريكاز لورد إنرجي إنك مشاركة

72

في سوق خام غرب تكساس الوسيط المُنتج في الولايات المتحدة، وعندما تم حلها، أثر ذلك بشكل مباشر على سوق نفط أمريكية كبرى.

225. بالإضافة إلى ذلك، كانت كل صفقة من صفقات لورد إنرجي مقومة بالدولار الأمريكي. ويجب على المؤسسات المالية الأمريكية تسوية جميع التداولات المقومة بالدولار الأمريكي. وفي حالة لورد إنرجي، تم تسوية جميع صفقاتها تقريبًا بواسطة فرع جي بي مورجان تشيس في نيويورك. وعندما أجبرت شركة لورد إنرجي على إعلان إفلاسها ووقف عملها، كان لهذا تأثيرًا كبيرًا.

على البنوك الأمريكية.

226. وأخيرًا، عندما قدمت لورد إنرجي دعوى إفلاس في سويسرا، كان العديد من دائنيها ذوي الأولوية كيانات أمريكية. وشملت الكيانات الكائنة في تكساس AMSPEC LLC و Lightering LLC و Valls Ship Agencies, LP. كما أثرت حملة التشهير الكاذبة والمضللة التي أطلقتها المؤسسة، والتي أدت لإفلاس كل من لورد إنرجي وأمريكاز لورد إنرجي، على التجارة الأمريكية من خلال منع لورد إنرجي من مواصلة العمل مع هذه الكيانات الأمريكية وغيرها، وإجبار هذه الكيانات الأمريكية على السعي لاسترداد الديون المستحقة لها من لورد إنرجي من خلال إجراءات الإفلاس السويسرية.

### على الرغم من بذل حازم لقصارى جهده، فقد فشل في تحديد من كان وراء حملة التشهير التي دمرت شركته.

227. بمجرد أن أدرك حازم أنه كان ضحية لحملة تضليل منسقة، بذل كل ما في وسعه للتأكد من المسؤول. وكان يعتقد أنها شركة تجارة سلع منافسة.

228. طالب وسائل الإعلام المسؤولة عن نشر اتهامات كاذبة ضده الكشف عن مصادرها، وطلب من "وورلد تشيك" أن تقدم له معلومات عن الباحثين الذين حددوا اسمه. ولكنهم رفضوا جميعًا.

229. أدت التدابير الأمنية العملية القوية التي اتخذتها المؤسسة إلى عرقلة جهود حازم لتحديد الأطراف الحقيقية المسؤولة عن حملة التشهير التي تم شنها ضده. واتخذ جميع أعضاء المؤامرة خطوات حاسمة لإخفاء مشاركتهم. وعلى سبيل المثال استخدموا حسابات Protonmail، التي تم تشفيرها من الطرفين؛ واستخدموا أسماء

73

مستعارة وغير حقيقية لإخفاء هوياتهم الحقيقية؛ وطلبوا من شركائهم في المؤامرة حذف رسائل البريد الإلكتروني بعد قراءتها.

230.  في عام 2020، قدمت ألب "خطة عمل مدتها خمس سنوات" إلى دولة الإمارات العربية المتحدة، حيث أدركت ألب أن المؤسسة "ستواجه ضغطًا متزايدًا لإخفاء آثارها، كما تمكنا من القيام بذلك حتى الآن. وسيتطلب منا ذلك أيضًا اتخاذ جميع التدابير المناسبة للحفاظ على هوياتنا سرية- من حيث الاتصالات السرية مع الصحافة وحملاتنا سريعة الانتشار والمخاطر المتزايدة للمراقبة الفعلية....." وكان هذا يتفق مع طمأنة ألب الروتينية لدولة الإمارات العربية المتحدة بأن تصرفات المؤسسة ستكون دائمًا "سرية للغاية" و"ستظل [] في الخفاء".

231.  في يونيو 2018، أبلغ حازم سلطات إنفاذ القانون السويسرية عن حملة التشهير ضده وضد شركاته، وقدم دعوى جنائية في سويسرا. وبعد "تحقيق" روتيني، التقى حازم بضابط شرطة سويسري في فبراير 2020 وأوضح لحازم أنه هو والمدعي العام كانا يغلقان التحقيق، ويعود ذلك إلى نقص الأدلة على حد زعمه. وخلال اجتماعهما، غادر الضابط الغرفة التي كان يلتقي فيها مع حازم، وتناثر ملف القضية على الطاولة أمام حازم. وأثناء غياب الضابط، تصفح حازم الملف ووجد طلبات للحصول على سجلات حول لورد إنرجي مقدمة من شركة تحقيقات مقرها جنيف -وهي شركة ألب. وكانت هذه هي المرة الأولى التي يسمع فيها حازم عن ألب. وفي ذلك الوقت، لم يكن حازم يعرف ما إذا كانت ألب مشاركة في حملة التشهير ضده أم أنها تجمع المعلومات لأغراض العناية الواجبة لصالح أحد المشاركين في سوق النفط الخام.

232.  مع ذلك، كان حازم قلقًا بشأن الإجابات، وفي أواخر فبراير 2020، أرسل بريدًا إلكترونيًا إلى عنوان البريد الإلكتروني العام تحت رابط contact us (اتصل بنا) المدرج على موقع ألب الإلكتروني. وزعم حازم في رسالة البريد الإلكتروني التي أرسلها أن ألب كانت مسؤولة عن الإجراءات المتخذة ضده وضد شركاته. وكتب حازم إلى شركة ألب متهمًا إياها بالمشاركة في "أعمال الاحتيال والاتصالات الكاذبة للحصول على معلومات خاصة بشأن [لورد إنرجي]." وعرض حل المسألة "بطريقة ودية".

233.  عند استلام ألب لرسالة البريد الإلكتروني هذه من حازم، أرسلت على الفور تحديثًا إلى مطر لإبلاغه برسالة البريد الإلكتروني المرسلة من حازم. وردت شركة ألب قائلة "بالطبع، نحن لا نخطط للرد. ونتوقع

74

منه تصعيد الأمر وربما اتخاذ إجراءات قانونية ضدنا. ونحن مستعدون لمواجهته. لنتحدث بسرعة للاتفاق على استراتيجية والخطوات التالية".

234. في أبريل 2020، أرسل بريرو رسالة إلى مطر مرة أخرى يعبر فيها عن قلقه من أن حازم قد "يرفع [] إجراءات قانونية" في سويسرا أو المملكة المتحدة أو الولايات المتحدة. واقترح بريرو "اتهام [] ندا أو شركته بتمويل الإرهاب أو الفساد". وأضاف بريرو في رسالته: "[] إذا هاجمنا ندا، فبالطبع سنكون مستعدين للرد على الهجوم بقوة".

235. وقت وفت ألب بوعدها ولم ترد أبدًا على حازم. في أوائل عام 2021، أرسل حازم بريدًا إلكترونيًا إلى عنوان البريد الإلكتروني المدرج تحت رابط "اتصل بنا" العام لشركة ألب مرة أخرى. ومرة أخرى، لم ترد شركة ألب.

### سرقة المخترقين للمستندات من خوادم ألب الداخلية، ومعرفة حازم للحقيقة.

236. في أبريل 2021، تلقى حازم رسالة من رقم هاتف فرنسي مشفر لم يتعرف عليه. حيث كتب المرسل أنه يمثل مجموعة من المخترقين الذين اخترقوا خوادم شركة ألب. وأرسل إلى حازم نسخةً من الرسالة التي أرسلها حازم إلى عنوان البريد الإلكتروني المدرج تحت رابط "اتصل بنا" الخاص بشركة ألب كدليل على صدق كلامه.

237. كما سمح المخترقون لحازم بمراجعة وثائق ألب الداخلية التي حصلوا عليها، ولكنهم منعوه من تنزيل أي من الملفات أو حفظها. صُدم حازم مما قرأه. وشملت الوثائق رسائل بريد إلكتروني بين المؤسسة وشركائها في المؤامرة توجه العملاء لنشر مقالات تربط بين حازم ولورد إنرجي والإرهاب. وبهذه الوثائق، تمكن حازم أخيرًا من تقدير حجم المؤامرة المُحاكة ضده. بطريقة ما، كان محقًا في أن أحد المنافسين كان مسؤولاً عن حملة التشهير التي تم شنها ضده. لكن هذا المنافس لم يكن شركة تجارية لسلع منافسة كما اشتبه. بل كانت الإمارات العربية المتحدة وكبار مسؤوليها وشركة النفط المملوكة للدولة.

238. عرض المخترقون بيع ملفات الألب إلى حازم مقابل 30 مليون دولار أمريكي بالعملات الرقمية. ورد حازم بأنه غير قادر على ـوغير راغب في ـ دفع 30 مليون دولار أمريكي مقابل الملفات المقرصنة.

239. أبلغ حازم السلطات السويسرية عن اتصالات المخترقين، والتقى ضابط استخبارات سويسري بحازم والتقط صورًا لرسائل المخترقين المشفرة. ولم يتلقَ حازم أي رد من السلطات السويسرية لعدة أشهر بعد ذلك. ومع ذلك، في نهاية المطاف، حصلت السلطات على نسخ من الوثائق المقرصنة وشاركوها مع حازم.

240. وفي الوقت نفسه تقريبًا، في عام 2021، تشاور حازم مع شركة محاماة سويسرية بشأن الإجراءات القانونية المحتملة التي يمكنه اتخاذها في سويسرا ضد ألب والمشاركين الآخرين في المؤسسة. ونصحته الشركة بعدم رفع أي إجراءات قانونية في سويسرا لأنها ستكون غير مجدية.

### الوثائق تكشف عن مؤامرة المؤسسة طويلة المدى وواسعة النطاق.

241. كان نطاق وحجم المؤامرة الشاملة للمؤسسة سافرًا ومرعبًا. فقد كشفت الوثائق المقرصنة أن حازم لم يكن الهدف الوحيد للمؤسسة. فوفقًا للوثائق، استهدفت المؤسسة أكثر من 50 فردًا وكيانًا، باستخدام نفس أساليب "الاتصالات سريعة الانتشار" و"الضغط السري" التي استخدموها ضد حازم.

242. في "التقرير الموجز - تقييم الأثر" الذي صدر في 20 يوليو 2018، والذي أرسلته شركة ألب إلى الإمارات العربية المتحدة بناءً على المعلومات والمعتقدات، حددت شركة ألب 10 حملات "اتصالات مُسيئة سرية سريعة انتشار وحملات ضغط وتأثير سرية" كانت تنفذها. وورد ذكر شركة لورد إنرجي والمؤسسة الخيرية للشباب المسلم التابعة لهمت وهي "منتدى شباب المسلمين والجمعيات الطلابية في أوروبا" ضمن اثنتين من عشر حملات اتصالات سريعة انتشار سرية وحملات ضغط سرية وحملات تأثير جارية. وأشار التقرير إلى أن "هدف" الحملات كان "الإساءة لسمعة هذه الأهداف" من خلال "إعداد[] ونشر[] أكثر من 50 مقالاً وموقعًا إلكترونيًا وصفحة على ويكيبيديا، بالإضافة إلى الاتصال بشكل سري بالصحفيين وواضعي السياسات والبنوك وقواعد بيانات الامتثال." وأوضح التقرير أيضًا أن ألب "كانت ترمي إلى تنفيذ هذه الإجراءات بسرية والتأكد من أنها تبدو عفوية وموثوقة"، كما أنها "كانت تهدف إلى الضغط بسرية وتنبيه قواعد بيانات الامتثال وهيئات المراقبة، التي تستخدمها البنوك والشركات متعددة الجنسيات عالميًا، بشأن الأهداف الرئيسية من جماعة الإخوان المسلمين، مثل لورد إنرجي ويوسف همت وحازم ندا".

243. وفيما يتعلق بمنظمة "منتدى شباب المسلمين والجمعيات الطلابية في أوروبا"، ذكر التقرير أن ألب "اختلقت شخصية" "صحفية يهودية فرنسية تحت اسم "تانيا كلاين" ... للكشف عن مجموعة الجمعيات المزيفة

والمنظمات غير الحكومية التي أنشأتها جماعة الإخوان المسلمين للضغط على الاتحاد الأوروبي، بما في ذلك منظمة

"منتدى شباب المسلمين والجمعيات الطلابية في أوروبا"." كما تأكدت المؤسسة أن المقالة التي نشرتها على موقع

ميديا بارت (Mediapart) تحت اسم الشخصية المزيفة تانيا كلاين كانت تظهر ضمن أفضل نتائج البحث على

Google. وفي تقرير موجز لاحق، أشارت ألب إلى أن هدفها كان "تعطيل التمويل الذي يتلقاه منظمة "منتدى

شباب المسلمين والجمعيات الطلابية في أوروبا" من الاتحاد الأوروبي، من خلال الإساءة إلى سمعتها"، وأشارت

إلى أن "[]نتائج ذلك كانت قوية جدًا".

244.  لم يكن كل ذلك إلى بعض من المخططات الأولى - وليست الوحيدة - غير القانونية التي أجرتها

المؤسسة. فعلى سبيل المثال، نفذت المؤسسة حملة اتصالات مسيئة واسعة الانتشار ضد نكتار ترست، وهي مؤسسة

خيرية مسجلة في إنجلترا وويلز تهدف لتحقيق آثار مستدامة هادفة على المجتمعات. فقد حددت المؤسسة أولاً نكتار

ترست على أنها هدف محتمل في أوائل عام 2018. وبدأت حملة اتصالاتها المسيئة سريعة الانتشار ضد نكتار

تراست بعد ذلك بفترة وجيزة.

245.  في 19 سبتمبر 2018، أرسلت المؤسسة رسالة بريد إلكتروني إلى وورلد تشيك تدعي فيها أن

نكتار تراست "مرتبطة بالإرهاب" و"مرتبطة مباشرة بالإسلاميين المتطرفين" وخاضعة لسيطرة مؤسسة قطر

الخيرية، والتي، وفقًا للرسالة الإلكترونية، "أدرجتها إسرائيل في القائمة السوداء لداعمي الإرهاب". وكان البريد الإلكتروني

يبدو في الظاهر مرسلًا من شخص يُدعى غريغوري أدينتون، وتم إرساله باستخدام عنوان البريد الإلكتروني التابع لحساب

ProtonmailGregory.Addington@protonmail.com.

246.  بناءً على المعلومات والاعتقاد، كانت هذه الادعاءات المُرسلة حول نكتار تراست خاطئة، ولم يكن

"غريغوري أدينتون" شخصًا حقيقيًا - بل هو اسم مستعار تستخدمه ألب لإخفاء مشاركتها.

247.  في 20 فبراير 2019، أعدت ألب قصة لنينا ماي لتنشرها على الموقع الإلكتروني

www.muslim-brotherhood-watch.com. وزعمت هذه المقالة كذبًا أن "نكتار تراست، في عام 2017،

غيرت اسمها من "مؤسسة قطر الخيرية المملكة المتحدة"، في محاولة لتفادي السمعة السيئة المرتبطة باسمها. وأن

القوى الأمنية الدولية تنظر لمؤسسة قطر الخيرية على أنها أداة تمويل تدعم بها قطر الإخوان المسلمين". واتهمت

77

نفس المقالة شركة ليدزجيت، وهي شركة عقارية في المملكة المتحدة، بأنها "أداة تمويل لمجموعة [] متطرفة".

وكانت ليدزجيت هدفًا آخر لحملة اتصالات مسيئة واسعة الانتشار شنتها المؤسسة. في 4 مارس 2019، أرسل أحد

موظفي الألب مقالين إلى بادال كي تنشرهما نينا ماي عن ليدزجيت. وتم إرسال نسخة من البريد الإلكتروني إلى

بريرو وكافين، ربما ليكونا على دراية بالمقالين ويمكنهما مراجعتهما قبل النشر.

248.    وفي 20 فبراير 2019 أيضًا، حثت المؤسسة نينا ماي على نشر مقال على موقع

qatarcharitynectartrust.wordpress.com تدعي فيه أن أحد أمناء نكتار تراست قام "بتدريب إرهابيين".

كما وصف المقال نكتار تراست كذبًا بأنها "الفرع البريطاني لقطر الخيرية"، وبأنها "كيان داعم للإرهاب من الدرجة

الثالثة".

249.    بناءً على المعلومات والاعتقاد، كانت نينا ماي مشاركة فعالة في المؤسسة وكانت على دراية

بهدفها المشترك المتمثل في الإضرار بالأعمال التجارية لأهدافها وبسمعتها. ويستند هذا الاعتقاد إلى الدور المتكرر

الذي لعبته ماي في نشر القصص لصالح المؤسسة، والمحتوى الضار الموحد لتلك القصص التي تتهم الأشخاص

الذين تتناولهم بارتباطهم بالإرهاب، وحقيقة أن القصص غالبًا ما يتم نشرها دون الكشف عن الهوية أو باستخدام

أسماء مستعارة، وحقيقة أن ألب قد قدمت القصص إلى ماي بعد إجراء بحث كامل عن محتواها وغالبًا ما تكون مكتوبة

بالكامل دون أن تطلب منها التحقق من أي من المعلومات قبل نشرها.

250.    ليست هذه سوى بعض الأمثلة على العديد من المقالات الكاذبة التي نشرتها ألب والتصريحات

الكاذبة التي أدلت بها والتي تتهم نكتار تراست بارتباطها بالإرهاب. قدمت ألب في "التقرير الموجز – تقييم الأثر"

الصادر في 7 مارس 2019 لدولة الإمارات العربية المتحدة، تحديثًا بشأن "الاتصالات واسعة الانتشار وعمليات

الضغط السرية" التي أجرتها ضد "أهداف عشر رئيسية"، تشمل نكتار تراست وليدزجيت. وأشار التقرير إلى أن

هذه كانت "المرحلة الثالثة من المراحل التي امتدت كل منها لثلاثة أشهر" من الاتصالات المسيئة واسعة الانتشار

وعمليات الضغط والتأثير السرية التي تجريها ألب. كما أشار التقرير إلى أن ألب كانت "مستمرة" في عملياتها ضد

لورد إنرجي ومنتدى شباب المسلمين والجمعيات الطلابية في أوروبا.

251.    ووفقًا للتقرير، فقد "أعدّت ألب ونشرت حوالي 50 مقالاً وموقعًا إلكترونيًا وصفحات ويكيبيديا،

78

بالإضافة إلى التواصل بسرية مع عشرات الصحفيين وقواعد بيانات الامتثال." وذكر التقرير الموجز أيضًا أن ألب "نشرت حوالي 15 مقالاً باللغتين الإنجليزية والفرنسية" "للتأثير بشكل كبير على الصفحة الأولى من صفحات البحث في Google عن نكتار ترست." بالإضافة إلى ذلك، أبلغت ألب دولة الإمارات العربية المتحدة أنها كانت "قادرة على إضافة اسم نكتار تراست إلى قائمة المراقبة العالمية وورلد كومبلاينس، التي تديرها لكسيس نيكسيس" وكانت ألب تواصل جهودها لإدراج نكتار تراست في القائمة السوداء لمنصة وورلد تشيك.

252.    وتباهت ألب بأنها أنشأت "قسمًا منتقدًا عن نكتار تراست" على صفحة ويكيبيديا الخاصة بمؤسسة قطر الخيرية. وزعمت ألب أنها "تصدت لهجمات مضادة خطيرة من مؤسسة قطر الخيرية، التي حاولت فرض الرقابة على أقسامنا النقدية الجديدة في صفحات ويكيبيديا الخاصة بها." ومع ذلك، استعانت ألب بمساعدة أصدقائها من مشرفي موقع ويكيبيديا غير المعروفين والذين تدفع لهم رواتبًا "للتصدي لهذه المحاولات [] وإعادة نشر هذه الأقسام عن دعم الإرهاب ونكتار تراست مرة أخرى على الإنترنت".

253.    وبناءً على المعلومات والاعتقاد، كان مشرفو ويكيبيديا هؤلاء مشاركين فعالين في المؤسسة وكانوا على دراية بهدفها المشترك المتمثل في الإضرار بالأعمال التجارية لأهدافها وبسمعتها من خلال اتهامها زورًا بدعم جماعة الإخوان المسلمين والمنظمات الإرهابية أو بارتباطها بها. ويستند هذا الاعتقاد إلى الحقائق التالية: استعانت ألب بشكل روتيني بهؤلاء المشرفين لإلغاء التصحيحات التي أجراها الأشخاص الذين تتناولهم تلك الصفحات والذين كانوا أكثر قدرة من ألب على معرفة ما إذا كانت المعلومات المتعلقة بهم صحيحة؛ ودفعت ألب للمشرفين للتأكد من بقاء المعلومات المدمرة التي قدمتها على تلك الصفحات؛ وكانت المعلومات التي رغبت ألب في استمرار نشرها في العديد من صفحات ويكيبيديا تتعلق دومًا بالادعاءات بأن الأشخاص الذين تتناولهم تلك الصفحات يدعمون الإرهاب.

254.    كما قدم تقرير 7 مارس 2019 تحديثًا حول جهود ألب ضد ليدزجيت. وأشارت ألب إلى أنه قبل حملة اتصالاتها واسعة الانتشار، كانت ليدزجيت "تتمتع بسمعة مثالية". ولكن في غضون ثلاثة أشهر، تمكنت ألب من وضع ثلاثة مقالات سلبية على "الصفحة الأولى من Google عند البحث عن اسم الشركة". وذكرت ألب أنها "ستهدف إلى إضافة اسم الشركة في قواعد بيانات الامتثال مثل وورلد كومبلاينس خلال المرحلة التالية".

255.    وكما هو الحال مع حازم ولورد إنرجي، فإن المقالات والتصريحات الأخرى التي نشرتها

المؤسسة حول نكتار تراست عبر الإنترنت وربطتها بشكل كاذب بالإرهاب لغرض صريح يتمثل في حث المؤسسات المالية والجهات المانحة على إيقاف تمويل نكتار تراست وحرمانها من التمويلات التي تحتاجها لمواصلة عملها.

256. في تقييم الأثر الذي قُدم في 21 أكتوبر 2019 إلى دولة الإمارات العربية المتحدة، أشارت ألب إلى أن "إيرادات نكتار تراست انخفضت بشكل حاد" بعد أن "بدأت " ألب [] اتصالاتها المسيئة واسعة الانتشار وهاجمت سُمعة نكتار تراست []." وتفاخرت ألب مرة أخرى بقدرتها على "إضافة اسم نكتار تراست" في قائمة وورلد كومبلاينس، الأمر الذي من شأنه أن "يُعقد بلا شك عمل" نكتار تراست لأن "البنوك الغربية ستكون الآن على دراية بالروابط التي تجمع بين نكتار تراست وتمويل الإرهاب." وأكدت ألب على أن الملف الجديد لشركة نكتار تراست في قاعدة بيانات وورلد كومبلاينس "ينص تحديدًا على أن [نكتار تراست] متهمة بتمويل الإرهاب." وخلصت ألب إلى أن "[] التوقعات المستقبلية لنكتار تراست ... تبدو بائسة على نحو متزايد".

257. في نوفمبر 2019، أرسلت ألب إلى دولة الإمارات العربية المتحدة مُقترحًا لمرحلة الستة أشهر القادمة من "تحقيقاتها وحملتها الإعلامية السرية والمسيئة في الآن ذاته" والتي تهدف "لتعطيل... الجهات الفاعلة الرئيسية والتمويل." وأوضح المقترح أن استراتيجية ألب كانت تتمثل في استخدام "الهجمات الإعلامية" "[] للتأثير على صناع القرار" بما في ذلك "السياسيين وقواعد بيانات الامتثال والبنوك والأكاديميين وما إلى ذلك". وحدد المقترح مخططات وأهدافًا جديدةً، كما قدم تحديثًا حول حالة المخططات الحالية. ومن الجدير بالذكر أن أهداف هذه المرحلة الجديدة التي تبلغ مدتها ستة أشهر تضمنت "[]القضاء على لورد إنرجي" و"[] ونكتار تراست." ووفقًا للمُقترح، كانت العمليات ضد لورد إنرجي ونكتار تراست قد اكتملت بنسبة 90% و80%، على التوالي، اعتبارًا من نوفمبر 2019.

| التأثير على صناع القرار | الهجمات الإعلامية | التحقيقات | الحالة التي يجري متابعتها |
|---|---|---|---|
| %90 | %90 | %90 | القضاء على لورد إنزرجي |
| %80 | %80 | %80 | القضاء على نكتار تراست |
| %60 | %60 | %60 | الروابط مع الإرهاب (مثل مدارس جماعة الإخوان المسلمين في فرنسا) |
| %50 | %90 | %80 | المدعي العام |
| %80 | %90 | %90 | شقيق أمير، وما إلى ذلك. |

258.    أشار المقترح كذلك إلى أن ألب سعت إلى إنشاء "مورد مخصص عبر الإنترنت"، والذي سيُطلق عليه "موسوعة حول الإرهاب في أوروبا"، "لزيادة التأثير على صانعي القرار مثل السياسيين والمنظمات غير الحكومية والصحفيين وقواعد بيانات الامتثال []. " وخططت ألب لاستخدام "سلسلة من جدران الحماية" للتأكد من "بقاء موردها عبر الإنترنت آمنًا للغاية ومجهول الهوية".

259.    في فبراير 2020، أرسل بريرو رسالة إلى مطر مفادها أنه تم إيقاف إنشاء مسجد في فرنسا ممولاً من نكتار تراست لأن "البنوك الفرنسية ترفض الآن استلام الأموال [من نكتار تراست]" وتم حظر الحساب المصرفي للمسجد. ووفقًا لبريرو، فإن هذا "كان نتيجة لإدراج نكتار تراست في قائمة وورلد كومبلاينس" - الذي كانت المؤسسة وراءه - "والحملة الإعلامية".

260.    في يونيو 2020، نشرت صحيفة ذا تليغراف اعتذارًا إلى نكتار تراست عن المقالات التي كتبتها عنها في أغسطس وأكتوبر 2019 وربطتها بمؤسسة قطر الخيرية، والتي وصفتها صحيفة ذا تليغراف بأنها منظمة إرهابية.[22] واستندت هذه المقالات إلى المعلومات التي شاركتها ألب مع "نقطة تواصلها" في صحيفة صانداي تليغراف. وكتبت ألب في تقييم الأثر الذي أجرته في 21 أكتوبر 2019 وقدمته إلى دولة الإمارات العربية المتحدة أنها "تواصلت بشكل سري مع نقطة تواصلها في صحيفة صانداي تليغراف وقدمت له بعض المعلومات"، مما منحه "عناصر رئيسية، مثل اتهامات تمويل الإرهاب"، "[]وفي 17 أغسطس 2019، كتب المحرر السياسي لصحيفة

---

[22] تليغراف ريبورترز، *اعتذار – نكتار تراست* , ذا تليغراف (14 يونيو 2020)، https://www.telegraph.co.uk/news/2020/06/14/apology-nectar-trust/.

صانداي تليغراف المقالة في النسخة الورقية (الصفحة 2) والنسخة الإلكترونية من الصحيفة البريطانية الشهيرة."
وفي اعتذار صحيفة التليغراف، أقرت بأنه لم يكن لديها أي سبب للشك في استقلالية نكتار تراست ولا يوجد سبب
للإشارة إلى أن نكتار تراست تدعم أو كانت تدعم بأي شكل من الأشكال أي منظمة إرهابية أو متطرفة.

261.    في 1 يوليو 2020، أرسل بريرو رسالة بريد إلكتروني إلى مطر تتضمن "تحديث []سريع عن
نكتار تراست." حيث أبلغ أرسل بريرو مطر أن ألب قد "حصلت للتو على نسخة من أحدث حسابات [نكتار
تراست]"، وان صافي أصولها قد انخفض من "**19 مليون جنيه إسترليني في عام 2018 إلى 2.9 مليون جنيه
إسترليني في عام 2019، على الأرجح بسبب الصعوبات المالية التي واجهتها نتيجة حملتنا الإعلامية السلبية
وإدراجها في قائمة وورلد كومبلاينس.**" وأعرب بريرو عن أسفه من أن نكتار تراست كانت لا تزال قادرة على
تمويل المشاريع في جميع أنحاء أوروبا والولايات المتحدة بالأموال التي تلقتها في عام 2018، وأكد بريرو لمطر
أنه "[]في حال واصلنا الضغط، ستواجه نكتار تراست صعوبات متزايدة"، بما في ذلك "عدم القدرة على مواصلة
العمل (هدفنا الطموح لعام 2020)".

262.    نفذت المؤسسة كذلك مخططًا مماثلاً ضد عائلة قُطيني في إسبانيا. في 4 أبريل 2020، أرسل
بريرو رسالة بريد إلكتروني إلى مطر يقول فيها: "لدينا أخبار رائعة قادمة من إسبانيا. إلحاقًا بأبحاثنا والهجمات
الإعلامية التي بدأنا في شنها على عائلة قطيني منذ يونيو الماضي (عبر نقاط تواصلنا في صحيفة أوكيه دياريو)،
حظرت السلطات الإسبانية حساباتهم المصرفية." واستعانت ألب مرة أخرى بالمشاركين في المؤسسة - وكانوا هذه
المرة، جهات اتصال ألب في صحيفة أوكيه دياريو- لنشر مزاعم مضلِّلة في وسائل الإعلام حول أحد أهداف
المؤسسة، وهي عائلة قُطيني، والتي اتهمتها المؤسسة بتمويل تنظيم الدولة الإسلامية. وكان الغرض المحدد من هذه
المزاعم هو حث الأطراف الثالثة مثل السلطات الحكومية والبنوك عن طريق الاحتيال على حرمان عائلة قُطيني من
المال.

263.    بناءً على المعلومات والاعتقاد، طلبت ألب من فيدينو بعد ذلك أن ينشر على تويتر معلومات عن
الإجراءات التي اتخذتها الحكومة الإسبانية ضد عائلة قُطيني سعيًا لتعظيم الضرر الناجم عن المزاعم الكاذبة
للمؤسسة. وقد نشر حساب تويتر الرسمي لبرنامج التطرف بجامعة جورج واشنطن، وكان يديره فيدينو ولا يزال

يديره، أن "السلطات الإسبانية قامت بحظر الحسابات المصرفية المرتبطة بعائلة قُطيني، المشتبه في تمويلها لتنظيم الدولة الإسلامية".

---

المنشور

 برنامج التطرف
@gwupoe

قامت السلطات بحظر الحسابات المصرفية المرتبطة بعائلة قُطيني، المشتبه في تمويلها لتنظيم الدولة الإسلامية. وكان أحد الحسابات المحظورة هو حساب الجمعية الإسلامية في إسبانيا (AME)، وهي جماعة رئيسية مرتبطة بجماعة الإخوان المسلمين.

---

264. ثم أرسل بريرو رسالة بريد إلكتروني إلى مطر يطلعه فيها على منشور فيدينو. وأبلغ مطر أن ألب "شاركت نتائجنا الإسبانية بسرية مع الدكتور لورينزو فيدينو".

265. في 1 أغسطس 2020، أرسل بريرو رسالة بريد إلكتروني إلى مطر ليقدم تحديثًا حول حملة الاتصالات المُسيئة السرية واسعة الانتشار التي شنتها المؤسسة والتي تستهدف فردًا في سويسرا يُدعى نيكولا بلانشو. وأخبر بريرو مطر أن الصحيفة السويسرية Tribune de Geneve كتبت مقالاً عن بلانشو ومنظمته تفيد بأنهم "يواجهون أزمة مالية"، وقد تراجع تمويلهم وكانوا يواجهون مشكلات قانونية. وتفاخر بريرو قائلاً "[] كان هذا بالطبع نتاج حملتنا الإعلامية والتحقيقات التي أجريناها بشأن علاقات بلانشو مع عائلة آل ثاني". وأشار بريرو قائلاً "[]بشكل سري، يعتبر مؤلف المقال أحد جهات الاتصال الجيدة لدينا".

266. وكان المدعي العام لدولة قطر، علي بن فطيس المري، هدفًا آخر لإحدى حملات الاتصالات المُسيئة سريعة الانتشار السرية التي شنتها المؤسسة. حيث كتب ألب في "ملخص خطة عمل" "سري للغاية" في مارس 2019 التي تهدف "للتشهير بالمري والإساءة له" في جميع أنحاء العالم " " لتحقيق "الهدف الطموح" المتمثل في "إجباره [] على الاستقالة".

267. في مسودة مختلفة من تقييم الأثر الصادر في مارس 2019، أوضحت ألب أنها علمت أن المدعي العام كان يبني منزلًا في جنيف بسويسرا. وذكرت ألب أنها "نشرت ثلاثة مقالات في الصحف السويسرية الشهيرة ( Le Matin Dimanche وTribune de Genève و24 Heures)، ومقال آخر في مجلة Le Point الإخبارية

الفرنسية". وقد لمحت المقالات، التي وصفتها ألب بأنها "عدوانية للغاية"، وفقًا للمعايير الفرنسية، تجاه المدعي العام"، بشدة أن المُري حصل على المال لبناء هذا المنزل الجديد في جنيف عن طريق الفساد. وقد كتب بيسون أحد المقالات. كما طلبت ألب من جهات الاتصال التابعة لها في السنغال نشر قصة منزل المُري الجديد "لتعظيم أثر الاكتشافات السلبية".

268.   في مارس 2018، أرسلت ألب رسائل بريد إلكتروني مباشرة إلى الصحفيين - بما في ذلك الصحفيين في صحيفة نيويورك بوست وفورين بوليسي وتومسون رويترز - باستخدام حساب البريد الإلكتروني المستعار "Pierre.roussel@gmx.com". وزعمت رسائل البريد الإلكتروني أن صحفيًا فرنسيًا استقصائيًا كشف عن "المكاسب غير المشروعة للمُري في باريس وجنيف". وبناءً على المعلومات والاعتقاد، كانت هذه التصريحات حول المُري كاذبة. ويستند هذا الاعتقاد إلى النشر الروتيني لشركة ألب لتصريحات كاذبة ومضللة حول أهداف أخرى لحملات الاتصالات المسيئة سريعة الانتشار التي تشنها.

269.   وشملت الأهداف الأخرى للمؤسسة العديد من المواطنين الأمريكيين والكيانات الأمريكية الأخرى. على سبيل المثال، في 3 مايو 2018، كلّف بادال ماريلا جير من شركة جي 5 إنتجريتاس إنترناشيونال - وهي شركة تحقيق خاصة في فلوريدا كلفتها ألب بجمع تقارير خلفية عن شركة أمريكاز لورد إنرجي إنك: - بإجراء "تحقيق قوي عن خلفية" صحفي رفيع المستوى، يعيش في الولايات المتحدة، وهو مواطن أمريكي ويعمل لدى شركة الإعلام الأمريكية البارزة باز فيد. كما قامت المؤسسة بتعيين محقق خاص آخر، وهو إيان ويذرز من شركة بريورتي إترناشيونال ليمتد، لجمع معلومات من مصادر أمريكية عن هذا الصحفي الأمريكي. وكان بادال مهتمًا بشكل خاص "بأي مؤشرات خطر أو إشاعات أو معلومات سلبية" و"أي روابط مع أجهزة أمنية أو حكومات أجنبية" يمكن للمحققين الكشف عنها.

270.   في 7 مايو 2018، أرسل بادال إلى مطر "تقريرًا أوليًا" عن الصحفي الأمريكي، مشيرًا إلى أن ألب كانت "لا تزال تنتظر [] معلومات إضافية من مصادر بشرية والمزيد من التفاصيل عن" زوجة الصحفي. وأعدت ألب بعد ذلك مذكرة بحثية إضافية عن زوجته وابنته.

271.   استعانت المؤسسة بجير للتحقيق بخصوص الأهداف المحتملة الأخرى في الولايات المتحدة، بما في ذلك خبير اقتصادي أرجنتيني عاش في ماكلين بولاية فيرجينيا. وفي 10 أكتوبر 2019، أعدت ألب بناءً على

معلومات واعتقادات "تقريرًا سريًا" مكوّنًا من 30 صفحة عن هذا الاقتصادي المقيم في الولايات المتحدة وأرسلته إلى الإمارات العربية المتحدة.

272. كما أعدت المؤسسة تقريرًا متعمقًا عن مواطن أمريكي أسس شركة جلوبال ريسك أدفايزرز ("جلوبال ريسك أدفايزرز") التي يقع مقرها في الولايات المتحدة. وفي 8 يناير 2020، أرسل بادال رسالة بريد إلكتروني إلى بيير جاستينيو من إنتليجنس أونلاين لإبلاغه برفع دعوى مدنية ضد شركة جلوبال ريسك أدفايزرز ومؤسسها. وقد أخبر بادال جاستينيو أنه "وفقًا لمصادر [ألب]،" "بدا مؤسس شركة جلوبال ريسك أدفايزرز دائمًا قريبًا جدًا من وكالة الاستخبارات المركزية." وبعد أسبوع، في 15 يناير 2018، نشرت إنتليجنس أونلاين مقالاً عن شركة جلوبال ريسك أدفايزرز ومؤسسها.

273. في نفس اليوم، أرسلت ألب رسالة بريد إلكتروني إلى مطر لإبلاغه بالمقال. وكتبت ألب: "كما هو متفق عليه، أبلغنا جهة اتصالنا في إنتليجنس أونلاين بشأن الشكوى الفيدرالية الأمريكية الجديدة... ضد جلوبال ريسك أدفايزرز و[مؤسسها]. ولدينا أخبار سارة، لقد كتبوا مقالة عن الأمر اليوم (يُرجى الاطلاع على المرفق). ونتيجة للشكوى، كتبوا أيضًا عن جماعة الضغط الأمريكية الجديدة في Q (يُرجى أيضًا الاطلاع على المرفق)."

274. لم يكن هؤلاء الأفراد والكيانات الأمريكية الأخرى الوحيدة التي استهدفتها المؤسسة. بل شنت كذلك حملة اتصالات مسيئة واسعة الانتشار سرية وعمليات تضليل ضد جورج سوروس ومؤسسة المجتمع المنفتح التابعة له. ففي تقرير موجز بتاريخ 7 مارس 2019، اتهمت ألب سوروس "بتمويل العديد من المنظمات المرتبطة بجماعة الإخوان المسلمين في أوروبا". وزعمت ألب أنه على الرغم من أن علاقة سوروس المزعومة بجماعة الإخوان المسلمين "تم ذكرها... في الولايات المتحدة الأمريكية، إلا أن الوضع في أوروبا ليس معروفًا على نطاق واسع". وكتبت ألب: "ونظرًا لذلك، بدأنا في استكشاف الوضع في القارة الأوروبية".

275. كما دفعت المؤسسة أيضًا عملائها لنشر مقال على موقع Medium في 13 يناير 2019 بعنوان "كيف يمول جورج سوروس جماعة الإخوان المسلمين في أوروبا". ثم استخدمت المؤسسة تقنيات تحسين محركات البحث لضمان ظهور المقالة في أعلى نتائج Google عند البحث عن "جورج سوروس وجماعة الإخوان المسلمين".

```
جورج سوروس وجماعة الإخوان المسلمين

جورج سوروس وجماعة الإخوان المسلمين

هل "يساعد" جورج سوروس أحد مؤيدي جماعة الإخوان المسلمين - Snopes.com
https://www.snopes.com < التحقق من الحقائق > السياسة

الادعاء: الملياردير محب الأعمال الخيرية جورج سوروس "يساعد" السيد عبدول السيد المعروف "بتأييده" للإخوان المسلمين ليصبح
رئيسًا للولايات المتحدة

مصدر الادعاء: مصادر متعددة

التحقق من الحقائق من خلال Snopes.com خطأ

التعقيبات

مشكلة سوروس - دريو جودفريدي - Medium
https://medium.com/@Drieu/the-soros-problem-1ba259ce0e92

3 مارس 2018 - هذه هي إمبراطورية جورج سوروس، العابرة للحدود مع أطنان من الأموال و... تمويل منظمات قريبة من جماعة
الإخوان المسلمين، إسلامي...

كيف يمول جورج سوروس جماعة الإخوان المسلمين في أوروبا - Medium
https://medium.com/.../how-george-soros-funds-the-muslim-brotherhood-in-europe-7...

13 يناير 2019، يتظاهر جورج سوروس بأنه واحد منهم ويطبق فكرة كارل بوبر عن المجتمع المنفتح. وقد تبرع بأكثر من 32
مليار دولار أمريكي للمنفتح
```

276. في سبتمبر 2019، تلقت المؤسسة طلبًا عاجلاً من دولة الإمارات العربية المتحدة للتحقيق بشأن 11 من النشطاء والمستشارين السياسيين البارزين في الولايات المتحدة لتحديد ما إذا كانوا "لديهم أي اتصالات مشبوهة". وأطلق ألب على المشروع الاسم الكودي "مشروع الفاوانيا". وتضمنت أهداف مشروع الفاوانيا: لنتون كروسبي، ومارك فولبروك، وستيف شميت، وجيمس كارفيل، وألاستير كامبل، وكارل روف، ومارك مكينون، وديفيد بلوف، وإد غيليسبي، وهوارد ولفسون، وكريس لاسيفيتا. تقاضت ألب من دولة الإمارات العربية المتحدة أكثر من 70,000 دولار أمريكي مقابل مشروع الفاوانيا.

277. في مارس 2024، رفع الدكتور فريد حافظ، أستاذ في كلية وليامز، دعوى قضائية جماعية في محكمة الولايات المتحدة الإقليمية لمقاطعة كولومبيا ضد شركة ألب، وشركة ديليجانس، ووبريرو، وكافين، وبادال وفيدينو وجامعة جورج واشنطن ووقد رفع دعاوى بشأن التدليس عبر البريد والاتصالات السلكية من بين أمور أخرى استنادًا على قانون المنظمات الفاسدة والمتأثرة بالابتزاز.[23]

---

[23] دعوى جماعية حافظ ضد فيدينو , 24-cv-00873-ABJ (المحكمة الإقليمية لمقاطعة كولومبيا 27 مارس 2024).

278.   تزعم الدعوى القضائية التي رفعها حافظ أن المؤسسة "قدمت سلسلة من التصريحات الاحتيالية أو

المستمرة والكاذبة عن بشأن علم المدعي وكذلك أفراد آخرين في وضع مماثل،" متهمة إياهم بارتباطهم "بعلاقات

غير مشروعة وغير لائقة مع جماعة الإخوان المسلمين." وتزعم شكوى حافظ أيضًا أن التصريحات الاحتيالية التي

أدلت بها المؤسسة "ترقى إلى أن تعتبر اتهامات بالإجرام بالتبعية ولكنها إساءات مبطنة وضمنية تروجها وتنشرها

العديد من وكالات الاستخبارات الأجنبية أو الشرطة والسلطات المُتقبلة لذلك، مما يعطي التلميحات والادعاءات

غطاءً من السلطة، وإتمامًا للمؤامرة فقد تم نشر هذه الافتراءات عبر شخصية أكاديمية مرموقة تحمل مسمى وظيفي

مهم وهو مدير برنامج التطرف في جامعة جورج واشنطن." ويدعي حافظ أنه "تم إدراجه في القائمة السوداء نتيجة

أنشطة الدكتور فيدينو وجامعة جورج واشنطن التي تم اتخاذها بتأثير من دولة الإمارات العربية المتحدة، لمجرد أنه

كان صوتًا للاعتدال والتسامح الديني ولطعنه في اتهامات الدكتور فيدينو الكاذبة ضد المسلمين الغربيين".

279.   تعد هذه أمثلة من بعض الضحايا الكثيرين الذين استهدفتهم حملات التشهير التي شنتها المؤسسة.

تشير الوثائق المقرصنة إلى أنه، في الفترة ما بين عامي 2017 وأبريل 2021 - عندما تم الحصول على الوثائق -

قامت المؤسسة بإجراء عمليات تستهدف أكثر من 50 فردًا وكيانًا. في حين تلقى حازم في نهاية المطاف حوالي

8,000 وثيقة مُقرصنة من جهات إنفاذ القانون، حصل اتحاد الصحافة الاستقصائية "تحالف الصحفيين الاستقصائيين في

أوروبا" (EIC) في نهاية المطاف على حوالي 80,000 وثيقة من وثائق ألب، والتي توضح أن ألب أرسلت إلى الإمارات

العربية المتحدة أسماء أكثر من 1,000 فرد و400 منظمة تصنفهم بأنهم جزء من جماعة الإخوان المسلمين. ونشر تحالف

الصحفيين الاستقصائيين في أوروبا العديد من المقالات حول عمل ألب لصالح الإمارات العربية المتحدة تحت اسم Abu

Dhabi Secrets (أسرار أبوظبي). ووصف الصحفيون الاستقصائيون في تحالف الصحفيين الاستقصائيين في أوروبا

بحث ألب لصالح دولة الإمارات العربية المتحدة بأنه "مجموعة عشوائية من الأسماء والمنظمات، مرتبطة بروابط مصطنعة

بالشخصيات العامة دون أي ترابط منطقي ... [و] أنه استند على مجرد شائعات أو جدل".

280.   تواصلت دار النشر الألمانية دير شبيغل مع العديد من الأشخاص الذين حددتهم ألب على أنهم جزء

من جماعة الإخوان المسلمين. وأخبروا دير شبيغل أنهم سمعوا هذه الاتهامات لأول مرة عند تواصلها معهم، ولم

يتمكنوا من شرح سبب تحديدهم على أنهم جزء من جماعة الإخوان المسلمين. في الواقع، قال أحد السياسيين

87

المحليين الذين تواصل دير شبيغل معهم إنه كان يحاول مكافحة تأثير جماعة الإخوان المسلمين في المنظمات الإسلامية.

281. في نوفمبر 2023، نشرت دير شبيغل مقالاً بعنوان "كيف تسعى دولة الإمارات العربية المتحدة إلى الاستفادة من نفوذها في أوروبا". وأفادت المقالة بما يلي:

لعب باحث إيطالي أمريكي يُدعى لورينزو فيدينو دورًا مهمًا في الحملة... منذ عام 2018، قام مرارًا وتكرارًا بأعمال لصالح شركة ألب سيرفيس ... وقد تمكن فيدينو من تأمين جهات اتصال بوسائل إعلام ذات سمعة طيبة وكان لديه إمكانية الوصول إلى شبكة تمكنت شركة ألب سيرفيس من استغلالها لتلقي معلومات الخدمة السرية - وهي شبكة كانت الشركة أيضًا قادرة على استخدامها لإعادة توجيه المعلومات إلى قنوات الاستخبارات والقنوات الحكومية. ويبدو أن فيدينو أيضًا كان على اتصال مع وكالات حكومية في ألمانيا. في فبراير 2020، كتب الباحث مذكرة نيابة عن شركة ألب سيرفيس حول أعضاء جماعة الإخوان المسلمين في ألمانيا. وفي مرحلة ما، سأل أحد موظفي شركة ألب سيرفيس عن مدى السرعة التي يجب أن تُنجز بها المذكرة، لأنه، كما قال، سيكون في برلين لبضعة أيام في منتصف شهر مارس بصفته "ضيفًا للحكومة". وقال إنه إذا كان من الممكن أن يُرسل تقريره بعد تلك الزيارة، فسيكون "أكثر إثارة". وعندما تواصلت دير شبيغل مع فيدينو قال أن الرحلة لم تحدث أبداً. لكنه أرسل مذكرة على أي حال.

282. استمرت المؤسسة في العمل لسنوات بعد أن أدت لإفلاس لشركة لورد إنرجي في عام 2019. بل في الواقع، إنها لا تزال تعمل حتى اليوم. في 18 يناير 2020، أعدت ألب خطة عمل جديدة "سرية للغاية" لعام 2020-2025، وبناءً على المعلومات والاعتقاد أرسلتها إلى الإمارات العربية المتحدة.

وكتبت ألب: "شكرًا لكم على تجديد ثقتكم بنا. نحن على استعداد لبدء خطة العمل الخمسية الجديدة التي ستتبع استراتيجية المؤسسة المجربة والحقيقية التي تجمع بين "الهجمات الإعلامية" والإجراءات الرامية إلى "التأثير على صناع القرار"، بما في ذلك "السياسيين وقواعد بيانات الامتثال والبنوك" و"الجمهور". واقترحت ألب ميزانية تبلغ 2.4 مليون يورو للسنة الأولى من الخطة الخمسية الجديدة.

<u>الاتهام الأول</u>
انتهاكات قانون لانهام، الباب 15 من مدونة القوانين الأمريكية،
القسم 1125 (أ) (1) (ب)
*(ضد دولة الإمارات العربية المتحدة، شركة ألب، بريرو،*
*كافين، وبادال، وبعض المدعى عليهم مجهولي الهوية أرقام 1-25)*

283. يكرر المدعون كل فقرة من الفقرات السابقة ويعيدون الادعاء بها كما لو كانت واردة بالكامل في هذه الوثيقة.

284.  بدءًا من مايو 2017، رتبت دولة الإمارات العربية المتحدة وشركة ألب وبريرو وكافين وبادال وبعض من المدعى عليهم مجهولي الهوية رقم 25-1 - الذين يعملون معًا وبالتنسيق مع الصحفيين والأكاديميين والمحققين الخاصين وغيرهم - لنشر الإعلانات الكاذبة والخادعة في التجارة الدولية وبين الدول عبر الإنترنت على الدائنين والعملاء والأطراف المقابلة وشركاء الأعمال الحاليين والمحتملين للمدعين وجمهور الإنترنت العالمي. وعادةً ما كانت هذه الإعلانات الكاذبة والمضللة تأخذ شكل مقالات ومنشورات مدونة منشورة على الإنترنت. وعلى الرغم من أن هذه المقالات تبدو وكأنها مقالات تحريرية حقيقية، إلا أنها في الواقع كانت عبارة عن محتوى مدعوم مدفوع تم كتابته ونشره لغرض صريح يتمثل في الإضرار بأعمال وسمعة أحد المنافسين التجاريين لدولة الإمارات العربية المتحدة وشركة أدنوك.

285.  اعتمد المدعى عليهم على استراتيجية إعلانية حديثة تُعرف باسم "الإعلان المُدمج" - وتُعرف أيضًا باسم "المحتوى الممول" أو "المقالات الإعلانية".

286.  الإعلانات المُدمجة هي محتوى يشبه الأخبار والمقالات الرئيسية والمواد الأخرى التي تحيط به عبر الإنترنت.24 وعندما يتم نشر الإعلانات المُدمجة بواسطة ناشر أخبار أو مدونة عبر الإنترنت، فإنها تحاكي أسلوب مقالات الناشر. وبالتالي، يتم تصميمها لتأخذ شكل المواد والمنشورات المحيطة بها وتندمج معها. وبعبارة أخرى، يتم تصميمها خصيصًا بحيث لا تظهر في شكل الإعلانات.

287.  يستخدم الرعاة الإعلانات المُدمجة لهذا السبب بالضبط: فمن خلال دمج محتواهم بسلاسة إلى جانب المحتوى التحريري القياسي، قد يخطئ القراء ويعتبرون الإعلان أخبارًا، ومن المرجح أن يقرؤوه أو يثقوا به. وبدون الإفصاحات المناسبة، فإن الإعلانات المُدمجة تكون خادعة بطبيعتها، حيث إنها مصممة لتبدو كمقالات إخبارية محايدة وتخفي الطبيعة التجارية لمحتواها.

288.  وهذا جعلها الأداة المثالية لتنفيذ حملة "العلاقات العامة المدمرة" للمدعى عليهم، حيث حققت نفس الأهداف التي قدمتها ألب إلى دولة الإمارات العربية المتحدة في مُقترحها. وأتاح استخدام الصحفيين مدفوعي الأجر لنشر إعلانات مُدمجة دون إفصاحات للمدعى عليهم "التشهير بشركة لورد إنرجي إحراجها" من خلال ما بدت أنها

---

24 لجنة التجارة الفيدرالية، *الإعلانات المُدمجة: دليل للشركات* (ديسمبر 2015)،
https://www.ftc.gov/business-guidance/resources/native-advertising-guide-businesses .

مصادر محايدة - مما أضاف مصداقية إلى "الحملات السلبية العدوانية عبر الإنترنت" مع الحفاظ أيضًا على سرية

من كان في الواقع وراء المقالات التي تحط من شأن أعمال وعمليات لورد إنرجي.

289.   وجّهت المؤسسة هذه الإعلانات الكاذبة والمضللة إلى عملاء المدعين والأطراف المقابلة لهم

وشركائهم التجاريين ومراقبي الامتثال والمخاطر والمقرضين والجمهور بغرض صريح يتمثل في تدمير أعمال

لورد إنرجي والقضاء على تهديد تنافسي متزايد لشركة أدنوك.

290.   تحتوي الإعلانات على ادعاءات كاذبة حول حازم ولورد إنرجي، بما في ذلك على سبيل المثال لا

الحصر ما يلي:

(أ)   في 5 ديسمبر 2017، نشرت المؤسسة مقالاً عبر الإنترنت على الموقع الإلكتروني أفريكا إنتليجنس تدعي فيه زورًا أن الجزائر قد حظرت ناقلة نفط لورد إنرجي بسبب مخاوف بشأن "مقاومة السفينة للماء"، وأن والد حازم "يزعم أنه قام بتمويل الإرهاب".

(ب)   في 5 يناير 2018، دفعت المؤسسة بيسون لكتابة مقال نشره موقع لوتان على الإنترنت حيث زعم كذبًا أنه كانت هناك "دلائل" على وجود "شبكات قديمة [لجماعة الإخوان المسلمين]" داخل شركة لورد إنرجي والتي "قامت أحيانًا ببعض الأنشطة المسلحة".

(ج)   في 15 مايو 2018، كلفت المؤسسة الكاتبة المستقلة نينا ماي بكتابة مقالة اتهمت لورد إنرجي كذبًا بأنها "مرتبطة بكيانات إرهابية حددتها الولايات المتحدة." وبناءً على المعلومات والاعتقاد، تم نشر هذا المحتوى الممول على الإنترنت.

(د)   في 15 مايو 2018، كلفت المؤسسة ماي بكتابة مقال منفصل اتهمت فيه لورد إنرجي كذبًا بأنها "مرتبطة بالقاعدة وجماعة الإخوان المسلمين." ونشرت المؤسسة هذا المحتوى المدعوم على WordPress في 6 يونيو 2018.

(ه)   في 15 مايو 2018، كلفت المؤسسة ماي بكتابة مقال ثالث اتهمت فيه لورد إنرجي كذبًا بأنها "شركة تجارية سويسرية مملوكة لجماعة الإخوان المسلمين" وادعت كذبًا أن حازم "يستمر في دعم الشبكة" و"لورد إنرجي هي واجهة لتمويل جماعة الإخوان المسلمين من خلال بيع النفط الخام من شمال أفريقيا". ونشرت المؤسسة هذا المحتوى المدعوم على Tumblr في 4 يونيو 2018.

(و)   في 31 مايو 2018 تقريبًا، كلفت المؤسسة ماي بكتابة ونشر مقال بعنوان "رويترز تفوت رابط رئيسي للإرهاب في التغطية النفطية: القصة الحقيقية لشركة لورد إنرجي السويسرية"، والذي ادعت فيه زورًا أن حازم "تولى" أعمال والده و"أن [] لورد إنرجي تتمتع بصلات كبيرة بجماعة الإخوان المسلمين وبالإسلام المتطرف ومموليه" ونشرت المؤسسة هذا المحتوى المدعوم على WordPress في 8 يونيو 2018.

(ز)   في 7 يونيو 2018، نشرت المؤسسة مقالًا بعنوان "لماذا يجب أن تعرض السلسلة التالية من Homeland في لوجانو وأن تتضمن لورد إنرجي" على موقع Live Journal.

وادعى المقال زورًا أن "أرباح لورد إنرجي تعود إلى منظمة متعاونة بعمق مع جماعة الإخوان المسلمين، ولها علاقات قديمة مع تنظيم القاعدة" و"قال إن وكالة استخبارات سويسرية تحقق في أنشطتها".

(ح) في 30 يونيو 2018، نشرت المؤسسة مقالة نشرتها بعنوان "الامتثال: الشركة التجارية للإخوان المسلمين لورد إنرجي مرتبطة بكريدي سويس." وقد نُشر هذا المحتوى الذي تمت رعايته على موقع Medium، وادعى المقال زورًا أن لورد إنرجي "تبدو أنها تخضع لمراقبة وكالة الاستخبارات السويسرية" ولديها "علاقات قوية مع الإخوان المسلمين والمؤيدين لتنظيم القاعدة". وذكر المقال أيضًا أن "لورد إنرجي قد تضع [كريدي سويس] في مشكلة مع وزارة الخزانة [الأمريكية]."

(ط) في 22 أغسطس 2018، نشرت المؤسسة مقالًا كلفت نينا ماي بكتابة بعنوان "كيف يمول الاتحاد الأوروبي المنتدى الإسلامي الأوروبي للشباب والطلاب التابع للإخوان المسلمين." ونُشر هذا المحتوى الذي تمت رعايته على موقع Medium واتهم لورد إنرجي كذبًا بأنها "أداة تمويل جديدة للإخوان المسلمين".

(ي) في 3 سبتمبر 2018، نشرت المؤسسة على WordPress مقالة أخرى كلفت نينا ماي بكتابتها واتهمت فيها لورد إنرجي كذبًا بأنها "مرتبطة بجماعة الإخوان المسلمين".

291.   هذه الادعاءات خاطئة لأنها تتعارض مع الواقع بعدة طرق، كما هو موضح أعلاه.

292.   كان المدعى عليهم متحمسين لتقديم هذه الادعاءات الكاذبة لأنهم كانوا في منافسة تجارية مع حازم ولورد إنرجي. شكلت المقالات التي قامت المؤسسة بتلفيقها ودعمها إعلانًا وترويجًا نظرًا لأنها كانت محتوى تم الدفع مقابله وتمويله يهدف إلى تعزيز مبيعات السوق الفورية لشركة أدنوك والسعر الذي يمكن أن تطلبه مقابل نفط مربان من خلال التقليل من شأن شركة لورد إنرجي وإخراجها من السوق. وكان القصد من الاتهامات الزائفة التي وجهتها المؤسسة بأن حازم ولورد إنرجي كانا متورطين في تمويل الإرهاب - وقد حققته- هو القضاء على منافس تجاري من خلال التسبب في توقف البنوك والمؤسسات المالية عن إقراض حازم ولورد إنرجي والتسبب في توقف المشاركين الآخرين في الصناعة عن العمل معهم.

293.   وقد تمت الإعلانات وعمليات الترويج التي قام بها المدعى عليهم في الولايات المتحدة. ونُشرت العديد من البيانات الكاذبة والمضللة ذات الصلة مباشرةً على مواقع الويب الأمريكية، بما في ذلك Medium وWordPress وTumblr. كما تم نشر بيانات كاذبة ومضللة أخرى على مواقع إلكترونية أجنبية، مثل لوتان، وإرسالها عبر البريد الإلكتروني إلى الصحفيين الأمريكيين ووكالات الإبلاغ عن الأسعار ومراقبي المخاطر المصرفية. كما تلاعب المُدعى عليهم بالنتائج على محركات البحث الأمريكية مثل Google وYahoo! وBing بحيث ظهرت إعلانات المؤسسة الزائفة والمضللة على الصفحات الأولى من محركات البحث هذه.

294.   كانت هذه الادعاءات الكاذبة تميل إلى خداع شريحة كبيرة من الجمهور المستهدف، وكان المدعى

91

عليهم يقصدون خداع الجمهور المستهدف، وقد خدعوا الجمهور المستهدف بالفعل. في الواقع، تباهت ألب بشكل روتيني أنه نتيجة "الإجراءاتها سريعة الانتشار" و"اتصالاتها سريعة الانتشار" كانت لورد إنرجي "تواجه مشاكل خطيرة في عملياتها التجارية" وكانت أخبارها "تنتشر بسرعة، مع تركيز أشخاص جدد على الشركة".

295.   ونظرًا لأن التصريحات الكاذبة للمدعى عليهم التي تفيد بأن المدعين متورطان في تمويل الإرهاب تشكل مخاطر تجارية ومخاطر على السمعة بالنسبة لمستهلكي المدعين والأطراف المقابلة وشركاء الأعمال والدائنين وغيرهم، فقد وجدوا أن هذه التصريحات الكاذبة كان لها أهمية جوهرية.

296.   علاوة على ذلك، تُظهر الحقائق أن المستهلكين والأطراف المقابلة وشركاء الأعمال والدائنين وجدوا في الواقع أن الادعاءات الكاذبة للمدعى عليهم لها تأثير جوهري على قراراتهم التجارية. فعلى سبيل المثال، رفض كل من سوسيتيه جنرال وناتيكسيس وبنك بي سي بي العمل مع شركة لورد إنرجي لأنه في حين "لم [يكن] لديهم مشكلة مع والد [حازم]  []  (الذي برأته الولايات المتحدة)"، لم يشعروا "بالارتياح تجاه [همت] و[بيكاردو] وفاطمة" - وهم ثلاثة موظفين مسلمين لدى لورد إنرجي ادعت المؤسسة كذبًا أنهم تربطهم علاقات بجماعة الإخوان المسلمين أو تنظيم القاعدة أو كليهما.

297.   وبالمثل، قرر الرئيس التنفيذي لبنك كريدي سويس إنهاء علاقة البنك طويلة الأمد مع حازم ولورد إنرجي لأنه كان يخشى أن يؤدي استمرار إقراض حازم إلى جعل البنك يبدو أنه يدعم جماعة الإخوان المسلمين.

298.   أغلق بنك يو بي إس أيضًا الحساب الشخصي لحازم لدى البنك، وأخبره أنه " بعد [[مناقشات]] مكثفة وطويلة للغاية مع فرق الامتثال والعناية الواجبة لدينا، قررت [] شركتنا أننا لن نكون في وضع يمكّننا من مساعدتكم في تمويل نشاطكم التجاري".

299.   كما توقفت شركة ليتاسكو، وهي شركة أخرى لتجارة السلع، عن التجارة مع حازم ولورد إنرجي لأنها كانت لديها مخاوف تتعلق بالامتثال نتيجة لتصريحات المدعى عليهم التي تربط بشكل خاطئ بين حازم إنرجي وتمويل الإرهاب.

300.   تتحمل كل من دولة الإمارات العربية المتحدة، وألب وبريرو وكافين وبادال، وبعض المدعى عليهم مجهولي الهوية أرقام 1-25 المسؤولية بالتضامن والتكافل عن كل من ادعاءاتهم الكاذبة بشأن المدعين

92

والادعاءات المماثلة التي نشرها المدعى عليهم وشركاؤهم في المؤامرة لأنهم عملوا معًا على تلفيق القصص الكاذبة التي تفيد بأن حازم ولورد إنرجي مرتبطان بجماعة الإخوان المسلمين ومشاركان في تمويل الإرهاب، وقد ساهموا جميعًا في نشر وتوزيع البيانات الكاذبة عن المدعى عليهم.

301.   أدت هذه الادعاءات الكاذبة إلى تقويض سمعة المدعين بين العملاء والأطراف المقابلة وشركاء الأعمال والدائنين والجمهور مما تسبب في توقف المستهلكين والأطراف المقابلة وشركاء الأعمال والدائنين عن التعامل مع المدعين.

302.   وفي النهاية، أجبرت هذه الادعاءات الكاذبة المدعين على إنهاء عملهما.

303.   يطلب المدعيان أن يخضع كل من دولة الإمارات العربية المتحدة وشركة ألب وبريرو وكافين وبادال وبعض من المدعى عليهم مجهولي الهوية رقم 1-25 للمحاسبة ويُأمروا بدفع جميع الأرباح المفقودة والخسائر الناتجة عن الأفعال غير المشروعة الموصوفة أعلاه وأن تصدر المحكمة أمرًا بمضاعفة أو تعزيز أي حكم بموجب قانون لانهام.

**الاتهام الثاني**
**الابتزاز المدني، الباب 18 من مدونة القوانين**
**الأمريكية، القسم 1962(ج) (ضد دولة الإمارات**
*العربية المتحدة، وألب وبريرو وكافين وبادال وبعض*
*المدعى عليهم مجهولي الهوية أرقام 1-25)*

304.   يكرر المدعون كل فقرة من الفقرات السابقة ويعيدون الادعاء بها كما لو كانت واردة بالكامل في هذه الوثيقة.

305.   في جميع الأوقات ذات الصلة، مثّل كل من دولة الإمارات العربية المتحدة وشركة ألب وبريرو وكافين وبادال وبعض من المدعى عليهم مجهولي الهوية رقم 1-25 "أشخاصًا" بالمعنى المقصود في القسم 1961 (3) من الباب 18 من مدونة القوانين الأمريكية.

306.   في الفترة ما بين مايو 2017 وأبريل 2021 على الأقل، وبالتأكيد تقريبًا بعد ذلك، كان المدعى عليهم مرتبطين وشكلوا في الواقع "مؤسسة" بالمعنى المقصود في القسم 1964 (ج) من الباب 18 من مدونة القوانين الأمريكية، وشاركوا في التجارة الدولية وبين الدول وأثروا عليها. وكان لدى المؤسسة تنظيم وهيكل

93

واضحين. وأشرفت دولة الإمارات العربية المتحدة، من خلال محمد بن زايد، على الحملة الكبرى للمؤسسة، حيث قدمت التوجيه والإرشاد الاستراتيجي. وأدار مطر العمليات على مستوى أكثر دقة من خلال العمل كحلقة وصل بين دولة الإمارات العربية المتحدة وشركة ألب. ونفذت شركة ألب وبريرو وكافين وبادال العمليات اليومية للمؤسسة من خلال، من بين أمور أخرى، اقتراح الأهداف، وتعيين الموارد، والتكليف بنشر مقالات كاذبة ومضللة. وكتبت شبكة المتآمرين في المؤسسة المقالات وقامت بنشر وتوزيع الادعاءات الكاذبة والمضللة للمؤسسة. وقد أوضح بريرو في رسالة البريد الإلكتروني التي أرسلها إلى مطر في مارس 2020، في بداية جائحة كوفيد، أنه بسبب كوفيد، "قد تصبح بعض الإجراءات أكثر صعوبة لأسباب لوجستية واضحة، على سبيل المثال إذا لم نتمكن من السفر لمقابلة المصادر أو جهات الاتصال الإعلامية. وإذا لم نتمكن من السفر، فقد يكون لذلك أيضًا تأثير على عملياتنا الإعلامية (لأننا ننشر غالبًا في مدن أوروبية مختلفة لتحقيق مزيد من الأمن/الحذر والمصداقية)."

307. في جميع الأوقات ذات الصلة، اتفق أعضاء هذه المؤسسة على، واعتزموا، وقاموا بالفعل، بالمشاركة بشكل مباشر أو غير مباشر في تصرفات المؤسسة من خلال نمط من النشاط الابتزازي الذي ينتهك القسم 1962 (ج) من الباب 18 من مدونة القوانين الأمريكية، بما في ذلك الاحتيال الإلكتروني الدولي وبين الدول بما ينتهك القسم 1343 من الباب 18 من مدونة القوانين الأمريكية والاحتيال المصرفي بما ينتهك القسم 1344 من الباب 18 من مدونة القوانين الأمريكية.

308. يعتبر كل من دولة الإمارات العربية المتحدة وشركة ألب وبريرو وكافين وبادال وبعض من المدعى عليهم مجهولي الهوية رقم 1-25 أشخاص متميزون في هذه المؤسسة. وقد قاموا بإدارة شؤون المؤسسة وتشغيلها مع العلم الكامل بأن أنشطتها كانت غير قانونية وبقصد الاحتيال. وعلى وجه التحديد، نسقت المؤسسة حملة تشهير منسقة لمدة سنوات لنشر معلومات خاطئة حول عشرات الأهداف، بما في ذلك حازم ولورد إنرجي إس إيه وأمريكاز لورد إنرجي إنك. واستخدمت المؤسسة أساليب مماثلة، والتي أشارت إليها باسم عمليات "الاتصالات السرية المسيئة سريعة الانتشار" و"الضغط السري" لتحقيق الهدف الشامل للمؤسسة المتمثل في تدمير أعمال وسمعة العشرات من أهدافها من خلال ربط هذه الأهداف زورًا بجماعة الإخوان المسلمين والإرهاب.

309. ولتنفيذ هذا المخطط الاحتيالي، استعانت المؤسسة بشبكة من المتآمرين وغيرهم من المشاركين

94

النشطين، بما في ذلك الصحفيين والمدونين والكُتّاب المستقلين ومحرري ويكيبيديا والأكاديميين والمصادر الأخرى لصياغة ونشر معلومات كاذبة حول أهدافهم بنية محددة تتمثل في حث شركاء الأعمال لأهدافها والأطراف المقابلة والمؤسسات المالية وغيرهم على قطع العلاقات مع هذه الأهداف بطريقة احتيالية. واعتمدت دولة الإمارات العربية المتحدة أيضًا على عثمان تازاجارت، رئيس تحرير الموقع الإلكتروني Global Watch Analysis، والذي أشار إليه بيرو باسم "المنافسة"، لنشر مقالات كاذبة ومضللة حول أهداف المؤسسة، بما في ذلك حازم ولورد إنرجي. وتواصل تازاجارت مباشرة مع مطر.

310.    في حالة كل من حازم ولورد إنرجي، صاغت المؤسسة قصص ملفقة تفيد بأن حازم وشركاته كانوا مرتبطين ارتباطًا وثيقًا بجماعة الإخوان المسلمين ومتورطين في تمويل الإرهاب. بالإضافة إلى البيانات الكاذبة المدرجة في الفقرة 290 أعلاه، والتي استخدمت المؤسسة شبكات دولية وبين الدول لدعمها ونشرها عبر الإنترنت، استخدمت المؤسسة شبكات دولية وبين الدول لنشر البيانات الكاذبة التالية تعزيزًا لمخططها للاحتيال، بما يخالف القسم 1343 من الباب 18 من مدونة القوانين الأمريكية:

(أ)    في 6 أكتوبر 2017، كتبت شركة ألب تقريرًا، بناءً على المعلومات والاعتقادات وشاركته داخليًا ومع دولة الإمارات العربية المتحدة عبر البريد الإلكتروني، تدعي فيه زورًا ما يلي: أن لورد إنرجي كانت "يديرها ورثة من كبار قادة الإخوان المسلمين في الدوحة"؛ وأن لورد إنرجي "تعتبر أحد كبار الكيانات العاملة التابعة لجماعة الإخوان المسلمين في أوروبا ولها علاقات مع الكيانات المرتبطة بتنظيم القاعدة"؛ وأن المديرين التنفيذيين لشركة لورد إنرجي "هم أعضاء في جماعة الإخوان المسلمين، ومرتبطون بالقاعدة"؛ وأن حازم كان "مقيمًا في الدوحة في قطر"؛ وأن والد حازم "يُعتبر "وزيرًا الخارجية" لجماعة الإخوان المسلمين ومولها الرئيسي"؛ وأن شركة لورد إنرجي وفرت "الغطاء المثالي" لتمويل الإرهاب؛ وأن حازم كان "يتابع أنشطة الأعمال، ولكن أيضًا يتابع أعمال الإخوان المسلمين"؛ وأن شركائه التجاريين يوسف همت، وهو مواطن أمريكي، و إمامة فاطمة وديفيد بيكاردو وعمر نصر الدين تابعين للإخوان المسلمين.

(ب)    في ديسمبر 2017، صاغت ألب "تقريرًا أوليًا" سريًا عن حازم ولورد إنرجي يحمل اسم الملف "مذكرة أرنيكا 3 لورد إنرجي - سيلفان-20171214"، والتي ادعت كذبًا أن لورد إنرجي كانت "شركة تجارية غامضة تابعة للإخوان المسلمين مرتبطة بتنظيم القاعدة"، و"تشارك في العمليات الكبيرة التي تنفذها جماعة الإخوان المسلمين في أوروبا". وبناءً على المعلومات والاعتقاد، شاركت ألب هذه المذكرة عبر البريد الإلكتروني مع بيسون، الذي استخدم المعلومات التي قدمتها ألب لكتابة مقاله في 5 يناير 2018 في صحيفة لوتان.

(ج)    في 15 فبراير 2018، نشرت ألب "تحليلًا تحقيقيًا مفصلاً"، وبناءً على المعلومات

والاعتقاد شاركته داخليًا ومع دولة الإمارات العربية المتحدة عبر البريد الإلكتروني، والذي وصف بشكل كاذب حازم ولورد إنرجي، من بين أهداف أخرى، كجزء من "نظام التمويل الشامل" للإخوان المسلمين.

(د)   في 21 فبراير 2018، أعدت ألب عرض PowerPoint تقديمي، والذي بناء على المعلومات والاعتقاد شاركته داخليًا ومع دولة الإمارات العربية المتحدة عبر البريد الإلكتروني، وتضمن شريحة عن لورد إنرجي، تتهمها زورًا بأنها "واجهة []" للإخوان المسلمين وأنها "مرتبطة بتنظيم القاعدة".

(ه)   في فبراير 2018، أعدت ألب "خطة عمل"، وبناءً على المعلومات والاعتقاد، عممتها داخليًا وشاركتها مع دولة الإمارات العربية المتحدة عبر البريد الإلكتروني، والتي ادعت فيها كذبًا أن لورد إنرجي لديها "روابط بالإرهاب والأشخاص المعرضين سياسيًا"، وكذلك جماعة الإخوان المسلمين.

(و)   في 12 يونيو 2018، وباستخدام الاسم المستعار لوران مارتن، أرسلت ألب رسائل بريد إلكتروني إلى وورلد كومبليانس، وورلد تشيك، Info4C تزعم فيها كذبًا أن لورد إنرجي "مرتبطة بشكل مباشر بالإسلاميين المتطرفين" وتحث مراقبي الامتثال هؤلاء على إضافة "اسم لورد إنرجي" إلى قواعد البيانات الخاصة بهم.

(ز)   في 13 يونيو 2018، أرسلت ألب رسالة بريد إلكتروني حول لورد إنرجي إلى عنوان البريد الإلكتروني للعلاقات الإعلامية في كريدي سويس (media.relations@credit-suisse.com)، تظاهرت فيها بأنها صحفي مستقل واستخدمت الاسم المستعار لوران مارتن. وادعى البريد الإلكتروني كذبًا أن لورد إنرجي كانت مرتبطة بالإسلاميين المتطرفين، واستشهدت بالقصص التي دعمتها ألب وزرعتها حول لورد إنرجي.

(ح)   في الفترة ما بين 7 يونيو و19 يونيو 2018، استخدمت ألب حساب Protonmail آمن ومشفر تحت اسم مستعار "يفان دوست" لإرسال 15 رسالة بريد إلكتروني تزعم بالكذب أن "الورد إنرجي إس أيه" كانت مرتبطة "بتمويل الإرهاب" إلى مراسلين من *بلومبيرج* *وأكسيوس ورويترز وصنداي تايمز وذا أوبزيرفر وذا جارديان وفاينشيال تايمز وذا صن* *وذا تايمز*، بالإضافة إلى وكالة بلاتس للإبلاغ عن الأسعار.

(ط)   في أوائل يونيو 2018، نشرت المؤسسة مقالة باللغة الفرنسية في ويكيبيديا عن لورد إنرجي استشهدت بمقال صحيفة لوثان الصادر في 5 يناير 2018 والذي دعمت المؤسسة سابقًا كتابته واتهمت فيه لورد إنرجي زورًا بعلاقتها بجماعات إرهابية.

(ي)   في 6 يوليو 2018 تقريبًا، نشرت المؤسسة مقالات باللغة الإنجليزية والإيطالية على ويكيبيديا والتي ادعت فيها كذبًا بما يلي: أن حازم كان "سفيرًا سريًا لجماعة الإخوان المسلمين"، و"ظهور شبكات قديمة لجماعة الإخوان المسلمين مرة أخرى في سويسرا من خلال الشركة التجارية لورد إنرجي"، وأن العديد من مديري لورد إنرجي "كانوا مسلحين إسلاميين مقربين من الإخوان المسلمين".

311.   استفادت المؤسسة بشكل روتيني من الشبكات الدولية وبين الدول لتخطيط وتيسير وتنفيذ مخططها

لتدمير أعمال وسمعة كل من حازم ولورد إنرجي. وفي الفترة ما بين مايو 2017 وأبريل 2021، أرسل أعضاء

المؤسسة العشرات – إن لم يكن المئات – من رسائل البريد الإلكتروني إلى بعضهم البعض وشاركوا بشكل روتيني في اجتماعات الفيديو والمكالمات الهاتفية، من بين أمور أخرى، لصياغة الاستراتيجيات؛ وتحديد الأهداف؛ وتحديد المتآمرين وتوظيفهم؛ وترتيب الاجتماعات والسفر؛ ومصادر الدفع، والمقاولين، والمتآمرين؛ ومعالجة المسائل اللوجستية، وكل ذلك لتعزيز المخطط الشامل للمؤسسة. كأمثلة فقط:

(أ) في 7 أغسطس 2017، أعدت ألب عرضًا تفصيليًا لدولة الإمارات العربية المتحدة حددت فيه ألب "خطة عمل عالمية" تتضمن "إجراءات هجومية واسعة النطاق". وشاركت شركة ألب هذه الوثيقة مع دولة الإمارات العربية المتحدة عبر البريد الإلكتروني بناءً على المعلومات والاعتقاد.

(ب) في 3 يناير 2018، تبادل بادال وفيدينو رسائل البريد الإلكتروني (تم إرسال نسخة إلى بريرو وكافين) للترتيب لمقابلة فيدينو مع بادال وبريرو وكافين في جنيف في 12 يناير 2018.

(ج) في 26 فبراير 2018، أرسل بادال عرضًا "محدثًا وأكثر تفصيلاً" إلى مطر يوصي فيه بـ "مرحلة اختبار جديدة مدتها ثلاثة أشهر" ويقدم نظرة عامة على أهداف ألب المقترحة والإجراءات التي تنوي ألب اتخاذها ضد كل منها.

(د) في 7 مايو 2018، نشرت ألب "تقريرًا داخليًا سريًا" عن لورد إنرجي ادعى زورًا أن لورد إنرجي "تعتبر أحد كبار المشغلين التابعين لجماعة الإخوان المسلمين في أوروبا ولها علاقات مع الكيانات المرتبطة بتنظيم القاعدة". وبناءً على المعلومات والاعتقاد، تمت مشاركة التقرير داخليًا في ألب عبر البريد الإلكتروني.

(ه) في 15 مايو 2018، صاغت ألب رسالة بريد إلكتروني، بناءً على المعلومات والاعتقاد، أرسلتها إلى نينا ماي تطلب منها كتابة ثلاثة مقالات عن لورد إنرجي.

(و) في 6 يونيو 2018، أعدت ألب "تحديثًا عاجلاً" لدولة الإمارات العربية المتحدة بشأن جهود كل من حازم ولورد إنرجي لمواجهة حملة التشهير التي شنتها المؤسسة. وبناءً على المعلومات والاعتقاد، شاركت ألب التحديث داخليًا ومع دولة الإمارات العربية المتحدة عبر البريد الإلكتروني.

(ز) في 13 يونيو 2018، أعدت ألب "تحديثًا عاجلاً" آخر "سريًا للغاية" لدولة الإمارات العربية المتحدة بشأن جهود كل من حازم ولورد إنرجي لمحاولة تصحيح صفحة ويكيبيديا باللغة الفرنسية للورد إنرجي التي أنشأتها ألب. وشاركت شركة ألب هذا التحديث مع دولة الإمارات العربية المتحدة عبر البريد الإلكتروني بناءً على المعلومات والاعتقاد.

(ح) في 23 يوليو 2018، أعدت ألب لدولة الإمارات العربية المتحدة "تقريرًا موجزًا – تقييمًا للأثر" يصف "الاتصالات سريعة الانتشار وعمليات الضغط السرية التي أجرتها المؤسسة بشأن 10 أهداف لورد إنرجي"، بما في ذلك لورد إنرجي. وشاركت شركة ألب هذا التقرير مع دولة الإمارات العربية المتحدة عبر البريد الإلكتروني بناءً على المعلومات والاعتقاد.

(ط) أعدّت ألب، وبناءً على المعلومات والاعتقاد أرسلت عبر البريد الإلكتروني إلى دولة الإمارات العربية المتحدة، "تقرير موجز - تقييم الأثر" آخر في 6 أغسطس 2018 والذي أوضح كيف استخدمت ألب وسائل التواصل الاجتماعي وتقنيات تحسين محركات البحث "لتعزيز ظهور الإجراءات [التي أجرتها]".

(ي) في تحديث مماثل لمطر والإمارات العربية المتحدة في 6 نوفمبر 2018، تفاخرت ألب بأنه "[] وبعد أحدث أفعالنا، يربط Google الآن مباشرةً لورد إنرجي بالإرهاب وحازم ندا بـ [جماعة الإخوان المسلمين]".

312.    هذه ليست سوى بعض الأمثلة على العديد من "التقارير الموجزة" و"التحديثات العاجلة" و"تقييمات التأثير" ورسائل البريد الإلكتروني الأخرى والاتصالات الإلكترونية والشبكات الدولية وبين الدول التي استخدمتها المؤسسة لتعزيز مخططها للاحتيال. لم يكن استخدام المؤسسة للشبكات الدولية وبين الدول متوقعًا فحسب، بل كان جزءًا أساسيًا من مخطط المؤسسة لخلق تصور عام كاذب بأن حازم وشركاته متورطين في تمويل الإرهاب.

313.    كما ارتكبت المؤسسة أعمال احتيال مصرفي بشكل روتيني بما يخالف القسم 1344 من الباب 18 من مدونة القوانين الأمريكية. ومن خلال تصريحاتها الكاذبة والمضللة، استهدفت خداع وخدعت بالفعل العديد من البنوك والمؤسسات المالية وحثت تلك البنوك والمؤسسات المالية على إنهاء علاقاتها المصرفية مع حازم ولورد إنرجي. كانت المؤسسة تعلم وتعتزم أن تتعرض البنوك لضرر مالي من إنهاء ترتيبات الإقراض المربحة طويلة الأجل مع حازم وشركاته. في الواقع، في يونيو 2018، تفاخرت ألب بأن [لورد إنرجي] "تواجه مشاكل خطيرة مع البنوك الغربية لتلقي الائتمانات بعد اتصالاتنا سريعة الانتشار. ويبدو أنه تم وضعها في قائمة مراقبة تستخدمها البنوك. وتشعر البنوك بالقلق إزاء علاقاتها بالإسلاميين المتطرفين".

314.    وعلى وجه التحديد، أنهت البنوك والمؤسسات المالية التالية علاقات مصرفية مربحة مع حازم ولورد إنرجي أو رفضت بدء علاقات مصرفية جديدة نتيجة للبيانات الكاذبة التي نشرتها المؤسسة:

(أ)    في نوفمبر 2018، رفض بنك سوسيتيه جنرال التعامل مع شركة لورد إنرجي؛

(ب)    في نوفمبر 2018، رفض بنك بي بي سي بي العمل مع لورد إنرجي لأن إدارة الامتثال لديه "لم تشعر بالارتياح" بخصوص ثلاثة من موظفي لورد إنرجي الذين حددتهم المؤسسة كذبًا على أنهم تربطهم علاقات بالإرهاب وجماعة الإخوان المسلمين؛

(ج)    في ديسمبر 2018، توقف بنك كريدي سويس—— وهو بنك استهدفته المؤسسة —— عن دعم مراكز التداول الخاصة بشركة لورد إنرجي، وفي فبراير 2019، أغلق حسابات لورد إنرجي رسميًا؛

98

(د)   في يناير 2019، أنهت شركة سويس كارد حساب لورد إنرجي؛

(هـ)  في يناير 2019، رفض بنك يو بي إس - بعد مناقشات طويلة مع فرق الامتثال والعناية الواجبة - تمويل أنشطة أعمال لورد إنرجي؛

(و)   في فبراير 2019، أغلق بنك يو بي إس حساب حازم المصرفي الشخصي ―― الذي كان يحتفظ به لأكثر من 27 عامًا――، بالإضافة إلى الحسابات المصرفية الشخصية لوالدة حازم وأخيه؛

(ز)   في أبريل 2019، أنهى بنك ماكواري "اتفاقية تداول العقود الآجلة والمقاصة" مع لورد إنرجي التي كانت سارية منذ عام 2014؛ و

(ح)   في ديسمبر 2020، رفض بنك ماكواري الدخول في علاقة مصرفية جديدة مع لورد إنرجي لأنه "لا يرغب في المضي قدمًا" في هذه الفرصة.

315.   بالإضافة إلى ذلك، أصبح كريدي سويس والبنك التجاري العربي البريطاني بي إل سي مستحقين لملايين الدولارات عندما أعلنت لورد إنرجي إفلاسها، وكان عليهما السعي لاسترداد جزء مما كانوا مستحقين له من خلال إجراءات الإفلاس السويسرية.

316.   كانت أعمال الابتزاز هذه مرتبطة ببعضها البعض وبالمؤسسة ككل. وقد انخرطت المؤسسة في نمط مستمر من الابتزاز بدأ في عام 2017 واستمر حتى عام 2021 على الأقل، وما بعد ذلك بالتأكيد تقريبًا. في يناير 2020، أرسل بريرو رسالة بريد إلكتروني إلى مطر كتب فيها أنه يتطلع إلى العمل "إلى جانب [مطر] على مدار السنوات الخمس القادمة". وفي رسالة البريد الإلكتروني، شكر بريرو أيضًا مطر على ساعات تيودور التي منحها مطر له خلال زيارة بريرو الأخيرة إلى الإمارات العربية المتحدة. وكتب بريرو أنه "سعد جدًا بالعلاقة الشخصية [التي جمعته بمطر] والتي نشأت خلال العامين الماضيين ويأمل أن تنمو أكثر." وقد عبّر عن شكره إلى "سعادته وصاحب السمو وكذلك فهد وسالم" - مما يشير بناءً على المعلومات والاعتقاد، إلى محمد بن زايد، وعلي، واثنين آخرين من المسؤولين الإماراتيين المشاركين في المؤسسة. كما شكر بريرو مطر على ثقته حيث شاركت المؤسسة في "مهمة حساسة جدًا... جديدة طويلة الأجل." وتم إرسال نسخة من مسودات هذا البريد الإلكتروني التي تم تداولها داخليًا في ألب إلى كافين وبادال.

317.   شاركت المؤسسة المشتركة في الواقع في التجارة الدولية وبين الدول وأثّرت عليها. وكان الهدف من حملة التشهير التي شنتها المؤسسة ضد حازم ولورد إنرجي، والذي تحقق بالفعل، هو إخراج شركة نفط منافسة

من العمل. فقد دمرت أنشطة الابتزاز التي تقوم بها المؤسسة شركة تزيد قيمتها عن 150 مليون دولار أمريكي، وكانت تحقق إيرادات سنوية تزيد عن 1.71 مليار دولار أمريكي. كما أثرت جهود المؤسسة لإفلاس لورد إنرجي على أسعار السوق الفورية العالمية للنفط الخام الخفيف المُصدّر إلى آسيا، بما في ذلك أسواق خام غرب تكساس الوسيط المُنتج في الولايات المتحدة. وأثرت ديناميكيات الأسعار التي سعت المؤسسة إلى (ونجحت في) التأثير عليها من خلال نمط نشاط الابتزاز الخاص بها على صفقات النفط الخام التي تقدر بمليارات الدولارات.

318.    كنتيجة مباشرة ومتصلة لأنشطة ابتزاز المدعى عليهم التي تنتهك القسم 1962 (ج) من الباب 18 من مدونة القوانين الأمريكية، تضررت أعمال المدعين وممتلكاتهما بمبلغ يثبت في المحاكمة. ويسعى المدعيان الآن للحصول على ثلاثة أضعاف التعويضات بموجب القسم 1964 (ج) من الباب 18 من مدونة القوانين الأمريكية لتعويض هذه الأضرار. وقد وقعت أضرار المدعين في الولايات المتحدة. ومن بين أمور أخرى، يُعد حازم مواطنًا أمريكيًا يقيم في تكساس، وقد استهدف المدعى عليهم على وجه التحديد الشركة الأمريكية التابعة لشركة لورد إنرجي، التي كانت تقع وتأسست في تكساس، ودمروا هذه الشركة.

<u>الاتهام الثالث</u>
**التآمر للابتزاز، الباب 18 من مدونة القوانين الأمريكية، القسم**
**1962 (د)**
*(ضد جميع المدعى عليهم)*

319. يكرر المدعون كل فقرة من الفقرات السابقة ويعيدون الادعاء بها كما لو كانت واردة بالكامل في هذه الوثيقة.

320.    ينص القسم 1962 (د) من الباب 18 من مدونة القوانين الأمريكية على أنه من "غير القانوني لأي شخص التآمر لانتهاك أي من أحكام القسم الفرعي (أ) أو (ب) أو (ج) من هذا القسم".

321.    كما هو موضح أعلاه، قام المدعى عليهم، بشكل غير قانوني ومقصود، بالاجتماع والتآمر والاتفاق على انتهاك القسم 1962 (ج) من الباب 18 من مدونة القوانين الأمريكية. وعلى وجه التحديد، ارتكب المدعى عليهم أفعالاً علنية دعمًا للمؤامرة الموضحة أعلاه، بما في ذلك نشر وتوجيه نشر العشرات من المقالات الكاذبة والمضللة حول حازم ولورد إنرجي وعشرات الأفراد والكيانات الأخرى.

322.    تآمر المدعى عليهم واتفقوا عمدًا على المشاركة بشكل مباشر وغير مباشر في المشاركة في أفعال المؤسسة من خلال نمط من النشاط الابتزازي. وكان المدعى عليهم يعرفون أن أفعالهم كانت جزءًا من نمط نشاط ابتزازي ووافقوا على ارتكاب تلك الأفعال لتعزيز المخططات الموضحة أعلاه. ويشكل هذا السلوك مؤامرة لانتهاك القسم 1962 (ج) من الباب 18 من مدونة القوانين الأمريكية، بما يخالف القسم 1962 (د) من الباب 18 من مدونة القوانين الأمريكية.

323.    وكنتائج مباشرة ومتصلة بمؤامرة المؤسسة، والأعمال الصريحة التي تم اتخاذها لتعزيز هذه المؤامرة، وانتهاكات القسم 1962 (د) من الباب 18 من مدونة القوانين الأمريكية، تضررت أعمال المدعيين وممتلكاتهما بمبلغ يثبت في المحاكمة. ويسعى المدعيان الآن للحصول على ثلاثة أضعاف التعويضات بموجب القسم 1964 (ج) من الباب 18 من مدونة القوانين الأمريكية لتعويض هذه الأضرار.

<u>الاتهام الرابع</u>
**انتهاكات القسم 1 من قانون شيرمان، الباب 15 من مدونة القوانين الأمريكية، القسم 1**
*(ضد دولة الإمارات العربية المتحدة وألب وديليجانس وبريرو*
*وكافين وبادال وبعض المدعى عليهم مجهولي الهوية أرقام 1-25)*

324. يكرر المدعون كل فقرة من الفقرات السابقة ويعيدون الادعاء بها كما لو كانت واردة بالكامل في هذه الوثيقة.

325.    كما هو موضح أعلاه، اشترك المدعى عليهم واجتمعوا وتآمروا واتفقوا على تقييد التجارة الدولية وبين الدول بشكل غير قانوني وغير معقول. وكانت حملة التشهير التي أطلقها المدعى عليهم ضد لورد إنرجي تهدف على وجه التحديد - وقد فعلت - القضاء على تهديد منافس متنامي لشركة أدنوك في السوق الفوري للنفط الخام الخفيف المُصدّر إلى آسيا. حيث قام المدعى عليهم بصياغة ونشر بيانات كاذبة تفيد بأن حازم ولورد إنرجي كانا متورطين في تمويل الإرهاب لمنع البنوك من الإقراض إلى حازم أو لورد إنرجي وتثبيط العملاء والأطراف المقابلة وشركاء الأعمال من التعامل مع حازم أو لورد إنرجي.

326.    يفرض تصدير لورد إنرجي لمزيج الصحراء وخام غرب تكساس الوسيط إلى آسيا ضغطًا تنازليًا على الأسعار التي قد تفرضها أدنوك على خام مربان- وهي درجة مكافئة من النفط الخام الخفيف. ومن خلال سلوكهم غير المعقول المناهض للمنافسة، أجبر المدعى عليهم لورد إنرجي على الخروج من السوق الفوري للنفط

الخام الخفيف في آسيا، مما أدى إلى زيادة الأسعار التي تلقتها الإمارات العربية المتحدة وشركة أدنوك لصادرات مربان.

327.   حدثت مؤامرة المدعى عليهم، والتأثير الناتج على السوق الفورية للنفط الخام الخفيف في آسيا، في التجارة الدولية وبين الدول وأثرت عليها، وكان لها تأثير مباشر وجوهري ومتوقع على قطاع التصدير الأمريكي والتجارة مع الدول الأجنبية. وقد تأثرت الأسعار التي يمكن أن يحصل عليها منتجو خام غرب تكساس الوسيط في الولايات المتحدة لصادرات خام غرب تكساس الوسيط بشكل مباشر بالجهود غير القانونية التي تبذلها المؤسسة لإخراج لورد إنرجي من السوق.

328.   كذلك، كان للسلوك غير القانوني والمناهض للمنافسة الذي ارتكبه المدعى عليهم تأثيرًا مباشرًا وجوهريًا ومتوقعًا على شركة أمريكاز لورد إنرجي، وهي شركة أمريكية تعمل في تصدير خام غرب تكساس الوسيط إلى دول أجنبية، بشكل أساسي في آسيا. وعلى وجه التحديد، أجبر السلوك غير القانوني للمدعى عليهم شركة أمريكاز لورد إنرجي على الخروج من العمل تمامًا. كما أجبر لورد إنرجي إس أيه على الإعلان عن إفلاسها، مما أثر على الشركات الأمريكية المشاركة في التجارة الخارجية من خلال منع لورد إنرجي من مواصلة مزاولة الأعمال التجارية مع العديد من الكيانات الأمريكية، وأجبر هذه الكيانات الأمريكية على السعي لاسترداد الديون المستحقة لها من لورد إنرجي من خلال إجراءات الإفلاس السويسرية.

329.   يحق للمدعيين الحصول على ثلاثة أضعاف التعويضات لانتهاكات قانون شيرمان المزعومة في هذه الوثيقة.

<u>**الاتهام الخامس**</u>
**انتهاكات القسم 2 من قانون شيرمان، الباب 15 من مدونة القوانين الأمريكية، القسم 2**
*(ضد دولة الإمارات العربية المتحدة وألب وديليجانس وبريرو*
*وكافين وبادال وبعض المدعى عليهم مجهولي الهوية أرقام 1-25)*

330. يكرر المدعون كل فقرة من الفقرات السابقة ويعيدون الادعاء بها كما لو كانت واردة بالكامل في هذه الوثيقة.

331. كما هو موضح أعلاه، قبل عام 2017 عندما دخلت شركة لورد إنرجي السوق الفورية للنفط الخام

الخفيف المُصدّر إلى آسيا، كانت شركة أدنوك تمتلك قوة احتكارية. في ذلك الوقت، كان خام مربان المنتج من الإمارات العربية المتحدة هو درجة النفط الخام الخفيفة الوحيدة التي يتم تصديرها بكميات كبيرة إلى المصافي في آسيا. شكّلت دولة الإمارات العربية المتحدة، من خلال شركة أدنوك، السوق الفورية لمربان وسيطرت عليه. وكان منتجو خام مربان في الإمارات العربية المتحدة يبيعون حوالي 8 ملايين برميل منه شهريًا في السوق الفورية في آسيا. كانت شركة أدنوك هي البائع المهيمن لخام مربان، بما يقرب من 62.5% (5 مليون برميل شهريًا تقريبًا) من جميع شحنات مربان المباعة في السوق الفورية في آسيا. كما كانت تحدد أيضًا من يمكنه بيع 3 ملايين برميل أخرى يتم بيعها في السوق الفورية. وفي ذلك الوقت، سعت شركة أدنوك إلى توسيع إنتاجها من خام مربان بهدف نهائي يتمثل في جعله مقياسًا لأسعار النفط في الشرق الأوسط.

332.    هدد دخول لورد إنرجي إلى السوق الفورية للنفط الخام الخفيف في آسيا احتكار شركة أدنوك وخططها للنمو المستمر. وخلال بضعة أشهر في عام 2017، باعت لورد إنرجي كميات كبيرة من مزيج الصحراء تصل إلى 2-3 ملايين برميل في السوق الفورية في آسيا.

333.    أطلق المدعى عليهم حملتهم غير القانونية للتشهير ضد حازم ولورد إنرجي بنية محددة تتمثل في "تدمير [] " لورد إنرجي ودفعها للخروج من السوق حتى تتمكن شركة أدنوك من الحفاظ على قوتها الاحتكارية.

334.    حدثت مؤامرة المدعى عليهم، والتأثير الناتج على السوق الفورية للنفط الخام الخفيف في آسيا، في التجارة الدولية وبين الدول وأثرت عليها، وكان لها تأثير مباشر وجوهري ومتوقع على قطاع التصدير الأمريكي والتجارة مع الدول الأجنبية. وقد تأثرت الأسعار التي يمكن أن يحصل عليها منتجو خام غرب تكساس الوسيط في الولايات المتحدة لصادرات خام غرب تكساس الوسيط بشكل مباشر بالجهود غير القانونية التي تبذلها المؤسسة لإخراج لورد إنرجي من السوق.

335.    كذلك، كان للسلوك غير القانوني والمناهض للمنافسة الذي ارتكبه المدعى عليهم تأثيرًا مباشرًا وجوهريًا ومتوقعًا على شركة أمريكاز لورد إنرجي، وهي شركة أمريكية تعمل في تصدير خام غرب تكساس الوسيط إلى دول أجنبية، بشكل أساسي في آسيا. وعلى وجه التحديد، أجبر السلوك غير القانوني للمدعى عليهم

شركة أمريكاز لورد إنرجي على الخروج من العمل تمامًا. كما أجبر لورد إنرجي إس أيه على الإعلان عن إفلاسها، مما أثر على الشركات الأمريكية المشاركة في التجارة الخارجية من خلال منع لورد إنرجي من مواصلة مزاولة الأعمال التجارية مع العديد من الكيانات الأمريكية، وأجبر هذه الكيانات الأمريكية على السعي لاسترداد الديون المستحقة لها من لورد إنرجي من خلال إجراءات الإفلاس السويسرية.

336.  يحق للمدعيين الحصول على ثلاثة أضعاف التعويضات لانتهاكات قانون شيرمان المزعومة في هذه الوثيقة.

<u>**طلب سبيل الانتصاف**</u>

ولهذا يطلب المدعيان بكل احترام من المحكمة إصدار حكم لصالحهما، وضد جميع المدعى عليهم مجتمعين وفرادى، على النحو التالي:

(أ)  منح المدعين تعويضات فعلية لا تقل عن 299 مليون دولار؛

(ب)  منح المدعين الأرباح المفقود بقيمة لا تقل عن 278.55 مليون دولار؛

(ج)  منح المدعين تعويضًا عن أرباح المدعى عليهم بما لا يقل عن 354.8 مليون دولار؛

(د)  منح المدعين ثلاثة أضعاف التعويضات؛

(ه)  منح المدعين جميع النفقات والتكاليف، بما في ذلك أتعاب المحاماة؛ و

(و)  منح المدعين تعويضات بمبلغ يتم تحديده في المحاكمة عن الأضرار العاطفية والنفسية والإضرار بالسمعة؛

(ز)  أي سبيل انتصاف آخر أو إضافي تراه المحكمة مناسبًا.

<u>طلب المحاكمة أمام هيئة المحلفين</u>

يطلب المدعون محاكمة أمام هيئة محلفين بشأن جميع المطالبات والمسائل التي يمكن النظر فيها.

التاريخ: 6 أغسطس 2024

*/توقيع مطابق/ توماس أيه كلير، شركة مهنية*
*توماس ايه كلير، شركة مهنية (رقم التسجيل في نقابة*
*المحامين بمقاطعة كولومبيا 461964)*
*نيكولاس جيه بريتشبيل (رقم التسجيل في نقابة المحامين*
*بمقاطعة كولومبيا 229988)*
*كلير لوك إل إل بي*
*10 برينس ستريت*
*الإسكندرية، فيرجينيا 22314*
*هاتف: 628-7400 (202)*
tom@clarelocke.com
nick@clarelocke.com

*محامو المُدّعيين حازم ندا وشركة لورد إنرجي إس ايه*

105

<u>**شهادة التبليغ**</u>

أشهد بموجبه أن الشكوى المعدلة للمدعيين قد تم تبليغها إلى جميع المحامين المسجلين من خلال تقديمها

باستخدام نظام إدارة القضايا/ ملفات القضايا الإلكترونية (CM/ECF) الخاص بالمحكمة، وقمت بتبليغها إلى جميع

المحامين المسجلين عن طريق البريد والبريد الإلكتروني.

بتاريخ: 6 أغسطس 2024

/توقيع مطابق/ *نيكولاس جيه بريشبيل*

نيكولاس جيه بريشبيل

*محامو المُدّعيين حازم ندا وشركة لورد إنرجي إس ايه*