# Exhibit F



| Outlet | Country | Language | Type | Category | Visitors |
|---|---|---|---|---|---|
| E-Business Blog — View Release | | | | | |
| London Insider — View Release | United Kingdom | English | News & Information Service | General | 4,130 [1] visitors/month |
| Hozpitality Plus — View Release | United Arab Emirates | English | Online News Sites & Other Influencers | Travel & Leisure | 2,466 [1] visitors/month |
| Muraaqib — View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | 2,270 [1] visitors/month |
| Aswaq Alamiya — View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | General News | 1,173 [1] visitors/month |
| Shamsu Elkalima — View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | 1,044 [1] visitors/month |
| PICANTE — View Release | Romania | English | Online News Sites & Other Influencers | Media & Information | 705 [1] visitors/month |
| DXB Ezine — View Release | United Arab Emirates | English | Online News Sites & Other Influencers | General News | 704 [1] visitors/month |
| Emirat Daily — View Release | United Arab Emirates | English | Online News Sites & Other Influencers | General | 438 [1] visitors/month |
| Emirat Daily — View Release | United Arab Emirates | English | Online News Sites & Other Influencers | General | 438 [1] visitors/month |
| Dubai Beacon — View Release | United Arab Emirates | English | Online News Sites & Other Influencers | Other | 386 [1] visitors/month |
| UAE Gazette — View Release | United Arab Emirates | English | Online News Sites & Other Influencers | General | 362 [1] visitors/month |
| UAE Gazette — View Release | United Arab Emirates | English | Online News Sites & Other Influencers | General | 362 [1] visitors/month |
| Ya Rayyal — View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | 355 [1] visitors/month |
| Property Aspects Magazine — View Release | United Kingdom | English | Trade Publications | Real Estate | 351 [1] visitors/month |
| Dubai Record — View Release | United Arab Emirates | English | Online News Sites & Other Influencers | Other | 349 [1] visitors/month |
| UAE Reporter — View Release | United Arab Emirates | English | Online News Sites & Other Influencers | Other | 348 [1] visitors/month |
| Akhbar Emirati — View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | 347 [1] visitors/month |
| Naseem Arabi — View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | 345 [1] visitors/month |
| Emiratco — View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | 343 [1] visitors/month |
| UAE Brief — View Release | United Arab Emirates | English | Online News Sites & Other Influencers | Other | 341 [1] visitors/month |
| UAE Analyst | United Arab Emirates | English | Online News Sites & Other Influencers | Other | 341 [1] visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| UAE Analyst<br>View Release | | | | | |
| Isthmar Elghad<br>View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | General News | 341 [1]<br>visitors/month |
| Muraasilun<br>View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | 340 [1]<br>visitors/month |
| Sahafa Khaleejia<br>View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | General | 336 [1]<br>visitors/month |
| Sahafa Khaleejia<br>View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | General | 336 [1]<br>visitors/month |
| Aleteehad<br>View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | General | 316 [1]<br>visitors/month |
| Araa Khalijiya<br>View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | 284 [1]<br>visitors/month |
| Sahafat Alamal<br>View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | General News | 271 [1]<br>visitors/month |
| Hewar Eshabab<br>View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | General News | 269 [1]<br>visitors/month |
| Bawabat Alemarat<br>View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | 269 [1]<br>visitors/month |
| Shabaka Watania<br>View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | 259 [1]<br>visitors/month |
| Loup Dargent<br>View Release | United Kingdom | English | Blog | Entertainment | 249 [1]<br>visitors/month |
| Albayan News<br>View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | 238 [1]<br>visitors/month |
| Nabd Dubai<br>Nabd Dubai<br>View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | 236 [1]<br>visitors/month |
| alrajul alasry<br>View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | 232 [1]<br>visitors/month |
| Sabil Elemarat<br>View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | General News | 224 [1]<br>visitors/month |
| Khabar Alemarat<br>View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | 186 [1]<br>visitors/month |
| Makan Alsouq<br>View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | General News | 156 [1]<br>visitors/month |
| Majra Alakhbar<br>View Release | Kuwait | Arabic | Online News Sites & Other Influencers | Other | 156 [1]<br>visitors/month |
| Duniya Alakhbar<br>Duniya Alakhbar<br>View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | 154 [1]<br>visitors/month |
| UAE Views<br>UAE Views<br>View Release | United Arab Emirates | English | Online News Sites & Other Influencers | Other | 151 [1]<br>visitors/month |
| alhewaar<br>View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | 146 [1]<br>visitors/month |

| Outlet | Country | Language | Category | Type | Visitors |
|---|---|---|---|---|---|
| I luv DXB  View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | 139 [1] visitors/month |
| Emirates Report  View Release | United Arab Emirates | English | Online News Sites & Other Influencers | Other | 135 [1] visitors/month |
| I Do Business  View Release | United Kingdom | English | News & Information Service | Business Services | 130 [1] visitors/month |
| Alusboua  View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | 128 [1] visitors/month |
| Qalb Alasima  View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | 114 [1] visitors/month |
| Nasij Elkhabar  View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | 114 [1] visitors/month |
| Hala DXB  View Release | United Arab Emirates | English | Online News Sites & Other Influencers | Other | 114 [1] visitors/month |
| Mowatein  View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | 113 [1] visitors/month |
| Konyati  View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | 113 [1] visitors/month |
| Itejah Elhaqiqa  View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | 113 [1] visitors/month |
| UAE Inquirer  View Release | United Arab Emirates | English | Online News Sites & Other Influencers | Other | 112 [1] visitors/month |
| UAE Beacon  View Release | United Arab Emirates | English | Online News Sites & Other Influencers | Other | 112 [1] visitors/month |
| Khaleej Beacon  View Release | United Arab Emirates | English | Online News Sites & Other Influencers | Other | 112 [1] visitors/month |
| Watania News  View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | 111 [1] visitors/month |
| Jaoudat  View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | 111 [1] visitors/month |
| Fasahatuna  View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | 111 [1] visitors/month |
| Daarok  View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | 111 [1] visitors/month |
| Nahdat Dubai  View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | 108 [1] visitors/month |
| Mawteiny  View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | 108 [1] visitors/month |
| Horiyah  View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | 108 [1] visitors/month |
| Elray Elam | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | 108 [1] visitors/month |

| Outlet | Country | Language | Category | Type | Visitors |
|---|---|---|---|---|---|
| I3Lam<br>View Release | | | | | |
| Buzugh<br>View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | 108 [1]<br>visitors/month |
| Alfateh Alaraby<br>View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | 108 [1]<br>visitors/month |
| The Emirates Daily<br>View Release | United Arab Emirates | English | Online News Sites & Other Influencers | General News | 107 [1]<br>visitors/month |
| I3Lam Abu Dhabi<br>I3Lam Abu Dhabi<br>View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | 107 [1]<br>visitors/month |
| Emirati Star<br>View Release | United Arab Emirates | English | Online News Sites & Other Influencers | Other | 107 [1]<br>visitors/month |
| Ana Sahafi<br>View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | 104 [1]<br>visitors/month |
| UAE Tribune<br>View Release | United Arab Emirates | English | Online News Sites & Other Influencers | General | 103 [1]<br>visitors/month |
| UAE Tribune<br>View Release | United Arab Emirates | English | Online News Sites & Other Influencers | General | 103 [1]<br>visitors/month |
| UAE Newshour<br>View Release | United Arab Emirates | English | Online News Sites & Other Influencers | Other | 103 [1]<br>visitors/month |
| Tamaiyuz<br>Tamaiyuz<br>View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | 102 [1]<br>visitors/month |
| Amwali Ghadan<br>View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | General News | 97 [1]<br>visitors/month |
| Abu Dhabi Alyoum<br>View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | General | 97 [1]<br>visitors/month |
| Abu Dhabi Alyoum<br>View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | General | 97 [1]<br>visitors/month |
| A7waal<br>View Release | KSA | Arabic | Online News Sites & Other Influencers | Other | 97 [1]<br>visitors/month |
| Al-Adnani<br>View Release | United Arab Emirates | English | Online News Sites & Other Influencers | Media & Information | 95 [1]<br>visitors/month |
| Dubai Alkhabar<br>View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | 87 [1]<br>visitors/month |
| Habeebti<br>View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | 75 [1]<br>visitors/month |
| Deerati<br>View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | 68 [1]<br>visitors/month |
| Elmuayyad<br>View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | 58 [1]<br>visitors/month |
| Sutury<br>View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | 57 [1]<br>visitors/month |
| Shabab Alemarat<br>Shabab Alemarat<br>View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | General | 57 [1]<br>visitors/month |

| Outlet | Country | Language | Type | Category | Visitors |
|---|---|---|---|---|---|
| Shabab Alemarat<br>View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | General | 57 [1] visitors/month |
| Anaba Alaan<br>View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | 57 [1] visitors/month |
| Emirates Bulletin<br>View Release | United Arab Emirates | English | Online News Sites & Other Influencers | General News | 51 [1] visitors/month |
| Emirat Elkhabar<br>View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | 51 [1] visitors/month |
| Emirat Echo<br>View Release | United Arab Emirates | English | Online News Sites & Other Influencers | Other | 51 [1] visitors/month |
| Markaz Elemarat<br>View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | 50 [1] visitors/month |
| UAE Herald<br>View Release | United Arab Emirates | English | Online News Sites & Other Influencers | General | 49 [1] visitors/month |
| UAE Herald<br>View Release | United Arab Emirates | English | Online News Sites & Other Influencers | General | 49 [1] visitors/month |
| Manarat Eliqlim<br>View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | General News | 49 [1] visitors/month |
| maa ehtarami<br>View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | 49 [1] visitors/month |
| Bayan Arabi<br>View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | 49 [1] visitors/month |
| Anashra<br>View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | 49 [1] visitors/month |
| Alhayat Daily<br>View Release | KSA | Arabic | Online News Sites & Other Influencers | General | 49 [1] visitors/month |
| Tayar UAE<br>View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | 44 [1] visitors/month |
| Meraat Alkhaleej<br>View Release | Pan Arab | Arabic | Online News Sites & Other Influencers | Other | 44 [1] visitors/month |
| Almoktetif Alekbary<br>View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | 43 [1] visitors/month |
| Bayariq<br>View Release | Global | English | Online News Sites & Other Influencers | General | 39 [1] visitors/month |
| Bayariq<br>View Release | Global | English | Online News Sites & Other Influencers | General | 39 [1] visitors/month |
| Bayariq<br>View Release | Global | Arabic | Online News Sites & Other Influencers | General | 39 [1] visitors/month |
| Akhbar Bila Hodoud<br>View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | 38 [1] visitors/month |
| Ayam Alosrah | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | 37 [1] visitors/month |

| Outlet | Country | Language | Industry | Sub-Industry | Potential Audience |
|---|---|---|---|---|---|
| View Release | | | | | |
| Akhbar Alamiya  View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | 37 [1] visitors/month |
| UAE News Hub  View Release | United Arab Emirates | English | Online News Sites & Other Influencers | Other | 30 [1] visitors/month |
| UAE Financial Times  View Release | United Arab Emirates | English | Online News Sites & Other Influencers | General News | 30 [1] visitors/month |
| Alyaum Etali  View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | 30 [1] visitors/month |
| Akhbar Dubai  View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | 28 [1] visitors/month |
| 3afwan  View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | 22 [1] visitors/month |
| Alhayat Eljadida  View Release | Egypt | Arabic | Online News Sites & Other Influencers | Other | 10 [1] visitors/month |
| Taqeim  View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | 8 [1] visitors/month |
| CTV International Media  View Release | United Kingdom | English | News & Information Service | Media & Information | 7 [1] visitors/month |
| Alahrar News  View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | 5 [1] visitors/month |
| Taqa Khalijia  View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | General News | Not Available |
| Afkar Katib  View Release | United Arab Emirates | Arabic | Online News Sites & Other Influencers | Other | Not Available |

*Data sources: [1] similarweb  [2] Alexa, [3] siteworthtraffic.com [4] Cision Digital Reach

*The data cited here by SimilarWeb represents site traffic data of worldwide unique visitors on desktop and mobile devices. Data is updated monthly.