CO 538
Rev. 5/2020

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Hazim Nada & Lord Energy SA
    Plaintiff(s)

vs.     Civil Action No. __24-cv-206__

The United Arab Emirates, et al.
    Defendant(s)

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this __25th__ day of __April__, __2025__, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) __Ariaf Studies & Research LLC was served under FRCP 4(f)(3) and 4(h)(2). (ECF Nos. 95, 96.)__ was [were] (select one):

☐ personally served with process on _____.

☐ served via registered or certified mail pursuant to provisions of Rule 4(C) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee): _____.

☐ served via First Class Mail pursuant to provisions of Rule 4(C) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____.

☒ The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: __FRCP 4(k)(1)(C) and 4(k)(2)__.

I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)

☒ no extension has been given and the time for filing has expired
☐ although an extension has been given, the time for filing has expired;
and the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

                                                         s/ Thomas A. Clare, P.C.
                                                          Attorney for Plaintiff(s) [signature]
                                                        Thomas A. Clare, P.C.
                                                        Clare Locke LLP
                                                        10 Prince Street
                                                        Alexandria, Virginia 22314
                                                        202-628-7400

__461964__
Bar Id. Number                                                              Name, Address and Telephone Number