CO 538
Rev. 5/2020

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Hazim Nada & Lord Energy SA
　　　Plaintiff(s)

vs.                                                           Civil Action No. 24-cv-206

The United Arab Emirates, et al.
　　　Defendant(s)

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this __28th__ day of __April__, __2025__, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) __Ariaf Studies & Research LLC was served under FRCP 4(f)(3) and 4(h)(2). (ECF Nos. 95, 96.)__ was [were] (select one):

☐　personally served with process on _____.

☐　served via registered or certified mail pursuant to provisions of Rule 4(C) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee): _____.

☐　served via First Class Mail pursuant to provisions of Rule 4(C) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____.

☑　The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: __FRCP 4(k)(1)(C) and 4(k)(2)__.

I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)

☑　no extension has been given and the time for filing has expired
☐　although an extension has been given, the time for filing has expired;
and the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

s/ Nicholas J. Brechbill
　　Attorney for Plaintiff(s) [signature]
Nicholas J. Brechbill
Clare Locke LLP
10 Prince Street
Alexandria, Virginia 22314
(202) 628-7400

229988
Bar Id. Number　　　　　　　　　　　　　　　　Name, Address and Telephone Number