Default - Rule 55A  (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

NADA et al

      Plaintiff(s)

v.

UNITED ARAB EMIRATES et al

      Defendant(s)

Civil Action: 24cv206

**RE:** ARIAF STUDIES AND RESEARCH LLC

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served by publication on 3/12/2025, and an affidavit on behalf of the plaintiff having been filed, it is this 29 day of April, 2025 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/ Dwight Patterson
Deputy Clerk