IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HAZIM NADA, *et al.*,

    *Plaintiffs*,

v.

THE UNITED ARAB EMIRATES, *et al.*,

    *Defendants*.

Case No. 24-cv-206-ABJ

**WITHDRAWAL OF APPEARANCE**

**PLEASE TAKE NOTICE** that Nathaniel J. Tisa is no longer associated with the law firm of Gibson, Dunn & Crutcher LLP and hereby withdraws his appearance in the above-captioned case on behalf of Defendant Dr. Lorenzo Vidino.

Matthew D. McGill of Gibson, Dunn & Crutcher LLP shall continue to serve as attorney of record. No trial date has been set in this matter and Dr. Vidino has signed the notice.

Dated: May, 20 2025

/s/ Matthew D. McGill
Matthew D. McGill (D.C. Bar #481430)

GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
T: (202) 887-3680
F: (202) 530-9662
mmcgill@gibsondunn.com

_____
Dr. LORENZO VIDINO

*Counsel for Lorenzo Vidino*