IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAZIM NADA, et al.,<br><br>  *Plaintiffs*,<br><br> v.<br><br>UNITED ARAB EMIRATES, et al.,<br><br>  *Defendants*. | Civil Action No.: 24-cv-206-ABJ |

## NOTICE OF WITHDRAWAL

TO THE COURT, CLERK OF COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

 PLEASE TAKE NOTICE, pursuant to Local Civil Rule 83.6(b), that the appearance of Stephen K. Wirth as counsel for Defendant the United Arab Emirates is hereby withdrawn. Attorneys with Arnold & Porter Kaye Scholer LLP will continue to represent Defendant the United Arab Emirates in the above-captioned action.

DATED this 18th day of September 2025,

            Respectfully submitted,

            /s/ *Stephen K. Wirth*
            Stephen K. Wirth (D.C. Bar No. 1034038)
            ARNOLD & PORTER KAYE SCHOLER LLP
            601 Massachusetts Avenue, NW
            Washington, DC 20001-3743
            (202) 942-5000
            Stephen.Wirth@arnoldporter.com

            *Attorney for the United Arab Emirates*