IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Hazim Nada, *et al.*,

        *Plaintiffs*,

v.

United Arab Emirates, *et al.*,

        *Defendants*.

Civil Action No. 1:24-cv-00206-ABJ

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE, pursuant to Local Civil Rule 83.6(b), that the appearance of Matthew D. McGill as counsel for Defendant Lorenzo Vidino is hereby withdrawn.

Jacob T. Spencer with Gibson, Dunn & Crutcher LLP will continue to represent Defendant Lorenzo Vidino in the above-captioned action.

Dated: September 19, 2025

Respectfully submitted,

/s/      Matthew D. McGill
Matthew D. McGill (D.C. Bar #481430)
matthew.mcgill@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20006
Telephone: (202) 626-2644
Facsimile: (202) 626-3737

*Counsel for Defendant Lorenzo Vidino*