IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAZIM NADA, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>THE UNITED ARAB EMIRATES, *et al.*,<br><br>    *Defendants*. | Case No. 1:24-cv-00206-ABJ |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants respectfully bring to the Court's attention the recent decision in *Hafez v. Vidino*, No. 1:24-cv-00873-AHA (D.D.C Sept. 30, 2025) (Ex. A), granting motions to dismiss for lack of personal jurisdiction and failure to state a claim under RICO and various state law causes of action. The personal jurisdiction ruling in *Hafez* supports arguments made by Defendants Alp Services SA, Diligence Sarl, Mario Brero, Lionel Badal, and Muriel Cavin ("European Defendants") in Dkt. 81-1 at 8-15; and Defendant Sylvain Besson in Dkt. 85-1 at 8-14. The RICO ruling in *Hafez* supports arguments made by all defendants: Defendant United Arab Emirates in Dkt. 80-1 at 20-28; European Defendants in Dkt. 81-1 at 21-31; Defendant Lorenzo Vidino in Dkt. 84-1 at 26-41; and Defendant Sylvain Besson in Dkt. 85-1 at 14-20.

Dated:  October 15, 2025                                  Respectfully submitted,

| | |
|---|---|
| */s/ Igor V. Timofeyev*<br>Igor V. Timofeyev (D.C. Bar #998291)<br>Vanessa Omoroghomwan (D.C. Bar #1644765)<br>PAUL HASTINGS LLP<br>2050 M Street, N.W.<br>Washington, D.C. 20036<br>Telephone: (202) 551-1700<br>igortimofeyev@paulhastings.com<br>vanessaomoroghomwan@paulhastings.com | */s/ John B. Bellinger III*<br>John B. Bellinger III (D.C. Bar #405059)<br>Sally L. Pei (D.C. Bar #1030194)<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>601 Massachusetts Avenue, N.W.<br>Washington, D.C. 20001<br>Telephone: (202) 942-5000<br>john.bellinger@arnoldporter.com<br>sally.pei@arnoldporter.com |

D. Scott Carlton (*pro hac vice*)
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone: (212) 683-6000
scottcarlton@paulhastings.com

Adam Fee (*pro hac vice*)
Weil, Gotshal & Manges LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (213) 667-5125
adam.fee@weil.com

*Counsel for Defendants ALP Services SA, Diligence SARL, Mario Brero, Lionel Badal, and Muriel Cavin*


*/s/ Jacob T. Spencer*
Jacob T. Spencer (D.C. Bar #1023550)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
Telephone: (202) 887-3792
jspencer@gibsondunn.com

*Counsel for Defendant Lorenzo Vidino*

Robert Reeves Anderson (Bar No. 994989)
ARNOLD & PORTER KAYE SCHOLER LLP
1144 Fifteenth Street, Suite 3100
Denver, CO 80202
Telephone: (303) 863-2325
reeves.anderson@arnoldporter.com

*Counsel for Defendant the United Arab Emirates*


*/s/ Michael J. O'Leary*
Michael J. O'Leary (D.C. Bar #1014610)
HOLLAND & HART LLP
505 9th Street, N.W., Suite 700
Washington, D.C. 20004
Telephone: (202) 654-6922
mjoleary@hollandhart.com

Nicholas J. Lewin (*pro hac vice*)
Molly K. Webster (*pro hac vice*)
KKL LLP
350 Fifth Avenue, 77th Floor
New York, NY 10118
Telephone: (212) 390-9550
nick.lewin@kklllp.com
molly.webster@kklllp.com

*Counsel for Defendant Sylvain Besson*