**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| HAZIM NADA, *et al.*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 24-0206 (ABJ) |
| THE UNITED ARAB EMIRATES, *et al.*, | ) | |
| Defendants. | ) | |

**ORDER**

Pursuant to Fed. R. Civ. P. 58 and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that defendants' motions to dismiss [Dkt. ## 80, 81, 84, and 85] are **GRANTED** and the above-captioned case is **DISMISSED**.

This is a final, appealable order.

AMY BERMAN JACKSON
United States District Judge

DATE: September 15, 2026